AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

*FILED AUG 24 2017 U.S. DISTRICT COURT S.D. OF N.Y.*

USA _____
  *Plaintiff*
       v.
Joshua Schulte _____
  *Defendant*

Case No. 17-MAG-6401

DOC #____

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Joshua Schulte

Date: 8/24/17

_____
*Attorney's signature*

Kenneth F. Smith
*Printed name and bar number*

16 Court St. #2901 BKLN
NY 11241
*Address*

kfslawfirm@gmail.com
*E-mail address*

646-450-9929
*Telephone number*

646-514-4524
*FAX number*