**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-------------------------------------------------------X**
**THE UNITED STATES OF AMERICA**

       **-v-**                           **NOTICE OF APPEARANCE**

**JOSHUA ADAM SCHULTE**           **17-cr-00548 (PAC)**

          Defendant.
**-------------------------------------------------------X**

        TO: CLERK OF COURT

        PLEASE TAKE NOTICE that Alex Spiro, Esq. of Brafman & Associates, P.C., 767

Third Avenue, New York, New York 10017, is appearing for Defendant Joshua Adam Schulte in

the above-captioned matter.

                                      */s/ Alex Spiro*

                                      Alex Spiro, Esq.
                                      Brafman & Associates, P.C.
                                      767 Third Avenue, 26th Floor
                                      New York, New York 10017
                                      Phone: (212) 750-7800
                                      Fax: (212) 750-3906
                                      E-mail: aspiro@braflaw.com

       Dated:  September 11, 2017
                New York, New York