UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

JOSHUA ADAM SCHULTE,

Defendant.
-------------------------------------------------------X

17 Cr. 00548 (PAC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2017

HONORABLE PAUL A. CROTTY, United States District Judge:

Pursuant to the arraignment and bail appeal hearing held on Wednesday, September 13, 2017, the Court orders the defendant be released on his own signature pursuant to the following bail conditions:

(i.) A $250,000.00 personal recognizance bond to be signed by four FRP's, and secured by the defendant's residence located in Sterling, Virginia;

(ii.) Travel limited to the Southern and Eastern Districts of New York;

(iii.) Surrender all travel documents and no new applications;

(iv.) Strict Pretrial Services supervision;

(v.) Home incarceration enforced with location monitoring;

(vi.) No unsupervised contact with minor children;

(vii.) Mental health evaluation and treatment if deemed appropriate by Pretrial Services;

(viii.) Not to possess, subscribe to, or view any media depicting children in the nude and/or in sexually explicit positions;

(ix.) Avoid all contact with alleged victims and/or potential witnesses;

(x.) Refrain from possessing a firearm, destructive device, or other dangerous weapon; and

(xi.) Refrain from possessing or using a computer, computer network and/or internet access unless specifically approved by Pretrial Services. Pretrial Services shall use its discretion as to whether the defendant should or should not possess any devices with internet access while out on bail. If Pretrial Services believes the defendant can possess such device, then pretrial is authorized to monitor that device.

All conditions are to be met prior to release. The next conference will go forward on Tuesday, October 31, 2017 at 11:30 PM in Courtroom 14C.

Dated: New York, New York
September 14, 2017

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge