# UNITED STATES DISTRICT COURT

for the

Southern District of New York

United States of America )
v. )
) Case No. 17 CR 548 (PAC)
**JOSHUA ADAM SCHULTE** )
*Defendant* )

ORIGINAL

U.S. DISTRICT COURT FILED SEP 15 2017 S.D. OF N.Y. DS

## APPEARANCE BOND

### Defendant's Agreement

I, **JOSHUA ADAM SCHULTE** *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- (☒) to appear for court proceedings;
- (☒) if convicted, to surrender to serve a sentence that the court may impose; or
- (☒) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(☒) (1) This is a personal recognizance bond.

(☐) (2) This is an unsecured bond of $ _____.

(☒) (3) This is a secured bond of $ **$250,000.00**, secured by:

  (☐) (a) $ _____, in cash deposited with the court.

  (☒) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:
  **SECURED BY DEFENDANTS RESIDENCE IN STERLING, VIRGINIA**

  If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  (☐) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: September 14, 2017

_____
*Defendant* **JOSHUA ADAM SCHULTE** *signature*

_____
*Surety/property owner – Roger Schulte September 14, 2017*

_____
*Surety/property owner – Kelly Buchanan September 14, 2017*

_____
*Surety/property owner – Troy Johnston September 14, 2017*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – Derek Schulte September 14, 2017*

_____
*Surety/property owner – signature and date*

CLERK OF COURT _____

Date: September 14, 2017

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: September 14, 2017

_____
*AUSA Matthew Laroche signature*

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: September 14, 2017

*Defendant* **JOSHUA ADAM SCHULTE** *signature*

*Surety/property owner – Roger Schulte September 14, 2017*

*Surety/property owner – Kelly Buchanan September 14, 2017*

*Surety/property owner – Troy Johnston September 14, 2017*

*Surety/property owner – signature and date*

*Surety/property owner – Derek Schulte September 14, 2017*

*Surety/property owner – signature and date*

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*
Northern District of Texas
Lubbock Division

Date: September 14, 2017

Approved.

Date: September 14, 2017

*AUSA Matthew Laroche signature*

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)  all owners of the property securing this appearance bond are included on the bond;
(2)  the property is not subject to claims, except as described above; and
(3)  I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: September 14, 2017

_____
*Defendant* **JOSHUA ADAM SCHULTE** *signature*

_____
*Surety/property owner – Roger Schulte September 14, 2017*

_____
*Surety/property owner – Kelly Buchanan September 14, 2017*

_____
*Surety/property owner – Troy Johnston September 14, 2017*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – Derek Schulte September 14, 2017*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: September 14, 2017

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: **September 14, 2017**

_____
*AUSA Matthew Laroche signature*

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>**JOSHUA ADAM SCHULTE**<br>*Defendant* | )<br>)<br>) Case No.    **17 CR 548 (PAC)**<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                             *Place*

on _____
                         *Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
                      *Custodian*               *Date*

( ☒ ) (7) The defendant must:
  ( ☒ ) (a) submit to supervision by and report for supervision to the **STRICT PRE-TRIAL SUPERVISION**, telephone number _____, no later than _____.
  ( ☐ ) (b) continue or actively seek employment.
  ( ☐ ) (c) continue or start an education program.
  ( ☒ ) (d) surrender any passport to: **PRE-TRIAL SERVICES**
  ( ☒ ) (e) not obtain a passport or other international travel document.
  ( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel: **SDNY & EDNY**
  ( ☒ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: **AVOID ALL CONTACT WITH ALLEGED VICTIMS AND OR POTENTIAL WITNESSES**
  ( ☒ ) (h) get medical or psychiatric treatment: _____
  ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
  ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( ☒ ) (k) not possess a firearm, destructive device, or other weapon.
  ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
  ( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ☒ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
    ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
    ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    ( ☒ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
  ( ☒ ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
    ( ☐ ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
  ( ☐ ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

