

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2017

<u>Via ECF</u>
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

   Re: <u>United States</u> v. <u>Joshua Adam Schulte</u>,
      17 Cr. 548 (PAC)

Dear Judge Crotty:

  The Government respectfully requests, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and with the consent of defense counsel, that the Court enter the enclosed protective order relating to discovery in this matter.

          Respectfully submitted,

          JOON H. KIM
          Acting United States Attorney

     By: /s/ Matthew Laroche
        Matthew Laroche
        Nicholas Lewin
        Shane Stansbury
        Assistant United States Attorneys
        (212) 637-2420

Enclosure

Cc: Defense Counsel
   (Via ECF)