# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

October 11, 2017

**VIA ECF**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

11/7/2017

So ordered ✓

Paul Crotty
USDJ

## UNITED STATES v. JOSHUA SCHULTE
## 1:17-cr-00548

Dear Judge Crotty,

    I, along with Kenneth Smith, of the law firm The Law Offices of Kenneth F. Smith, PLLC, represent defendant Joshua Schulte in the above-captioned matter. I wish to respectfully inform Your Honor that subject to the Court's approval, I intend to withdraw as co-counsel of record on behalf of Joshua Schulte. I do so with the consent and approval of my client. Mr. Smith will remain as counsel of record.

    Thank you for your courtesy in this and all other matters.

Very truly yours

/s/
Alex Spiro

cc:    All parties (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-7-17