**KENNETH F. SMITH**
THE LAW OFFICES OF KENNETH F. SMITH, PLLC
16 COURT STREET, SUITE 2901
BROOKLYN, NY 11241
646.450.9929
mail@kfslawfirm.com

December 5, 2017

<u>BY ECF</u>
**The Honorable Paul A. Crotty**
United States District Judge
United States District Court,
Southern District of New York
500 Pearl Street, New York, NY 10007-1312

RE: <u>USA v. Schulte, 17-CR-548(PAC)</u>

Your Honor,

    I, along with Mark Baker and Jacob Kaplan (of the Law Office of Benjamin Brafman & Associates, PC), represent the defendant in this matter. I write to respectfully inform the Court that, subject to the Court's approval, I intend to withdraw as co-counsel for Mr. Schulte. I make this request with the consent of Mr. Schulte, and upon notice to co-counsel.

    Thank you for your courtesy in this and in all matters.

    Respectfully submitted,

    <u>/S/ KENNETH F. SMITH</u>

    Kenneth F. Smith

Cc:    All parties
        (VIA ECF)