UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

          -v-                                NOTICE OF APPEARANCE

JOSHUA ADAM SCHULTE,              Docket No. 17-cr-548 (PAC)

             Defendant.
-----------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Jacob Kaplan, Esq., of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, is appearing for the Defendant JOSHUA ADAM SCHULTE in the above-captioned matter.

*[signature]*

Jacob Kaplan, Esq.
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017
Phone: (212) 750-7800
Fax: (212) 750-3906
E-mail: jkaplan@braflaw.com

Dated: New York, New York
         December 5, 2017