**KENNETH F. SMITH**
THE LAW OFFICES OF KENNETH F. SMITH, PLLC
16 COURT STREET, SUITE 2901
BROOKLYN, NY 11241
646.450.9929
mail@kfslawfirm.com

December 5, 2017

BY ECF
**The Honorable Paul A. Crotty**
United States District Judge
United States District Court,
Southern District of New York
500 Pearl Street, New York, NY 10007-1312

*[Handwritten: Mr. Smith's request is granted. So ordered. Paul Crotty USDJ]*

RE: USA v. Schulte, 17-CR-548(PAC)

Your Honor,

     I, along with Mark Baker and Jacob Kaplan (of the Law Office of Benjamin Brafman & Associates, PC), represent the defendant in this matter. I write to respectfully inform the Court that, subject to the Court's approval, I intend to withdraw as co-counsel for Mr. Schulte. I make this request with the consent of Mr. Schulte, and upon notice to co-counsel.

Thank you for your courtesy in this and in all matters.

Respectfully submitted,

/S/ KENNETH F. SMITH

Kenneth F. Smith

Cc:    All parties
        (VIA ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-5-17