```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-14-17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

                                            17 Cr. 548 (PAC)
                                            **REMAND ORDER**

      -against-


JOSHUA SCHULTE,

           Defendant.
------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

      For the reasons stated on the record at the bail violation hearing held on December 14, 2017, bail is **REVOKED**.  The defendant is **REMANDED** to the custody of the United States Marshal for the Southern District of New York.


Dated:  New York, New York
         December 14, 2017                      SO ORDERED

                                                                        _/s/ Paul A. Crotty_
                                                                        PAUL A. CROTTY
                                                                        United States District Judge