```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
    - v. -                        :    NOTICE OF APPEARANCE AND
                                  :    REQUEST FOR ELECTRONIC
JOSHUA ADAM SCHULTE,              :    NOTIFICATION
                                  :
             Defendant.           :    17-CR-548 (PAC)
                                  :
- - - - - - - - - - - - - - - - - x
```

TO:   The Clerk of the Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to the AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                         Respectfully submitted,

                                         GEOFFREY S. BERMAN
                                         United States Attorney
                                         for the Southern
                                         District of New York

                                  by: /s/ Sidhardha Kamaraju

TO: JACOB KAPLAN, ESQ.
    COUNSEL FOR DEFENDANT JOSHUA ADAM SCHULTE