UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| UNITED STATES OF AMERICA | : | 17 Cr. 548 (PAC) |
|---|---|---|
| | : | **BAIL APPEAL ORDER** |
| -against- | : | |
| | : | |
| JOSHUA SCHULTE, | : | |
| Defendant. | : | |

-------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

For the reasons stated on the record at the bail appeal hearing held on January 8, 2018, the defendant's application is **DENIED**, and bail continues to be **REVOKED**.

Dated: New York, New York
January 17, 2016

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-17-18