**Criminal Notice of Appeal - Form A**

## NOTICE OF APPEAL

**United States District Court**

SOUTHERN District of NEW YORK

Caption:

UNITED STATES v.

JOSHUA SCHULTE

Docket No.: 17-CR-548

JUDGE CROTTY
(District Court Judge)

Notice is hereby given that JOSHUA SCHULTE appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [ ] BAIL RULING
(specify)

entered in this action on 1/8/18
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [ ]   Other [X]

Defendant found guilty by plea [ ]   | trial |   | N/A |

Offense occurred after November 1, 1987?  Yes [X]   No [ ]   N/A [ ]

Date of sentence: _____  N/A [X]

Bail/Jail Disposition: Committed [X]   Not committed [ ]   | N/A |


Appellant is represented by counsel? Yes [X] | No |    If yes, provide the following information:

Defendant's Counsel: JACOB KAPLAN

Counsel's Address: 767 THIRD AVENUE -- 26TH FLOOR

NEW YORK, NY 10017

Counsel's Phone: (212) 750-7900

Assistant U.S. Attorney: MATTHEW LAROCHE

AUSA's Address: ONE SAINT ANDREWS PLAZA

NEW YORK, NY 10007

AUSA's Phone: (212) 637-2420

_____
Signature

```
Court Name: District Court
Division: 1
Receipt Number: 465401199768
Cashier ID: Aacevedo
Transaction Date: 01/16/2018
Payer Name: JOSHUA SCHULTE
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: JOSHUA SCHULTE
 Amount:         $505.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $505.00
------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

17CR548
```