UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

                                  1: 17 Cr.00548 (PAC)
                            SUBSTITUTION OF COUNSEL ORDER

           -against-

Joshua Schulte,

              Defendant.
------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

      For the reasons stated on the record at the status conference held on March 15, 2018, Sabrina Shroff, of the Federal Defenders of New York, is appointed as counsel to the above named the defendant, NUNC-PRO-TUNC March 15, 2018.  The defendant's former, Jacob Kaplan, is relieved as counsel.  The Clerk of Court is directed to update the docket accordingly.

Dated:  New York, New York
        March 15, 2018

                              SO ORDERED

                              _____
                              PAUL A. CROTTY
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/18