**MANDATE**

S.D.N.Y.
17-cr-548
Crotty, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of March, two thousand eighteen.

Present:
    Guido Calabresi,
    Denny Chin,
    Susan L. Carney,
        *Circuit Judges*.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: March 27, 2018

United States of America,

        *Appellee*,

v.                                                                                           18-145

Joshua Adam Schulte,

        *Defendant-Appellant*.

Defendant-Appellant appeals from the district court's detention order pursuant to Fed. R. App. P. 9(a) and requests release pending trial.

IT IS HEREBY ORDERED that the district court's detention order is AFFIRMED and the request for release pending trial is DENIED.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 3/27/2018