**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 16, 2018

By ECF and Hand Delivery

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 100007

Re: <u>United States v. Joshua Schulte</u>, 17 Cr. 548 (PAC)

Hon. Judge Crotty,

     With consent of the governmentI write to request an adjournment of the status conference in this case, which is currently scheduled for April 17, 2018 at 11:15 AM.  I am currently on trial in front of Judge Kaplan in United States v. David Blaszczak, 17Cr. 357, which is expected to continue for the next one to two weeks. I seek an adjournment of the status conference to any Friday after 2 p.m., or any date after my trial is expected to conclude in two weeks. To that end, we request that the time between April 17, 2018, and the next court date decided by the Court, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant.

     Thank you for considering this request.

                                  Respectfully submitted,
                                       /s/
                                Sabrina Shroff
                                Assistant Federal Defender

cc:   AUSAs Matthew Laroche and Sidhardha Kamaraju (by ECF)