# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 3, 2018

By ECF and Hand Delivery

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 100007

5/8/2018
Time will excluded from
May 2, 2018 through May
11, 2018. SO ORDERED.

*Paul A. Crotty*

Re: United States v. Joshua Schulte, 17 Cr. 548 (PAC)

Hon. Judge Crotty,

    With the consent of the Government, I write to request an adjournment of the May 2, 2018 status conference. I am still at trial in United States v. David Blaszczak, 17 Cr. 357 (LAK).

    To that end, we request that the time between May 2, 2018, and the next court date decided by the Court, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter.

    Thank you for considering this request.

Respectfully submitted,
/s/
Sabrina Shroff
Assistant Federal Defender

cc: AUSAs Matthew Laroche and Sidhardha Kamaraju (by ECF)


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/18