AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-cr-548 |
| Joshua Adam Schulte | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joshua Adam Schulte.

Date:   06/28/2018

s/ Matthew B. Larsen
*Attorney's signature*

Matthew B. Larsen
*Printed name and bar number*

Federal Defenders of New York
52 Duane Street
New York, NY 10007
*Address*

Matthew_Larsen@fd.org
*E-mail address*

(212) 417-8725
*Telephone number*

(212) 571-0392
*FAX number*