

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 9, 2018

<u>Via ECF</u>
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

      Re:    *United States* v. *Joshua Adam Schulte*, S1 17 Cr. 548 (PAC)

Dear Judge Crotty:

      The Government respectfully requests, pursuant to the Classified Information Procedures Act, Title 18, Appendix 3, Section 3, and Federal Rule of Criminal Procedure 16(d), and with the consent of defense counsel, that the Court enter the enclosed protective order with respect to classified discovery in this matter.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

by:    /s/
      Sidhardha Kamaraju
      Matthew Laroche
      Assistant United States Attorneys
      (212) 637-6523/2420

Cc: Defense Counsel (via ECF)