

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 16, 2018

<u>Via ECF</u>
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

    Re:    *United States* **v.** *Joshua Adam Schulte*, **S1 17 Cr. 548 (PAC)**

Dear Judge Crotty:

    The Government writes to update the Court with respect to two issues raised by defense counsel at the August 8, 2018 conference. Specifically, defense counsel requested (i) that the defendant be allowed to use the email services offered by the Metropolitan Correctional Center (the "MCC") to contact his attorneys and other members of his defense team and (ii) that the defendant be granted additional time to review discovery at the MCC. The Government has consulted with the MCC, which anticipates that it can accommodate both requests and is working to arrange the defendant's access to email and his discovery.

                                Respectfully submitted,

                                GEOFFREY S. BERMAN
                              United States Attorney

                  by:         /s/
                              Sidhardha Kamaraju
                              Matthew Laroche
                              Assistant United States Attorneys
                              (212) 637-6523/2420

Cc:  Defense Counsel (via ECF)