USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/18

Judge Crotty,

I am writing to you because I have been unable to contact my attorney, review my discovery, or even assist on my case in any capacity for the entire month of October. This is outrageous and clearly unconstitutional so I write to you for relief.

On Monday, October 1, I was called down for a legal visit. When I arrived, I was told that I was going to the "box" for an indeterminant amount of time while they investigated me for something they refused to tell me. And so, I was handcuffed in prison and led away in chains to the notoriously inhumane torture chamber that is MCC's 9 South.

For several weeks now I've written "cop-out" after "cop-out" requesting my legal work, access to my discovery, and the public defender phone to speak with my attorney — all of which were denied. Even today I sit with nothing as I waste away day-after-day. They even refuse us pens and stamps so we can't even write! Luckily, I was able to borrow a pen from the medical assistant to quickly write this letter (no idea how to mail it). Indeed, the justice system in prison seems to mimic the justice system of this country — arrested and presumed guilty without any time limit; an egregious assault on liberty and the Constitution.

P. 2

My day here consists of nothing but attempted meditation. My fellow slaves constantly scream, pound, and claw at their cages attempting to get attention for basic needs to be fullfilled. I count myself lucky to be able to eat. I have witnessed men dragged from their cages and beaten and maced. An officer even uncuffed an inmate and told him to fight him away from the camera. Abuse runs rampant with few cameras and no monitoring as there is no oversight of the Bureau of Prisons. This is true cruel and unusual punishment. If you would disagree then I beg you come and witness for yourself what the UN human right's board has condemned and denounced as detestable, inhumane, and un-American: The shit-filled showers where you leave dirtier than when you entered; the flooding of the tiers and cages with ice-cold water; the constant blast of cold air as we are exposed to extreme cold without blankets or long-sleeve shirts; the uncontrollable lights that are always on as we are sleep deprived; the denial of books, radios, notebooks, and legal work as we are forced to do literally nothing as they torture us in our cages. No human being should ever have to experience this torture. Otto Warmbier received better treatment and more justice in North Korea than I have received in America. Terrorists receive better treatment in Guantanamo Bay, Cuba — I have seen the footage myself.

(9/25)

How did all of this come about? I've been a quiet slave and kept to myself throughout my regular torture in federal prison. The first time I was strip searched and my cell raided was early in the morning on my birthday — a drug-sniffing dog and destruction of my cell, as the corrections officers tore through it searching for God-knows-what. Coincidence? Or birthday gift from the government? I then received my Brady letter and a few days later taken to the box. I was in the middle of coordinating our response with my attorney to the bail application, but now I'm unable to finish. My suspicion is the government created some new fictitious "crime" or "violation" to obstruct justice and sabotage our response. I beg you Judge Crotty to read the first search warrant affidavit and the government's Brady letter; the FBI outright lied in that affidavit and now acknowledge roughly half of those lies. Literally, they "error" on seeing dates of 3/7 where there were only 3/2 dates and developing their entire predicate based on fallacious reasoning and lies. They "error" in seeing three administrators where there were "at least 5" (i.e.) 10). They "error" in where the C.I. was stolen, who had access, and how it could be taken — literally everything. This entire case is a lie, but don't take my word for it — read it for yourself. As you peel back lie after lie, nothing remains but a bare search warrant affidavit without probable cause.






Judge Crotty, I write to ask for relief. If the BOP claims I broke some rule then bring forth the evidence and the rule. How can they even investigate "something" when it was obvious after their raid that I had nothing? I don't do drugs. I don't break rules. Yet, they tell me I'll be here indefinitely while they "investigate" — which just means they will hold me in this hell forever while they do nothing. I am unconvicted. I am an American. I am a human-being. How is it that I should be subjected to this? Indeed, this detention center at MCC was built to punish and torture — the faux legal system just an after-thought. Please demand the BOP grant me (and fellow slaves) the Bill of Rights that are ingrained in the law and which you are sworn to protect. Please, order the BOP to give me back my legal work and discovery they stole from me; to give me access to the public defender phone to contact my lawyer during the day; to give me access to finish typing and emailing my attorney the motion response; to give me access to pens and paper and legal books; to give me access to medical and my blood pressure medication. Please demand my rights as I have exhausted requests here. Even my direct request to MCC's Warden to honor the Interstate Agreement on Detainers and inform Virginia of my legal right to an immediate speedy trial has similarly denied.

(received after 10 days)

#79471-054

Indefinitely Incarcerated Inmate

Josh Schulte

— Josh Schulte

Josh Schulte #79471054
MCC
150 Park Row
NY NY 10007

NEW YORK NY 100
23 OCT 2018 PM 9 L

[illegible] Paula A. Crotty
[illegible] District [illegible]
500 Pearl [illegible]
NY NY 10007

CHAMBERS OF
HONORABLE PAULA A. CROTTY
U.S.D.J.
OCT 29 2018

10007$1315 C014