UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                  :
        - v -                     :    No. 17 Cr. 548 (PAC)
                                  :
JOSHUA ADAM SCHULTE,
        Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

The undersigned attorney, a member in good standing of the bar of this court, hereby appears as counsel for Defendant Joshua Adam Schulte in this case.

Dated:  New York, New York
        December 11, 2018

                                        Respectfully submitted,

                                        /s/ Lauren M. Dolecki
                                        Lauren M. Dolecki
                                        Federal Defenders of New York, Inc.
                                        52 Duane Street – 10th Floor
                                        New York, New York 10007
                                        Tel: (212) 417-8735
                                        Fax: (212) 571-0392
                                        Email: lauren_dolecki@fd.org

                                        *Attorney for Defendant Joshua*
                                        *Adam Schulte*