

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 12, 2019

<u>Via ECF</u>
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

      **Re:**    *United States* v. *Joshua Adam Schulte*, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

    The Government writes to update the Court concerning two of the discovery issues raised at the conference on February 5, 2019.

    *First*, with respect to the defendant's access to discovery in prison, the Government has consulted with the MCC and understands that the hard drives containing the defendant's discovery were misplaced. As a result, the Government is providing another copy of the discovery to the defendant, which will be produced by tomorrow. In consultation with defense counsel, this reproduction will include all of the unclassified discovery produced to date except for a copy of the defendant's server, which requires a very large storage device for reproduction. The Government and defense counsel are working toward a solution for reproduction of the server.

    *Second*, the Government confirms that it has produced an electronic copy of all classified discovery in this case. To the extent the defendant seeks unredacted copies of the classified discovery, the Government objects to that request for the reasons stated during the February 5 conference and in the Government's filing pursuant to Section 4 of the Classified Information Procedures Act, dated December 10, 2018.

                                Respectfully submitted,

                                  GEOFFREY S. BERMAN
                                United States Attorney

                By: _____/s/_____
                    Sidhardha Kamaraju / Matthew Laroche
                    Assistant United States Attorneys
                  Scott McCulloch
                  Special Assistant United States Attorney

Cc: Defense Counsel (via ECF)