

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 14, 2019

Via ECF
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

    Re:   *United States* v. *Joshua Adam Schulte*, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

    The Government writes to update the Court concerning the protective order entered pursuant to Section 3 of the Classified Information Procedures Act ("Protective Order").

    As the Court is aware, paragraph 25(b) of the Protective Order provides that in the event the defense wishes to contact particular witnesses the Court Information Security Officer "will subsequently contact via a secure line a designated employee or employees (the 'Designated Employee(s)') at the U.S. Intelligence Agency who will be walled off from the prosecution team." The Government understands that after the Protective Order was filed, the U.S. Intelligence Agency designated an employee for this purpose and that employee remains available.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: _____/s/_____
    Sidhardha Kamaraju / Matthew Laroche
    Assistant United States Attorneys
    Tel.: 212-637-2420

Cc: Defense Counsel (via ECF)