```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA,                   NOTICE OF APPEARANCE
                                        :

                                        :
           - v -                            17 Cr. 548 (PAC)
                                        :
JOSHUA ADAM SCHULTE,
                                        :
              Defendant.
-----------------------------------x
```

To:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

 /s/
**EDWARD S. ZAS**
Assistant Federal Defender
(212) 417-8200