

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 21, 2019

Via ECF
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

> Re:     *United States* v. *Joshua Adam Schulte*, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

We write in response to the defendant's letter, dated March 19, 2019, concerning the defendant's access to his work product. Pursuant to the protective order entered on August 16, 2018, the Government has not participated in the review or handling of the defendant's work product, which is the responsibility of the agency wall attorney designated under the protective order. (Dkt. 61 ¶¶ 24(e), 25). As a result, the Government has no information responsive to the defendant's letter.[1] The Government understands that the Classified Information Security Officer has additional information concerning the processing of the defendant's work product and will be supplying that information to the Court in the near future.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
Sidhardha Kamaraju / Matthew Laroche
Assistant United States Attorneys
Tel.: 212-637-2420

Cc:  Defense Counsel (via ECF)

---

[1] Should the Court want the Government to make inquiries into this issue, the Government has designated a wall AUSA to do so.