UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA            :        17 Cr. 548 (PAC)

                                                                                 :        **ORDER**
                 -against-
                                                                                  :

JOSHUA SCHULTE,                              :

                Defendant.             :
-------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

       The April 8, 2019 trial date is adjourned. A new trial date will be set in this matter at the April 10, 2019 joint conference. For the reasons stated in the parties' joint letter of March 29, 2019 (Dkt. 83) and in the interest of justice, time will be excluded through April 10, 2019.

Dated: New York, New York
         April 5, 2019

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/19