UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA          :

    -v-                                             :

JOSHUA ADAM SCHULTE,              :

    Defendant.                              :

----------------------------------------------------------X

S-2  17 Cr. 548 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

On March 26, 2019, defendant requested that the Court order that six search warrants, issued in 2017, and the affidavits in support of the warrants, are no longer subject to the Court's protective order, dated September 18, 2017. The Government responded on April 2, 2019. On April 15, 2019, shortly after the Court entered an Order denying defendant's request, defendant reiterated its request and repeated many of the same arguments introduced in its initial letter.

Defendant has access to the search warrants and affidavits, subject to the terms of the protective order, and can use them to prepare his defense. The search warrants' and affidavits' "Confidential" designation is appropriate given that their disclosure would implicate national security concerns. Defendant has not shown any need for their public disclosure. For these reasons and those stated in the Court's April 15, 2019 Order, defendant's request is DENIED.

Dated:  New York, New York
        April 16, 2019

                                                  SO ORDERED

                                                  PAUL A. CROTTY
                                                  United States District Judge