# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 7 2019

SOUTHERN _____ District of _____ NEW YORK _____

UNITED STATES OF AMERICA

- v -

JOSHUA ADAM SCHULTE

Docket Number _____ 17 CR 548 (PAC) _____

HON. PAUL A. CROTTY
(District Court Judge)

Notice is hereby given that **the defendant JOSHUA ADAM SCHULTE** _____
appeals to the United States Court of Appeals for the Second Circuit from the:

judgment └──┘: orders └─✓─┘: other └──┘: _____
(specify)

entered in this action on __April 15 and 16, 2019__.
(date)

Offense occurred after November 1, 1987     Yes └─✓─┘     No └──┘

The appeal concerns:     conviction only └──┘:     sentence only └──┘:     conviction and sentence └──┘.

Date: April 17, 2019

TO:   Matthew Laroche, Esq.
U.S. Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York NY 10007

_____ Barry Leiwant, Esq. _____
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

_____ 52 Duane Street - 10th Floor _____

_____ New York NY 10007 _____

Telephone Number (212) 417-8700

ADD ADDITIONAL PAGE IF NECESSARY

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|

| ➤QUESTIONNAIRE | ➤TRANSCRIPT ORDER ➤ | DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
|---|---|---|
| └──┘ I am ordering a transcript<br>└─✓✓─┘ I am not ordering a transcript<br>Reason:<br>    └──┘ Daily copy is available<br>    └──┘ U.S. Attorney has placed order<br>    └─✓✓─┘ Other. Attach explanation | Prepare transcript of<br>└──┘ Pre-trial proceedings _____<br>└──┘ Trial _____<br>└──┘ Sentence _____<br>└──┘ Post-trial proceedings _____ | Dates |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b)) ➤ Method of payment └──┘ Funds └──┘ CJA Form 24

ATTORNEY'S signature    *Edward S. Zas*     DATE  4/17/19

| ➤ COURT REPORTER ACKNOWLEDGMENT | | To be completed by Court Reporter and forward to Court of Appeals. |
|---|---|---|
| Date order received | Estimated completion date | Estimated number of pages |

Date _____     Signature _____
(Court Reporter)