

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2019

Via ECF
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

    Re:    *United States* v. *Joshua Adam Schulte*, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

    We write pursuant to the Court's order, dated April 12, 2019, regarding the transcript of the second sidebar at the conference held on April 10, 2019. The Government has reviewed the transcript of the second sidebar and has no objection to unsealing it or any requests for redaction.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: _____/s/_____
    Sidhardha Kamaraju / Matthew Laroche
    Assistant United States Attorneys
    Tel.: 212-637-6523 / 2420

cc:  Defense Counsel (via ECF)