

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 16, 2019

Via ECF
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

    Re:   *United States* v. *Joshua Adam Schulte*, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

    On May 10, 2019, the defendant filed a motion to vacate the special administrative measures imposed by the Attorney General in this case. (Dkt. 92). The Government respectfully requests, on consent, that its brief in opposition to the defendant's motion be due on or before June 17, 2017.

                                  Respectfully submitted,

                                  GEOFFREY S. BERMAN
                                United States Attorney

                    By:        /s/
                        Sidhardha Kamaraju / Matthew Laroche
                        Assistant United States Attorneys
                        Tel.: 212-637-6523 / 2420

cc: Defense Counsel (via ECF)