

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 16, 2019

<u>Via ECF</u>
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

*[Handwritten endorsement: 5/17/2019 — The government response is due on or before June 17, 2019. So ordered. Paul Crotty, USDJ]*

    **Re:**    ***United States*** **v.** ***Joshua Adam Schulte***, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

    On May 10, 2019, the defendant filed a motion to vacate the special administrative measures imposed by the Attorney General in this case. (Dkt. 92). The Government respectfully requests, on consent, that its brief in opposition to the defendant's motion be due on or before June 17, ~~2017~~. *2019 pm*

                                            Respectfully submitted,

                                            GEOFFREY S. BERMAN
                                            United States Attorney

                              By:        /s/
                                       Sidhardha Kamaraju / Matthew Laroche
                                       Assistant United States Attorneys
                                       Tel.: 212-637-6523 / 2420

cc: Defense Counsel (via ECF)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/19