```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :
                                     :
    - v. -                           :   NOTICE OF APPEARANCE AND
                                     :   REQUEST FOR ELECTRONIC
JOSHUA ADAM SCHULTE,                 :   NOTIFICATION
                                     :
            Defendant.               :   S2 17-CR-548 (PAC)
                                     :
- - - - - - - - - - - - - - - - - - x
```

TO:   The Clerk of the Court
      United States District Court
      Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to the Government attorneys already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                        Respectfully submitted,

                                        Scott McCulloch
                                        Trial Attorney
                                        U.S. Department of Justice
                                        National Security Division
                                        950 Pennsylvania Ave., NW
                                        Washington, DC 20530
                                        phone:   (202) 233-0793
                                        fax:     (202) 233-2146
                                        scott.mcculloch@usdoj.gov

                                 by: /s/ Scott McCulloch

TO:   Sabrina Shroff, Esq.
      Edward Zas, Esq.
      Allegra Glashausser, Esq.
      Matthew Larsen, Esq
      Lauren Martine Dolecki, Esq.
      COUNSEL FOR DEFENDANT JOSHUA ADAM SCHULTE (via ECF)