# Exhibit F

AO 93 (SDNY Rev. 01/17) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | ) Case No.  S1 17 Cr. 548 (PAC) |
| **See Attachment A** | ) |
| | ) |
| | ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____New York_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment A

The search and seizure are related to violation(s) of *(insert statutory citations)*:

Title 18, United States Code, Sections 401 (contempt of court); 793 (unlawful disclosure of classified information); 1030 (unauthorized computer access), 1503 (obstruction of justice), 1791 (smuggling contraband into a federal detention facility) and 2252A (illegal acts related to child pornography)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____October 18, 2018_____
*(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.    ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the Clerk of the Court. _____
☑ Upon its return, this warrant and inventory should be filed under seal by the Clerk of the Court. _____
                                                                                                                    *USMJ Initials*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for ___30___ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   *October 6, 2018 @ 4:37 P.M.*                    *Paul A. Crotty*
                                                                                                     *Judge's signature*

City and state:   New York, NY                    The Honorable Paul A. Crotty, U.S.D.J.
                                                                                   *Printed name and title*

JAS_021261

**Attachment A**

I.    **Identification of the CD to Be Searched**

The **CD** is a silver and white compact disc bearing the marking "2018.10.5" and "65C-NY-2142433." The **CD** is currently located at the FBI's New York Field Office, 26 Federal Plaza, New York, New York. The **CD** contains the contents of three encrypted email accounts ("**Encrypted Account-1**," "**Encrypted Account-2**," and "**Encrypted Account-3**," together the "**Encrypted Accounts**").

The **Encrypted Accounts** are encrypted email accounts downloaded to the **CD** from a foreign service provider known as ProtonMail Secure Message, which according to its website is based in Switzerland. **Encrypted Account-1** is the account named annon1204@protonmail.com; **Encrypted Account-2** is the account named presumedguilty@protonmail.com; and **Encrypted Account-3** is the account named freejasonbourne@protonmail.com.

II.    **Execution of the Warrant**

Law enforcement agents are permitted to execute the search warrant at any time in the day or night. Upon the execution of this warrant, notice will be provided at or as soon as possible after the execution of the search.

III.    **Items to Be Searched and Seized**

A.    **Evidence, Fruits, and Instrumentalities of the Subject Offenses**

The **CD** may be searched for the seizure of the following evidence, fruits, and instrumentalities of: Title 18, United States Code, Sections 401 (contempt of court); Title 18, United States Code, Section 793 (unlawful disclosure of classified information); Title 18, United States Code, Section 1030 (unauthorized computer access), Title 18, United States Code, Section 1503 (obstruction of justice), Title 18, United States Code, Section 1791 (smuggling contraband into a federal detention facility) and Title 18, United States Code, Section 2252A (illegal acts

related to child pornography); as well as conspiracies and attempts to violate these provisions and aiding and abetting these offenses (the "Subject Offenses"), including:

a.     Evidence of the identity(ies) of the user(s) of the **Encrypted Accounts** and contraband cellphones in the Metropolitan Correctional Center (the "Contraband Cellphones"), as well as other coconspirators in contact with the **Encrypted Accounts** and/or Contraband Cellphones;

b.     Evidence relating to the geolocation of the users of the **Encrypted Accounts** at times relevant to the Subject Offenses;

c.     Evidence relating to the participation in the Subject Offenses by Schulte, Omar Amanat, and others using or in communication with the **Encrypted Accounts** and/or Contraband Cellphones;

d.     Evidence concerning financial institutions and transactions used by the users of the **Encrypted Accounts** and/or Contraband Cellphones in furtherance of the Subject Offenses;

e.     Communications evidencing crimes, including the Subject Offenses;

f.     Evidence of and relating to computers or other online accounts and facilities (such as additional email addresses) controlled or maintained by the user(s) of the **Encrypted Accounts** and/or Contraband Cellphones; and

g.     Passwords or other information needed to access any electronic devices like the Contraband Cellphones or facilities like the **Encrypted Accounts**.

JAS_021263