# Exhibit H

AO 93 (SDNY Rev. 01/17) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

18 MAG 8839

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | ) Case No.   S1 17 Cr. 548 (PAC) |
| | ) |
| See Attachment A | ) |
| | ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____New York_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment A

The search and seizure are related to violation(s) of *(insert statutory citations)*:

Title 18, United States Code, Sections 401 (contempt of court), 793 (unlawful disclosure of classified information); 1030 (unauthorized computer access), 1343 (wire fraud), 1503 (obstruction of justice), 1791 (smuggling contraband into a federal detention facility) and 2252A (illegal acts related to child pornography)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____October 30, 2018_____
*(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.     ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the Clerk of the Court.

☑ Upon its return, this warrant and inventory should be filed under seal by the Clerk of the Court.   *PAC*
*USMJ Initials*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☑ for __30__ days *(not to exceed 30)*.

☐until, the facts justifying, the later specific date of _____.

Date and time issued:   4 30 pm   10/16/2018          *Paul A. Crotty*
                                                  *Judge's signature*

City and state:   New York, NY          The Honorable Paul A. Crotty, U.S.D.J.
                                              *Printed name and title*

JAS_021264

AO 93  (SDNY Rev. 01/17) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>S1 17 Cr. 548 (PAC) | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the Court.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

JAS_021265

**Attachment A**

**I.      Identification of the Discovery Laptops Be Searched**

The **Discovery Laptops** include two laptops (the "FBI Laptop" and the "MCC Laptop").

The **FBI Laptop** is a Black Acer laptop Aspire 1A114-31 Series.  The **FBI Laptop** is currently located at the FBI's New York Field Office, 26 Federal Plaza, New York, New York.

The **MCC Laptop** is an HP EliteBook 8460p with serial number S/N MXL1440Y1.  The **MCC Laptop** is currently located at the MCC, 150 Park Row, New York, New York.

**II.     Execution of the Warrant**

Law enforcement agents are permitted to execute the search warrant at any time in the day or night.  Upon the execution of this warrant, notice will be provided at or as soon as possible after the execution of the search.

**III.    Items to Be Searched and Seized**

**A.      Evidence, Fruits, and Instrumentalities of the Subject Offenses**

Pursuant to the process described below, the **Discovery Laptops** may be searched to determine whether any hidden storage locations (the "Covert Partitions") were created or used on the **Discovery Laptops**.  The **Discovery Laptops**, including the Covert Partitions, may be searched for the seizure of the following evidence, fruits, and instrumentalities of: Title 18, United States Code, Sections 401 (contempt of court); Title 18, United States Code, Section 793 (unlawful disclosure of classified information); Title 18, United States Code, Section 1030 (unauthorized computer access), Title 18, United States Code, Section 1503 (obstruction of justice), Title 18, United States Code, Section 1791 (smuggling contraband into a federal detention facility), and Title 18, United States Code, Section 2252A (illegal acts related to child pornography); as well as conspiracies and attempts to violate these provisions and aiding and abetting these offenses (the "Subject Offenses"):

JAS_021266

a.     Evidence of the creation, existence, and/or use of Covert Partitions;

b.     Evidence of the identity(ies) of the user(s) of the Covert Partitions, encrypted email accounts (the "Encrypted Accounts"), and cellphones being used by Joshua Adam Schulte, Omar Amanat, and others at the MCC (the "Contraband Cellphones"), as well as other coconspirators in contact with the Contraband Cellphones and/or Encrypted Accounts;

c.     Evidence relating to the geolocation of the users of the Covert Partitions, the Encrypted Accounts, and/or Contraband Cellphones at times relevant to the Subject Offenses;

d.     Evidence relating to the participation in the Subject Offenses by Schulte, Amanat, and others using or in communication with the Encrypted Accounts and/or Contraband Cellphones;

e.     Evidence concerning financial institutions and transactions used by the users of the Covert Partitions, Encrypted Accounts, and/or Contraband Cellphones in furtherance of the Subject Offenses;

f.     Communications evidencing crimes, including the Subject Offenses;

g.     Evidence of and relating to computers or other online accounts and facilities (such as additional email addresses) controlled or maintained by the user(s) of the Covert Partitions, Encrypted Accounts, and/or Contraband Cellphones; and

h.     Passwords or other information needed to access any such computers, accounts, or facilities.

**B.     Wall Search Procedures**

1.     The **Discovery Laptops** will first be reviewed by law enforcement agents and prosecutors who are not part of the prosecution team (the "Wall Team") to identify any Covert Partitions or evidence of the creation, existence, or use of any Covert Partitions.

2

JAS_021267

2.      If the Wall Team does not identify any Covert Partitions being used to store data and/or documents or evidence of the creation, existence, or use of any such Covert Partitions, the Wall Team will stop its search and return the **Discovery Laptops** to the FBI or MCC.

3.      If the Wall Team does identify Covert Partitions containing data and/or documents or evidence of the creation, existence, or use of any such Covert Partitions, the Wall Team will review the data and/or documents to determine whether it is subject to any privilege, and, if so, segregate that data/document.

4.      The Wall Team will then turn over the remainder of the data and/or documents to the FBI case agents involved in the prosecution who would review those data and/or documents for evidence of the Subject Offenses, as outlined above.

5.      All privileged materials and materials, including the **Discovery Laptops**, not subject to seizure pursuant to this warrant will be returned to the FBI or MCC, as appropriate.

JAS_021268