UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA         :
                                 :
    -against-                    :     NOTICE OF MOTION
                                 :     TO SEVER
JOSHUA ADAM SCHULTE               :
                                 :     17 Cr. 548 (PAC)
        Defendant.               :
------------------------------------------------------------X

PLEASE TAKE NOTICE, that the defendant **Joshua Adam Schulte**, by and through his counsel, will move this Court, before the Honorable Paul A. Crotty, United States District Judge for the Southern District of New York, for an order severing counts twelve, thirteen, fourteen, and fifteen from the second superseding indictment filed by the government on October 31, 2018.

DATED:   NEW YORK, N.Y.
         June 18, 2019

                                    Respectfully submitted,
                                    Federal Defenders of New York

                                    /s/ Sabrina P. Shroff
                                By: _____
                                    Attorney for Defendant
                                    **Joshua Adam Schulte**
                                    52 Duane Street, 10th Floor
                                    New York, New York 10007
                                    Tel.: (212) 417-8713

TO:  GEOFFREY S. BERMAN, ESQ.
     United States Attorney
     Southern District of New York
     One St. Andrew's Plaza
     New York, New York 10007
     Attn: **Matthew Laroche and Sidhardha Kamaraju**
     Assistant United States Attorneys