*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 19, 2019

<u>Via ECF</u>
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

      Re:    *United States* v. *Joshua Adam Schulte*, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

      We write to update the Court regarding certain search warrant materials (collectively, the "Search Warrant Materials") previously marked as "Confidential" under the protective order entered by the Court on September 18, 2017 (the "Protective Order").

      As the Court is aware, on March 26, 2019, the defendant filed a letter asking the Court to determine that the Search Warrant Materials should not be treated as Confidential pursuant to the Protective Order.  Dkt. 82.  On April 2, 2019, the Government opposed that request because, among other reasons, disclosure of the Search Warrant Materials could impede ongoing investigations and impact national security.  Dkt. 84.  On April 15, 2019, the Court denied the defendant's request (Dkt. 87), and on April 16, 2019, the Court denied the defendant's motion for reconsideration (Dkt. 89).  On April 17, 2019, the defendant filed a notice of appeal with the Second Circuit challenging the Court's ruling.  Dkt. 90.

The Honorable Paul A. Crotty, U.S.D.J.
June 19, 2019
Page 2

      Based on recent developments, which the Government will describe in a separate *ex parte* letter to the Court, the Government is de-designating the Search Warrant Materials as Confidential under the Protective Order and has reproduced them as such to the defendant.

                                                Respectfully submitted,

                                                GEOFFREY S. BERMAN
                                                United States Attorney

                                    By: _____/s/_____
                                                Sidhardha Kamaraju / Matthew Laroche
                                                Assistant United States Attorneys
                                                Tel.: 212-637-6523/2420

Cc: Defense Counsel (via ECF)