

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 20, 2019

<u>Via ECF</u>
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

      Re:    *United States* v. *Joshua Adam Schulte*, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

      The Government writes with respect to the motion schedule in this matter. On June 18, 2019, the defendant filed two motions, a motion to suppress evidence and a motion for severance. The Government understands that the defendant plans to file two additional motions by July 1, 2019. After consulting with defense counsel, the Government respectfully requests that the Court permit the Government to respond to the defense's severance motion by July 12, 2019, and the remaining three defense motions by August 2, 2019. The defense consents to the Government's request.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By:     /s/
      Sidhardha Kamaraju / Matthew Laroche
      Assistant United States Attorneys
      Tel.: 212-637-6523/2420

Cc: Defense Counsel (via ECF)