**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 3, 2019

By ECF
Hon. Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Joshua Schulte, 17 Cr. 548 (PAC)

Hon. Judge Crotty,

    With consent of the government we ask the Court to allow Mr. Schulte until July 15, 2019, to file a reply in support of his motion to vacate the Special Administrative Measures imposed by the Attorney General in this case. (Dkt. No. 96.)

    Thank you for your consideration of this request.

Respectfully submitted,

/s/Sabrina Shroff
Assistant Federal Defender

cc:    All counsel