# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | S2 17 Cr. 548 (PAC) |
| -v.- | [PROPOSED] ORDER |
| JOSHUA ADAM SCHULTE, | |
| Defendant. | |

PAUL A. CROTTY, United States District Judge:

The parties shall comply with the following pretrial schedule:

**Pretrial Filings and Other Deadlines**

| | |
|---|---|
| July 29, 2019 | Government to file its notice pursuant to Section 10 of the Classified Information Procedures Act ("CIPA") identifying the materials that it reasonably expects to rely upon to establish the national defense or classified information element of the offenses charged in Counts One through Five. |
| | Government to identify what information from classified discovery that it reasonably expects to introduce at trial. Government also to identify its anticipated witnesses. These disclosures are subject to change as the Government continues to prepare for trial and respond to defense filings and arguments. |
| August 5, 2019 | Defendant to file his notice pursuant to CIPA Section 5 detailing the classified information that he reasonably expects to disclose or cause to disclose in connection with trial or any pretrial proceeding. |
| August 26, 2019 | Government to provide notice to the Court and the defendant pursuant to CIPA Section 6(a) and (b) that it is requesting a hearing concerning the use, relevance, or admissibility of classified information at trial or any pretrial hearings. |
| | Parties to provide expert notice, if any. |

September 9, 2019      Defendant to file opposition to the Government's notice under CIPA Section 6(b).

September 16, 2019      Government to file its reply, if any, to the defendant's opposition to the Government's notice under CIPA Section 6(b).

September 30, 2019      Government to file its motion pursuant to CIPA Section 6(c), if any, proposing alternative procedures for the disclosure of classified information at trial.

Parties to file motions in limine and 404(b) notice.

Parties to file requests to charge and voir dire.

October 14, 2019      Defendant to file his opposition to the Government's motion pursuant to CIPA Section 6(c).

Parties' to file oppositions to motions in limine. Government to produce 3500 and *Giglio* material (if not already produced).

**Pretrial Hearing and Conference Dates**

September __, 2019      Court to hold a hearing to address the defendant's pretrial motions, if necessary (parties propose week of September 16).

September __, 2019      Court to hold a hearing pursuant to CIPA Section 6(a), if necessary (parties propose week of September 23).

October __, 2019      Court to hold a hearing pursuant to CIPA Section 6(c), if necessary (parties propose week of October 21).

October __, 2019      Court to hold final pretrial conference (parties propose week of October 28).

SO ORDERED.

Dated:      July __, 2019
New York, New York

_____
THE HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

2