*Exhibit D*

############### * Google Confidential and Proprietary * ###############

Google Account: joshschulte1@gmail.com

Search History events:
----------------------
2017-03-14 22:05:23 UTC: Visited https://www.quora.com/What-is-the-difference-between-1080p-480p-720p-Blueray-BRRIP-CAM-DVDrip-DVDSCR-I
2017-03-14 22:05:18 UTC: Searched for brrip (https://www.google.com/search?q=brrip)
2017-03-14 21:38:02 UTC: Searched for Forev [Blu-ray] (2013) (https://www.google.com/search?q=Forev+%5BBlu-ray%5D+(2013))
2017-03-14 21:37:45 UTC: Searched for Forev [Blu-ray] (2013) (https://www.google.com/search?q=Forev+%5BBlu-ray%5D+(2013))
2017-03-14 20:30:08 UTC: Visited http://www.huffingtonpost.com/entry/lord-of-the-rings-cast-major-fan-theory_us_561dca5fe4b028dd7ea5b392 (h
2017-03-14 20:29:15 UTC: Visited http://middle-earth.xenite.org/2011/09/09/why-does-gandalf-say-fly-you-fools/ (http://middle-earth.xenite.org/20
2017-03-14 20:29:12 UTC: Searched for fly you fools (https://www.google.com/search?q=fly+you+fools)
2017-03-14 20:19:22 UTC: Visited https://en.wikipedia.org/wiki/9_Songs (https://en.wikipedia.org/wiki/9_Songs)
2017-03-14 20:19:19 UTC: Searched for 9 songs (https://www.google.com/search?q=9+songs)
2017-03-14 19:12:51 UTC: Searched for fbi (https://www.google.com/search?q=fbi&tbm=nws)
2017-03-14 18:08:24 UTC: Visited http://scifi.stackexchange.com/questions/64955/why-did-frodo-start-his-adventure-17-years-after-he-inherited-th
2017-03-14 18:08:23 UTC: Visited http://tolkiengateway.net/wiki/Timeline_of_Frodo_Baggins (http://tolkiengateway.net/wiki/Timeline_of_Frodo_Ba
2017-03-14 18:08:12 UTC: Searched for time between frodo hide the ring and gandalf returns (https://www.google.com/search?q=time+between+fro
2017-03-14 17:51:29 UTC: Visited http://www.tolkienonline.de/etep/1ring4_1b.html (http://www.tolkienonline.de/etep/1ring4_1b.html)
2017-03-14 17:51:28 UTC: Visited https://www.lotro.com/forums/showthread.php?421472-Why-does-the-One-Ring-make-you-invisible-when-you-p
2017-03-14 17:51:26 UTC: Visited http://middle-earth.xenite.org/2011/12/14/why-did-sauron-and-the-nazgul-not-know-when-bilbo-wore-the-ring/ (
2017-03-14 17:51:23 UTC: Visited https://www.quora.com/Why-doesnt-Sauron-or-the-Nazgul-sense-Bilbos-and-Smeagols-use-of-the-ring (https://w
2017-03-14 17:51:20 UTC: Visited http://www.gamefaqs.com/boards/211-lord-of-the-rings/64042788 (http://www.gamefaqs.com/boards/211-lord-o
2017-03-14 17:51:18 UTC: Visited https://www.reddit.com/r/lotr/comments/mt62n/how_come_the_nazgul_dont_know_that_bilbo_has_the/ (https
2017-03-14 17:51:15 UTC: Visited https://www.reddit.com/r/lotr/comments/2q87d3/why_could_bilbo_use_the_ring_for_80yrs_but_the/ (https://w
2017-03-14 17:51:14 UTC: Visited http://movies.stackexchange.com/questions/2754/why-did-the-ring-affect-frodo-so-much-and-not-bilbo (http://m
2017-03-14 17:51:12 UTC: Visited http://scifi.stackexchange.com/questions/49703/why-didnt-sauron-find-bilbo-when-he-put-on-the-ring-like-frodo (
2017-03-14 17:50:59 UTC: Searched for why are the wraiths not drawn to bilbo when he puts on the ring (https://www.google.com/search?q=why+ar
2017-03-14 17:18:37 UTC: Visited https://www.wired.com/2017/03/cia-whistleblower-talks-vault-7-wikileaks-president-trump/ (https://www.wired.c
2017-03-14 17:18:04 UTC: Searched for cia (https://www.google.com/search?q=cia&tbm=nws)
2017-03-14 16:50:53 UTC: Visited http://www.dslreports.com/forum/r30407769-Annoying-On-Demand-movie-promo-pop-up-now-GONE (http://ww
2017-03-14 16:50:42 UTC: Searched for verizon stop seeing video on demand (https://www.google.com/search?q=verizon+stop+seeing+video+on+de
2017-03-14 15:49:32 UTC: Visited http://www.kayak.com/semi/adwords/hotel_general/any/en.html?label=-bn*K4bkd14G3NznsTnDFWwS94527259

2011-10-17 01:33:48 UTC: Searched for the farm (https://www.google.com/search?q=the+farm)
2011-10-17 00:46:07 UTC: Visited http://www.ece.utexas.edu/ (http://www.ece.utexas.edu/)
2011-10-17 00:46:05 UTC: Searched for department of electrical engineering and computer science texas (https://www.google.com/search?q=depart
2011-10-17 00:45:56 UTC: Searched for department of electrical engineering and computer science (https://www.google.com/search?q=department
2011-10-17 00:45:23 UTC: Visited http://registrar.utexas.edu/calendars/11-12 (http://registrar.utexas.edu/calendars/11-12)
2011-10-17 00:45:20 UTC: Searched for university of texas calendar (https://www.google.com/search?q=university+of+texas+calendar)
2011-10-17 00:32:08 UTC: Visited http://thesaurus.com/ (http://thesaurus.com/)
2011-10-17 00:32:06 UTC: Searched for theasaurus (https://www.google.com/search?q=theasaurus)
2011-10-16 20:59:54 UTC: Visited http://www.beer-brewing.com/ (http://www.beer-brewing.com/)
2011-10-16 20:59:43 UTC: Visited http://www.austinhomebrew.com/ (http://www.austinhomebrew.com/)
2011-10-16 20:58:36 UTC: Visited http://answers.yahoo.com/question/index?qid=20090115153117AA1V9cJ (http://answers.yahoo.com/question/in
2011-10-16 20:58:23 UTC: Searched for is beer carbonated (https://www.google.com/search?q=is+beer+carbonated)
2011-10-16 20:58:11 UTC: Visited http://en.wikipedia.org/wiki/Brewing (http://en.wikipedia.org/wiki/Brewing)
2011-10-16 20:57:55 UTC: Visited http://en.wikipedia.org/wiki/Brewing (http://en.wikipedia.org/wiki/Brewing)
2011-10-16 20:57:51 UTC: Searched for beer brewing (https://www.google.com/search?q=beer+brewing)
2011-10-16 19:22:27 UTC: Viewed image from http://www.texasboxoffice.com/000_diagrams/football.html (http://www.texasboxoffice.com/000_di
2011-10-16 19:22:27 UTC: Searched for dkr stadium texas (https://www.google.com/search?q=dkr+stadium+texas&tbm=isch)
2011-10-16 19:22:24 UTC: Searched for dkr stadium texas (https://www.google.com/search?q=dkr+stadium+texas&tbm=isch)
2011-10-16 19:22:20 UTC: Searched for dkr stadium texas (https://www.google.com/search?q=dkr+stadium+texas)
2011-10-15 16:54:35 UTC: Directions to congress and 17th (https://maps.google.com/maps?f=d&source=s_d&saddr=7117+Wood+Hollow+Dr,+Austi
2011-10-15 05:58:58 UTC: Visited http://en.wikipedia.org/wiki/The_Mothman_Prophecies (http://en.wikipedia.org/wiki/The_Mothman_Prophecies)
2011-10-15 05:58:56 UTC: Searched for mothman prophecies (https://www.google.com/search?q=mothman+prophecies)
2011-10-15 04:11:48 UTC: Visited http://www.imdb.com/title/tt0181316/reviews (http://www.imdb.com/title/tt0181316/reviews)
2011-10-15 04:11:44 UTC: Searched for movie where criminal impersonates cop to get diamond (https://www.google.com/search?q=movie+where+c
2011-10-15 04:11:34 UTC: Searched for movie where criminal impersonates cop (https://www.google.com/search?q=movie+where+criminal+imperso
2011-10-15 04:09:40 UTC: Visited http://www.imdb.com/title/tt0112442/ (http://www.imdb.com/title/tt0112442/)
2011-10-15 04:09:33 UTC: Visited http://en.wikipedia.org/wiki/Bad_Boys_(1995_film) (http://en.wikipedia.org/wiki/Bad_Boys_(1995_film))
2011-10-15 04:09:31 UTC: Searched for bad boys (https://www.google.com/search?q=bad+boys)
2011-10-15 03:54:36 UTC: Visited http://en.wikipedia.org/wiki/List_of_NC-17_rated_films (http://en.wikipedia.org/wiki/List_of_NC-17_rated_films)
2011-10-15 03:51:51 UTC: Visited http://en.wikipedia.org/wiki/Motion_Picture_Association_of_America_film_rating_system (http://en.wikipedia.org
2011-10-15 03:51:46 UTC: Searched for NC-17 (https://www.google.com/search?q=NC-17)
2011-10-15 03:36:54 UTC: Visited http://en.wikipedia.org/wiki/List_of_time_travel_science_fiction (http://en.wikipedia.org/wiki/List_of_time_travel
2011-10-15 03:36:48 UTC: Visited http://en.wikipedia.org/wiki/Time_loop (http://en.wikipedia.org/wiki/Time_loop)
2011-10-15 03:36:44 UTC: ==Searched for movie where guy keeps going back in time to relive past== (https://www.google.com/search?q=movie+where+g

2011-10-15 03:36:21 UTC: Searched for movie where father videos daughter and friend sex (https://www.google.com/search?q=movie+where+fathe
2011-10-15 03:35:52 UTC: Searched for movie where father videos child porn (https://www.google.com/search?q=movie+where+father+videos+chil
2011-10-15 03:16:50 UTC: Visited http://en.wikipedia.org/wiki/Cream_of_Wheat (http://en.wikipedia.org/wiki/Cream_of_Wheat)
2011-10-15 03:16:48 UTC: Searched for cream of wheat (https://www.google.com/search?q=cream+of+wheat)
2011-10-15 02:29:35 UTC: Visited http://bitcoin.org/ (http://bitcoin.org/)
2011-10-15 02:29:28 UTC: Searched for bitcoin (https://www.google.com/search?q=bitcoin)
2011-10-15 02:17:07 UTC: Searched for dmrs (https://www.google.com/search?q=dmrs)
2011-10-14 23:33:50 UTC: Searched for property that targey will always attack weakest point (https://www.google.com/search?q=property+that+targ
2011-10-14 17:58:11 UTC: Visited http://en.wikipedia.org/wiki/Semper_fidelis (http://en.wikipedia.org/wiki/Semper_fidelis)
2011-10-14 17:58:06 UTC: Searched for semper fi (https://www.google.com/search?q=semper+fi)
2011-10-14 14:14:16 UTC: Visited http://jim.com/money.htm (http://jim.com/money.htm)
2011-10-14 14:14:07 UTC: Visited http://www.allamericanblogger.com/17534/let-me-give-you-a-tip-on-a-clue-to-mens-characters-the-man-who-dan
2011-10-14 14:13:54 UTC: Visited http://www.goodreads.com/quotes/show/37409 (http://www.goodreads.com/quotes/show/37409)
2011-10-14 14:13:50 UTC: Searched for Let me give you a tip on a clue to men's characters: (https://www.google.com/search?q=Let+me+give+you+a
2011-10-14 04:36:46 UTC: Searched for angstrom install beagleboard (https://www.google.com/search?q=angstrom+install+beagleboard)
2011-10-14 04:36:38 UTC: Searched for kinect sdk beagleboard (https://www.google.com/search?q=kinect+sdk+beagleboard)
2011-10-14 04:36:36 UTC: Searched for screen scroll (https://www.google.com/search?q=screen+scroll)
2011-10-14 04:36:28 UTC: Shopped for https://www.google.com/products/catalog?q=blood+pressure+watch&hl=en&client=ubuntu&hs=PXN&chann
2011-10-14 04:35:45 UTC: Searched for wall street (https://www.google.com/search?q=wall+street)
2011-10-14 04:32:34 UTC: Searched for wall street (https://www.google.com/search?q=wall+street)
2011-10-14 04:31:04 UTC: Visited http://classicalrevolution.wordpress.com/2009/04/28/notable-quotes-from-atlas-shrugged/ (http://classicalrevolu
2011-10-14 04:30:59 UTC: Searched for atlas shrugged quotes money (https://www.google.com/search?q=atlas+shrugged+quotes+money)
2011-10-14 04:14:53 UTC: Searched for LESA (https://www.google.com/search?q=LESA)
2011-10-14 00:42:02 UTC: Visited http://dna1.mookie1.com/n/116436/116566/ad.doubleclick.net/1qx3bgr;11;4;;8;;czjhkz;1stzdp;;ku1dj;cak;1;/i/c?0
2011-10-14 00:41:59 UTC: Searched for pull ups sizes (https://www.google.com/search?q=pull+ups+sizes)
2011-10-14 00:26:51 UTC: Visited http://www.heb.com/find-a-store/find-a-store.jsp (http://www.heb.com/find-a-store/find-a-store.jsp)
2011-10-14 00:26:48 UTC: Searched for heb hours (https://www.google.com/search?q=heb+hours)
2011-10-13 19:19:37 UTC: Searched for google reader embedded videos are cached (https://www.google.com/search?q=google+reader+embedded+
2011-10-13 19:19:33 UTC: Searched for using openkinect api to write kinect program (https://www.google.com/search?q=using+openkinect+api+to+
2011-10-13 19:19:33 UTC: Searched for google reader imbeded videos are cached (https://www.google.com/search?q=google+reader+imbeded+vide
2011-10-13 19:19:32 UTC: Searched for using open kinect api to write kinect program (https://www.google.com/search?q=using+open+kinect+api+to
2011-10-13 19:19:21 UTC: Searched for forward web traffic over ssh (https://www.google.com/search?q=forward+web+traffic+over+ssh)
2011-10-13 19:19:18 UTC: Searched for forward traffic over ssh (https://www.google.com/search?q=forward+traffic+over+ssh)
2011-10-13 15:33:31 UTC: Visited https://answers.launchpad.net/ubuntu/+question/12848 (https://answers.launchpad.net/ubuntu/+question/1284