# *Exhibit H*

## Case Summary

Case Information....2
File Overview....2
Evidence List....3

## Bookmarks

## File Properties

jpeg....5

# Case Summary

10/31/2018
Time zone for display: Eastern Daylight Time

# Case Information

10/31/2018
Time zone for display: Eastern Daylight Time

| | |
|---|---|
| **Version** | AccessData Forensic Toolkit Version: 6.3.1.26 |
| **Case Owner** | OPWAN\vtenpenny |
| **Case Name** | NY-2142433 |
| **Case Reference** | |
| **Case Description** | |
| **Report Created** | 10/31/2018 9:31:33 AM |

# File Overview

10/31/2018

## Evidence Groups

Ungrouped: 1995829

## File Items

Evidence Items: 1
Checked Items: 0
Unchecked Items: 1995829

## File Category

Archives: 16675
Databases: 1781
Documents: 381973
Email: 165
Executable: 82729
Folders: 188425
Graphics: 867394
Internet/Chat Files: 656
Mobile Phone: 0
Multimedia: 5427
OS/File System Files: 53864
Other Encryption Files: 23704
Other Known Types: 8395
Presentations: 75
Slack/Free Space: 73445
Spreadsheets: 48
Unknown Types: 291073
User Types: 0

## File Status

Bad Extensions: 0
Data Carved Files: 693617
Decrypted Files: 0
Deleted Files: 176902
Duplicate Items: 1138008
Email Attachments: 0
Email Related Items (From Email): 471
Encrypted Files: 22
Flagged Ignore: 0
Flagged Privileged: 0

From Recycle Bin: 14
KFF Alert Files: 0
KFF Ignorable: 0
OCR Graphics: 0
OLE Subitems: 0
Project VIC Matches: 0
User-Decrypted Files: 0

### Labels

Not relevant: 0
Reviewed - FBI: 728
Reviewed - Non pertinent: 0
Reviewed - Non-pertinent: 0
Reviewed-Non Pert: 0

### Email Status

Email Attachments: 0
Email Related Items (From Email): 471
Email Reply: 2
Forwarded Email: 0

## Evidence List

10/31/2018

### Display Name: QNY09_SC01_HDD01.E01

Evidence Path: \\site5-f02\Cases02\65C-NY-2142433\Work\NY-2142433\images\VSC\Ev_e82d2aba-83dc-452d-b515-3d01583c0475.adx
ID Number/Name:
Evidence Type: Disk Image
Description:
Time Zone: America/New_York

# All Bookmarks

10/31/2018
Time zone for display: Eastern Daylight Time

# File Properties

10/31/2018
Time zone for display: Eastern Daylight Time

Note: the following file filter was applied to this list: "Copy of Bookmarked"

## File Properties
## Category: jpeg

10/31/2018

Note: the following file filter was applied to this list: "Copy of Bookmarked"

| | |
|---|---|
| ***Name*** | ***Carved [9612238688].jpeg*** |
| **Physical Size** | n/a |
| **Logical Size** | 4409 B |
| **Created Date** | n/a |
| **Modified Date** | n/a |
| **Accessed Date** | n/a |
| **Path** | QNY09_SC01_HDD01.E01/Partition 1/NONAME [VSC]/[Current]/[root]/pagefile.sys»Carved [9612238688].jpeg |
| **Exported as** | Report_Files/files/Carved [9612238688].jpeg |

**Bookmarks, 4-4**
**Case Information, 2-2**
- Case Description, 2
- Case Name, 2
- Case Owner, 2
- Case Reference, 2
- Report Created, 2
- Version, 2

**File Overview, 2-3**
- Email Status, 3
  - Email Attachments, 3
  - Email Related Items (From Email), 3
  - Email Reply, 3
  - Forwarded Email, 3
- Evidence Groups, 2
  - Ungrouped, 2
- File Category, 2
  - Archives, 2
  - Databases, 2
  - Documents, 2
  - Email, 2
  - Executable, 2
  - Folders, 2
  - Graphics, 2
  - Internet/Chat Files, 2
  - Mobile Phone, 2
  - Multimedia, 2
  - OS/File System Files, 2
  - Other Encryption Files, 2
  - Other Known Types, 2
  - Presentations, 2
  - Slack/Free Space, 2
  - Spreadsheets, 2
  - Unknown Types, 2
  - User Types, 2
- File Items, 2
  - Evidence Items, 2
  - Checked Items, 2
  - Unchecked Items, 2
- File Status, 2
  - Bad Extensions, 2
  - Data Carved Files, 2
  - Decrypted Files, 2
  - Deleted Files, 2
  - Duplicate Items, 2
  - Email Attachments, 2
  - Email Related Items (From Email), 2
  - Encrypted Files, 2
  - Flagged Ignore, 2
  - Flagged Privileged, 2
  - From Recycle Bin, 3
  - KFF Alert Files, 3
  - KFF Ignorable, 3
  - OCR Graphics, 3
  - OLE Subitems, 3
  - Project VIC Matches, 3
  - User-Decrypted Files, 3
- Labels, 3
  - Not relevant, 3
  - Reviewed - FBI, 3
  - Reviewed - Non pertinent, 3
  - Reviewed - Non-pertinent, 3
  - Reviewed-Non Pert, 3

**Evidence List, 3-3**
- QNY09_SC01_HDD01.E01, 3

**File Properties, 5-5**
- jpeg,5
  - Carved [9612238688].jpeg, 5