UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 17 Cr. 548 (PAC) |
| | : | |
| -v- | : | **NOTICE OF WITHDRAWAL** |
| | : | **AS COUNSEL** |
| JOSHUA ADAM SCHULTE, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------X

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Lauren M. Dolecki, co-counsel for the defendant in the above-entitled action, hereby withdraw as an attorney of record, because as of July 2, 2019, I am no longer affiliated with the Federal Defenders of New York. Counsel from the Federal Defenders of New York will continue to serve as counsel of record to the defendant in the above-referenced matter.

Therefore, I hereby request that the Court grant my withdrawal and that my appearance by removed from the docket.

Date: New York, New York
July 9, 2019

Respectfully Submitted,

DEBEVOISE & PLIMPTON LLP

By: /s/ Lauren M. Dolecki
Lauren M. Dolecki
919 Third Avenue
New York, NY 10022
(212) 909-6000

SO ORDERED: /s/ [signature]
Dated: 7/10/2019