

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 12, 2019

<u>Via ECF</u>
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

      Re:   *United States* v. *Joshua Adam Schulte*, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

      We write in response to the defendant's motion to sever certain counts of the S2 Superseding Indictment. (Dkt. No 101). The Government agrees to proceed to two separate trials as proposed by the defendant: (i) one trial addressing Counts One through Eleven, which include charges related to the theft and transmission of classified information, false statements, obstruction of justice, and contempt of court (the "Espionage Trial"), and (ii) another trial addressing Counts Twelve through Fifteen, which include charges related to the possession of child pornography and copyright infringement. Although the Government does not oppose the defendant's severance motion, the Government does not concede that evidence of, for example, the child pornography and copyright infringement offenses is necessarily inadmissible at the Espionage Trial. To the extent the Government seeks to admit any such evidence at the Espionage Trial, the Government will, in advance of trial, file motions *in limine* addressing those evidentiary issues.

                                         Respectfully submitted,

                                         GEOFFREY S. BERMAN
                                         United States Attorney

                   By:  _____/s/_____
                         Sidhardha Kamaraju / Matthew Laroche
                         Assistant United States Attorneys
                         Tel.: 212-637-6523/2420

Cc:  Defense Counsel (via ECF)