

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 17, 2019

<u>Via ECF</u>
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

      Re:    *United States* v. *Joshua Adam Schulte*, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

      On July 3, 2019, the parties submitted a proposed scheduling order for the Court's consideration. Pursuant to the Court's request, the parties hereby submit a revised proposed scheduling order, which is attached as Exhibit A to this letter. The revised scheduling order includes all of the proposed dates set forth in the July 3 proposed schedule, as well as deadlines to file opposition and reply papers in connection with the defendant's pretrial suppression and discovery motions. The parties believe that the revised scheduling order accounts for all remaining pretrial deadlines in this case.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By: _____/s/_____
      Sidhardha Kamaraju / Matthew Laroche
      Assistant United States Attorneys
      Tel.: 212-637-6523/2420

Cc: Defense Counsel (via ECF)
    Daniel Hartenstine, Court Information Security Officer