**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 5, 2019

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Joshua Schulte, 17 Cr. 548 (PAC)

Hon. Judge Crotty,

    With consent of the government, we write to seek an extension of the August 5, 2019, deadline for CIPA 5 filing. The government and the defense are engaged in determining the length of the adjournment and will submit a proposed timetable tomorrow. Thank you.

                                     Respectfully submitted,

                                     /s/Sabrina Shroff
                                     Assistant Federal Defender

cc:    Daniel O. Hartenstine
        *Classified Information Security Officer*