UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

                                             :

UNITED STATES OF AMERICA        :      **NOTICE OF APPEARANCE AND**
                                      :      **REQUEST FOR ELECTRONIC**

        - v. -                 :            **NOTIFICATION**

                                        :

JOSHUA ADAM SCHULTE,       :
                                        :         **S2 17 Cr. 548 (PAC)**

               Defendant.    :

                                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO:    Clerk of Court
        United States District Court
        Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in the

above-captioned case and to add him as a Filing User to whom Notices of Electronic Filing will

be transmitted in this case.

                                       Respectfully submitted,

                                       GEOFFREY S. BERMAN
                                       United States Attorney for the
                                       Southern District of New York

                                       by: _____
                                         David W. Denton, Jr.
                                       Assistant United States Attorney
                                       (212) 637-2744