# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | S2 17 Cr. 548 (PAC) |
| -v.- | [PROPOSED] ORDER |
| JOSHUA ADAM SCHULTE, | |
| Defendant. | |

PAUL A. CROTTY, United States District Judge:

The parties shall comply with the following pretrial schedule:

**Pretrial Filings and Other Deadlines**

| | |
|---|---|
| August 29, 2019 | Defendant to file reply briefs, if any, in response to the Government's opposition to the defendant's pretrial suppression motions submitted on August 2, 2019. |
| | Government to file its opposition to the defendant's classified motion relating to a redacted document produced in classified discovery. |
| September 6, 2019 | Government to file its response to the defendant's conflict letter, dated August 26, 2019. |
| September 9, 2019 | Defendant to file his notice pursuant to CIPA Section 5 detailing the classified information that he reasonably expects to disclose or cause to disclose in connection with trial or any pretrial proceeding.  Defendant reserves his right to supplement his Section 5 notice in advance of trial. |
| | Government to file its opposition to the defendant's classified motion, dated August 26, 2019. |
| October 4, 2019 | Government to provide notice to the Court and the defendant pursuant to CIPA Section 6(a) and (b) that it is requesting a hearing concerning the use, relevance, or admissibility of classified information at trial or any pretrial hearings. |
| | Parties to provide expert notice, if any. |

| | |
|---|---|
| October 18, 2019 | Defendant to file opposition to the Government's notice under CIPA Section 6(b). |
| November 22, 2019 | Government to file its motion pursuant to CIPA Section 6(c), if any, proposing alternative procedures for the disclosure of classified information authorized by the Court to be disclosed at trial. |
| | Parties to file motions in limine and 404(b) notice. |
| | Parties to file requests to charge and voir dire. |
| December 6, 2019 | Defendant to file his opposition to the Government's motion pursuant to CIPA Section 6(c). |
| | Parties' to file oppositions to motions in limine. Government to produce 3500 and *Giglio* material (if not already produced). |

**Pretrial Hearing and Conference Dates**

| | |
|---|---|
| October __, 2019 | Court to hold a hearing to address the defendant's pretrial motions, if necessary (parties propose week of October 14). |
| November __, 2019 | Court to hold a hearing pursuant to CIPA Section 6(a), if necessary (parties propose week of November 11). |
| December __, 2019 | Court to hold a hearing pursuant to CIPA Section 6(c), if necessary (parties propose week of December 16). |
| December __, 2019 | Court to hold final pretrial conference (parties propose week of December 16). |

SO ORDERED.

Dated:   August __, 2019
         New York, New York

_____
THE HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE