# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 9, 2019

*Un-redacted Version to the Court*
*Redacted Version Served on Government Counsel*

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Joshua Schulte*, 17 Cr. 548 (PAC)

Hon. Judge Crotty:

    As directed by the Court, Mr. Schulte proposes the following changes to the scheduling order.

    As to the CIPA 5 deadline of September 9, 2019, we seek a rolling deadline as this case is unlike any other. Here the majority of the discovery is classified. As trial approaches, the theory of defense may change and require us to give the government additional notice. There would be no prejudice to the government with such an approach. The statute itself allows for CIPA 5 disclosures up to 30 days prior to trial, and the defense intends to make substantial disclosures today. [REDACTED]

    We further advise the Court that we may have objections—including potential constitutional challenges—to the fairness of the CIPA process as applied in this case. We are planning on submitting any such objections on December 6, 2019, as part of the defendant's opposition to the government's CIPA 6 notice, and at the hearing scheduled for December 16, 2019.

    Finally, we ask that the suppression hearing be scheduled for October 24, 2019.

Hon. Paul A. Crotty  Page 2
Judge, Southern District of New York  September 9, 2019

Thank you for considering this request.

        Respectfully submitted,

        /s/ Sabrina Shroff
        Edward Zas
        Allegra Glashausser

        Counsel for Joshua A. Schulte