UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA :

-v- :      S-2  17 Cr. 548 (PAC)

JOSHUA ADAM SCHULTE, :      ORDER

Defendant. :

-----------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

With regard to Schulte's letter of August 29, 2019, (Dkt. 132), the Government's response of September 13, 2019, (Dkt. 140), and Schulte's reply of September 17, 2019, (Dkt. 141), concerning the confidentiality of certain consensual audio recordings, the Government represents that it has produced 65 of the 74 recordings in unclassified discovery and that the remaining nine recordings have been properly classified. It is not correct that classified information automatically becomes declassified when recorded at the Government's request outside the Sensitive Compartmented Information Facility. Further, the Government represents that it will continue to review the recordings to see if the remaining recordings can be declassified.

The Defendant's application of August 29, 2019 (Dkt. 132) is DENIED.

Dated: New York, New York
       September 19, 2019

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge