UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA            :

          -v-                                       :

JOSHUA ADAM SCHULTE,                :

          Defendant.                       :

------------------------------------------------------X

S-2  17 Cr. 548 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

At a court conference on Wednesday, September 18, 2019, Counsel for Schulte requested a re-examination of the classification of certain 302s. With regard to the 21 302s attached to the letter filed by Schulte, dated August 8, 2019, supplemented by the 302s for any witness the Government has designated for trial, the Government is directed to re-examine these documents to determine whether they have been properly classified. If the Government claims the documents should be designated as classified the Government is directed to identify the information claimed to be classified.

Dated: New York, New York
       September __, 2019

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge