UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

JOSHUA ADAM SCHULTE,

            Defendant.

----------------------------------------------------------X

17 Cr. 548 (PAC)

**ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

      With regard to Schulte's letter of August 26, 2019, and the Government's response of September 9, 2019 concerning Schulte's work station computer, and in particular with respect to Schulte's counsel's request to visit Schulte's work site at the CIA, Schulte's counsel may visit the alleged scene of the crime. As discussed at the court conference on Wednesday, September 18, 2019, while the Government argues that a visit to the site is irrelevant, it does not deny that it has visited Schulte's work site.

      The Government is directed to provide defense counsel, who have obtained the requisite security clearance, with access to the work station and area formerly occupied by Mr. Schulte. The visit will be conducted in compliance with security restrictions required by the CIA as soon as security and defense schedules permit and will occur at a time least intrusive to daily operations.

      The CISO is directed to facilitate the visit and accompany defense counsel in order to

ensure compliance with security regulations.

Dated: New York, New York
      September 19, 2019

SO ORDERED

*Paul N Crotty*

PAUL A. CROTTY
United States District Judge