# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

**BY ECF**

October 8, 2019

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Joshua Adam Schulte*, No. 17 Cr. 548 (PAC)

Dear Judge Crotty:

We respectfully request that the parties be granted a one-week extension, until October 18, 2019, to provide their expert notice. While the government has advised us that it is prepared to meet the current expert-notice deadline of October 11, 2019, the defense requires a brief extension.

The government does not object to this request and informs us that, if the extension is granted, the government will provide its expert notice on October 18, 2019.

Thank you for your consideration.

Respectfully submitted,

_____/s/_____
Edward S. Zas/Sabrina P. Shroff

[Handwritten annotation: "A 1 week extension is granted, as requested. So ordered. Paul A. Crotty USDJ 10/10/2019"]