Case 1:17-cr-00548-PAC   Document 151   Filed 10/11/19   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 11, 2019

<u>Via ECF</u>
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

    Re:    *United States* v. *Joshua Adam Schulte*, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

    Earlier today, the Government filed its classified motion pursuant to Section 6(a) of the Classified Information Procedures Act *in camera* and under seal through the Court Information Security Officer. The Government also has made a copy of the motion available to cleared defense counsel.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:     /s/
    David W. Denton, Jr. / Sidhardha Kamaraju / Matthew Laroche
    Assistant United States Attorneys
    Tel.: 212-637-2744 / 6523 / 2420

Cc:  Defense Counsel (via ECF)
     Daniel Hartenstine, Court Information Security Officer (via Email)