```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA        :       17 Cr. 548(PAC)

                                        NOTICE OF CLASSIFIED
        -v-                     :       FILING

JOSHUA ADAM SCHULTE,

                Defendant.      :
--------------------------------X
```

**DEFENDANT JOSHUA SCHULTE'S ELECTRONIC NOTICE OF CLASSIFIED FILINGS WITH THE COURT**

Electronic notice is given of Defendant Joshua Schulte's classified filings dated:

- February 22, 2019: Letter Regarding Discovery
- July 18, 2019: CIPA § 4 Notice
- August 8, 2019: Letter Regarding Evidence at Trial
- August 9, 2019: Letter Regarding Government's July 29, 2019 Disclosure
- August 26, 2019: Letter Regarding Discovery
- September 19, 2019: CIPA § 5 Notice