```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA        :      17 Cr. 548(PAC)

                                       NOTICE OF CLASSIFIED
         -v-                    :      FILING

JOSHUA ADAM SCHULTE,

                Defendant.      :
--------------------------------X
```

**DEFENDANT JOSHUA SCHULTE'S ELECTRONIC NOTICE OF CLASSIFIED FILING WITH THE COURT DATED OCTOBER 15, 2019**