# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 21, 2019

ECF
Hon. Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Joshua Schulte</u>, 17 Cr. 548 (PAC)

Hon. Judge Crotty,

    With consent of the government, we write to modify the CIPA filing schedule as follows: the defense's opposition to the government's CIPA section 6(b) would be due on November 8, 2019, with the Court holding a CIPA 6 (a) hearing (if necessary) on November 18, 2019. The government's CIPA 6(c) notice would be due on November 26, 2019. All other deadlines remain in place.

    Thank you for your time and consideration of this matter.

Respectfully submitted,

/s/Sabrina Shroff/Edward Zas
Counsel for Joshua A. Schulte

cc:   Daniel O. Hartenstine
      *Classified Information Security Officer*

> [Handwritten annotation:] 10/21/2019 — The proposed schedule is adopted / So ordered / Paul Crotty



[Stamp:] USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 10/21/19