# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 22, 2019

By ECF
Hon. Paul A. Crotty
Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Hon. Judge Crotty,

We write to request the Court's intervention and seek the Court's assistance in getting Mr. Schulte a third day in the Secret Compartmentalized Information Facility (SCIF). Currently Mr. Schulte visits the SCIF twice a week from about 10:00 a.m. to 2:30 p.m.

Unfortunately, given the volume of discovery, the classified nature of the motion practice, and the upcoming due dates, bringing Mr. Schulte to the SCIF twice a week is simply not sufficient for him to review the classified filings, in addition to discussing with counsel a specific response. We are overwhelmed with the amount of classified material in this case and given the CIA's refusal to engage in a proper classification review, we have no option but to request an additional SCIF day.

Thank you for your time and consideration of this request.

Respectfully submitted,

/s/

Glashausser/Shroff / Zas
Assistant Federal Defenders