# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 22, 2019

By ECF
Hon. Paul A. Crotty
Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten: 10/22/2019 — The request for a third day to prepare for trial is granted. So ordered. Paul Crotty]*

Hon. Judge Crotty,

    We write to request the Court's intervention and seek the Court's assistance in getting Mr. Schulte a third day in the Secret Compartmentalized Information Facility (SCIF). Currently Mr. Schulte visits the SCIF twice a week from about 10:00 a.m. to 2:30 p.m.

    Unfortunately, given the volume of discovery, the classified nature of the motion practice, and the upcoming due dates, bringing Mr. Schulte to the SCIF twice a week is simply not sufficient for him to review the classified filings, in addition to discussing with counsel a specific response. We are overwhelmed with the amount of classified material in this case and given the CIA's refusal to engage in a proper classification review, we have no option but to request an additional SCIF day.

    Thank you for your time and consideration of this request.

Respectfully submitted,

/s/

Glashausser / Shroff / Zas
Assistant Federal Defenders



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/19