```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA          :    17 Cr. 548(PAC)

                                       NOTICE OF CLASSIFIED
          -v-                     :    FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

                    Defendant.    :
---------------------------------X
```

**JOSHUA SCHULTE'S ELECTRONIC NOTICE OF CLASSIFIED FILINGS WITH THE COURT.**

Electronic notice is given of Joshua Schulte's letter motion objecting to certain parts of the Government's Expert Notice and a requesting additional discovery.