# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

**BY ECF**

October 25, 2019

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Joshua Adam Schulte*, 17 Cr. 548 (PAC)

Dear Judge Crotty:

Given the extraordinary complexity of this case, and the imminent trial date of January 13, 2020, we respectfully request that the Court appoint James M. Branden, Esq., a member of the Court's CJA Panel, as additional counsel to Mr. Schulte pursuant to the Criminal Justice Act. Mr. Branden has advised us that he has the requisite security clearance and is able and willing to accept this appointment.

Respectfully submitted,

/s/
Edward S. Zas/Sabrina P. Shroff

cc: Counsel of Record (by ECF)
    James M. Branden, Esq. (by e-mail)

---

*Handwritten endorsement:*

10/28/2019

In light of the trial schedule, and the need for an attorney to have the necessary security clearance as well as the ~~counsels~~ availability for a 3 to 4 week trial, the Court will appoint James M Branden as additional CJA Counsel to defendant Schulte.

So ordered.

/s/ Paul Crotty