UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

UNITED STATES OF AMERICA,                    Docket #17-cr-548 (PAC)

            v.                               NOTICE OF APPEARANCE


JOSHUA ADAM SCHULTE,

                  Defendant.

-------------------------------------x


        PLEASE TAKE NOTICE that James M. Branden, Esq., appears as
CJA appointed counsel to Joshua Adam Schulte, the defendant in
the above-captioned case. I certify that I am admitted to practice
in this Court.


                              Yours, etc.,

                              JAMES M. BRANDEN
                              JMB-4007

                              551 Fifth Avenue, Suite 422
                              New York, New York 10176
                              (212) 286-0173 (phone)
                              (212) 286-0495 (facsimile)
                              JamesMBranden@aol.com (email)


Dated:     New York, New York
           October 29, 2019