UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA        :

   -v-                    :           **NOTICE OF MOTION**

JOSHUA ADAM SCHULTE,      :

                                       S2 17 Cr. 548 (PAC)

        Defendant.        :
-----------------------------------------------------X

**PLEASE TAKE NOTICE** that the defendant Joshua Adam Schulte, by and through his

counsel, moves this Court, pursuant to Fed. R. Crim. P. 12(b)(3)(B)(v) and the First and Fifth

Amendments of the Constitution, upon the accompanying memorandum of law, and all prior

proceedings herein, for an order dismissing Counts One, Two, ,Three, Four, and Six of the Second

Superseding Indictment on the ground that the Espionage Act, 18 U.S.C. § 793, and the federal

larceny statute, 18 U.S.C. § 641, are unconstitutionally overbroad and void for vagueness.

Dated:  New York, New York
        November 4, 2019

                                   Respectfully submitted,

                                   Edward S. Zas
                                   Federal Defenders of New York, Inc.
                                   52 Duane Street, 10th Floor
                                   New York, New York 10007
                                   Tel.: (212) 417-8742

                                   Sabrina P. Shroff
                                   233 Broadway
                                   New York, New York 10007

                                   *Counsel for Defendant*
                                   *Joshua Adam Schulte*