UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA          :

   -v-                                                          :          **NOTICE OF MOTION**

JOSHUA ADAM SCHULTE,               :
                                                                          S2 17 Cr. 548 (PAC)
         Defendant.                              :
------------------------------------------------------X

**PLEASE TAKE NOTICE** that the defendant Joshua Adam Schulte, by and through his counsel, moves this Court, pursuant to Fed. R. Crim. P. 12(b)(3)(B)(v) and the First and Fifth Amendments of the Constitution, upon the accompanying memorandum of law, and all prior proceedings herein, for an order dismissing Counts One, Two, ,Three, Four, and Six of the Second Superseding Indictment on the ground that the Espionage Act, 18 U.S.C. § 793, and the federal larceny statute, 18 U.S.C. § 641, are unconstitutionally overbroad and void for vagueness.

Dated: New York, New York
           November 4, 2019

                                                                       Respectfully submitted,

                                                                       */s/* Edward S. Zas

                                                                       Edward S. Zas
                                                                       Federal Defenders of New York, Inc.
                                                                       52 Duane Street, 10th Floor
                                                                       New York, New York 10007
                                                                       Tel.: (212) 417-8742

                                                                       Sabrina P. Shroff
                                                                       233 Broadway
                                                                       New York, New York 10007

                                                                       *Counsel for Defendant*
                                                                       *Joshua Adam Schulte*