UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                                          17 Cr.00548 (PAC)
                                   APPOINTMENT OF COUNSEL ORDER

        -against-

JOSHUA SCHULTE,

        Defendant.
-------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

        For the reasons stated on the record at the conference held on November 13, 2019, Sean Maher is appointed as CJA counsel to the above named the defendant for *Curcio* purposes, NUNC-PRO-TUNC November 13, 2019. The Clerk of Court is directed to update the docket accordingly.

Dated: New York, New York
         November 13, 2019

                                                       SO ORDERED

                                                       _____
                                                       PAUL A. CROTTY
                                                       United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/19