UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA     :     17 Cr. 548(PAC)

                                     NOTICE OF CLASSIFIED
      -v-            :     FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

                 Defendant.  :
-------------------------------X

**JOSHUA ADAM SCHULTE'S RESPONSE TO GOVERNMENT MOTION PURSUANT TO
SECTION 6(a) OF THE CLASSIFIED INFORMATION PROCEDURES ACT**

Filed with the Court on November 12, 2019.