# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

<u>By ECF</u>
(Classified Filing to the Court and Government)

November 21, 2019

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States* v. *Joshua Adam Schulte*, S1 17 Cr. 548 (PAC)

Honorable Judge Crotty:

Having reviewed the transcript of the November 20, 2019 status conference, we write to confirm that the defense will provide the following submissions to the Court by December 6, 2019:



Respectfully submitted,

/s/Sabrina Shroff & Edward Zas
Counsel for Joshua Schulte

cc: All counsel