UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA      :

   -v-                    :              **NOTICE OF MOTION**

JOSHUA ADAM SCHULTE,      :

            *Defendant*.      :            S2 17 Cr. 548 (PAC)
-----------------------------------------------------X

     **PLEASE TAKE NOTICE** that defendant Joshua Adam Schulte, by and through his counsel,

moves this Court in limine, upon the accompanying memorandum of law, for an order precluding

from trial the testimony of Paul Rosenzweig, a purported expert on WikiLeaks.

Dated:  New York, New York
       November 25, 2019

                                  Respectfully submitted,

                                  */s/* Edward S. Zas

                                  Edward S. Zas
                                  Allegra M. Glashausser
                                  Federal Defenders of New York, Inc.
                                  52 Duane Street, 10th Floor
                                  New York, New York 10007
                                  Tel.: (212) 417-8742

                                  Sabrina P. Shroff
                                  233 Broadway
                                  New York, NY 10007

                                  *Counsel for Defendant*
                                  *Joshua Adam Schulte*