

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 25, 2019

<u>Via ECF</u>
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

  Re: *United States* v. *Joshua Adam Schulte*, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

  We write to provide notice of all of the Government's classified filings in this case to date. The list attached as Exhibit A includes classified filings for which the Government has already provided notice on the public docket, such as the Government's motion (the "Section 4 Motion") pursuant to Section 4 of the Classified Information Procedures Act ("CIPA").

           Respectfully submitted,

           GEOFFREY S. BERMAN
           United States Attorney

         By: _____/s/_____
           David W. Denton, Jr.
           Sidhardha Kamaraju
           Matthew Laroche
           Assistant United States Attorneys
           Tel.: 212-637-2744 / 6523 / 2420

Cc: Defense Counsel (via ECF)
   Daniel Hartenstine, Classified Information Security Officer (via Email)

**Exhibit A – Government's Classified Filings**
*United States v. Schulte*, S2 17 Cr. 548 (PAC)

| | |
|---|---|
| September 14, 2018: | Letter regarding a defense filing. |
| October 31, 2018: | *Ex parte* letter regarding the Government's Section 4 Motion. |
| November 30, 2018: | Letter regarding the process by which classified information is being produced to the defendant. |
| December 10, 2018: | *Ex parte* Section 4 Motion. |
| February 8, 2019: | *Ex parte* letter regarding the Section 4 Motion and the February 5, 2019 *ex parte* conference. |
| February 12, 2019: | Letter regarding discovery issues related to the defendant's personnel file and polygraph examinations. |
| February 20, 2019 | *Ex parte* letter regarding the Section 4 Motion and the *ex parte* conference to be held on February 21, 2019. |
| March 26, 2019: | Letter regarding the Government's responses to discovery issues raised by the defense. |
| April 2, 2019: | *Ex parte* letter regarding the Section 4 Motion and the *ex parte* conference held on March 14, 2019. |
| May 22, 2019: | *Ex parte* letter regarding the Section 4 Motion and the *ex parte* conference held on April 3, 2019. |
| July 1, 2019: | *Ex parte* letter regarding the Section 4 Motion and the *ex parte* conference held on May 23, 2019. |
| August 2, 2019: | Opposition to the defendant's pretrial motions. |
| August 29, 2019: | Letter regarding the defendant's request for additional information and documents related to the Section 4 Motion. |
| September 9, 2019: | Letter regarding the defendant's requests for additional discovery related to his CIA workstation. |
| October 11, 2019: | Motion pursuant to CIPA Section 6(a) (the "Section 6(a) Motion"). |
| November 1, 2019: | Letter in response to the Court's September 19, 2019 order directing the Government to reexamine the classification of certain FD-302s. |
| November 5, 2019: | Letter regarding the defendant's request for additional information related to the Government's expert disclosures. |
| November 22, 2019: | *Ex parte* letter at the Court's request providing certain documents and information relating to the Section 6(a) Motion. |