

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 26, 2019

<u>Via ECF</u>
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

    Re:    *United States* v. *Joshua Adam Schulte*, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

    We write to provide notice of additional classified filings by the Government. Today, the Government filed two classified motions, with accompanying classified exhibits and declarations: (1) a motion for redaction and/or substitution/summary at trial of classified information, pursuant to Sections 6 and 8 of the Classified Information Procedures Act ("CIPA"); and (2) a motion for witness security measures pursuant to Section 6 of CIPA, in which, among other things, the Government seeks a partial courtroom closure for certain witnesses from the Central Intelligence Agency.

                                Respectfully submitted,

                                GEOFFREY S. BERMAN
                              United States Attorney

                    By:       /s/
                              David W. Denton, Jr.
                              Sidhardha Kamaraju
                              Matthew Laroche
                              Assistant United States Attorneys
                              Tel.: 212-637-2744 / 6523 / 2420

Cc:  Defense Counsel (via ECF)
      Daniel Hartenstine, Classified Information Security Officer (via Email)