# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

December 3, 2019

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

*[handwritten annotations:] 12/3/2019 — The defendant must respond prior to the date of the Final Pretrial Conference — 12/18/2019. The Court set the date as 12/16/2019. So ordered. Paul Crotty USDJ*

Re: *United States v. Joshua Adam Schulte*, No. 17 Cr. 548 (PAC)

Dear Judge Crotty,

    We write to clarify the current scheduling deadlines and request a one-week extension of time to file the defense response to the government's 77-page motion in limine. The motion in limine schedule was originally set with opening motions due on November 18, 2019, and responses due on December 6, 2019. *See* Dkt 146. After the Court granted a one-week adjournment of the schedule, the government filed a 77-page motion on November 25, 2019. As the defense understands it, due to the one-week adjournment in the filing of the opening motion, the response date also should have been moved by one week, i.e., from December 6 until December 13, 2019.

    The government's motion raises at least 8 separate topics, and many subtopics. Unlike traditional motions in limine, it does not point to specific documents or statements the government wishes to introduce, but instead includes a lengthy recitation of the government's trial theory and requests to introduce large categories of information. For example, in Point II, the government states that Schulte's "conduct in prison," his "MCC Calls," and his "Notebooks" should be admissible. The government does not limit its request to certain calls, conduct, or notebook pages that it seeks to admit.[1] Dkt 195, at 37-38. When the government does point to specific

---

[1] In a November 13, 2019, email and November 14, 2019, phone call, the defense team asked the government which of Mr. Schulte's statements and writings it was seeking to introduce. The government indicated that the motion in limine would answer that question, so that the defense

1