

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 11, 2019

<u>Via ECF</u>
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

    Re:    *United States* v. *Joshua Adam Schulte*, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

    The Government requests a one-week extension of the deadline for its opposition to the defendant's motion for leave to file a motion to dismiss the indictment from December 13, 2019 to December 20, 2019. The defendant consents to the Government's request, and asks to be allowed to file a reply on January 10, 2020.

    The defendant also seeks, with the consent of the Government, a one-week adjournment of his deadline to respond to the Government's motions *in limine* from December 16, 2019 to December 23, 2019.

    The parties are also conferring about the remaining pretrial schedule, including a proposed date for the final pretrial conference, and will update the Court as soon as possible.

                            Respectfully submitted,

                            GEOFFREY S. BERMAN
                          United States Attorney

                     By:        /s/
                          David W. Denton, Jr.
                          Sidhardha Kamaraju
                          Matthew Laroche
                          Assistant United States Attorneys
                          Tel.: 212-637-2744 / 6523 / 2420

Cc:  Defense Counsel (via ECF)