

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 11, 2019

Via ECF
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

Re:   *United States* v. *Joshua Adam Schulte*, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

The Government requests a one-week extension of the deadline for its opposition to the defendant's motion for leave to file a motion to dismiss the indictment from December 13, 2019 to December 20, 2019. The defendant consents to the Government's request, and asks to be allowed to file a reply on January 10, 2020.

The defendant also seeks, with the consent of the Government, a one-week adjournment of his deadline to respond to the Government's motions *in limine* from December 16, 2019 to December 23, 2019.

The parties are also conferring about the remaining pretrial schedule, including a proposed date for the final pretrial conference, and will update the Court as soon as possible.

12/12/2019

The dates are approved
So ordered
Paul A Crotty
USDJ

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
David W. Denton, Jr.
Sidhardha Kamaraju
Matthew Laroche
Assistant United States Attorneys
Tel.: 212-637-2744 / 6523 / 2420

Cc:  Defense Counsel (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 12-12-19