```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA         :    17 Cr. 548(PAC)

                                      NOTICE OF CLASSIFIED
          -v-                    :    FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

                 Defendant.      :
---------------------------------X
```

## JOSHUA ADAM SCHULTE'S LETTER REQUESTING IMAGES OF CONFLUENCE AND STASH SERVERS

Filed with the Court on November 15, 2019.