UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA           :     17 Cr. 548(PAC)

                                         NOTICE OF CLASSIFIED
          -v-                      :     FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

               Defendant.          :
---------------------------------X

## JOSHUA ADAM SCHULTE'S LETTER CONFIRMING DEFENSE SUBMISSIONS DUE TO THE COURT PURSUANT TO THE NOVEMBER 20, 2019 STATUS CONFERENCE

Filed with the Court on November 21, 2019.