```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA         :       17 Cr. 548(PAC)

                                         NOTICE OF CLASSIFIED
         -v-                     :       EX PARTE FILING
                                         BY THE DEFENSE
JOSHUA ADAM SCHULTE,

                  Defendant.     :
--------------------------------X
```

### JOSHUA ADAM SCHULTE'S LETTER REGARDING ADMISSIBILITY OF FBI 302s

Filed with the Court on December 6, 2019.