UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA         :    17 Cr. 548(PAC)

                                      NOTICE OF CLASSIFIED
         -v-                     :    EX PARTE FILING
                                      BY THE DEFENSE
JOSHUA ADAM SCHULTE,

                 Defendant.      :
--------------------------------X

JOSHUA ADAM SCHULTE'S LETTER
REGARDING ADMISSIBILITY OF OEEO REPORT

Filed with the Court on December 6, 2019.