```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA          :      17 Cr. 548(PAC)

                                         NOTICE OF CLASSIFIED
           -v-                    :      EX PARTE FILING
                                         BY THE DEFENSE
JOSHUA ADAM SCHULTE,

                 Defendant.       :
---------------------------------X
```

### JOSHUA ADAM SCHULTE'S SECOND LETTER IN FURTHER SUPPORT OF HIS REQUEST TO ADMIT FBI 302s

Filed with the Court on December 9, 2019.