UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA           :      17 Cr. 548(PAC)

                                          NOTICE OF CLASSIFIED
         -v-                       :      FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

              Defendant.           :
----------------------------------X

## JOSHUA ADAM SCHULTE'S LETTER OPPOSING ADDITIONAL REDACTIONS AND SUBSTITUTIONS TO GOVERNMENT'S CIPA § 6(c) EXHIBIT 1

Filed with the Court December 13, 2019.