UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA           :           17 Cr. 548(PAC)

                                               NOTICE OF CLASSIFIED
            -v-                    :            FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

                      Defendant.   :
------------------------------X


## JOSHUA ADAM SCHULTE'S LETTER REGARDING INCONSISTENT REDACTIONS IN GOVERNMENT'S CIPA § 6(c) EXHIBITS

Filed with the Court December 17, 2019.