UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA        :        17 Cr. 548(PAC)

                                         NOTICE OF CLASSIFIED
        -v-                     :        FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

                Defendant.   :
-------------------------------X


**JOSHUA ADAM SCHULTE'S LETTER REGARDING EXHIBITS RETRACTED BY
THE GOVERNMENT AT THE DECEMBER 19, 2019 CIPA § 6(c) HEARING**

    Filed with the Court December 19, 2019.