UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA          :     17 Cr. 548 (PAC)

                                        NOTICE OF CLASSIFIED
         -v-                      :     FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

              Defendant.          :
---------------------------------X

## JOSHUA ADAM SCHULTE'S LETTER REGARDING THE ADMISSIBILITY OF TESTIMONY REGARDING OTHER SUSPECTS

Dated December 25, 2019.