```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA         :    17 Cr. 548(PAC)

                                      NOTICE OF CLASSIFIED
        -v-                      :    EX PARTE FILING
                                      BY THE DEFENSE

JOSHUA ADAM SCHULTE,

                Defendant.       :
--------------------------------X
```

**JOSHUA ADAM SCHULTE'S LETTER OBJECTING TO THE REDACTIONS AND SUBSTITUTIONS SOUGHT BY THE GOVERNMENT PURSUANT TO CIPA § 6(c)**

Dated December 25, 2019.