```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA         :    17 Cr. 548(PAC)

                                      NOTICE OF CLASSIFIED
           -v-                   :    EX PARTE FILING
                                      BY THE DEFENSE
JOSHUA ADAM SCHULTE,

                Defendant.       :
---------------------------------X
```

### JOSHUA ADAM SCHULTE'S LETTER OPPOSING THE GOVERNMENT'S CIPA § 6(c) SUBSTITUION RE: EXHIBIT 1009

Dated December 26, 2019.