UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA         :     17 Cr. 548(PAC)

                                       NOTICE OF CLASSIFIED
         -v-                     :     FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

                Defendant.       :
---------------------------------X

**JOSHUA ADAM SCHULTE'S LETTER REGARDING THE GOVERNMENT'S PROPOSED REDACTIONS AS TO ITS CIPA § 6(c) EXHIBITS 616, 606, AND 607 AND NAME SUBSTITUTION OF A CIA COMPUTER NETWORK**

Dated December 29, 2019.