UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA         :     17 Cr. 548 (PAC)

                                       NOTICE OF CLASSIFIED
          -v-                    :     EX PARTE FILING
                                       BY THE DEFENSE
JOSHUA ADAM SCHULTE,

                  Defendant.     :
----------------------------------X

## JOSHUA ADAM SCHULTE'S LETTER REGARDING HIS TESTIMONY ABOUT FOREIGN GOVERNMENTS

Dated January 1, 2020.