```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA         :    17 Cr. 548(PAC)

                                      NOTICE OF CLASSIFIED
         -v-                     :    EX PARTE FILING
                                      BY THE DEFENSE
JOSHUA ADAM SCHULTE,

                   Defendant.    :
--------------------------------X
```

## JOSHUA ADAM SCHULTE'S LETTER OBJECTING TO SUBSTITUTIONS OF CIA EMPLOYEE NAMES

Dated January 1, 2020.