```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA          :     17 Cr. 548(PAC)

                                        NOTICE OF CLASSIFIED
          -v-                     :     FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

                    Defendant.    :
---------------------------------X
```

## JOSHUA ADAM SCHULTE'S LETTER REQUESTING PRODUCTION OF CIA PERSONNEL FILES

Dated January 6, 2020.