UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA          :    17 Cr. 548(PAC)

                                       NOTICE OF CLASSIFIED
         -v-                      :    FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

                  Defendant.      :
---------------------------------X

## JOSHUA ADAM SCHULTE'S LETTER REQUESTING INFORMATION ABOUT THE GOVERNMENT RECEIPT OF DEFENSE WORK PRODUCT AND SEEKING PRODUCTION OF REDACTED INFORMATION

Dated January 7, 2020.