UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA          :

                -v-                          :

JOSHUA ADAM SCHULTE,              :

              Defendant.          :
-------------------------------------------------------X

S-2  17 Cr. 548 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

On January 13, 2020, the Court ordered the defendant "to disclose the attorney advice that Schulte relies on to defend against the Government's allegations, which is set forth in the Defendant's letter dated August 26, 2019 (Dkt. 128) and October 10, 2019 (Dkt. 150)." *See* Dkt. 248, at 2. The Court provided that the "[f]ailure to provide this discovery will preclude reliance on an advice-of-counsel defense at trial." *Id.* at 13. On January 15, 2020, the Defendant filed a letter making clear that they are refusing to comply with the Court's order. *See* Dkt. 253 ("We respectfully disagree with the Court's ruling…the defense feels compelled not to disclose to the government the ex parte letters identified by the Court.").

Disagreeing with court orders is not a basis to defy them. Accordingly, as set forth in this Court's prior opinion, the defendant's failure to provide the discovery required by court order—two weeks before trial—precludes reliance on the advice-of-counsel defense at trial.

Dated: New York, New York
         January 21, 2020

SO ORDERED

/s/ Paul A. Crotty

PAUL A. CROTTY
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-21-2020