# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

By ECF
January 22, 2020

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States* v. *Joshua Adam Schulte,* S1 17 Cr. 548 (PAC)

Honorable Judge Crotty:

We are writing to request the metadata to certain log files noted in 3514-35, where the government's expert Patrick Leedom discusses a number of application log files that the government has provided to us without the corresponding metadata for corresponding log files highlighted in yellow. Because the government has more information than does the defense, the Court should order the government to produce to us the metadata so that we can examine dates of the file creation and modification and other relevant data.

We have made this request to the government.

Respectfully submitted,

/s/Sabrina Shroff & Edward Zas
Counsel for Joshua Schulte

cc: All counsel