The Law Office of James M. Branden
551 Fifth Avenue
New York, New York 10176
Tel. 212-286-0173
Fax 212-286-0495

January 24, 2020

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 11201

                    Re:    United States v. Joshua Adam Schulte
                               Cr. Docket No. 17-548 (PAC)

Dear Judge Crotty:

       I represent Mr. Schulte in the above-referenced matter.  The Court has scheduled a final pretrial conference for today at 10:45 a.m.  Unfortunately, I have a hearing in White Plains this morning at 9:30 in the matter of United States v. Damita Williams, 17 Cr. 364 (CS).  As such I cannot appear in the Manhattan courthouse until noon, at best.  I am available for the balance of the day.

                      Respectfully submitted,

                      James M. Branden