

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 26, 2020

<u>Via ECF</u>
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

      Re:    *United States v. Joshua Adam Schulte*, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

      The Government writes in response to the Court's January 24, 2020 order, in which the Court directed the Government to (1) confirm that it has produced the defendant's personnel file, and (2) produce the portions of the personnel file for another CIA employee (the "CIA Employee") relating to a dispute with the defendant. On February 19, 2019, the Government produced the defendant's personnel file, under the Bates stamp Classified JAS_014461-014620. On April 2, 2019, the Government also produced the portions of the CIA Employee's personnel file that pertain to that employee's dispute with the defendant, under Bates stamp Classified JAS_014665-014728, which includes a 64-page report concerning the investigation into incident. The Government has also produced all emails between the CIA Employee and others concerning the incident, as well as materials relating to a complaint made by the CIA Employee against the defendant. The Government is not aware of any additional materials relating to the dispute that have not already been produced.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By:       /s/
      David W. Denton, Jr.
      Sidhardha Kamaraju
      Matthew Laroche
      Assistant United States Attorneys
      Tel.: 212-637-2744 / 6523 / 2420

Cc: Defense Counsel (via ECF)