# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 27, 2020

**BY ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
New York, NY 10007

Re:   **United States v. Joshua Adam Schulte**
      **17 Cr. 548 (PAC)**

Dear Judge Crotty,

I write on behalf of our client Joshua Adam Schulte to respectfully request that the Court endorse the enclosed Order directing that the Bureau of Prisons (Metropolitan Correctional Center) and the United States Marshal Service accept certain clothing for Mr. Schulte, Register Number 79471-054, to wear for appearances at his trial commencing on February 3, 2020 and throughout the duration of his trial. We understand that an order is necessary for this clothing to be accepted, so that Mr. Schulte may be properly attired for trial. Thank you for your consideration of this request.

Respectfully Submitted,
/s/ Sabrina Shroff, Edward Zas, and James Branden
*Counsel for Defendant Joshua Adam Schulte*

cc:   AUSA Mathew Laroche, Esq. (by ECF)
      AUSA Sidhardha Kamaraju, Esq. (by ECF)
      AUSA David Denton Jr. Esq. (by ECF)

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA        :

      - v. -                      :                17 Cr. 548 (PAC)

JOSHUA ADAM SCHULTE,          :

              Defendant.        :

-------------------------------------------------------------x

Upon the request of defendant Joshua Adam Schulte, by his counsel Sabrina Shroff, Esq., Edward Zas, Esq., and James M. Branden, Esq., and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Correctional Center – New York, and the United States Marshal Service accept the following clothing for Mr. Schulte, Register Number 79471-054, to wear for appearances at his trial commencing on February 3, 2020 and continuing thereafter:

1. one pair of black pants;
2. one pair of khaki pants;
3. two button-down shirts;
4. two ties;
5. five pairs of socks;
6. one pair black of shoes;
7. one belt;
8. five pairs of underwear;
9. two suit jackets.

Dated: New York, New York
       January 27, 2020

                                        **SO ORDERED:**

                                  _____

                                  **HONORABLE PAUL A. CROTTY**
                                  United States District Judge