# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

January 28, 2020

**By ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York

500 Pearl Street
New York, New York 10007

Re:   United States v. Joshua Adam Schulte
      17 Cr. 548 (PAC)

Dear Judge Crotty:

As counsel to Joshua Adam Schulte, we write to respectfully request that the Court endorse the enclosed Order authorizing defense counsel's use of laptops for the duration of Mr. Schulte's trial, which is scheduled to begin on February 3, 2020.

Respectfully submitted,
/s/
Edward Zas and Sabrina Shroff
*Counsel for Joshua A. Schulte*

cc: AUSA Matthew Laroche, AUSA Sidhardha Kamaraju, AUSA David Denton (by email)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
———————————————————————— x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __United States v. Joshua Adam Schulte_____

_____, No. _17 Cr. 548 (PAC)_

The date(s) for which such authorization is provided is (are) _February 3, 2020 until end of trial_.

| Attorney | Device(s) |
|---|---|
| 1. Edward Zas, Sabrina Shroff, Jim Branden, Esq. | Laptop computers, Connector cables |
| 2. John Lee and Jason Fischer, Litigation Support | Laptop computers, Connector cables |
| 3. Achal Fernando-Peiris, Paralegal | Laptop computers, Connector cables |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014