UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA :

- v. - : 17 Cr. 548 (PAC)

JOSHUA ADAM SCHULTE, :

Defendant. :
----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-27-2020

Upon the request of defendant Joshua Adam Schulte, by his counsel Sabrina Shroff, Esq., Edward Zas, Esq., and James M. Branden, Esq., and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Correctional Center – New York, and the United States Marshal Service accept the following clothing for Mr. Schulte, Register Number 79471-054, to wear for appearances at his trial commencing on February 3, 2020 and continuing thereafter:

1. one pair of black pants;
2. one pair of khaki pants;
3. two button-down shirts;
4. two ties;
5. five pairs of socks;
6. one pair black of shoes;
7. one belt;
8. five pairs of underwear;
9. two suit jackets.

Dated: New York, New York
       January 27, 2020

SO ORDERED:

_/s/ Paul A. Crotty_____
HONORABLE PAUL A. CROTTY
United States District Judge