UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA             :

-v-                                  :           S-2  17 Cr. 548 (PAC)

JOSHUA ADAM SCHULTE,                 :           ORDER

Defendant.                           :

------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

On November 25, 2019, the Government filed a motion in *limine* seeking to introduce, *inter alia*, evidence from Schulte's MCC notebooks. (Gov. Mot. in *limine*, at 27, Dkt 195.) The Court directed the Government to identify the specific documents and statements it intends to introduce from the MCC notebooks. (Dkt. 252.)

Having considered the parties' positions on the admissibility of various documents relevant to Counts 4 and 11 of the Second Superseding Indictment (the "MCC Counts") as set forth in the letters dated January 21 (Dkt. 257), January 27 (Dkt. 281), and January 28, 2020 (Dkt. 285), the Court determines that the selections from the MCC Notebooks are admissible, as limited by the Government's letter of January 28, 2020. (*See* Dkt. 285, Classified Exhibit.)

Dated:  New York, New York
        January 29, 2020

SO ORDERED

PAUL A. CROTTY
United States District Judge