# EXHIBIT A



**1**



# WikiLeaks

- **PURPOSE**

**"WikiLeaks specializes in the analysis and publication of large datasets of censored or otherwise restricted official materials involving war, spying and corruption. It has so far published more than 10 million documents and associated analyses."**

**- wikileaks.org/What-is-WikiLeaks**

**2**



- **ORIGINS**



- **Founded in 2006 by Julian Assange**

- **First Leak -- December 2006:**
  **Somali Sheikh Awey's execution of government officials**

**3**

 **WikiLeaks**

# • NOTABLE LEAKS BEFORE 2017

- **April 5, 2010 – "Collateral Murder"**
  *Video of casualties caused by U.S. helicopter in Iraq*

- **July and October 2010 – Afghanistan and Iraq War Logs**
  *Approximately 450,000 internal U.S. military logs and reports relating to the conduct of wars in Iraq and Afghanistan*

- **November 28, 2010 – "Cablegate"**
  *More than 250,000 cables from the U.S. State Department*

- **February 26, 2012 – "Global Intelligence Files"**
  *Emails from the private intelligence research firm Stratfor*

- **July 22, 2016 – Democratic National Committee Email Archive**

- **October 7, 2016 – John Podesta Email Archive**
  *Presidential campaign manager for Hillary Clinton*

**4**



WikiLeaks

- # NOV. 28, 2010 – "CABLEGATE"

  - **251,287 cables from the U.S. State Department**
    - **Approximately 100,000 classified "Confidential"**
    - **Approximately 15,000 classified "Secret"**

  - **Provided to WikiLeaks by Chelsea Manning**
    - **Then known as U.S. Army Private Bradley Manning**

**5**



# • NOV. 28, 2010 – "CABLEGATE" CONSEQUENCES

- **U.S Relations with Mexico**
  - **Mexico President Felipe Calderon:**
    - **"severe damage" to diplomatic relations (interview with *El Universal*)**
  - **Secretary of State Hillary Clinton:**
    - **"Calderon told me he no longer wanted to work with [U.S. Ambassador to Mexico] Carlos [Pascual] and insisted that he be replaced." (*Hard Choices: A Memoir*)**

- **Helmut Metzner**
  - **German FDP insider providing information to U.S. diplomats on negotiations to form a  government**
  - **Collaboration with U.S. revealed by WikiLeaks, Metzner fired**
  - **"It is more than doubtful whether [U.S. Ambassador to Germany Philip] Murphy can still be a trustworthy interlocutor." – FDP Deputy Bijan Djir-Sarai**

**6**



# WikiLeaks

## • **WIKILEAKS AND ANONYMOUS**



*   **Decentralized international "hacktivist" group**

*   **2010** *"Operation Payback" a/k/a "Operation Avenge Assange"*

*   **2012 leak of emails from the private intelligence research firm Stratfor**
    *   **Provided to WikiLeaks by Jeremy Hammond**

**"We [Anonymous] just happen to be a group of people on the Internet who need—just kind of an outlet to do as we wish, that we wouldn't be able to do in regular society....That's more or less the point of it. Do as you wish.'"**

*Trent Peacock. Search Engine: The Face of Anonymous, February 7, 2008.*

7



# • 2016 – DNC AND CLINTON CAMPAIGN LEAKS

- **Democratic National Committee**
  - **"Guccifer 2.0"**
  - **July 22, 2016 -- 9,252 emails**
  - **November 6, 2016 – 8,263 emails**

- **Emails of John Podesta**
  - **20,000+ pages of emails from private account of Clinton campaign manager**
  - **Daily beginning on October 7, 2016 until November 9, 2016**

- **Russian Involvement**
  - **"Spearphishing"**

8



# • INSTRUCTIONS TO LEAKERS: OVERVIEW



9



# • INSTRUCTIONS TO LEAKERS: TOR AND TAILS



**10**


# WikiLeaks

# • INSTRUCTIONS TO LEAKERS: TOR AND TAILS



## Tor

Tor is an encrypted anonymising network that makes it harder to intercept internet communications, or see where communications are coming from or going to.

In order to use the WikiLeaks public submission system as detailed above you can download the Tor Browser Bundle, which is a Firefox-like browser available for Windows, Mac OS X and GNU/Linux and pre-configured to connect using the anonymising system Tor.

## Tails

If you are at high risk and you have the capacity to do so, you can also access the submission system through a secure operating system called Tails. Tails is an operating system launched from a USB stick or a DVD that aim to leaves no traces when the computer is shut down after use and automatically routes your internet traffic through Tor. Tails will require you to have either a USB stick or a DVD at least 4GB big and a laptop or desktop computer.



**11**



# • TOR: THE ONION ROUTER





- *Electronic Frontier Foundation*

**12**



# • INSTRUCTIONS TO LEAKERS: TOR AND TAILS



## Tor

Tor is an encrypted anonymising network that makes it harder to intercept internet communications, or see where communications are coming from or going to.

In order to use the WikiLeaks public submission system as detailed above you can download the Tor Browser Bundle, which is a Firefox-like browser available for Windows, Mac OS X and GNU/Linux and pre-configured to connect using the anonymising system Tor.

## Tails

If you are at high risk and you have the capacity to do so, you can also access the submission system through a secure operating system called Tails. Tails is an operating system launched from a USB stick or a DVD that aim to leaves no traces when the computer is shut down after use and automatically routes your internet traffic through Tor. Tails will require you to have either a USB stick or a DVD at least 4GB big and a laptop or desktop computer.



13



# • TAILS



14



WikiLeaks

• **TAILS**





# • INSTRUCTIONS TO LEAKERS: TIPS



**16**



# • INSTRUCTIONS TO LEAKERS: TIPS



## Tips

Our submission system works hard to preserve your anonymity, but we recommend you also take some of your own precautions. Please review these basic guidelines.

### 1. Contact us if you have specific problems

If you have a very large submission, or a submission with a complex format, or are a high-risk source, please contact us. In our experience it is always possible to find a custom solution for even the most seemingly difficult situations.

### 2. What computer to use

If the computer you are uploading from could subsequently be audited in an investigation, consider using a computer that is not easily tied to you. Technical users can also use Tails to help ensure you do not leave any records of your submission on the computer.

### 3. Do not talk about your submission to others

If you have any issues talk to WikiLeaks. We are the global experts in source protection – it is a complex field. Even those who mean well often do not have the experience or expertise to advise properly. This includes other media organisations.

3. Do not talk about your submission to others

If you have any issues talk to WikiLeaks. We are the global experts in source protection – it is a complex field. Even those who mean well often do not have the experience or expertise to advise properly. This includes other media organisations.

**17**



# • INSTRUCTIONS TO LEAKERS: AFTER THE LEAK



**18**



# • INSTRUCTIONS TO LEAKERS: AFTER THE LEAK



http://rpzgejae7cxxst5vysqsijblti4duzn3kjsmn43ddi2l3jblhk4a44id.onion

## 2. Act normal

If you are a high-risk source, avoid saying anything or doing anything after submitting which might promote suspicion. In particular, you should try to stick to your normal routine and behaviour.

## 3. Remove traces of your submission

If you are a high-risk source and the computer you prepared your submission on, or uploaded it from, could subsequently be audited in an investigation, we recommend that you format and dispose of the computer hard drive and any other storage media you used.

In particular, hard drives retain data after formatting which may be visible to a digital forensics team and flash media (USB sticks, memory cards and SSD drives) retain data even after a secure erasure. If you used flash media to store sensitive data, it is important to destroy the media.

If you do this and are a high-risk source you should make sure there are no traces of the clean-up, since such traces themselves may draw suspicion.

In particular, hard drives retain data after formatting which may be visible to a digital forensics team and flash media (USB sticks, memory cards and SSD drives) retain data even after a secure erasure. If you used flash media to store sensitive data, it is important to destroy the media.

If you do this and are a high-risk source you should make sure there are no traces of the clean-up, since such traces themselves may draw suspicion.

## 4. If you face legal action

If a legal action is brought against you as a result of your submission, there are organisations that may help you. The Courage Foundation is an international organisation dedicated to the protection of journalistic sources. You can find more details at https://www.couragefound.org.

**19**



# WikiLeaks

## • SOLICITATION OF CLASSIFIED INFORMATION

- **WikiLeaks as a whole, and Assange in particular, has actively promoted leaking of classified information.**

- **Most Wanted Leaks List and Crowdfunding**

- **"You have your game of capture the flag. There are a lot of flags; go capture them...Get it to us, no questions asked. You will help change history."**
  **_Hack in the Box Conference 2009_**

- **"And we can see that in the cases of the famous leaks, the wikileaks was done, or the recent Edward Snowden revelations, that it is possible now for even a single system administrator to have a very significant change...So, what we need to do is, spread that message and go into all of those organizations. In fact, deal with them. I'm not saying don't join the CIA. No. Go and join the CIA. Go in there. Go in the ballpark and get the ball and bring it out."**
  **"Sysadmins of the World Unite," _Chaos Communication Conference_, 2013**

**20**



# WikiLeaks

## • LEAK PRACTICES

- **WikiLeaks does not review all leaked material it posts.**

- **WikiLeaks practices with respect to redaction are inconsistent.**
    - **Large quantities of personal identifying information are released.**
    - **Sometimes redactions are applied later.**

- **WikiLeaks performs minimal, if any analysis.**

- **WikiLeaks sometimes partners with traditional media organizations.**
  *"For instance, it's well known that the New York Times and other publications excised the names of certain people from WikiLeaks documents, especially foreign sources and translators, to keep them from being killed by Iraqi or Afghan insurgents." – Fred Kaplan*

- **The vast majority of WikiLeaks disclosures target the United States.**

**21**

 WikiLeaks

- **VAULT 7**



**22**



# WikiLeaks

- **VAULT 7**



**23**



# WikiLeaks

- ## VAULT 7



**24**



**WikiLeaks**

- **VAULT 7**



**25**



# WikiLeaks

- **VAULT 7**



**26**



# WikiLeaks

- **VAULT 7**



27



- VAULT 7



28



# WikiLeaks

- **VAULT 7**



**The revelations are contained within three CIA tasking orders published today by WikiLeaks as context for its forth coming CIA Vault 7 series.** Named specifically as targets are the French Socialist Party (PS), the National Front (FN) and Union for a Popular Movement (UMP) together

presidential front runner Marine Le Pen, and former presidential candidates Martine Aubry and Dominique Strauss-Kahn.

The CIA assessed that President Sarkozy's party was not assured re-election. Specific tasking concerning his party included obtaining the "Strategic Election Plans" of the Union for a Popular Movement (UMP); schisms or alliances developing in the UMP elite; private UMP reactions to Sarkozy's campaign strategies; discussions within the UMP on any "perceived vulnerabilities to maintaining power" after the election; efforts to change the party's ideological mission; and discussions about Sarkozy's support for the UMP and "the value he places on the continuation of the party's dominance". Specific instructions tasked CIA officers to discover Sarkozy's private deliberations "on the other candidates" as well as how he interacted with his advisors. Sarkozy's earlier self-identification as "Sarkozy the American" did not protect him from US espionage in the 2012 election or during his presidency.

The espionage order for "Non Ruling Political Parties and Candidates Strategic Election Plans"

**29**

 WikiLeaks

- **VAULT 7**



**30**


WikiLeaks

## • VAULT 7: MARCH 2017 LEAKS



**Vault 7: CIA Hacking Tools Revealed**

A series of leaks on the U.S. Central Intelligence Agency. Code-named "Vault 7" by WikiLeaks, it is the largest ever publication of confidential documents on the agency.

07 March 2017



**Vault 7: Project Dark Matter**

Today, March 23rd 2017, WikiLeaks releases Vault 7 "Dark Matter", which contains documentation for several CIA projects that infect Apple Mac Computer firmware.

23 March 2017



**Vault 7: Marble Framework**

Today, March 31st 2017, WikiLeaks releases Vault 7 "Marble" - 676 source code files for the CIA's secret anti-forensic Marble Framework.

31 March 2017

**31**

 WikiLeaks

# • VAULT 7: APRIL 2017 LEAKS



**Vault 7: Grasshopper Framework**

Today, April 7th 2017, WikiLeaks releases 27 documents from the CIA's Grasshopper framework, a platform used to build customized malware payloads for Microsoft Windows operating systems.

07 April 2017



**Vault 7: HIVE**

Today, April 14th 2017, WikiLeaks releases six documents from the HIVE project created by CIA's "Embedded Development Branch" (EDB).

14 April 2017



**Vault 7: Weeping Angel**

Today, April 21st 2017, WikiLeaks publishes the User Guide for CIA's "Weeping Angel" tool - an implant designed for Samsung F Series Smart Televisions

21 April 2017



**Vault 7: Scribbles**

Today, April 28th 2017, WikiLeaks publishes the documentation and source code for CIA's "Scribbles" project, a document-watermarking preprocessing system.

28 April 2017

**32**

 WikiLeaks

- ## VAULT 7: MAY 2017 LEAKS



**Vault 7: Archimedes**

Today, May 5th 2017, WikiLeaks publishes Archimedes, a tool used by the CIA to attack a computer inside a Local Area Network

05 May 2017



**Vault 7: After Midnight**

Today, May 12th 2017, WikiLeaks publishes "AfterMidnight" and "Assassin", two CIA malware frameworks for the Microsoft Windows platform.

12 May 2017



**Vault 7: Athena**

Today, May 19th 2017, WikiLeaks publishes documents from the "Athena" project - remote beacon and loader capabilities on target computers running Microsoft Windows

19 May 2017

33



# • VAULT 7: JUNE 2017 LEAKS



### Vault 7: Pandemic

Today, June 1st 2017, WikiLeaks publishes documents from the "Pandemic", a persistent implant for Microsoft Windows machines that share files in a local network.

01 June 2017



### Vault 7: Cherry Blossom

Today, June 15th 2017, WikiLeaks publishes documents from the CherryBlossom, a means of monitoring the Internet activity of and performing software exploits on Targets of interest.

15 June 2017



### Vault 7: Brutal Kangaroo

Today, June 22nd 2017, WikiLeaks publishes documents from the CIA project Brutal Kangaroo, that targets closed networks by air gap jumping using thumbdrives.

22 June 2017



### Vault 7: Elsa

Today, June 28th 2017, WikiLeaks publishes documents from the CIA project ELSA, a geo-location malware for WiFi-enabled devices.

28 June 2017



### Vault 7: Outlaw Country

Today, June 29th 2017, WikiLeaks publishes documents from the OutlawCountry project of the CIA that targets computers running the Linux operating system.

29 June 2017

**34**

 **WikiLeaks**

- ## VAULT 7: JULY 2017 LEAKS



**Vault 7: BothanSpy**

Today, July 6th, WikiLeaks publishes documents from the BothanSpy and Gyrfalcon projects of the CIA, designed to intercept and exfiltrate SSH credentials.

06 July 2017



**Vault 7: Highrise**

Today, July 13th 2017, WikiLeaks publishes documents from the Highrise project of the CIA, an Android application designed to provide a redirector function for SMS.

13 July 2017



**Vault 7: UCL / Raytheon**

Today, July 19th 2017, WikiLeaks publishes documents from the CIA contractor Raytheon Blackbird Technologies for the "UMBRAGE Component Library" project.

19 July 2017



**Vault 7: Imperial**

Today, July 27th 2017, WikiLeaks publishes documents from the Imperial project of the CIA.

27 July 2017

35


# WikiLeaks

# • VAULT 7: AUGUST 2017 LEAKS



## Vault 7: Dumbo

Today, August 3rd 2017 WikiLeaks publishes documents from the Dumbo project of the CIA, enabling a way to suspend processes utilizing webcams and corrupt any video recordings.

03 August 2017



## Vault 7: CouchPotato

Today, August 10th 2017, WikiLeaks publishes the the User Guide for the CoachPotato project of the CIA, a remote tool for collection against RTSP/H.264 video streams.

10 August 2017



## Vault 7: ExpressLane

Today, August 24th 2017, WikiLeaks publishes secret documents from the cyber operations the CIA conducts against liaison services - which includes NSA, DHS and FBI.

24 August 2017



## Vault 7: Angelfire

Today, August 31st 2017, WikiLeaks publishes documents from the Angelfire project of the CIA, a persistent framework used to infect Microsoft Windows systems.

31 August 2017

**36**


WikiLeaks

- ## VAULT 7: SEPTEMBER 2017 LEAK



**Vault 7: Protego**

Today, September 7th 2017, WikiLeaks publishes four secret documents from the Protego project of the CIA, along with 37 related manuals.

07 September 2017

37



# • VAULT 8: NOVEMBER 2017 LEAK



**38**