# Exhibit A

Classified