UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA            :

                -v-                                 :

JOSHUA ADAM SCHULTE,                :

             Defendant.                         :

------------------------------------------------------X

S-2  17 Cr. 548 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

The Government's letter of January 31, 2020 provides that Exhibit 616 was marked as unclassified prior to June 27, 2019. Accordingly, Exhibit 616 should be admitted with the "UNCLASSIFIED" marking, which reflects the form that the Defendant would have seen the document in while he worked for the Central Intelligence Agency. The Court's ruling on the classification markings of other documents, including, *inter alia*, "network diagrams" remains as set forth in the Court's Section 6(c) opinion. (*See* Section 6(c) Order, at 9.)

Dated: New York, New York
       February 4, 2020

SO ORDERED

*Paul A. Crotty*

PAUL A. CROTTY
United States District Judge