UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA     :

                 -v-     :

JOSHUA ADAM SCHULTE,     :

             Defendant.     :

-------------------------------------------------------X

S-2  17 Cr. 548 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

With respect to the defendant's letters of January 17, 2020 and January 27, 2020 (Dkt. 255, Dkt. 280) and the Government's letter of January 24, 2020 regarding witness investigation (Dkt. 269), the Government has agreed to provide the witnesses' home addresses to defense counsel. The Government will provide this information no later than February 6, 2020. The defendant is authorized to conduct standard investigation using that information (subject only to the requirement that the defense not intentionally disclose to any third person that the witness works for the CIA).

Dated: New York, New York
        February 6, 2020

SO ORDERED

*/s/ Paul A. Crotty*

PAUL A. CROTTY
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-6-2020