```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA        :    17 Cr. 548(PAC)

                                     NOTICE OF CLASSIFIED
        -v-                     :    FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

              Defendant.        :
-------------------------------X
```

**JOSHUA ADAM SCHULTE'S LETTER PROVIDING A LIST OF OUTSTANDING ISSUES THAT HAVE YET TO BE RESOLVED BY THE COURT**

Dated January 13, 2020.