```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA         :     17 Cr. 548(PAC)

                                       NOTICE OF CLASSIFIED
         -v-                     :     FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

                  Defendant.     :
--------------------------------X
```

**JOSHUA ADAM SCHULTE'S LETTER OBJECTING TO
THE GOVERNMENT'S PROPOSED SUBSTITUTIONS IN
THE GOVERNMENT'S EXHIBITS PURSUANT TO CIPA § 6(c)**

Dated January 14, 2020.