```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA          :    17 Cr. 548(PAC)

                                       NOTICE OF CLASSIFIED
           -v-                    :    FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

                Defendant.        :
---------------------------------X
```

### JOSHUA ADAM SCHULTE'S LETTER SUPPLEMENTING HIS JANUARY 13, 2020 LETTER TO THE COURT REGARDING OUTSTANDING DISCOVERY AND OTHER ISSUES

Dated January 17, 2020.