```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA        :    17 Cr. 548(PAC)

                                     NOTICE OF CLASSIFIED
          -v-                   :    FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

                 Defendant.     :
--------------------------------X
```

**JOSHUA ADAM SCHULTE'S LETTER OBJECTING TO**
**REDACTIONS IN THE GOVERNMENT'S 3500 MATERIALS**

Dated January 21, 2020.