```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA         :     17 Cr. 548(PAC)

                                       NOTICE OF CLASSIFIED
         -v-                     :     FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

              Defendant.         :
--------------------------------X
```

**JOSHUA ADAM SCHULTE'S LETTER IN FURTHER
SUPPORT OF HIS OBJECTION TO THE INTRODUCTION
<u>OF THE GOVERNMENT'S DEMONSTRATIVE VIDEOS AT TRIAL</u>**

Dated January 22, 2020.