```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA         :    17 Cr. 548(PAC)

                                      NOTICE OF CLASSIFIED
           -v-                   :    FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

                   Defendant.    :
--------------------------------X
```

**JOSHUA ADAM SCHULTE'S LETTER REQUESTING PRODUCTION OF METADATA FOR FILES NOTED IN A GOVERNMENT 3500 DOCUMENT**

Dated January 22, 2020.