UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA          :     17 Cr. 548(PAC)

                                                                     NOTICE OF CLASSIFIED
          -v-                     :     FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

              Defendant.   :
---------------------------------X

## JOSHUA ADAM SCHULTE'S LETTER REQUESTING PRODUCTION OF INFORMATION THE GOVERNMENT HAS IN ITS POSSESSION

Dated January 23, 2020.