```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA         :      17 Cr. 548(PAC)

                                        NOTICE OF CLASSIFIED
         -v-                     :      FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

                  Defendant.     :
--------------------------------X
```

**JOSHUA ADAM SCHULTE'S LETTER REQUESTING PRODUCTION OF**

**DOCUMENTS AND INFORMATION REFERENCED IN THE GOVERNMENT'S 3500**

Dated January 23, 2020.