UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA         :      17 Cr. 548(PAC)

                                        NOTICE OF CLASSIFIED
          -v-                    :      FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

               Defendant.        :
--------------------------------X

**JOSHUA ADAM SCHULTE'S LETTER REQUESTING
CONFIRMATION OF PRODUCTION OF MR. SCHULTE'S PERONNEL FILE
AND PRODUCTION OF THE PERSONNEL FILE OF AN INDIVIDUAL AT THE CIA**

Dated January 24, 2020.