```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA        :     17 Cr. 548(PAC)

                                      NOTICE OF CLASSIFIED
            -v-                 :     FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

                  Defendant.    :
-------------------------------X
```

**JOSHUA ADAM SCHULTE'S LETTER CONTINUING HIS REQUEST FOR DOCUMENTS THAT ARE IN THE POSSESSION OF THE GOVERNMENT**

Dated January 25, 2020.