```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA         :    17 Cr. 548(PAC)

                                      NOTICE OF CLASSIFIED
          -v-                    :    FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

                Defendant.       :
--------------------------------X
```

**JOSHUA ADAM SCHULTE'S LETTER CONTINUING HIS REQUEST
FOR DOCUMENTS THAT ARE IN THE POSSESSION OF THE GOVERNMENT**

Dated January 27, 2020.