UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA          :

                                                          17 Cr. 548 (PAC)

           -v-                             :          NOTICE OF CLASSIFIED
                                                         FILING BY THE DEFENSE

JOSHUA ADAM SCHULTE,

                        Defendant.       :
------------------------------------------------------X

## DEFENDANT JOSHUA ADAM SCHULTE'S MOTION FOR
## A MISTRIAL BASED ON *BRADY* AND OTHER VIOLATIONS

Dated February 18, 2020