**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

*Appeals Bureau*
Barry D. Leiwant
Attorney-in-Charge

February 26, 2020

**BY ECF**

Honorable Paul Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Joshua Adam Schulte*
            17 Cr. 548 (PAC)

Dear Judge Crotty:

    We write to advise the Court, as we have already advised the government, that the defense is unable to call its computer expert, Dr. Steven M. Bellovin, as a trial witness. As we have previously explained, Dr. Bellovin, despite repeated requests, was never permitted access to the full "mirror images" of the CIA's ESXi and FSO1 Servers—images to which the government's expert has long been granted full and unrestricted access.

    Thank you for your attention.

                                          Respectfully submitted,

                                                /s/
                                        Sabrina Shroff
                                        Edward S. Zas
                                            Attorneys for Joshua Schulte

cc:    Government counsel (by ECF)