UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
                                :
UNITED STATES OF AMERICA        :        **SUPERSEDING INDICTMENT**
                                :
            - v. -              :        S2 17 Cr. 548 (PAC)
                                :
JOSHUA ADAM SCHULTE,            :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - X

## COUNT ONE
### (Illegal Gathering of National Defense Information)

The Grand Jury charges:

1.   In or about 2016, in the Eastern District of Virginia
and elsewhere, JOSHUA ADAM SCHULTE, the defendant, for the
purpose of obtaining information respecting the national defense
with intent or reason to believe that the information is to be
used to the injury of the United States, or to the advantage of
any foreign nation, copied, took, made, and obtained, a sketch,
photograph, photographic negative, blueprint, plan, map, model,
instrument, appliance, document, writing, or note connected with
the national defense, to wit, SCHULTE took information (the
"Classified Information") maintained by an intelligence agency
of the United States (the "U.S. Intelligence Agency"), which
concerned, among other things, the intelligence gathering
capabilities of the U.S. Intelligence Agency and which had been
determined by the United States Government pursuant to an

Executive Order or statute to require protection against unauthorized disclosure for reasons of national defense or foreign relations, for the purpose of providing it to, and causing it to be provided to, an organization that purports to publicly disseminate classified, sensitive, and confidential information ("Organization-1"), which posted the Classified Information on the Internet.

(Title 18, United States Code, Sections 793(b) and 2.)

## COUNT TWO
### (Illegal Transmission of Unlawfully Possessed National Defense Information)

The Grand Jury further charges:

2.    In or about 2016, in the Eastern District of Virginia and elsewhere, JOSHUA ADAM SCHULTE, the defendant, having unauthorized possession of, access to, and control over records containing information related to the national defense, which information the defendant had reason to believe could be used to the injury of the United States and to the advantage of a foreign nation, willfully retained the records and failed to deliver it to the officer or employee of the United States entitled to receive it, and willfully transmitted the same to a person not entitled to receive it, to wit, SCHULTE retained a portion of the Classified Information to which he did not have lawful access and caused it to be transmitted to Organization-1.

(Title 18, United States Code, Sections 793(e) and 2.)

2

## COUNT THREE
### (Unauthorized Access to a Computer To Obtain Classified Information)

The Grand Jury further charges:

3.     In or about 2016, JOSHUA ADAM SCHULTE, the defendant, in the Eastern District of Virginia and elsewhere, knowingly accessed a computer without authorization and exceeded authorized access and thereby obtained information that has been determined by the United States Government pursuant to an Executive order or statute to require protection against unauthorized disclosure for reasons of national defense or foreign relations, or any restricted data, as defined in paragraph y of section 11 of the Atomic Energy Act of 1954, with reason to believe that such information so obtained could be used to the injury of the United States or to the advantage of any foreign nation, willfully communicated, delivered, transmitted, and caused to be communicated, delivered, or transmitted, and attempted to communicate, deliver, transmit and caused to be communicated, delivered, or transmitted the same to any person not entitled to receive it, and willfully retained the same and failed to deliver it to the officer or employee of the United States entitled to receive it, to wit, SCHULTE exceeded his authorized access on a computer to obtain the Classified Information and caused the Classified Information to be transmitted to Organization-1, which posted the Classified

Information online.

(Title 18, United States Code, Sections 1030(a)(1) and 2.)

## COUNT FOUR
### (Theft of Government Property)

The Grand Jury further charges:

4.    In or about 2016, in the Eastern District of Virginia and elsewhere, JOSHUA ADAM SCHULTE, the defendant, did embezzle, steal, purloin, and knowingly convert to his use, vouchers, money and things of value of the United States, which exceeded the sum of $1,000, and did receive, conceal, and retain the same with intent to convert it to his own use and gain, knowing it to have been embezzled, stolen, purloined and converted, to wit, SCHULTE unlawfully obtained the Classified Information.

(Title 18, United States Code, Sections 641 and 2.)

## COUNT FIVE
### (Unauthorized Access of a Computer to Obtain Information from a Department or Agency of the United States)

The Grand Jury further charges:

5.    In or about 2016, in the Eastern District of Virginia and elsewhere, JOSHUA ADAM SCHULTE, the defendant, intentionally accessed a computer without authorization and exceeded authorized access and thereby obtained information from a department or agency the United States, to wit, SCHULTE accessed a computer without authorization and in excess of his authorization obtained the Classified Information belonging to

4

the U.S. Intelligence Agency.

(Title 18, United States Code, Sections 1030(a)(2)(B) and 2.)

## COUNT SIX
### (Causing Transmission of a Harmful Computer Program, Information, Code, or Command)

The Grand Jury further charges:

6.   From at least in or about March 2016, up to and including at least in or about June 2016, in the Eastern District of Virginia and elsewhere, JOSHUA ADAM SCHULTE, the defendant, knowingly caused the transmission of a program, information, code, or command, and as a result of such conduct, intentionally caused damage without authorization, to a protected computer, to wit, SCHULTE altered a computer system operated by the U.S. Intelligence Agency for the purpose of granting himself access to the system, deleting records of his activities, and denying others access to the system.

(Title 18, United States Code, Sections 1030(a)(5)(A) and 2.)

## COUNT SEVEN
### (Illegal Transmission and Attempted Transmission of Unlawfully Possessed National Defense Information)

The Grand Jury further charges:

7.   From at least in or about December 2017, up to and including at least in or about October 2018, in the Southern District of New York and elsewhere, JOSHUA ADAM SCHULTE, the defendant, having unauthorized possession of, access to, and control over records containing information related to the

national defense, which information the defendant had reason to believe could be used to the injury of the United States and to the advantage of a foreign nation, willfully retained the records and failed to deliver it to the officer or employee of the United States entitled to receive it, and willfully communicated, delivered, and transmitted, and attempted to communicate, deliver, transmit and caused to be communicated, delivered, and transmitted the same to a person not entitled to receive it, to wit, SCHULTE retained portions of the Classified Information and other national defense information maintained by the U.S. Intelligence Agency to which he did not have lawful access and caused to be transmitted, transmitted, and attempted to transmit this information to third parties not entitled to receive it.

(Title 18, United States Code, Sections 793(e) and 2.)

## COUNT EIGHT
### (Making False Statements)

The Grand jury further charges:

8.    From at least in or about March 2017, up to and including at least in or about November 2017, in the Southern District of New York and elsewhere, JOSHUA ADAM SCHULTE, the defendant, in a matter within the jurisdiction of the executive branch of the government of the United States, knowingly and willfully falsified, concealed, and covered up by any trick,

scheme, and device a material fact and made materially false, fictitious, and fraudulent statements and representations, to wit, during an interview with, among others, representatives of the Federal Bureau of Investigation, SCHULTE made misrepresentations in connection with the criminal conduct charged in Counts One through Three and Counts Five through Eight of this Indictment.

(Title 18, United States Code, Section 1001.)

## COUNT NINE
### (Obstruction of Justice)

The Grand Jury further charges:

9.   From at least in or about March 2017, up to and including at least in or about November 2017, in the Southern District of New York and elsewhere, JOSHUA ADAM SCHULTE, the defendant, did corruptly obstruct, influence, and impede, and endeavored to obstruct, influence, and impede the due administration of justice in a federal grand jury in the Southern District of New York by making the material false statements charged in Count Nine of this Indictment.

(Title 18, United States Code, Section 1503.)

## COUNT TEN
### (Contempt of Court)

The Grand Jury further charges:

10.   From at least in or about April 2018, up to and including at least in or about October 2018, in the Southern

7

District of New York and elsewhere, JOSHUA ADAM SCHULTE, the defendant, did willfully and knowingly disobey and resist a lawful order of a Court of the United States, to wit, an order issued by the Honorable Paul A. Crotty, United States District Judge, on or about September 18, 2017, in the Southern District of New York in the case of *United States v. Joshua Adam Schulte*, 17 Cr. 548 (PAC), by communicating documents and information to others in violation of the aforementioned order.

(Title 18, United States Code, Sections 401(3) and 2.)

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JOSHUA ADAM SCHULTE,

Defendant.

---

## SUPERSEDING INDICTMENT

S2 17 Cr. 548 (PAC)

GEOFFREY S. BERMAN
United States Attorney

Foreperson

10/31/2018 · PR
Filed Superseding Indictment.