```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
                                         :
 UNITED STATES OF AMERICA                :
                                         :
        - v. -                           :
                                         : S2 17 Cr. 548 (PAC)
 JOSHUA ADAM SCHULTE,                    :
                                         :
                    Defendant.           :
                                         :
                                         :
- - - - - - - - - - - - - - - - - - - - X
```

**<u>VERDICT FORM</u>**


[Proceed to next page]

**COUNT ONE**:     **Illegal Gathering of National Defense Information**

1. As to Count One, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

   GUILTY _____          NOT GUILTY _____

**COUNT TWO**:     **Illegal Transmission of Unlawfully Possessed National Defense Information (WikiLeaks)**

2. As to Count Two, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

   GUILTY _____          NOT GUILTY _____

**COUNT THREE**:   **Unauthorized Access to a Computer to Obtain Classified Information**

3. As to Count Three, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

   GUILTY _____          NOT GUILTY _____

**COUNT FOUR**:    **Theft of Government Property**

4. As to Count Four, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

   GUILTY _____          NOT GUILTY _____

**COUNT FIVE**:    **Unauthorized Access to a Computer to Obtain Information from a Department or Agency of the United States**

5. As to Count Five, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

   GUILTY _____          NOT GUILTY _____

**COUNT SIX**:     **Causing Transmission of a Harmful Computer Program, Information, Code, or Command**

6. As to Count Six, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

   GUILTY _____          NOT GUILTY _____

**COUNT SEVEN:**     Illegal Transmission and Attempted Transmission of Unlawfully Possessed National Defense Information (MCC)

7.   As to Count Seven, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

    GUILTY _____     NOT GUILTY _____

**COUNT EIGHT:**    Making False Statements

8.   As to Count Eight, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

    GUILTY _____     NOT GUILTY _____

**COUNT NINE:**     Obstruction of Justice

9.   As to Count Nine, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

    GUILTY _____     NOT GUILTY _____

**COUNT TEN:**      Contempt of Court

10.  As to Count Ten, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

    GUILTY _____     NOT GUILTY _____

**[Proceed to sign the verdict sheet.]**

Dated:   New York, New York
         March \_\_\_, 2020

 

_____
Signature of Foreperson

_____
Print name