**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Appeals Bureau
Barry D. Leiwant
Attorney-in-Charge

March 5, 2020

**BY ECF**

Honorable Paul Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Joshua Adam Schulte*
           17 Cr. 548 (PAC)

Dear Judge Crotty:

    The defense respectfully requests that the Court halt jury deliberations temporarily and conduct an individual *voir dire* of jurors 2–11 to ensure that they were not exposed to prejudicial extra-record information from former Juror 5. Such an inquiry is necessary because the Court currently only has the information received in the robing room from Juror 1 and former Juror 5. *See United States v. Gaggi*, 811 F.2d 47, 52 (2d Cir. 1987) (noting that the district court held, not one but two, *voir dires* of each juror …to determine the extent of the juror's exposure" to extrajudicial information).

    Thank you.

Respectfully submitted,

      /s/
Sabrina Shroff
Edward Zas
Attorneys for Joshua Schulte

cc:    Government counsel (by ECF)

1