```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :
UNITED STATES OF AMERICA               :
                                       :
          - v. -                       :
                                       :  S2 17 Cr. 548 (PAC)
JOSHUA ADAM SCHULTE,                   :
                                       :
                      Defendant.       :
                                       :
                                       :
- - - - - - - - - - - - - - - - - - - X
```

**VERDICT SHEET**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-9-20

COUNT ONE:      Illegal Gathering of National Defense Information

1.  As to Count One, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

    NOT GUILTY _____         GUILTY _____

COUNT TWO:      Illegal Transmission of Unlawfully Possessed National Defense Information

2.  As to Count Two, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

    NOT GUILTY _____         GUILTY _____

COUNT THREE:    Illegal Transmission and Attempted Transmission of Unlawfully Possessed National Defense Information

3.  As to Count Three, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

    NOT GUILTY _____         GUILTY _____

COUNT FOUR:     Unauthorized Access to a Computer to Obtain Classified Information

4.  As to Count Four, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

    NOT GUILTY _____         GUILTY _____

COUNT FIVE:     Theft of Government Property

5.  As to Count Five, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

    NOT GUILTY _____         GUILTY _____

COUNT SIX:      Unauthorized Access to a Computer to Obtain Information from a Department or Agency of the United States

6.  As to Count Six, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

    NOT GUILTY _____         GUILTY _____

COUNT SEVEN:     Causing Transmission of a Harmful Computer
                 Program, Information, Code, or Command

7. As to Count Seven, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

   NOT GUILTY _____        GUILTY _____

COUNT EIGHT:     Making False Statements

8. As to Count Eight, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

   NOT GUILTY _____        GUILTY ___X___

COUNT NINE:      Obstruction of Justice

9. As to Count Nine, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

   NOT GUILTY _____        GUILTY _____

COUNT TEN:       Contempt of Court

10. As to Count Ten, how do you find the defendant, JOSHUA ADAM SCHULTE, guilty or not guilty?

    NOT GUILTY _____       GUILTY ___X___

[Proceed to sign the verdict sheet.]

Dated:  New York, New York
        March 9, 2020

_____
Signature of Foreperson

SUSAN WIKER
Print name