**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

*Appeals Bureau*
Barry D. Leiwant
Attorney-in-Charge

March 18, 2020

**BY ECF**

Honorable Paul Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Joshua Adam Schulte*
              17 Cr. 548 (PAC)

Dear Judge Crotty:

    The defense respectfully requests a 30-day extension of time—until April 22, 2020—to file any post-trial motions under Fed. R. Crim. P. 29 and 33. We make this request because of the current national emergency concerning the COVID-19 virus and related difficulties in completing legal work and because meeting with Mr. Schulte is not possible as MCC has suspended legal visits.

    The government does not oppose this request.

    Thank you for your attention.

                              Respectfully submitted,

                              /s/
                          Sabrina Shroff
                          Edward S. Zas
                          Attorneys for Joshua Schulte

cc:    Government counsel (by ECF)