# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

*Appeals Bureau*
*Barry D. Leiwant*
Attorney-in-Charge

March 18, 2020

**BY ECF**

Honorable Paul Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

3/20/20
The extension
to April 22, 2020
is granted.

*/s/ Paul A Crotty*

Re: *United States v. Joshua Adam Schulte*
17 Cr. 548 (PAC)

Dear Judge Crotty:

The defense respectfully requests a 30-day extension of time—until April 22, 2020—to file any post-trial motions under Fed. R. Crim. P. 29 and 33. We make this request because of the current national emergency concerning the COVID-19 virus and related difficulties in completing legal work and because meeting with Mr. Schulte is not possible as MCC has suspended legal visits.

The government does not oppose this request.

Thank you for your attention.

Respectfully submitted,

_____/s/_____
Sabrina Shroff
Edward S. Zas
Attorneys for Joshua Schulte

cc:   Government counsel (by ECF)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-20-20

1