```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA          :
                                  :
                                  :   ORDER
        - v -                     :
JOSHUA ADAM SCHULTE                :   17 CR. 548 (PAC)
                                  :
                Defendant.        :
-----------------------------------X
```

PAUL A CROTTY, United States District Judge.

The Bureau of Prisons is directed to schedule a 1-hour social call for Mr. Schulte within 10 days of this Order. The Bureau of Prisons is to notify counsel, Sabrina Shroff (646 763 1490), of the date and time of the call.

The Bureau of Prisons is directed to make Mr. Schulte available (by telephone or otherwise) for a status conference on May 18, 2020, at 10:30 AM.

Dated: New York, New York          SO ORDERED:
       April 20, 2020

*[signature: Paul A. Crotty]*

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE