U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 23, 2020

**By ECF**

4/24/2020
Time is excluded through May 18, 2020. SO ORDERED.

/s/ Paul A. Crotty

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, New York 10007

    Re:   *United States v. Joshua Adam Schulte*, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

    The Government writes to respectfully request that the Court continue to exclude time through May 18, 2020, pursuant to 18 U.S.C. § 3161(h), to allow defense counsel time to prepare and consult with the defendant about the defense's briefing in support of the defendant's pending motion pursuant to Federal Rule of Criminal Procedure 29.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

by: ____/s/_____
    Matthew Laroche / Sidhardha Kamaraju / David W. Denton, Jr.
    Assistant United States Attorneys
    (212) 637-2420 / 6523 / 2744

cc: Defense Counsel (by ECF)