RECEIVED MAY 21 2020 CHAMBERS OF HONORABLE PAUL A. CROTTY U.S.D.J.

PV8

April 12, 2020

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> 5-22-2020
> The Court received Mr. Schulte's letter, dated April 12, 2020, on May 21, 2020 after the court conference held on May 18, 2020. The government and defense counsel are directed to respond to the letter by noon on Friday, May 29, 2020. Using the previously provided dial in and access code, a teleconference is set for Monday, June 1, 2020 at 10:30 AM. SO ORDERED.
>
> Paul A. Crotty

RE: United States v. Joshua Adam Schulte, S2 17 Cr. 548 (PAC)

Dear Judge Crotty:

As the Court is aware, I have invoked my right to a speedy trial guaranteed by the Sixth Amendment. Since I have no counsel and currently not granted bail, it seems this case will drag on for decades unless I invoke my Sixth Amendment — and since I have been tortured in solitary confinement for over 18 months — there is little choice. The speedy trial clock has been ticking since my hung jury on 3/9/2020 and only a few months now remain.

In order to properly defend myself, I move to compel the Government to produce missing discovery pursuant to Rule 16; I move for an order to return seized devices pursuant to Rule 41(G); I move to compel the production of a modern useable laptop with digital law library software; I move for an injunction to compel MCC to provide phone calls with my family; Finally, I move for an injunction to compel MCC to deliver legal mail in a prompt and timely manner.