UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                   :
:
:      S2 17 Cr. 548 (PAC)
-v-                                          :
:
JOSHUA ADAM SCHULTE,                         :      **ORDER**
:
*Defendant.*                    :
------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

As a result of the court conference held on Monday, May 18, 2020, the Court is requesting further information on the following:

1. When does the Government expect that a grand jury will be convened in the Southern District of New York?

2. What is the Government's best estimate as to when a grand jury will be able to hear the Schulte matter?

3. In light of the inherent delays posed by the Government's approach to supersede the indictment, the Court is directing both parties to provide their positions on whether the pornography trial should proceed in advance of the espionage trial.

Dated: New York, New York            SO ORDERED
       May 22, 2020

                                     _____
                                     PAUL A. CROTTY
                                     United States District Judge