**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 31, 2020

Re:   **United States v. Joshua Adam Schulte**
      **17 Cr. 548 (PAC)**

Dear Judge Crotty,

Having received the government's letter dated May 29, 2010, we ask the Court to extend our deadline to respond by a week. As Mr. Schulte remains in custody and access to him by phone requires notice to the MCC, we need the additional time to discus with him the issues raised by the government. Should the Court grant this request, our response would be due on June 8, 2020.

Thank you for your time and consideration.

Respectfully submitted,
/s/
Edward Zas and Sabrina Shroff
Counsel for Joshua A. Schulte