**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 31, 2020

Re:   **United States v. Joshua Adam Schulte**
      **17 Cr. 548 (PAC)**

Dear Judge Crotty,

Having received the government's letter dated May 29, 2010, we ask the Court to extend our deadline to respond by a week. As Mr. Schulte remains in custody and access to him by phone requires notice to the MCC, we need the additional time to discus with him the issues raised by the government. Should the Court grant this request, our response would be due on June 8, 2020.

Thank you for your time and consideration.

Respectfully submitted,
/s/
Edward Zas and Sabrina Shroff
Counsel for Joshua A. Schulte

---

6/1/2020
The application is granted. Defense counsel is directed to respond to the government's letter of May 29, 2020 by June 8, 2020. In light of the parties' recent submissions, the June 1, 2020 status conference is adjourned. Using the previously provided dial in and access code, the Court will hold the next status conference via teleconference on June 24, 2020 at 10:30 AM. Further, defense counsel is directed to file the response to the Court's Order (docket 399) by no later than June 3, 2020. SO ORDERED.

*[signature: Paul A. Crotty]*