# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 20 Cr. 281 (KPF) |
| SOULEYMANE BALDE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant Souleymane Balde's letter motion requesting access to the records and papers used in connection with the constitution of the Master and Qualified Jury Wheels in the United States District Court for the Southern District of New York. (Dkt. #14). In response, and prior to taking a position on the motion, the Government has requested to speak with Linda Thomas, the Jury Administrator for the Southern District of New York. (*See* Dkt. #17). The defense has asked to be present on any such call. (Dkt. #18, 20). Similar motions have been made in other cases in this District, including *United States* v. *Williams*, No. 20 Cr. 286 (WHP), *United States* v. *Baker*, No. 20 Cr. 288 (LJL), and *United States* v. *Henry*, No. 20 Cr. 293 (LJL).

The Court grants the Government's request to speak with Ms. Thomas and also grants Mr. Balde's request to participate in the call. The Court understands that the Judges in the other cases would be inclined to resolve similar motions in their respective cases similarly. For efficiency, this Court will hold a single conference with Ms. Thomas, to which it invites counsel for both sides in this case, as well as counsel in the other cases listed above. The

conference will take place telephonically on **June 30, 2020 at 2:00 p.m.** The dial-in information is as follows: At 2:00 p.m. on June 30, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. If the conference line requests a "security code" the parties shall press "*". Please note, the conference will not be available prior to 2:00 p.m. The Government is requested to coordinate with counsel in the above-mentioned other cases, as well as any other cases with similar motions, so that they have the dial-in information for this conference.

    SO ORDERED.

Dated: June 16, 2020
         New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge