U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 19, 2020

6/22/2020
The June 24 conference is adjourned to July 1, 2020. Time is excluded through July 1, 2020. SO ORDERED.

*/s/ Paul A. Crotty*

**By ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, New York 10007

Re:   *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (PAC)

Dear Judge Crotty:

Yesterday, the Court notified the parties that the June 24, 2020 conference was adjourned until July 1, 2020. As a result, the Government writes to respectfully request that the Court exclude time through July 1, 2020, pursuant to 18 U.S.C. § 3161(h), in light of the defendant's pending post-trial motion and the ongoing COVID-19 pandemic.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: ____/s/_____
Matthew Laroche / Sidhardha Kamaraju / David W. Denton, Jr.
Assistant United States Attorneys
(212) 637-2420 / 6523 / 2744

cc: Defense Counsel (by ECF)