UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                 :

UNITED STATES OF AMERICA,        :

    -v-                                          :

JOSHUA ADAM SCHULTE,           :         S3 17-CR-548 (PAC)

            *Defendant.*             :

                                                 :         **ORDER**

-------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

    Under the current procedure, the Bureau of Prisons ("BOP") and Clerk's Office were unable to produce the defendant Joshua Schulte for the videoconference proceeding scheduled for June 24, 2020. The BOP will produce the defendant for a videoconference proceeding on Wednesday, July 1, 2020. The Court will arraign the defendant on July 1, 2020. The parties should be prepared to update the Court on the court-scheduled call with Linda Thomas, the Jury Administrator for the Southern District of New York, regarding Grand Jury Records set for June 30, 2020, and to set a motion schedule for retrial.

    The Government's request (Dkt. 410) to exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h) through July 1, 2020 is granted. Such a continuance is necessary in light of the ongoing public health emergency limiting the production of pre-trial detainees and court access, and to allow the parties to complete post-trial motion briefing.

    Having considered the factors in Section 3161(h)(7)(B), the Court finds that the ends of

2

justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Dated: New York, New York  
      June 24, 2020

SO ORDERED

_____  
PAUL A. CROTTY  
United States District Judge