The Law Office of James M. Branden<br>
551 Fifth Avenue<br>
New York, New York 10176<br>
Tel. 212-286-0173<br>
Fax 212-286-0495

June 27, 2020

Hon. Paul A. Crotty  
United States District Judge  
Southern District of New York  
U.S. Courthouse  
500 Pearl Street  
New York, NY 11201  

                        Re:    United States v. Joshua Adam Schulte  
                                Cr. Docket No. 17-548 (PAC)

Dear Judge Crotty:

      As you know, I was one of the lawyers representing Mr. Schulte at trial earlier this year in the above-referenced matter. At this time, in advance of the retrial, I seek permission to withdraw as counsel to Mr. Schulte. This will allow me to focus on other trial ready matters scheduled for the Fall. I make this application with the consent of Mr. Schulte and the defense team. I understand that Deborah A. Colson, Esq., an experienced and cleared criminal defense attorney, has agreed to replace me and will be moving shortly for permission to join the defense team.

                                                          Respectfully submitted,

                                                          James M. Branden