AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 17 Cr. 548 (PAC) |
| Joshua Schulte | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joshua Schulte                                                                                                                              .

Date:   07/01/2020                                                          /s/ Deborah Colson
                                                                                      *Attorney's signature*

                                                                                      Deborah Colson, DC1578
                                                                                      *Printed name and bar number*

                                                                                      Colson Law PLLC
                                                                                      80 Broad Street, 19th Floor
                                                                                      New York, NY 10004

                                                                                      *Address*

                                                                                      dcolson@colsonlaw.com
                                                                                      *E-mail address*

                                                                                      (212) 257-6455
                                                                                      *Telephone number*

                                                                                      (212) 257-6453
                                                                                      *FAX number*