**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 16, 2020

**By ECF and Email**
Judge Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street,
New York, NY 10007

**Re: United States v. Joshua Adam Schulte, 17 Cr. 548 (PAC)**

Dear Judge Crotty:

We write to inform the court that the defense has decided not to file a reply to the government's opposition to Mr. Schulte's Rule 29 motion.

Respectfully,
/s/
Sabrina Shroff & Edward Zas
Attorneys for Mr. Schulte

CC: All counsel (By ECF) and Mr. Schulte