**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 27, 2020

**By ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Joshua Adam Schulte*, 17 Cr. 548 (PAC)

Dear Judge Crotty:

    With consent of the government the defense seeks a one week extension of time to update the court as to whether there are any outstanding disputes on the defense's motion for grand jury records. The defense needs the additional time to consult with the primary attorney on the case before Judge Failla, who was out on holiday last week. Should the court grant the request, the defandant's response will be due August 3rd, 2020.

    We thank the court for its time and consideration.

Respectfully submitted,

/s/
Edward S. Zas, Sabrina P. Shroff, Deborah A. Colson
Counsel for Joshua A. Schulte

**SO ORDERED:**

_____
**HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE**