March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,                                            **CONSENT TO PROCEED BY**
                                                                     **VIDEOCONFERENCE**
                        -v-

Joshua A. Schulte                                                    17  -CR- 548     ( PAC)

                    ,
                         Defendant(s).
-----------------------------------------------------------------X

Defendant Joshua A. Schulte hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

XX
___   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence


J. Schulte                                                           /s/Sabrins Shroff
_____                                    _____
Defendant's Signature                                                Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Joshua A. Shchulte       _____                                     Shroff/Zas/Colson
Print Defendant's Name                                               Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing technology.


8/17/2020                                                            _____
_____                                                    U.S. District Judge/~~U.S. Magistrate Judge~~
Date