

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 16, 2020

**By ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, New York 10007

    Re:    *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (PAC)

Dear Judge Crotty:

    We write in response to the Court's August 17, 2020 order directing the parties to identify anticipated pretrial submissions. We expect pretrial submissions to include (i) a defense motion, if any, addressing the S3 Superseding Indictment; (ii) motions *in limine*; and (iii) revised requests to charge and verdict form. We expect that the Government's motions *in limine* will be limited to addressing issues stemming from the first trial, including the admissibility of the conduct for which the defendant was convicted at the first trial and if and how the parties and witnesses will refer to the first trial (such as during cross-examination about prior testimony), as well as any issue arising from the defendant's outstanding challenge to Government expert testimony and opinions. Attached as Exhibit A is a proposed schedule for those submissions and the retrial.

    As the Court is aware, we are prepared to set a trial date and believe that the Court may do so in light of the current state of this case and COVID-19. We understand that defense counsel will be submitting a letter today identifying impediments to setting a trial date. We respectfully request until September 21, 2020 to respond to that letter.

                Respectfully submitted,

                AUDREY STRAUSS
                Acting United States Attorney

      by:    /s/
             David W. Denton, Jr. / Sidhardha Kamaraju /
             Matthew Laroche
             Assistant United States Attorneys
             (212) 637-2744 / 6523 / 2420

cc:    Defense Counsel (by ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | S3 17 Cr. 548 (PAC) |
| -v.- | [PROPOSED] ORDER |
| JOSHUA ADAM SCHULTE, | |
| Defendant. | |

PAUL A. CROTTY, United States District Judge:

The parties shall comply with the following schedule:

| | |
|---|---|
| October 26, 2020 | Defendant to file any motion addressing the S3 Superseding Indictment. |
| November 16, 2020 | Government to file its opposition to the defendant's motion addressing the S3 Superseding Indictment. |
| December 7, 2020 | Parties to file motions *in limine* and 404(b) notice. |
| December 14, 2020 | Parties to file requests to charge and verdict form. |
| December 21, 2020 | Parties to file oppositions to motions *in limine*. |
| January 11, 2021 | Government to produce any additional 3500 and *Giglio* material. |
| January 19, 2021 | Final pretrial conference. |
| January 25, 2021 | Jury selection and trial. |

SO ORDERED.

Dated:   September __, 2020
         New York, New York

_____
THE HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE