UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | S3 17 Cr. 548 (PAC) |
| -v.- | [PROPOSED] ORDER |
| JOSHUA ADAM SCHULTE, | |
| Defendant. | |

PAUL A. CROTTY, United States District Judge:

The parties shall comply with the following schedule:

| | |
|---|---|
| October 26, 2020 | Defendant to file any motion addressing the S3 Superseding Indictment. |
| November 16, 2020 | Government to file its opposition to the defendant's motion addressing the S3 Superseding Indictment. |
| December 7, 2020 | Parties to file motions *in limine* and 404(b) notice. |
| December 14, 2020 | Parties to file requests to charge and verdict form. |
| December 21, 2020 | Parties to file oppositions to motions *in limine*. |
| January 11, 2021 | Government to produce any additional 3500 and *Giglio* material. |
| January 19, 2021 | Final pretrial conference. |
| January 25, 2021 | Jury selection and trial. |

SO ORDERED.

Dated:   September __, 2020
         New York, New York

_____
THE HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE