# Exhibit B – Ex Parte