

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 14, 2020

**By ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, New York 10007

  Re: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (PAC)

Dear Judge Crotty:

  On September 17, 2020, the defendant filed a letter in further support of his motion to compel discovery. As defense counsel acknowledged at the August 17, 2020 conference, in light of the defendant's pending motion, time is automatically excluded under the Speedy Trial Act. (Tr. at 24); *see also* 18 U.S.C. § 3161(h)(1)(D).[1] Out of an abundance of caution, the Government respectfully requests that the Court set a conference date or control date approximately 30 days from now and exclude time through that date, pursuant to 18 U.S.C. § 3161(h)(7)(A), in light of the defendant's pending discovery and post-trial motions and the need to prepare for the retrial.

           Respectfully submitted,

           AUDREY STRAUSS
           Acting United States Attorney

      by:  /s/
           Matthew Laroche / Sidhardha Kamaraju / David W. Denton, Jr.
           Assistant United States Attorneys
           (212) 637-2420 / 6523 / 2744

cc: Defense Counsel (by ECF)

---

[1] On September 8, 2020, the Court's Second Amending Standing Order, Dkt. No. 20 Misc. 196 (CM), regarding exclusions under the Speedy Trial Act expired.