**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 30, 2020

**BY ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Joshua Adam Schulte*, 17 Cr. 548 (PAC)

Dear Judge Crotty:

     We respectfully request that Mr. Schulte be allowed to appear by telephone for the November 4 status conference. When Mr. Schulte appears by video, he is forced to move to another cell. This cell is tiny, and barely has enough space for Mr. Schulte to even sit. In the past, Mr. Schulte has been forced to stay in this cell for many hours after video court appearances. If he appears just by telephone, then he is allowed to appear from his normal cell. Mr. Schulte is aware of his right to appear in person or by video, and waives that right. We thank the Court for its time and consideration.

     Respectfully submitted,

     /s/ Edward S. Zas, Sabrina P. Shroff, Deborah A. Colson

     *Counsel for Joshua A. Schulte*

CC:   All Counsel of Record
       (via ECF)