**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 19, 2020

**By E-Mail**
Judge Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street,
New York, NY 10007

Re:   United States v. Joshua Adam Schulte, 17 Cr. 548 (PAC)

Honorable Judge Crotty:

We write to respectfully request that the Court order the Metropolitan Correctional Center ("MCC") to arrange for 1-hour standing monthly video teleconferences (VTC), to be conducted on the first Friday of every month, until in-person visitation resumes. See, e.g. *United States v. Sayfullo Habibullaevic Saipov*, 17 Cr. 722 (VSB) (ECF No. 348) (Where Mr. Saipov was allowed to exchange two 30-minute legal VTCs for two 30-minute family VTCs).

In Mr. Schulte's case, we have never requested the Court to order legal VTCs. Since the trial ended, in early March, Mr. Schulte has not been able to see his family. While he receives two 15-minute phone calls every month, the monthly hour-long SAMs approved family visits have not been replaced. Other inmates at the MCC have been afforded additional phone minutes, to make up for the lack of visitation. With COVID-19 numbers rising again in New York, and with strict quarintine rules for travelers coming from out of state, it is unlikely that Mr. Schulte will be able to resume family visits any time soon.

We thank the Court for its time and consideration and hope that everyone is well.

Respectfully,
/s/
Sabrina Shroff, Edward Zas &
Deborah Colson
Attorneys for Mr. Schulte

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA          :
                                  :
                                  :   EX PARTE ORDER
         - v -                    :
JOSHUA ADAM SCHULTE               :   17 CR. 548 (PAC)
                                  :
              Defendant.          :
-----------------------------------X
```

PAUL A CROTTY, United States District Judge.

The Bureau of Prisons is DIRECTED to schedule a 1-hour social VTC for Mr. Schulte on the first Friday of every month. The Bureau of Prisons should also notify counsel 48 hours before the scheduled phone call.

Dated:  New York, New York           **SO ORDERED:**
        November __, 2020

                                     _____
                                     HONORABLE PAUL A. CROTTY
                                     UNITED STATES DISTRICT JUDGE