UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA          :
                                  :
                                  :    **EX PARTE ORDER**
         - v -                    :
JOSHUA ADAM SCHULTE               :    **17 CR. 548 (PAC)**
                                  :
              Defendant.          :
------------------------------------X

         PAUL A CROTTY, United States District Judge.

         The Bureau of Prisons is DIRECTED to schedule a 1-hour social VTC

for Mr. Schulte on the first Friday of every month. The Bureau of

Prisons should also notify counsel 48 hours before the scheduled phone

call.


Dated:  New York, New York        **SO ORDERED:**
        November 25, 2020


                                  _____

                                  HONORABLE PAUL A. CROTTY

                                  UNITED STATES DISTRICT JUDGE