# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 7, 2021

1/8/2021
The requested two week
extension is granted. SO
ORDERED.

*Paul A. Crotty*

**By ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Joshua Adam Schulte*, 17 Cr. 548 (PAC)

Dear Judge Crotty:

    With consent of the government we write to seek a two week adjournment of the January 7, 2021, date for the defense's reply in further support of his motion to dismiss the third superseding indictment.

    We thank the court for its time and consideration.

Respectfully submitted,

/s/
Edward S. Zas, Sabrina P. Shroff, Deborah A. Colson
Counsel for Joshua A. Schulte