# VI.   EXHIBITS

# Exhibit A-1
# "Informal, BP-8"

## Response to Informal Resolution Form

Inmate: **SCHULTE, Joshua**
Register Number: **79471-054**

This is in response to your February 21, 2019 Informal Resolution Form, in which you contend that your Special Administrative Measures (SAM) violate your constitutional rights by keeping you locked in your cell.

You were placed under SAMs by the Department of Justice by request from the U.S. Attorney's Office. You were provided a memo from the Warden outlining the reasons for your SAM and the restrictions consistent with your SAM, including being celled alone in an area where your contact with other inmates is restricted.

If you are not satisfied with this response, you may address your grievance through the administrative remedy program.

2/29/19
Date

_____
Unit Manager

NYM 1330.7
ATTACHMENT 1

## METROPOLITAN CORRECTIONAL CENTER, NEW YORK
## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES

### INFORMAL RESOLUTION FORM (BP-8)

NOTE TO INMATE: With the exception of sensitive issues and DHO appeals, you are advised that prior to receiving and filing a Request for Administrative Remedy Form BP229(13) (old BP-9), you MUST attempt to informally resolve your complaint through your correctional counselor. Additionally, in accordance with P.S. 1330.13, you have the responsibility to present complaints in good faith and in an honest and straightforward manner. Before completing this form, you should make every effort to honestly attempt to informally resolve this matter verbally with staff. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally.

Date form issued and initials of Corr. Counselor: R Proto 2/10/19

INMATE'S COMMENTS:

1. Complaint: SAMs violate the 8th amendments ban of cruel & unusual punishment "Solitary confinement is worse than any torment of the body" — Charles Dickens. The savagery of solitary confinement and permanent psychological damage is well-known and the United Nations considers any term of solitary confinement over 15 consecutive days as inhumane, barbaric torture. It is illegal to lock an animal in a small cage 24/7 unless that animal is a human being and the individual who locks the cage is the government — then it's called justice.

2. Efforts made by you to informally resolve: On Tuesday, Nov 27th I sent a list of 35 unconstitutional issues that were reviewed by the Warden. I was told the issues would be addressed, but none were.

3. Names of staff you contacted/Date you contacted the staff:
Vioto, Warden, 11/27/18

Date returned to Correctional Counselor: _____

Schulte, Joshua     79471054      2/21/19
Inmate's Name       Register Number    Date

CORRECTIONAL COUNSELOR'S COMMENTS

1. Efforts made to informally resolve and staff contacted: See attached respones.

Date informally resolved: ?          Counselor Signature: PROTO Unit Mgr
Date BP-229(13) Issued: 3/4/18
Unit Manager: PROTO

# Exhibit A-2
# "MCC, BP-9"

## RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY - PART B

Inmate Name: **SCHULTE, Joshua**
Reg. No. **79471-054**
Administrative Remedy Id.: **971060-F1**

This is in response to your Request for Administrative Remedy dated March 6, 2019, wherein you state Special Administrative Measures violates the 8th Amendment's cruel and unusual punishment clause as solitary confinement is worse than any torment of barbaric torture. You make no specific request for relief.

An investigation into this matter revealed that you are housed in Unit 10 South in accordance with the restriction in your Special Administrative Measures (SAM), implemented by the authority of the Attorney General pursuant to 28 C.F.R.§ 501.2. In addition, you are subject to the restrictions of BOP Program Statement 5270.11, Special Housing Units, which provide SHU inmates will ordinarily be afforded the opportunity to exercise outside their quarters at least five hours a week. For security reasons, recreation room time is limited to Monday through Fridays.

As you make no specific request for relief, this response is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, Northeast Region, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House - 7th Floor, 2nd & Chestnut Streets, Philadelphia, PA 19106, within 20 calendar days of the date of this response.

7/24/19
Date

L. N'Diaye, Warden

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Schultz, Joshua, A    79471-054    10S    MCC
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A – INMATE REQUEST**

Special Administrative Measures violate the 8th amendment's cruel and unusual punishment clause as solitary confinement is barbaric torture. "Solitary confinement is worse than any torment of the body" – Charles Dickens. The savagery of solitary confinement and permanent psychological damage is well-known and the United Nations considers any term of solitary confinement over 15 consecutive days as inhumane, barbaric torture. It is illegal to lock an animal in a small cage 24/7 unless that animal is a human being and the torturer is the government — then it's called "justice".

3/6/19
DATE                    SIGNATURE OF REQUESTER

**Part B – RESPONSE**

_____                    _____
DATE                                       WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                 CASE NUMBER: _____

                                           CASE NUMBER: _____

**Part C – RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                       RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                BP-229(13)
                                                       APRIL 1982

# Exhibit A-3
# "Regional, NE"

U.S. Department of Justice | Regional Administrative Remedy Appeal
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Schulte, Joshua A  Reg. No.: 79471-054  Unit: 10S  Institution: MCC

**Part A - REASON FOR APPEAL**

Revoke SAMs: I did not receive a response to my BP-9 filed on 3/6/19, and it has now exceeded the 20-day time limitation. SAMs violate the 5th amendment's Due process clause and the 8th amendment's ban of cruel and unusual punishment. "Solitary confinement is worse than any torment of the body" ~Charles Dickens. The savagery of solitary confinement and permanent psychological damage is well-known — The United Nations considers any term of solitary confinement over 15 consecutive days as inhumane, barbaric torture. It is illegal to lock an animal in a small cage 24/7 unless that animal is a human being and the one who locks the cage is the government — then it's called "justice". If the AG ordered the BOP to rape and beat prisoners then surely the BOP would not follow that order? The BOP is guilty of atrocious crimes against humanity for torturing human beings at the command of the AG — Just as the nazis were convicted for "merely following orders" (torture and murder of innocent human beings) — So too is everyone in the BOP who sanctions this torture. Unless you end it here — and now.

Date: 4/3/19

Signature of Requester: [signed] Josh Schulte

**Part B - RESPONSE**

_____ _____
DATE                REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE   CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____ _____
DATE   SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN   BP-230(13) JUNE 2002

# Exhibit A-4
# "Central Office"

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 31, 2019


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : JOSHUA ADAM SCHULTE, 79471-054
      NEW YORK MCC     UNT: 9    QTR: Z07-304LAD
      150 PARK ROW
      NEW YORK, NY 10007


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 979384-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED    : MAY 13, 2019
SUBJECT 1        : COMMUNICATION MANAGEMENT UNIT
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL. YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                 OFFICE LEVEL.

REJECT REASON 2: ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE
                 LEGIBLE AND WORDED THE SAME. PHOTOCOPIES OF THE FORM WILL
                 NOT BE ACCEPTED.

REJECT REASON 3: SEE REMARKS.

REMARKS         : NO RECORD OF YOUR APPEALING THIS FIRST AT
                  INSTITUTIONAL LEVEL ACCORDING TO SENTRY. WARDEN MUST
                  ADDRESS YOUR CONCERN FIRST
```

ATTENTION: *NO BALLPOINT PEN*

AS A SAMS INMATE HELD IN

SOLITARY CONFINEMENT, I

HAVE NO ACCESS TO A

BALLPOINT PEN OR PHOTOCOPIER

U.S. Department of Justice **Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Schulte, Joshua A     79471054     10S     MCC
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL**

Revoke SAMs & Solitary confinement: Regional received my BP-10 on 4/12 and denied it without reason. SAMs violate the 5th amendment's due process clause and the 8th amendment's ban of cruel and unusual punishment. "Solitary confinement is worse than any torment of the body" — Charles Dickens. The savagery of solitary confinement and permanent psychological damage is well-known — The United Nations considers any term of solitary confinement over 15 consecutive days as inhumane, barbaric torture. It is illegal to lock an animal in a small cage 24/7 unless that animal is a human being and the one who locks the cage is the government — then it's called "justice". If the AG ordered the BOP to rape and beat prisoners then surely the BOP would not follow that order? The BOP is guilty of atrocious crimes against humanity for torturing human beings at the command of the AG — Just as the nazis were convicted for "merely following orders" (torture and murder of innocent human beings) — so too is everyone in the BOP who sanctions this torture.

5/6/19
DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
MAY 15 2019
Administrative Remedy Section
Federal Bureau of Prisons

---

DATE                                    GENERAL COUNSEL
ORIGINAL: RETURN TO INMATE              CASE NUMBER: 979384-A1

**Part C - RECEIPT**
                                        CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION
SUBJECT: _____

DATE                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
UPN LVN     PRINTED ON RECYCLED PAPER                    BP-231(13)
                                                         JUNE 2002

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Schulte, Joshua A.  REG. NO. 79471-054  UNIT: 16S  INSTITUTION: MCC

**Part A - REASON FOR APPEAL**

Invoke SAMs: I did not receive a response to my BP-9 filed on 3/6/19 and it has now exceeded the 20-day time limit. SAMs violate the 5th amendment due process clause and the 8th amendment ban of cruel and unusual punishment. "Solitary confinement... were it not "a refinement of the body" - Charles Dickens. The savagery of solitary confinement and permanent damage is well known - the United Nations considers any term of solitary confinement over 15 consecutive days as "torture". Barbaric torture. I am forced to live as if caged in a zoo. Cage associate of a human being and the one who built the cage is the government - 24/7 unless that animal [?] "justice". If the AG ordered the BOP to rape and beat prisoners then surely the BOP would not follow too... The BOP is guilty of atrocious crimes against humanity for torturing human beings at the command of the AG - just as [Nazis?] were convicted for merely following orders (torture and murder of innocent human beings) — so too is everyone in the BOP who sanctions this torture unless you end it here — and now.

DATE: 3/24/19  4/3/19    SIGNATURE OF REQUESTER: /s/ Josh Schulte

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE
APR 12 2019
NERO-PHILADELPHIA

---

DATE _____  REGIONAL DIRECTOR _____

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                    CASE NUMBER: _____

**Part C - RECEIPT**                               CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____          _____
DATE                     SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                                    BP-230(13)
                                                           JUNE 2002