# Exhibit C-1
# "Informal, BP-8"

## Response to Informal Resolution Form

Inmate: **SCHULTE, Joshua**
Register Number: **79471-054**

This is in response to your March 6, 2019 Informal Resolution Form, in which you allege the hot water does not work in the sink or shower in your cell.

Facilities staff will assess the temperature of the water in the fixtures in your cell.

If you are not satisfied with this response, you may address your grievance through the administrative remedy program.

3/20/2019
Date

_____
Unit Manager

NYM 1330.7
ATTACHMENT 1

## METROPOLITAN CORRECTIONAL CENTER, NEW YORK
## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES

### INFORMAL RESOLUTION FORM (BP-8)

NOTE TO INMATE: With the exception of sensitive issues and DHO appeals, you are advised that prior to receiving and filing a Request for Administrative Remedy Form BP229(13) (old BP-9), you MUST attempt to informally resolve your complaint through your correctional counselor. Additionally, in accordance with P.S. 1330.13, you have the responsibility to present complaints in good faith and in an honest and straightforward manner. Before completing this form, you should make every effort to honestly attempt to informally resolve this matter verbally with staff. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally.

Date form issued and initials of Corr. Counselor: _____

INMATE'S COMMENTS:

1. Complaint: No hot water in SAMs cells: The sinks in the 10S cells do not have functional hot water. This is a major health issue because washing hands and cleaning are ineffective in cold water. Additionally, the showers are often luke-warm to cold — many times depending on the time of day and cell. The showers and sinks only have buttons — no knobs for temperature control. The 10S sinks and showers should be replaced with those in normal units.

2. Efforts made by you to informally resolve: On Tuesday, Nov 27th I sent a list of 35 unconstitutional issues that were reviewed by the Warden. I was told the issues would be addressed, but none were.

3. Names of staff you contacted/Date you contacted the staff:
Proto, Warden, 11/27/18

Date returned to Correctional Counselor: _____

Schulte, Joshua      79471054      3/6/19
Inmate's Name        Register Number   Date

CORRECTIONAL COUNSELOR'S COMMENTS

1. Efforts made to informally resolve and staff contacted: _____

Date informally resolved: _____   Counselor Signature: _____

Date BP-229(13) Issued: _____

Unit Manager: _____

# Exhibit C-2
# "MCC, BP-9"

## RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY - PART B

Inmate Name: **SCHULTE, Joshua**
Reg. No. **77211-054**
Administrative Remedy Id.: **974087-F1**

This is in response to your Request for Administrative Remedy dated March 28, 2019, wherein you allege the temperature of the hot water in your cell is inadequate for showering and the showers are not functional. You request that the sinks and showers should be replaced.

Federal Bureau of Prisons' policy provides that the primary hot water temperature for the housing areas must be maintained at a set temperature range from 100 to 120 degrees Fahrenheit. The water temperature was tested and is within the range according to policy. MCC New York's hot water system is set for 112 to 115 degrees Fahrenheit. On April 12, 2019, the hot water recirculating pump was changed out due to the pump failing. The facilitates department has replaced several defective parts in the showers recently and will continue to do so as plumbing fixtures break or fail to operate properly.

Based on the above information, this response is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, Northeast Region, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House - 7th Floor, 2nd & Chestnut Streets, Philadelphia, PA 19106, within 20 calendar days of the date of this response.

4/25/19
Date

L. N'Diaye, Warden

U.S. DEPARTMENT OF JUSTICE · REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Schulte, Joshua A**  **79471054**  **10S**  **MCC**
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A- INMATE REQUEST**

Provide hot water and functional showers: The sinks in the 10S cells do not have functional hot water. This is a major health issue because washing hands and cleaning are ineffective in cold water. This is a violation of the 8th amendment's ban on cruel and unusual punishment. Additionally, the showers drip out cold or luke-warm water — many times depending on the time of day and particular cage. These showers have no water pressure and don't really function as showers. The showers and sinks only have buttons — no knobs for temperature control. The 10S sinks and showers should be replaced with effective models found in every other MCC unit.

3/28/19
DATE                                           SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____                               _____
DATE                                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

                                              CASE NUMBER: _____
**Part C- RECEIPT**
Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____                               _____
DATE                                          RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                PRINTED ON RECYCLED PAPER                BP-229(13)
                                                                APRIL 1982

# Exhibit C-3
# "Regional, NE"

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 22, 2019
-ebd

RWD 6/11

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : JOSHUA ADAM SCHULTE, 79471-054
      NEW YORK MCC    UNT: 9    QTR: Z07-304LAD
      150 PARK ROW
      NEW YORK, NY 10007


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 974087-R1     REGIONAL APPEAL
DATE RECEIVED   : MAY 13, 2019
SUBJECT 1       : ADMINISTRATIVE DETENTION CONDITIONS
SUBJECT 2       :
INCIDENT RPT NO :

REJECT REASON 1: ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE
                 LEGIBLE AND WORDED THE SAME. PHOTOCOPIES OF THE FORM WILL
                 NOT BE ACCEPTED.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : PAGES 2, 3, AND 4 OF THE BP10 ARE NOT LEGIBLE.

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

10

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Schulte, Joshua A    74471054    10S    MCC
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** Functional sink/shower: MCC responded to my BP-9 filed 3/28/19 on 4/25/19. The response was insufficient and is attached herein. The sinks in the 10S cages do not have functional hot water and the showers are inconsistent. This is a violation of the 8th amendment as the inability to wash hands with hot water is a major health issue. Despite MCC's claims in the BP-9 response, no tests were performed on 10S and my sink still does not dispense hot water. Additionally, the sinks and showers must be entirely replaced because they operate on a switch basis without timing buttons instead of dials. This provides no ability for inmates to adjust the water temperature. Every other unit at MCC has normal sinks and showers EXCEPT for the punitive housing unit. Hence, it appears MCC punishes inmates by sabotaging the sinks and showers. I have no complaint against this; however, this same punishment towards SAMs inmates is arbitrary punishment without due process and very clearly violates the 5th amendment. MCC must replace all SAMs sinks and showers with normal, fully-functional units available everywhere else at MCC.

5/1/19                               Josh Schulte
DATE                                 SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Returned 8/1
DATE                                 REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                CASE NUMBER: 974087R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____           _____
DATE                              SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                                       BP-230(13)
                                                              JUNE 2002

# Exhibit C-4
# "Central Office"

RCVD 7/30

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 19, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : JOSHUA ADAM SCHULTE, 79471-054
      NEW YORK MCC    UNT: 9    QTR: Z07-301LAD
      150 PARK ROW
      NEW YORK, NY 10007


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 974087-A1         CENTRAL OFFICE APPEAL
DATE RECEIVED   : JUNE 19, 2019
SUBJECT 1       : ADMINISTRATIVE DETENTION CONDITIONS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.



# ATTENTION: NO BALLPOINT PEN

AS A SAMS INMATE HELD IN SOLITARY CONFINEMENT, I HAVE NO ACCESS TO A BALLPOINT PEN OR PHOTOCOPIER.

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Schulte, Joshua A         79471054       10S        MCC
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

Functional sink & shower: My BP-10 was denied because I don't have access to a ballpoint pen. I am denied access to buy pens in commissary and only given an ink cartridge. I cannot help this. I have made every good faith effort to resolve this issue, but the BOP has not. The sinks in the 10S cages do not have functional hot water and the showers are inconsistent. This is a violation of the 8th amendment as the inability to wash hands with hot water is a major health issue. Additionally, the sinks and showers must be entirely replaced because they operate on a button without tuning. This provides no ability for inmates to adjust the water temperature. Every other unit at MCC has normal sinks and showers EXCEPT for the punitive housing unit. Hence, it appears MCC punishes inmates by sabotaging the sinks and showers. This punishment to SAMs inmates is arbitrary punishment without due process and clearly violates the 5th amendment. MCC must replace all SAMs sinks and showers with normal, fully-functional units available everywhere else at MCC.

6/11/19
DATE                                        SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DIR

RECEIVED
JUN 19 2019
Administrative Remedy Section
Federal Bureau of Prisons

---

DATE                                        GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                  CASE NUMBER: 974087-A1

**Part C - RECEIPT**
                                            CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
DATE

UPN LVN                                                         BP-231(13)
                                                                JUNE 2002

## REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 22, 2019
-ebd

RWD 6/11

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO   : JOSHUA ADAM SCHULTE, 79471-054
       NEW YORK MCC     UNT: 9     QTR: Z07-304LAD
       150 PARK ROW
       NEW YORK, NY 10007

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 974087-R1        REGIONAL APPEAL
DATE RECEIVED    : MAY 13, 2019
SUBJECT 1        : ADMINISTRATIVE DETENTION CONDITIONS
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE
                 LEGIBLE AND WORDED THE SAME. PHOTOCOPIES OF THE FORM WILL
                 NOT BE ACCEPTED.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : PAGES 2, 3, AND 4 OF THE BP10 ARE NOT LEGIBLE.

**U.S. Department of Justice**  
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Schulte, Justin A.    79471-054    10S    MCC
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** Functional sink/shower: MCC responded to my BP-9 filed 3/29/19 on 4/25/19. The response was insufficient and is attached herein. The sinks in the 10S cages do not have hot water and the showers are inconsistent. This is a violation of the 8th amendment as the inability to wash hands with hot water is a major health issue. Despite MCC's claims in the BP-9 response, no tests were performed in 10S and my sink still does not dispense hot water. Additionally, the sinks and showers must be entirely replaced because they operate on a switch basis without timers, buttons instead of dials. This signifies no ability for inmates to adjust the water temperature. Every other unit at MCC has normal sinks and showers EXCEPT for the pre-trial housing unit. Hence, it appears MCC punishes inmates by sabotaging the sinks and showers. I have no complaint against this, however, this severe punishment towards SAMs inmates is arbitrary punishment without due process and very clearly violates the 5th amendment. MCC must replace all SAMs sinks and showers with normal, fully-functional units available everywhere else at MCC.

5/1/19  
DATE                      *Josh Schulte*  
                                      SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED  
FEDERAL BUREAU OF PRISONS  
REGIONAL COUNSEL OFFICE  

MAY 1 3 2019  

NERO-PHILADELPHIA

---

DATE                                   REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY      CASE NUMBER: 974087-R1

**Part C - RECEIPT**

                                       CASE NUMBER: _____

Return to: _____  
         LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____          _____  
DATE                      SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                       BP-230(13)  
                                                JUNE 2002

## RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY - PART B

Inmate Name: SCHULTE, Joshua
Reg. No. 77211-054
Administrative Remedy Id.: 974087-F1

This is in response to your Request for Administrative Remedy dated March 28, 2019, wherein you allege the temperature of the hot water in your cell is inadequate for showering and the showers are not functional. You request that the sinks and showers should be replaced.

Federal Bureau of Prisons' policy provides that the primary hot water temperature for the housing areas must be maintained at a set temperature range from 100 to 120 degrees Fahrenheit. The water temperature was tested and is within the range according to policy. MCC New York's hot water system is set for 112 to 115 degrees Fahrenheit. On April 12, 2019, the hot water recirculating pump was changed out due to the pump failing. The facilitates department has replaced several defective parts in the showers recently and will continue to do so as plumbing fixtures break or fail to operate properly.

Based on the above information, this response is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, Northeast Region, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House - 7th Floor, 2nd & Chestnut Streets, Philadelphia, PA 19106, within 20 calendar days of the date of this response.

_4/25/19_
Date

_L. N'Diaye, Warden_

U.S. DEPARTMENT OF JUSTICE                     REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Schulte, Joshua A.   79471-054   1/S   MCC
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A- INMATE REQUEST**

Provide hot water and functional showers: The sinks in the 10S cells do not have functional hot water. This is a major health issue because washing hands and cleaning are ineffective in cold water. This is a violation of the 8th amendment's ban on Cruel and unusual punishment. Additionally, the showers drip out cold or luke-warm water — many times depending on the time of day and particular cage. These showers have no water pressure and don't really function as showers. The showers and sinks only have buttons — no knobs for temperature control. The 10S sinks and showers should be replaced with effective models found in every other MCC unit.

5/29/19
DATE                                                                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**




DATE                                                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

THIRD COPY: RETURN TO INMATE                                       CASE NUMBER: _____

                                                                    CASE NUMBER: _____
**Part C- RECEIPT**
Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.       UNIT        INSTITUTION
SUBJECT: _____

_____            _____
DATE                             RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                              BP-229(13)
                                                                     APRIL 1982