# Exhibit G-1
# "Informal, BP-8"

**Response to Informal Resolution Form**

Inmate: **SCHULTE, Joshua**
Register Number: **79471-054**

This is in response to your undated Informal Resolution Form, in which you list the commissary items that should be available to you.

Your list is being forwarded to Trust Fund staff for consideration.

If you are not satisfied with this response, you may address your grievance through the administrative remedy program.

2|28|19
Date

_____
Unit Manager

BP-B (cont) List of Commissary Items that should be available as they do not constitute a danger to national security. ➤

| Dental Items | Dietetic Items | Food/Snack Items |
|---|---|---|
| Aim Mouthwash | Honey (Sugar free) | Apple & Banana Chips |
| Colgate toothpaste | Whiting | Adobo 'w' pepper |
| Dental Floss Picks | **Medical Items** | Bagel |
| Effergrip | A&D ointment | BBQ Sauce |
| Denti-Cup | Allergy/cold tablets | Cheese Curls |
| Oral B tooth Brush | Anesthetic Oral gel | Chips Ahoy Cookies |
| Tooth brush Cover | Anti Diarrheal | Cream cheese |
| | Artificial tears | Garlic Powder |
| **Vitamins** | Claritin/Non-drowsey | Grits |
| Vitamin B-150 | Do-Lusate 100MG | Honey Buns |
| Vitamin E | Gas Relief tab | Instant Rice |
| | Lac-hydrin lotion | Jolly Ranchers |
| **Sundry** | Laxative tablets | Mac & Cheese |
| Book light | Milk of Magnesia | Mayonnaise |
| Bowl | Muscle Rub | Nacho Cheese Chips |
| Bowl w/ lid | Naproxen 220MG | Oat Meal |
| Clear Head phones | Prilosec Tabs | Oatmeal Cookies |
| Composition notebooks | Rolaids | Buffalo Chicken Stick |
| Fork & Spoon Set | Saline Nasal Spray | Chocolate Bar 'w' Almonds |
| JVC earbuds | Selenin Shampoo | Shabangs |
| | Tylenol Extra Strength | Marble Cakes |
| **Eye wear** revis | Zantac (Generic) | Cinnamon Cakes |
| Reading glasses | | Peppermint bits |

| Other | Sneakers/Shower Shoes | Halal/Kosher Meals |
|---|---|---|
| Military Club Brush | Sneakers | Stff Chicken w/ Rile & Mushroom |
| Mirror | Clogs Shower Shoes | Halal Beef Sausage Hot & Spicy |
| MP3 Player | NB Shower Sandals | Halal Beef Sausage (Regular) |
| Razor Razors | Personal Health/Hygiene | Picante Sauce |
| Palmolive Dish Soap | Cocoa Butter lotion Towel | Pinto Beans |
| Photo Albums | Dial | wash cloth | Plantain Chips |
| Pilot Pens | Facial Tissues | Raisin Brand Cereal |
| Puzzles Crossword | Fingernail Clippers | Refried Beans |
| Puzzles Sudoku | Neutrogena Acne Cleanser | Roasted & Salted Pistachios |
| Radio | Noxema | Salt & Pepper |
| Silicone MP3 Cover | | Sazon |
| Watch Battery | Soap dish | Sharp Cheddar Cheese |
| Watches | Suave Lotion | Snack Crackers |
| Water Bottle Container | VO5 Body Wash | Soups (beef, chicken, lime chili, & Veggie) |
| Mugs | | Soy Sauce |
| Writing Pad | Hair Care Products | Spam |
| | African Pride | Star Light Mints |
| Clothing | Comb | Sunflower Seeds |
| 3 pck Socks | Cream of Nature | Tuna |
| Boxer briefs | Dandruff Shampoo | Wheat Thins |
| Gray T-Shirts | Herbal Essence Conditioner | Yogurt Pretzels |
| Hat | Herbal Essence Shampoo | |
| Mirco Mesh Shorts | Pink oil Lotion | Beverages |
| Sweat pants | VO5 Conditioner | Coffee: Bustelo, Taster's Choice, & Creamer |
| Sweat Shirts | | Diet Pepsi | Assorted Tea |
| Thermal pants | | Ginger Ale |
| Thermal tops | | Orange |
| | | Pepsi |

# Exhibit G-2
# "MCC, BP-9"

## RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY - PART B

Inmate Name: **SCHULTE, Joshua**
Reg. No. **79471-054**
Administrative Remedy Id.: **971052-F1**


This is in response to your Request for Administrative Remedy dated March 6, 2019, wherein you allege the commissary list is being restricted from 10-South inmates without legitimate reason nor due process. You request that administration lift and remove this unnecessary and unwarrantable restriction, and allow 10-South inmates the same freedom given to the general population in regard to commissary.

An investigation into your claim reveals, on April 12, 2019, the Trust Fund Committee met to review items that you requested as additions to the 10-South commissary list. This resulted in items being added to the 10 South commissary list. You may continue to request specific items from the general population commissary list, which will be considered on a case by case basis.

Based on the above information, the relief you seek is partially granted.

If you are dissatisfied with this response, you may appeal to the Regional Director, Northeast Region, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House - 7th Floor, 2nd & Chestnut Streets, Philadelphia, PA 19106, within 20 calendar days of the date of this response.


7/10/19
Date

L. N'Diaye, Warden

**U.S. DEPARTMENT OF JUSTICE**                                    **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Schulte, Joshua, A          79471-054          10S          MCC

     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST**

MCC does not separate 28 CFR 501.1 and 501.2 SAMs inmates commissary. I am placed under SAMs due to national security, NOT for violence or physical security concerns. In fact, I have never been accused of any violence so how can MCC deny me commissary for "security" reasons? Most items restricted make no sense — mouthwash, vitamins, book light, earbuds, VO5 soap, etc. There is NO REASON to deny these items and most others. Unless MCC and the BOP cares to justify to a federal judge how access to VO5 soap endangers national security, I suggest eliminating the "10 South" commissary sheet and providing me normal commissary. Separating 501.1 and 501.2 into two separate commissary sheets where 501.1 SAMs inmates receive restricted and 501.2 do not is also acceptable.

3/6/19
DATE                                SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____          _____
DATE                                  WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE               CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                        CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____          _____
DATE                           RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN         PRINTED ON RECYCLED PAPER                     BP–229(13)
                                                       APRIL 1982

# Exhibit G-3
# "Regional, NE"

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Schulte, Joshua A.    71471054    IØ5    MCC
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**

Normal Commissary: I did not receive a response to my BP-9 filed on 3/6/19 and it has now exceeded the 20-day time limitation. The arbitrary restriction of random items in commissary to pretrial SAMs inmates is impermissible punishment without due process. These randomly banned items include mouthwash, Vitamin E, a book light, a bowl, a radio, earbuds, composition notebooks, reading glasses, honey, A+D ointment, artificial tears, gas relief tabs, prilosec tabs, tylenol, mirrors, dish soap, pens, albums, sudoku puzzles, mugs, socks, shorts, VØ5 body soap, Suave lotion, herbal essence shampoo, bagels, BBQ sauce, grits, salt & pepper, honey buns, jolley ranchers, shabangs, combs, sharp cheddar cheese, crackers, soy sauce, wheat thins, assorted tea, and coffee, among many, many more items. It's so random of what is banned that milk chocolate bars ARE permitted, but milk chocolate bars with almonds are BANNED! The BOP cannot randomly ban commissary items just to punish & torture SAMs inmates.

4/3/19
DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

 

DATE                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

DATE                            SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                PRINTED ON RECYCLED PAPER                  BP-230(13)
                                                              JUNE 2002

# Exhibit G-4
# "Central Office"

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 31, 2019


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : JOSHUA ADAM SCHULTE, 79471-054
      NEW YORK MCC    UNT: 9   QTR: Z07-304LAD
      150 PARK ROW
      NEW YORK,  NY 10007


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID     : 979389-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED : MAY 13, 2019
SUBJECT 1     : COMMISSARY SERVICES - PRODUCTS & OPERATIONS
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,
                 OFFICE LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS       : THIS APPEAL MUST START AT INSTITUTIONAL LEVEL.
                SENTRY INDICATES THIS HAS NOT BEEN APPEALED AT THE
                INSTITUTIONAL LEVEL

ATTENTION: * NO BALLPOINT PEN *

AS A SAMS INMATE HELD

IN SOLITARY CONFINEMENT,

I HAVE NO ACCESS TO A

BALLPOINT PEN OR

PHOTOCOPIER

U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Schulte, Joshua A      79471054      10S      MCC
　　　LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.          UNIT         INSTITUTION

**Part A - REASON FOR APPEAL**

Normal, non-punitive commissary: Regional received my BP-10 on 4/12 (see attached), but denied it without any reason attached. The arbitrary restriction of random items in Commissary to pretrial SAMs inmates is impermissible punishment without due process. These randomly banned items include mouthwash, Vitamin E, a book light, a bowl, a radio, earbuds, composition notebooks, reading glasses, honey, A&D ointment, Artificial tears, gas relief tabs, prilosec tabs, tylenol, mirrors, dish soap, pens, albums, sudoku puzzles, mugs, socks, shorts, V05 body soap, suave lotion, herbal essence shampoo, bagels, BBQ sauce, grits, salt & pepper, honey buns, Jolley ranchers, shabangs, combs, sharp cheddar cheese, crackers, soy sauce, wheat thins, assorted tea, and coffee, among many, many more items. It's so random that milk chocolate bars ARE permitted, but milk chocolate bars with almonds are banned! The BOP cannot randomly ban commissary items just to punish & torture SAMs inmates.

5/6/19　　　　　　　　　　　　　　　　　　　　　[signature]
　DATE　　　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

MAY 13 2019

[stamp illegible]
Federal Bureau of Prisons

　　　DATE

ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**

GENERAL COUNSEL

CASE NUMBER: 979389-A1

CASE NUMBER: _____

Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

SUBJECT: _____

　　　DATE　　　　　　✪　　　　　SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN　　　　　　　PRINTED ON RECYCLED PAPER　　　　　　　BP-231(13)
　　　　　　　　　　　　　　　　　　　　　　　　　　　JUNE 2002

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Schulte, Joshua A.     79471-054     10S     MCC

        LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL**

I put in commissary. I did not receive a response to my BP-9 filed on 3/6/19 and it has now exceeded the 20-day time limitation. The arbitrary restriction of random items in commissary to punish SAMs inmates is impermissible punishment without due process. These random banned items include Mouthwash, Vitamin E, a book light, a bowl, a radio, earbuds, composition notebook, reading glasses, honey, A&D ointment, Artificial tears, gas relief tabs, antacid tabs, Tylenol arthritis, dish soap, pens, shirts, shoe polish, mugs, socks, shorts, 365 body soap, face lotion, herbal essence shampoo, bagels, BBQ sauce, grits, salt & pepper, honey buns, jelly donuts, sharangs, cumins, sharp cheddar cheese, crackers, soy sauce, wheat thins, assorted tea, and coffee, among many many more items. It's so random of what is banned that milk chocolate hais ARE permitted, but milk chocolate hais with almonds are BANNED! The BOP cannot randomly ban commissary items just to punish & torture SAMs inmates

4/3/19

    DATE                              SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE
APR 12 2019
NERO-PHILADELPHIA

---

    DATE                              REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY              CASE NUMBER: _____

**Part C - RECEIPT**

                             CASE NUMBER: _____

Return to: _____

        LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____              _____

    DATE                          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN

BP-230(13)
JUNE 2002