# Exhibit I-1
# "Informal, BP-8"

## Response to Informal Resolution Form

Inmate: **SCHULTE, Joshua**
Register Number: **79471-054**

This is in response to your March 6, 2019 Informal Resolution Form, in which you contend the security measures for SAM inmates should be different for those under SAM for violence than those under SAM for other reasons.

You are subject to the security measures in place for inmates on your housing unit. Many of the restrictions are in place for inmates housed in SHU generally.

If you are not satisfied with this response, you may address your grievance through the administrative remedy program.

3\20\2019
Date

_____
Unit Manager

NYM 1330.7
ATTACHMENT 1

## METROPOLITAN CORRECTIONAL CENTER, NEW YORK
## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES

### INFORMAL RESOLUTION FORM (BP-8)

NOTE TO INMATE: With the exception of sensitive issues and DHO appeals, you are advised that prior to receiving and filing a Request for Administrative Remedy Form BP229(13) (old BP-9), you MUST attempt to informally resolve your complaint through your correctional counselor. Additionally, in accordance with P.S. 1330.13, you have the responsibility to present complaints in good faith and in an honest and straightforward manner. Before completing this form, you should make every effort to honestly attempt to informally resolve this matter verbally with staff. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally.

Date form issued and initials of Corr. Counselor: _____

INMATE'S COMMENTS:

1. Complaint: No distinction between 28 CFR 501.1 and 501.2: The vast majority (90%) of SAMs inmates are 501.1 inmates referred to SAMs due to security concerns because of violence and/or terrorism. However, the AG placed me under 501.2 to protect national security from "disclosures of classified information". MCC makes no distinction between the two, and imposes blanket restrictions to both. I am accused of non-violent, victimless crimes — the 3-man hold, full shackles, cuffs, etc. do not ensure the safety of national security and are unnecessary. 501.2 SAMs inmates should not be grouped

2. Efforts made by you to informally resolve and burdened as if they were violent, security threats.
On Tuesday 11/27 I sent a list of 35 unconstitutional issues that were reviewed by the Warden. I was told the issues would be addressed, but none were.

3. Names of staff you contacted/Date you contacted the staff:
Pisto, Warden 11/27/18

Date returned to Correctional Counselor: _____

Schulte, Joshua    79471054    3/6/19
Inmate's Name      Register Number    Date

### CORRECTIONAL COUNSELOR'S COMMENTS

1. Efforts made to informally resolve and staff contacted: _____

Date informally resolved: _____   Counselor Signature: _____

Date BP-229(13) Issued: _____

Unit Manager: _____

# Exhibit I-2
# "MCC, BP-9"

## RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY - PART B

Inmate Name: **SCHULTE, Joshua**
Reg. No. **79471-054**
Administrative Remedy Id.: **974085-F1**

This is in response to your Request for Administrative Remedy dated March 28, 2019, wherein you allege you are subject to security measures unnecessarily, including 3 man holds, shackling, and cuffs. You make no specific request for relief.

An investigation reveals you are subject to the same measures implemented in the Special Housing Unit for inmates pending disciplinary hearings or protective custody. While some of your security measures are more restrictive than those in SHU, these measures are not in place to punish you. Rather, your security measures are necessary to implement your SAM, as well as to maintain the safety, security, and good order of the institution.

As you make no specific request for relief, this response is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, Northeast Region, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House - 7th Floor, 2nd & Chestnut Streets, Philadelphia, PA 19106, within 20 calendar days of the date of this response.

_8/19/19_
Date

_____
J. Petrucci, Acting Warden

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Schulte, Joshua A     79471054    10S    MCC
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

No distinction between 28 CFR 501.1 and 501.2: The vast majority of SAMs inmates are 501.1 inmates referred to SAMs due to security concerns because of violence and/or terrorism. However, the AG placed me under 501.2 to protect national security from "disclosures of classified information". MCC makes no distinction between the two, but imposes blanket restrictions to both. I am accused of non-violent, victimless crimes — the 3-man hold, full shackles, cuffs, etc. do nothing for national security. The BP-8 response that SAM inmates are SHU inmates confirms this violates the 5th amendment's due process clause; SHU inmates are inmates who violated prison rules and are punished — but SAMs cannot be used to punish.

3/28/19
DATE                      SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____
DATE                      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE        CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE                      RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN        BP-229(13) APRIL 1982

# Exhibit I-3
# "Regional, NE"

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 22, 2019

RCVD 6/11

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : JOSHUA ADAM SCHULTE, 79471-054
      NEW YORK MCC    UNT: 9    QTR: Z07-304LAD
      150 PARK ROW
      NEW YORK, NY 10007


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 974085-R1     REGIONAL APPEAL
DATE RECEIVED   : MAY 15, 2019
SUBJECT 1       : ADMINISTRATIVE DETENTION CONDITIONS
SUBJECT 2       :
INCIDENT RPT NO :

REJECT REASON 1: ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE
                 LEGIBLE AND WORDED THE SAME. PHOTOCOPIES OF THE FORM WILL
                 NOT BE ACCEPTED.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : PAGES 2, 3, AND 4 OF THE BP10 ARE NOT LEGIBLE.

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Schulte, Joshua A__   __79471054__   __10S__   __MCC__
         LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL** Normalized restraints and equal treatment for SAMs inmates! I did not receive a response to my BP-9 filed 3/28/19 and it has exceeded the 20-day time limitation. SAMs inmates are inhumanely chained and handcuffed everywhere in stark contrast to other pretrial inmates. The MCC's BP-9 response simply stated that these restrictions are "general restrictions" in place for "all SHU inmates." The indiscriminate treatment of SAMs inmates as SHU inmates results in impermissible punishment without due process. AT MCC, the SHU refers to unit 9S, which is mostly used to house inmates who have violated prison rules or those accused thereof, waiting processing. Hence, placement on 9S is used as punishment after the completion of the DHO process. However, inmates placed on SAMs are done so without due process and have no DHO or formal process to object and fight the decision. Therefore to treat SAMs as punitive and punish pretrial inmates very clearly violates the 5th amendments due process clause. Specifically in my case, I am placed on SAMs to "protect against disclosures of national defense information." Handcuffing me to take me to recreation and attorney visits and chaining my ankles and utilizing waist chains does NOTHING to facilitate this goal. Therefore, this extra "security" is arbitrary and without cause. I must not be restrained anymore than other pretrial inmates when moving about the prison.

__5/1/19__                                                                __/s/ Josh Schulte__
DATE                                                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

__Returned 6/11__                                                       _____
DATE                                                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                                              CASE NUMBER: __974085R1__

**Part C - RECEIPT**                                                    CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____                        _____
DATE                                       SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                                                 BP-230(13)
                                                                        JUNE 2002

# Exhibit I-4
# "Central Office"

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 16, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : JOSHUA ADAM SCHULTE, 79471-054
      NEW YORK MCC    UNT: 9    QTR: Z07-304LAD
      150 PARK ROW
      NEW YORK, NY 10007


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 974085-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : JUNE 20, 2019
SUBJECT 1       : ADMINISTRATIVE DETENTION CONDITIONS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL. YOU SHOULD HAVE FILED AT THE
                 ▓▓▓▓▓▓▓▓▓ REGIONAL OFFICE, ▓▓▓▓▓▓▓▓▓
                 OFFICE LEVEL.

REJECT REASON 2: CONCUR WITH RATIONALE OF REGIONAL OFFICE ▓▓▓▓▓▓▓▓▓
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

# ATTENTION: *NO BALLPOINT PEN*

AS A SAMS INMATE HELD IN SOLITARY CONFINEMENT, I HAVE NO ACCESS TO A BALLPOINT PEN OR PHOTOCOPIER

U.S. Department of Justice **Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Schulte, Joshua A.   79471054   10S   MCC
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL** Normalized restraints and equal treatment for SAMs inmates: My BP-10 was denied because I don't have access to a ballpoint pen. Due to SAMs, I am denied access to buy pens in commissary and only given an ink cartridge. I cannot help this. I have made every good faith effort to resolve this, but the BOP has not. SAMs inmates are inhumanely chained and handcuffed everywhere in stark contrast to other pretrial inmates. The MCC's BP-9 response simply stated that these restrictions are "general restrictions in place for all SHU inmates." The inssummate treatment of SAMs inmates as SHU inmates results in impermissible punishment without due process. At MCC, the SHU refers to unit 9S, which is mostly used to house inmates who have violated prison rules or those accused thereof, waiting processing. However, inmates placed on SAMs are done so without due process and have no DHO or formal processing to object and fight the decision. Therefore to treat SAMs as punitive and punish pretrial inmates very clearly violates the 5th amendment's due process clause. Specifically, in my case, I am placed on SAMs to "protect against disclosures of national defense information." The extra security with cuffs do NOTHING to facilitate this goal. Therefore this extra "security" is arbitrary and without due process.

6/11/19
DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
JUN 20 2019
Administrative Remedy Section
Federal Bureau of Prisons

DATE                                        GENERAL COUNSEL
ORIGINAL: RETURN TO INMATE                  CASE NUMBER: 974085-A1

**Part C - RECEIPT**
                                            CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

DATE                          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN                                                    BP-231(13)
                                                           JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

RCVD 6/11

DATE: MAY 22, 2019
         ebd

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : JOSHUA ADAM SCHULTE, 79471-054
      NEW YORK MCC    UNT: 9    QTR: Z07-304LAD
      150 PARK ROW
      NEW YORK, NY 10007


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 974085-R1       REGIONAL APPEAL
DATE RECEIVED   : MAY 15, 2019
SUBJECT 1       : ADMINISTRATIVE DETENTION CONDITIONS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE
                 LEGIBLE AND WORDED THE SAME. PHOTOCOPIES OF THE FORM WILL
                 NOT BE ACCEPTED.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : PAGES 2, 3, AND 4 OF THE BP10 ARE NOT LEGIBLE.

U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Schulte, Joshua A.   74471054   1/S   MCC
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** Normalized restrictions and equal treatment for SAMs inmates. I did not receive a response to my BP-9 filed 3/29/19 and it far exceeded the 20-day time frame. SAMs inmates are improperly carried and handcuffed everywhere in stark contrast to other pretrial inmates. The MCC BP-9 response simply stated that these restrictions are general restrictions in place for all SAMs inmates. The discriminate treatment of SAMs inmates as SHU inmates results in a permanent punishment without due process. At MCC, the SHU debris is unit 9S. What is mostly used to house inmates who face serious prison rules or those accused there of, working placement of there, placement on 9S is used as punishment after the completion of the DHO process. However, inmates placed in SAMs are done so without due process and have no DHO or formal process to object and fight the decision. Therefore to treat SAMs as punitive and punish pretrial that's very clearly violates the 5th amendment. The process made specific in my case, I am placed on SAMs to protect against disclosures of national defense information. Handcuffing me to take me to recreation and attorney visits and changing my orders and visiting worst rooms does [nothing] to facilitate this goal. Therefore this extra security is arbitrary and without cause. I must not be restrained anymore than other pretrial inmates when moving about the prison.

5/1/19
DATE                          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL OFFICE

MAY 15 2019

NERO-PHILADELP...

_____                          _____
DATE                                            REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                 CASE NUMBER: 974085R1

**Part C - RECEIPT**
                                                CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION
SUBJECT: _____

_____                          _____
DATE                                            SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                                              BP-230(13)
                                                                     JUNE 2002