# Exhibit J-1
# "Informal, BP-8"

## Response to Informal Resolution Form

Inmate: **SCHULTE, Joshua**
Register Number: **79471-054**

This is in response to your March 6, 2019 Informal Resolution Form, in which you allege you are not receiving adequate discovery review time due to the short battery life of your laptop. You request access to a power outlet.

For security reasons, there are no power outlets in cells on your housing unit. We will reach out to the U.S. Attorney's Office to explore other options, e.g. a spare battery and charger.

If you are not satisfied with this response, you may address your grievance through the administrative remedy program.

3/20/2019
Date

_____
Unit Manager

NYM 1330.7
ATTACHMENT 1

## METROPOLITAN CORRECTIONAL CENTER, NEW YORK
## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES

### INFORMAL RESOLUTION FORM (BP-8)

NOTE TO INMATE: With the exception of sensitive issues and DHO appeals, you are advised that prior to receiving and filing a Request for Administrative Remedy Form BP229(13) (old BP-9), you MUST attempt to informally resolve your complaint through your correctional counselor. Additionally, in accordance with P.S. 1330.13, you have the responsibility to present complaints in good faith and in an honest and straightforward manner. Before completing this form, you should make every effort to honestly attempt to informally resolve this matter verbally with staff. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally.

Date form issued and initials of Corr. Counselor:_____

INMATE'S COMMENTS:

1. Complaint: Insufficient discovery review and inability to work on own defense. The informal complaint was to obtain discovery — which has since been received. Officers have provided laptop when requested, however, the laptop lasts less than 2 hours due to battery life and external drives that drain battery. Normal law library discovery review outside SAMs was 16 hours per day — but now I only get 2. I request power outlet to power laptop in the cell to facilitate 24/7 case review.

2. Efforts made by you to informally resolve: On Tuesday, Nov 27th I sent a list of 35 unconstitutional issues that were reviewed by the Warden. I was told the issues would be addressed, but none were

3. Names of staff you contacted/Date you contacted the staff:
Proto, Warden, 11/27/18

Date returned to Correctional Counselor:_____

Schulte, Joshua     79471054     3/6/19
Inmate's Name        Register Number    Date

CORRECTIONAL COUNSELOR'S COMMENTS

1. Efforts made to informally resolve and staff contacted:_____

Date informally resolved:_____   Counselor Signature:_____

Date BP-229(13) Issued:_____

Unit Manager:_____

# Exhibit J-2
# "MCC, BP-9"

## RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY - PART B

Inmate Name: **SCHULTE, Joshua**
Reg. No. **79471-054**
Administrative Remedy Id.: **974084-F1**

This is in response to your Request for Administrative Remedy dated March 28, 2019, wherein you allege you are not receiving sufficient access to review your discovery. You are requesting to have access to an additional battery, an external charger, or an extension cord in your cell.

The U.S. Attorney's Office has provided an extra battery, but we are currently awaiting a solution to charging it while you use your other laptop battery. For security reasons, you will not be provided an extension cord for your cell. Please continue to send written requests to the SHU lieutenant to request discovery time in your unit's law library.

Based on the above information, your request for relief is partially granted.

If you are dissatisfied with this response, you may appeal to the Regional Director, Northeast Region, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House - 7th Floor, 2nd & Chestnut Streets, Philadelphia, PA 19106, within 20 calendar days of the date of this response.

8/14/19
Date

L. Petrucci, Acting Warden

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Schulte, Joshua A     79471054     10S     MCC
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

Insufficient discovery review and inability to work on own defense: The discovery laptop lasts less than 2 hours due to both battery life and external drives that drain battery. Additionally, the discovery itself contains drives that need external power — forcing me to choose between recreation and discovery review on some days since I must be brought into a special room with an outlet. Normal law library discovery review outside SAMs was 6 hours per day — but now I barely get that in 3 days. The law library and other units have power outlets which could solve this issue — or an extension cord — or a large external charger — or additional batteries — there are many possible solutions.

3/28
DATE                                          SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____ DATE                         WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: _____

                                                  CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____ DATE                         RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                        BP-229(13)
                                                               APRIL 1982

# Exhibit J-3
# "Regional, NE"

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 22, 2019
~ebl

RCVD 6/1

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : JOSHUA ADAM SCHULTE, 79471-054
      NEW YORK MCC    UNT: 9    QTR: Z07-304LAD
      150 PARK ROW
      NEW YORK, NY 10007


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 974084-R1       REGIONAL APPEAL
DATE RECEIVED    : MAY 15, 2019
SUBJECT 1        : ADMINISTRATIVE DETENTION CONDITIONS
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR  INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM ~~OR~~ and  A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE
                 LEGIBLE AND WORDED THE SAME. PHOTOCOPIES OF THE FORM WILL
                 NOT BE ACCEPTED.

REJECT REASON 3: SEE REMARKS.

REJECT REASON 4: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : THE BP10 WAS COMPLETED AND SIGNED BY YOU ON 5-1-19.
                 THIS IS BEFORE THE DATE THE WARDEN'S RESPONSE WAS
                 DUE.

U.S. Department of Justice | Regional Administrative Remedy Appeal
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Schulte, Joshua A.   REG. NO. 79471054   UNIT: 105   INSTITUTION: MCC

**Part A - REASON FOR APPEAL** Inadequate Discovery review: I did not receive a response to my BP-9 filed 3/28/19 and it has exceeded the 20-day time limitation. My discovery laptop has insufficient battery life (2-3 hrs) mostly due to power drain from external drives containing discovery. Since only lieutenants can retrieve the laptop, it can only be charged once per day. This severely restricts discovery review to only 2-3 hrs per day and therefore violates the 5th amendment's due process clause. There are several simple solutions that the MCC has not attempted. One, the SAMs cages can be provided electrical outlets. Sentenced inmates at MCC have access to electrical outlets so pretrial inmates should have the same access. Similarly, non-SAMs pretrial inmates have access to electrical outlets in the unit. It would be an easy solution — and since SAMs inmates are recorded 24/7 on monitors, it's safer and more secure than access to normal electrical outlets in the unit. Alternately, MCC can simply run power cables from the lights to the desks or provide power through extension cables. Finally, MCC could provide "power blocks" that hold 8 hours of charge that inmates can plug laptops into and then give to the lieutenants for charge at night.

5/1/19 DATE   SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Returned 6/11

DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE    CASE NUMBER: 974084121

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

DATE    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN   BP-230(13)
JUNE 2002

# Exhibit J-4
# "Central Office"

RCVD
7/30

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 19, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : JOSHUA ADAM SCHULTE, 79471-054
      NEW YORK MCC    UNT: 9    QTR: Z07-301LAD
      150 PARK ROW
      NEW YORK, NY 10007


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 974084-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED    : JUNE 19, 2019
SUBJECT 1        : ADMINISTRATIVE DETENTION CONDITIONS
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL. YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE, OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS        : MUST RESUBMIT A COMPLETE PACKET AT THE REGIONAL
                 LEVEL.

**ATTENTION: *NO BALLPOINT PENS***

AS A SAMS INMATE HELD IN SOLITARY CONFINEMENT, I HAVE NO ACCESS TO A BALLPOINT PEN OR PHOTOCOPIER

U.S. Department of Justice | **Central Office Administrative Remedy Appeal**
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Schulte, Joshua A    74710S4    10S    MCC
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL**

Inadequate discovery review: My BP-10 was denied because (1) there was no BP-9 attached, but as I explained, I did not receive a response to my BP-9 within 20 days as required by 28 CFR 542.18; and (2) I did not use a ballpoint pen, but due to SAMs I am denied access to buy pens in commissary and only given an ink cartridge. I cannot help this. I have made every good faith effort to resolve this, but the BOP has not. My discovery laptop has insufficient battery life (2 hrs) mostly due to power drain from external drives containing discovery. Since only lieutenants can retrieve the laptop, it can only be charged once per day. This severely restricts discovery review to only 2 hrs per day and therefore violates the 5th amendment's due process clause. There are several simple solutions that the MCC has not attempted. One, the SAMs cages can be provided electrical outlets. Sentenced inmates have access to electrical outlets so pretrial inmates should have the same access. Similarly, Non-SAMs pretrial inmates have access to electrical outlets in the unit. It would be an easy solution — and since SAMs inmates are recorded 24/7 on monitors, it's safer and more secure. Alternatively, MCC can simply run power cables from the lights to the desks or provide power through extension cables. Finally, MCC could provide "power blocks" that hold 8 hrs of charge that inmates can plug laptops into and then give to lieutenants for charge.

6/11/19
DATE | SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
JUN 19 2019
Administrative Remedy Section
Federal Bureau of Prisons

DATE | GENERAL COUNSEL
ORIGINAL: RETURN TO INMATE | CASE NUMBER: 974084-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION
SUBJECT: _____

DATE | SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
UPN LVN | BP-231(13) JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 22, 2019

*ebl*

RCVD 6/1

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : JOSHUA ADAM SCHULTE, 79471-054
      NEW YORK MCC    UNT: 9    QTR: Z07-304LAD
      150 PARK ROW
      NEW YORK, NY 10007


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 974084-R1        REGIONAL APPEAL
DATE RECEIVED   : MAY 15, 2019
SUBJECT 1       : ADMINISTRATIVE DETENTION CONDITIONS
SUBJECT 2       :
INCIDENT RPT NO :

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM ~~OR~~ *and* A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE
                 LEGIBLE AND WORDED THE SAME. PHOTOCOPIES OF THE FORM WILL
                 NOT BE ACCEPTED.

REJECT REASON 3: SEE REMARKS.

REJECT REASON 4: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : THE BP10 WAS COMPLETED AND SIGNED BY YOU ON 5-1-19.
                  THIS IS BEFORE THE DATE THE WARDEN'S RESPONSE WAS
                  DUE.