# Exhibit L-1
# "Informal, BP-8"

**Response to Informal Resolution Form**

Inmate: **SCHULTE, Joshua**
Register Number: **79471-054**


This is in response to your March 28, 2019 Informal Resolution Form, in which you request access to email your attorneys.

Your SAM prohibition against you being able to communicate with other inmates results in you being housed in restrictive housing.   BOP Policy prohibits inmate email access in restrictive housing units.   Accordingly, you are not permitted TRULINCs email access.   However, you have other avenues available to communicate with your attorneys: legal visiting, legal correspondence, and legal calls.

If you are not satisfied with this response, you may address your grievance through the administrative remedy program.

4·18·19
_____
Date

_____
Unit Manager

NYM 1330.7
ATTACHMENT 1

## METROPOLITAN CORRECTIONAL CENTER, NEW YORK
## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES

### INFORMAL RESOLUTION FORM (BP-8)

NOTE TO INMATE: With the exception of sensitive issues and DHO appeals, you are advised that prior to receiving and filing a Request for Administrative Remedy Form BP229(13) (old BP-9), you MUST attempt to informally resolve your complaint through your correctional counselor. Additionally, in accordance with P.S. 1330.13, you have the responsibility to present complaints in good faith and in an honest and straightforward manner. Before completing this form, you should make every effort to honestly attempt to informally resolve this matter verbally with staff. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally.

Date form issued and initials of Corr. Counselor:_____

INMATE'S COMMENTS:

1. Complaint: Access to email with attorneys: I was previously granted access to email with attorneys. This access should not be withdrawn merely due to SAMs. SAMs itself does not restrict access to attorneys because that would violate the 6th amendment — hence, MCC should not deny access to attorneys. We are pretrial inmates with constitutional rights to communicate with attorneys and participate in defense.

2. Efforts made by you to informally resolve: On Tuesday, Nov 27th I sent a list of 35 unconstitutional issues that were reviewed by the warden. I was told the issues would be addressed but none were.

3. Names of staff you contacted/Date you contacted the staff:
_____ Proto, Warden, 11/7/18 _____

Date returned to Correctional Counselor:_____

| | | |
|---|---|---|
| Schulte, Joshua | 79471054 | 3/28/19 |
| Inmate's Name | Register Number | Date |

### CORRECTIONAL COUNSELOR'S COMMENTS

1. Efforts made to informally resolve and staff contacted:_____
_____
_____

Date informally resolved:_____   Counselor Signature:_____

Date BP-229(13) Issued:_____

Unit Manager:_____

# Exhibit L-2
# "MCC, BP-9"

U.S. Department of Justice        RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

**Part A – RESPONSE**
**Schulte, Joshua reg. No. 79471-054**

**Remedy ID –979415-F1**

A review of this matter reveals that on May 5, 2019, you submitted an
Administrative Remedy Response BP-8, stating that you should be permitted
access to TRULINCS, to e-mail your attorney.

You arrived at this facility on December 15, 2017, after review of your central
file, I have not seen an inmate request to staff, requesting access to your
e-mail (TRUELINCS). A request to staff will be given to you on June 6, 2019
for processing.

Request for Administrative Remedy is for informational purposes only. If you
are dissatisfied with this response, you may appeal to the Regional Director,
Northeast Region, Federal Bureau of Prisons.   Your appeal must be received by
the Regional Administrative Remedy Coordinator, Federal Bureau of Prisons,
Northeast Regional Office, U.S. Customs House – 7th Floor, 2nd & Chestnut
Streets, Philadelphia, PA 19106, within 20 calendar days of the date of this
response.


_____
L. N'Diaye, Warden

_____
6/7/19
Date

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Schultz, Joshua A     79471054     10S     MCC
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST**

Access to TRULINCS to email attorneys should be permitted for all pretrial inmates. Every other inmate at MCC can send and receive email to their attorneys. There is literally no harm in granting this access, and no legitimate reason to deny it. Revocation of access is arbitrary punishment in violation of the 5th amendments due process clause. Restricted attorney communication also violates the effective counsel clause of the 6th amendment.

5/5/19
DATE

*[signature]*
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE        CASE NUMBER: _____

                                              CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

USP LVN

PRINTED ON RECYCLED PAPER

# Exhibit L-3
# "Regional, NE"

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 21, 2019

_eby_

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : JOSHUA ADAM SCHULTE, 79471-054
      NEW YORK MCC    UNT: 9    QTR: Z07-305LAD
      150 PARK ROW
      NEW YORK,  NY 10007

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 979415-R1       REGIONAL APPEAL
DATE RECEIVED  : JUNE 17, 2019
SUBJECT 1      : OTHER LEGAL
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE
                 LEGIBLE AND WORDED THE SAME. PHOTOCOPIES OF THE FORM WILL
                 NOT BE ACCEPTED.

REJECT REASON 2: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM ~~OR~~   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN. _and_

ATTENTION: NO BALLPOINT PEN

AS A SAMs INMATE HELD IN
SOLITARY CONFINEMENT, I
HAVE NO ACCESS TO A BALLPOINT
PEN OR PHOTOCOPIER

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Schulte, Joshua A      79471054      10S      MCC
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

Part A - REASON FOR APPEAL Access to TRULINCS email with attorneys: My BP-9 was filed on 5/6, but was not responded within 20 calendar days as required by 28 CFR 542.18. I appeal this denial. I was formerly given access to TRULINCS to email with my attorneys. When I was placed on 10S, this access was revoked. I violated no institutional rules. Every other inmate has access to TRULINCS email except those punished for violating institutional rules and those on 10S. Arbitrary denial of TRULINCS email access with attorneys violates the 5th amendment's due process clause and the 8th amendment's assistance of counsel clause. Please enable my access to TRULINCS email.

6/7/19
DATE

_____
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____                    _____
DATE                                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                 CASE NUMBER: 979415R1

**Part C - RECEIPT**
                                            CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                        SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN            PRINTED ON RECYCLED PAPER                          BP-230(13)
                                                                     JUNE 2002