# Exhibit M

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 31, 2019



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO   : JOSHUA ADAM SCHULTE, 79471-054
       NEW YORK MCC      UNT: 9    QTR: Z07-304LAD
       150 PARK ROW
       NEW YORK, NY 10007



FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 979388-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED    : MAY 13, 2019
SUBJECT 1        : ADMINISTRATIVE REMEDY PROCEDURES
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL. YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, ~~REGIONAL OR CENTRAL~~
                 OFFICE LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS         : THIS APPEAL MUST START AT INSTITUTIONAL LEVEL.
                  PRESS HARDER TO GET THE WORDS TO TRANSFER TO ALL 4
                  ORIGINAL PAGES. GET HELP FROM UNIT TEAM
```

ATTENTION: *NO BALLPOINT PEN*

AS A SAMS INMATE HELD IN SOLITARY CONFINEMENT, I HAVE NO ACCESS TO A BALLPOINT PEN OR PHOTOCOPIER

U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Schulte, Joshua A__ __79471054__ __10S__ __MCC__
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

Violation of the Prisoner Litigation Reform Act: I have sent multiple critical issues to the Northeast Regional director — every single issue has been denied by the director, stating that the form "was not legible and worded the same" because the pen didn't copy over to the back pages. I am locked in a cage and denied access to pens other than a special type of pen — I have no way to obtain a ballpoint pen. Additionally, the regional director claims he cannot accept any photocopies. Therefore, the regional director will not consider any issue in direct violation of federal law. I have made every good faith effort possible to resolve this issue — if you do not resolve it now, then prepare to defend this petty attempt of obstruction and intimidation in court.

__5/2/19__                                                        __Josh Schulte__
DATE                                                              SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
MAY 13 2019
Administrative Remedy Section
Federal Bureau of Prisons

---

DATE                                                              GENERAL COUNSEL
ORIGINAL: RETURN TO INMATE                                        CASE NUMBER: __979388-A1__

**Part C - RECEIPT**
                                                                  CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE                                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN                                                                   BP-231(13)
                                                                          JUNE 2002