# Exhibit N

## Response to Informal Resolution Form

Inmate: **SCHULTE, Joshua**
Register Number: **79471-054**

This is in response to your March 28, 2019 Informal Resolution Form, in which you allege you have not been provided adequate dental and medical care.

Your concerns have been forwarded to Health Services staff to review and address. You have an upcoming appointment with an outside cardiologist. However, for security reasons, you will not be advised of the scheduled date in advance of the appointment.

If you are not satisfied with this response, you may address your grievance through the administrative remedy program.

4.18.2019
Date

Unit Manager

NYM 1330.7
ATTACHMENT 1

## METROPOLITAN CORRECTIONAL CENTER, NEW YORK
## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES

### INFORMAL RESOLUTION FORM (BP-8)

NOTE TO INMATE: With the exception of sensitive issues and DHO appeals, you are advised that prior to receiving and filing a Request for Administrative Remedy Form BP229(13) (old BP-9), you MUST attempt to informally resolve your complaint through your correctional counselor. Additionally, in accordance with P.S. 1330.13, you have the responsibility to present complaints in good faith and in an honest and straightforward manner. Before completing this form, you should make every effort to honestly attempt to informally resolve this matter verbally with staff. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally.

Date form issued and initials of Corr. Counselor: _____

INMATE'S COMMENTS:

1. Complaint: No medical or dental treatment: I have sent numerous cop-outs to dental for appointments and treatment. I have always at least seen the dentist twice a year for cleanings — it is inhumane and unconstitutional that a pretrial inmate cannot receive any dental treatment & must succumb to oral disease. I have also not received any medical treatment for my bicuspid aortic valve & high blood pressure. I had been consulting with a cardiologist & taking my blood pressure daily to test medications. My BP taken twice? [illegible]

I have only had [illegible] As a result I am suffering from high BP including TIAs without a cardiologist to oversee treatment.

2. Efforts made by you to informally resolve: On Tuesday, Nov 27th I sent a list of 35 unconstitutional issues that were reviewed by the warden. I was told the issues would be addressed, but none were.

3. Names of staff you contacted/Date you contacted the staff: Quoto, Warden, 11/27/18
_____

Date returned to Correctional Counselor: _____

Schulte, Joshua     74471054          7/28/19
Inmate's Name       Register Number    Date

CORRECTIONAL COUNSELOR'S COMMENTS

1. Efforts made to informally resolve and staff contacted:_____
_____
_____

Date informally resolved:_____  Counselor Signature:_____

Date BP-229(13) Issued:_____

Unit Manager:_____