# Exhibit O



BP-A0148  
JUNE 10  
**INMATE REQUEST TO STAFF** CDFRM  
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| FROM: Schulte, Joshua | REGISTER NO.: 79471054 |
| WORK ASSIGNMENT: Unconstitutional restrictions | UNIT: 10S |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Pretrial detention is the detention of human beings legally presumed innocent; they are detained for the "greater good" to protect the community. As such, rights AND privileges cannot be denied pretrial inmates. If a specific right or privilege would readily be available to the average American and would not interfere with the legislative intent of pretrial detention to protect the community then it must be permitted. Although the BOP is designed to deny, punish, and torture slaves, it cannot apply its sadistic punishment to people legally presumed innocent otherwise the difference between prison (to punish) and detention (to protect the community) shrinks to nill and permissible legislation morphs into impermissible punishment. Likewise, SAMs inmates cannot be denied privileges granted to normal pretrial inmates that do not infringe upon the SAMs directive. I recognize the following as unconstitutional and request immediate reform ▶

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate  
PDF                     Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER             **SECTION 6**

A.) Punishment unconstitutionally and arbitrarily imposed upon pretrial SAMs inmates without due process and entirely unrelated to the SAMs which all other inmates enjoy:

1.) Arbitrary denial to full prison commissary including body soap, pens, and paper
2.) Denial of use of library to check out books
3.) Denial of public defender phone to call attorney any time
4.) Denial of TRULINCS email access to contact attorney any time
5.) Denial of full contact attorney visit to exchange documents
6.) Denial of full contact family visits
7.) Denial and restriction of family calls from 300 to 15 minutes per month
8.) Denial of normal TV watching - must install TVs in cells; even convicted BOP inmates have TVs
9.) Denial of normal prison amenities such as ice, hot water, microwaves, etc.
10.) Denial of religious services (remedied through TV)

B.) Punishment unconstitutionally imposed upon pretrial inmates without due process that would be readily available to the average free American to enjoy:

1.) TVs and radios (See Section A.8)
2.) BOP commissary is unconstitutional monopoly, must allow competition with Amazon and other vendors for food and leisure items
3.) Purchase and/or prison provided xbox, gameboy, and other electronic devices used for typical 21st century American enjoyment.
4.) BOP phones unconstitutional monopoly, must allow cell phone usage
5.) Internet access for all pretrial inmates as the internet is fundamental to free speech

C.) Cruel and unusual punishment illegally imposed upon pretrial SAMs inmates:

1.) Windows blacked out and bordered up to prevent view of outside to elicit psychological TORTURE
2.) Clocks and time unavailable to inmate to elicit psychological TORTURE
3.) Pillows denied to inmates to elicit psychological TORTURE
4.) Hot water denied to inmates to elicit psychological TORTURE
5.) Religious services denied to inmate in violation of 1st amendment (See A.10)
6.) Ability to control lights denied to inmates to elicit psychological TORTURE
7.) Dental and medical care restricted and denied to inmates to elicit psychological TORTURE
8.) Monthly phone calls limited to one per month for 15min to elicit psychological TORTURE
9.) Cell heat/cold uncontrollable and set outside normal range psychological TORTURE
10.) Solitary confinement with limited activities including inability to write, read, watch TV, or play games leaves inmate with nothing to do all day and is psychological TORTURE