# Exhibit P

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY


DATE: OCTOBER 10, 2019



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NEW YORK MCC

TO  : JOSHUA ADAM SCHULTE, 79471-054
      NEW YORK MCC    UNT: 7    QTR:
      150 PARK ROW
      NEW YORK, NY 10007


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 993689-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : OCTOBER 7, 2019
SUBJECT 1       : LIBRARY SERVICES (EXCEPT LAW LIBRARY)
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.
```

RCVD 10/17

| U.S. DEPARTMENT OF JUSTICE | REQUEST FOR ADMINISTRATIVE REMEDY |
|---|---|
| Federal Bureau of Prisons | |

Sen 9/21/19

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Schulte, Joshua A**   **79471054**   **10S**   **MCC**
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A- INMATE REQUEST**

Request access to books like every other pretrial inmate. Since we are banned from the institution's library, I request a trial program that many state prisons now do — Kindle book readers and access the NYC Public library. Many other prisons do this — eReaders are very cheap these days. I spoke with Volpini who agreed that this was a good idea. It is a violation of the due process clause & BOP regulations not to give us access to a library. This is a very simple, cheap, and reasonable solution. There are only 5 of us — give us the opportunity to fill our days with knowledge.

9/29/19
DATE                                   SIGNATURE OF REQUESTER

**Part B- RESPONSE**




_____              _____
DATE                                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                 CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                           CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____              _____
DATE                                   RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                              BP-229(13)
                                                     APRIL 1982