**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 22, 2021

**BY ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

1/22/2021
A two week extension is granted. SO ORDERED.

*[signature]*

Re:   *United States v. Joshua Adam Schulte*, 17 Cr. 548 (PAC)

Dear Judge Crotty:

With consent of the government we write to seek a two week adjournment of the January 21, 2021, date for the defense's reply in further support of his motion to dismiss the third superseding indictment.

Thank you for your time and consideration.

Respectfully submitted,

Sabrina P. Shroff, Deborah Colson, Edward S. Zas
*Counsel for Joshua A. Schulte*

CC:   All Counsel of Record
         (via ECF)