

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 28, 2021

**VIA ECF**
The Honorable Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Schulte*, No. 17 Cr. 548 (PAC)

Dear Judge Crotty:

    I am an Assistant U.S. Attorney in this Office's Civil Division, which represents the United States, as well as its employees sued in their official capacity, in habeas petitions challenging conditions of confinement and seeking relief under 28 U.S.C. § 2241. The Bureau of Prisons informed me today that, as of yesterday, MCC has a new interim warden, Eric Williams. Thus, for the reasons described in our prior letter, *see* Dkt. No. 450, the proper respondent to any habeas petition by Mr. Schulte challenging his conditions of confinement is Eric Williams.

    We thank the Court for its consideration of this matter.

    Respectfully,

    AUDREY STRAUSS
    United States Attorney

By:   /s/ Charles S. Jacob
    CHARLES S. JACOB
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, NY 10007
    Tel: (212) 637-2725
    Fax: (212) 637-2702
    charles.jacob@usdoj.gov

cc: Counsel of Record (via ECF)