# EXHIBIT C

discovery ▶ # Production 14 - 2018.08.08 ▶ Subpoena Returns ▶ Facebook John Galt

Open with Adobe Acrobat XI ▼   Share with ▼   Print   Burn   New folder

| Name | Date modified | Type | Size |
|---|---|---|---|
| 2018.05.15_Facebook_NDO_18_Mag_4127... | 8/8/2018 9:59 AM | Adobe Acrobat D... | 699 KB |
| john12galt21.AccountInfo.pdf | 8/8/2018 9:59 AM | Adobe Acrobat D... | 540 KB |
| Letter_1702463.pdf | 8/8/2018 9:59 AM | Adobe Acrobat D... | 644 KB |

18 MAG . 4127

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re Grand Jury Subpoena to Facebook, Inc., Related to Certain Accounts, dated May 15, 2018 |

§ 2705(b)
**Non-Disclosure Order
to Service Provider**

**SEALED**

      Upon the application of the United States pursuant to 18 U.S.C. § 2705(b):

    1.    The Court hereby determines that there is reason to believe that notification of the existence of the attached subpoena will result in one or more of the following consequences, namely, endangering the life or physical safety of an individual; flight from prosecution; destruction of or tampering with evidence; intimidation of potential witnesses; or otherwise seriously jeopardizing an investigation or unduly delaying a trial.

      Accordingly, it is hereby ORDERED:

    2.    Facebook, Inc. (the "Provider") shall not, for a period of 180 days from the date of this Order (and any extensions thereof), disclose the existence of this Order or the attached subpoena, to the listed subscriber of the account referenced in the subpoena, or to any other person, except that the Provider may disclose the attached subpoena to an attorney for the Provider for the purpose of receiving legal advice.

    3.    This Order and the Application upon which it was granted are to be filed under seal until otherwise ordered by the Court, except that the Government may without further order provide copies of the Application and Order as need be to personnel assisting the Government in the investigation and prosecution of this matter, and disclose these materials as necessary to comply with discovery and disclosure obligations in any prosecutions related to this matter.

Dated:    New York, New York

           5-15-18

                                        UNITED STATES MAGISTRATE JUDGE

04.11.2014

JAS_020950



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 15, 2018

**BY EMAIL**
Facebook, Inc.
Facebook Law Enforcement Response Team
1601 Willow Road
Menlo Park, CA 94025

To whom it may concern:

    Please be advised that the accompanying grand jury subpoena has been issued in connection with an official criminal investigation of a suspected felony being conducted by a federal grand jury. **Pursuant to the accompanying non-disclosure order issued under 18 U.S.C. § 2705(b), you are prohibited from notifying any subscriber or other third-party of the existence of this subpoena for a period of 180 days from the date of the order. If you ever plan to notify the relevant subscriber(s) of the existence of this subpoena, even after the 180-day period, please advise me before you do so, in case the investigation remains ongoing and the order needs to be renewed.**

    **You are hereby directed to preserve, under the provisions of 18 U.S.C. § 2703(f)(1) any and all information, including, if applicable, all emails/attachments or other content information, as well as any backup copies of such data or data designated for deletion, pertaining to the account(s) referenced in the accompanying subpoena, for a period of 90 days.** This letter applies only retrospectively; it does not obligate you to capture and preserve new information that arises after the date of this letter.

    Thank you for your cooperation in this matter.

Sincerely,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Sidhardha Kamaraju
Assistant United States Attorney
Southern District of New York
212-637-6523

JAS_020951

Grand Jury Subpoena

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO:   Facebook, Inc.
      Facebook Law Enforcement Response Team
      1601 Willow Road
      Menlo Park, CA 94025

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the GRAND JURY of the people of the United States for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Room 220, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:   May 23, 2018          Appearance Time:   10:00 a.m.

to testify and give evidence in regard to an alleged violation of :
**Federal Criminal Law**

and not to depart the Grand Jury without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:

SEE ATTACHED RIDER. N.B.: Personal appearance is not required if the requested documents are: (1) produced on or before the return date to Special Agent Jeff D. Donaldson, jddonaldson@fbi.gov, 917-270-4602, 26 Federal Plaza, New York, NY 10278; and (2) accompanied by an executed copy of the attached Declaration of Custodian of Records.

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York
         May 15, 2018



GEOFFREY S. BERMAN
*United States Attorney for the*
*Southern District of New York*

Sidhardha Kamaraju
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Telephone:   212-637-6523

rev. 02.01.12

JAS_020952

Facebook, Inc.
Facebook Law Enforcement Response Team
1601 Willow Road
Menlo Park, CA 94025

### RIDER:

Please provide any and all subscriber records and account information associated with the following individuals and identifiers from account inception to the present:

**Username: John Galts Legal Defense Fund**

**UID: 225303401359184**

**https://www.facebook.com/John-Galts-Legal-Defense-Fund-225303401359184/**

Such information shall include:

1) Subscriber's name;
2) Subscriber's mailing address, residential address, email address;
3) Length of service (including start date) and types of service(s) utilized;
4) Telephone or instrument number or other subscriber number or identity, including any temporary assigned network address (for example: registration Internet Protocol ("IP") address, MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifiers ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");
5) Means and source of payment(s) of such service (including any credit card or bank account number) and billing records.

Personal appearance is not required if the requested documents are: (1) produced on or before the return date to Special Agent Jeff D. Donaldson, jddonaldson@fbi.gov, 917-270-4602, 26 Federal Plaza, New York, NY 10278; and (2) accompanied by an executed copy of the attached Declaration of Custodian of Records.

Declaration of Custodian of Records

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is _____.
          (name of declarant)

    I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

    I am in receipt of a Grand Jury Subpoena, dated May 15, 2018 and signed by Assistant United States Attorney Sidhardha Kamaraju, requesting specified records of the business named below. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records provided herewith and in response to the Subpoena:

    (1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on _____.
                          (date)

_____
(signature of declarant)

_____
(name and title of declarant)

_____
(name of business)

_____
(business address)

_____

Definitions of terms used above:

As defined in Fed. R. Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term "business" as used in Fed. R. Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

JAS_020954