# EXHIBIT K

discovery ▸ # Production 13 - 2018.07.17 ▸ 1. Production ▸ 02 John Galt Articles & Screenshots

Include in library ▾    Share with ▾    Burn    New folder

| Name | Date modified | Type | Size |
|---|---|---|---|
| article_1.pdf | 7/11/2018 11:35 AM | Adobe Acrobat D... | 1,290 KB |
| article_2.pdf | 7/11/2018 11:35 AM | Adobe Acrobat D... | 1,329 KB |
| article_3.pdf | 7/11/2018 11:35 AM | Adobe Acrobat D... | 2,125 KB |
| article_4.pdf | 7/11/2018 11:35 AM | Adobe Acrobat D... | 1,657 KB |
| article_5.pdf | 7/11/2018 11:35 AM | Adobe Acrobat D... | 735 KB |
| article_6.pdf | 7/11/2018 11:35 AM | Adobe Acrobat D... | 1,767 KB |
| article_7.pdf | 7/11/2018 11:35 AM | Adobe Acrobat D... | 2,156 KB |
| John Galt Facebook Screengrabs.pdf | 7/11/2018 11:35 AM | Adobe Acrobat D... | 6,007 KB |



(Screengrab #1 (Home), https://www.facebook.com/John-Galts-Legal-Defense-Fund-225303401359184/)

06-28-2018



(Screengrab #2 (About), https://www.facebook.com/pg/John-Galts-Legal-Defense-Fund-225303401359184/about/?ref=page_internal)

06-28-2018

JAS_020320



(Screengrab #3 (Photos), https://www.facebook.com/pg/John-Galts-Legal-Defense-Fund-225303401359184/photos/?ref=page_internal)

06-28-2018

JAS_020321



(Screengrab #4 (Posts), https://www.facebook.com/pg/John-Galts-Legal-Defense-Fund-225303401359184/posts/?ref=page_internal)

06-28-2018



(Screengrab #4a (Posts), same hyperlink, 06-28-2018)



(Screengrab #4b (Posts), same hyperlink, 06-28-2018)



(Screengrab #4c (Posts), same hyperlink, 06-28-2018)

JAS_020325



(Screengrab #4d (Posts), same hyperlink, 06-28-2018)



(Screengrab #5 (Community), https://www.facebook.com/pg/John-Galts-Legal-Defense-Fund-225303401359184/community/?ref=page_internal)

06-28-2018



(Screengrab #6 ((Hyperlink from Screen Grab#1 for GoFundMe page)) https://www.gofundme.com/galt-criminal-justice-reform)

06-28-2018

JAS_020328