## ADDITIONAL CONDITIONS OF RELEASE

( ☒ ) (s) $250,000.00 PRB; CO-SIGNED BY 4 FRP'S AND SECURED BY DEFENDANTS RESIDENCE IN STERLING VIRGINIA; TRAVEL LIMITS INCLUDE THE SDNY & EDNY; SURRENDER OF ALL TRAVEL DOCUMENTS AND NO NEW APPLICATIONS; STRICT PRE-TRIAL SERVICES SUPERVISION; HOME INCARCERATION ENFORCED WITH LOCATION MONITORING; NO UNSUPERVISED CONTACT WITH MINOR CHILDREN; MENTAL HEALTH EVALUATION AND TREATMENT AS DEEMED APPROPRIATE BY PRE-TRIAL SERVICES; DEFENDANT IS NOT TO POSSESS, SUBSCRIBE TO, OR VIEW ANY MEDIA DEPICTING CHILDREN IN THE NUDE AND/OR IN SEXUALLY EXPLICIT POSITIONS; DEFENDANT IS TO AVOID ALL CONTACT WITH ALLEGED VICTIMS AND OR POTENTIAL WITNESSES; DEFENDANT IS TO REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON, AND IS TO REFRAIN FROM POSSESSING OR USING A COMPUTER, COMPUTER NETWORK AND/OR INTERNET ACCESS UNLESS SPECIFICALLY APPROVED BY PRE-TRIAL SERVICES; PRE-TRIAL SERVICES SHALL USE ITS DISCRETION AS TO WHEATHER THE DEFENDANT SHOULD OR SHOULD NOT POSSESSANY DEVICES WITH INTERNET ACCESS WHILE OUT ON BAIL. IF PRE-TRIAL SERVICES BELIEVES THE DEFENDANT CAN POSSESS SUCH A DEVICE, THEN PRETRIAL IS AUTHORIZED TO MONITOR THAT DEVICE. ALL CONDITIONS ARE TO BE MET PRIOR TO RELEASE.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:     **JOSHUA ADAM SCHULTE**     September 15, 2017     17 CR 548

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

**DEFENDANT RELEASED**

_____
*Defendant* **JOSHUA ADAM SCHULTE** *Signature*

_____
*City and State*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____         _____
                                                                              *Judicial Officer's Signature*

                                                                              _____
                                                                              *Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL



Southern District

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

Eastern District

Brooklyn (Kings)
Queens (Queens)
Staten Island (Richmond)
Long Island (Nassau)

Suffolk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

JOSHUA ADAM SCHULTE,

    Defendant.
------------------------------------------------------X

17 Cr. 00548 (PAC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2017

HONORABLE PAUL A. CROTTY, United States District Judge:

Pursuant to the arraignment and bail appeal hearing held on Wednesday, September 13, 2017, the Court orders the defendant be released on his own signature pursuant to the following bail conditions:

(i.) A $250,00.00 personal recognizance bond to be signed by four FRP's, and secured by the defendant's residence located in Sterling, Virginia;

(ii.) Travel limited to the Southern and Eastern Districts of New York;

(iii.) Surrender all travel documents and no new applications;

(iv.) Strict Pretrial Services supervision;

(v.) Home incarceration enforced with location monitoring;

(vi.) No unsupervised contact with minor children;

(vii.) Mental health evaluation and treatment if deemed appropriate by Pretrial Services;

(viii.) Not to possess, subscribe to, or view any media depicting children in the nude and/or in sexually explicit positions;

(ix.) Avoid all contact with alleged victims and/or potential witnesses;

(x.) Refrain from possessing a firearm, destructive device, or other dangerous weapon; and

(xi.) Refrain from possessing or using a computer, computer network and/or internet access unless specifically approved by Pretrial Services. Pretrial Services shall use its discretion as to whether the defendant should or should not possess any devices with internet access while out on bail. If Pretrial Services believes the defendant can possess such device, then pretrial is authorized to monitor that device.

All conditions are to be met prior to release. The next conference will go forward on Tuesday, October 31, 2017 at 11:30 PM in Courtroom 14C.

Dated: New York, New York
September 14, 2017

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge