# EXHIBIT N



IMG_0208.png

**< Back      1.docx**

### Presumption of Innocence: A petition for a redress of grievances

BANG! BANG! BANG! I awoke with a start. It's still dark outside and my phone reads 5:30AM. BANG! BANG! BANG! I jump up and just as I reach out for my apartment door I see the lock unlock, the door open, and immediately 10-12 men in full bulletproof vests, guns, and siege equipment burst into my apartment and throw me against the wall. "FREEZE!" they yell. "Turn around and put your hands behind your back." It's safe to say that I'm no longer groggy nor do I remember anything about the pleasant dream I most likely had before I was awoken. I feel the adrenaline shoot through my body and I'm more alert than I've ever been as I survey the intruders in my apartment. I obey

IMG_0211.png



## 2.docx

### Presumption of Innocence: A loss of citizenship

"... nor be deprived of life, liberty, or property, without due process of law." The declaration of guilt and revocation of the Bill of Rights upon accusation of a crime is incompatible with American values and yet I am led away in chains. Nevermind the legality or constitutional controversy—Freedom has always been a hallmark of American society. We believe ourselves to be a free nation and our Constitution a shining example of democracy to the rest of the world. Yet, over 20% of our 2.2 million incarcerated are in pretrial. 20% of our prison population has not been convicted of a crime.

IMG_0210.png

### 3.docx

**Presumption of Innocence: Do you want to play a game?**
The criminal justice system is nothing more than a game. Particularly in the federal system, prosecutors are handed everything on a silver platter: confidential informants, video evidence, phone and wiretaps, admission to undercover agents, etc. The FBI and AUSA have had decades to perfect their system against the accused and they are exceptionally good at it.

IMG_0212.png

### 4.docx

**Presumption of Innocent: Detention is not punishment**
Prison is not exciting. Most people have no concept prison. Up until my first arrest I also had no real concept of prison or the justice system. Like most of you I assumed that justice was blind and that those who whined about inequality and injustices were simply the guilty that did the crime, but were unwilling to do the time. I hope that by now you are at least questioning these preconceived notions about what is going on in our justice

IMG_0214.png

**Back**  **5.docx**

**Presumption of Innocence: Innocent until proven Wealthy**
"The defendant with means can afford to pay bail. He can afford to buy his freedom. But the poorer defendant cannot pay the price. He languishes in jail weeks, months, and perhaps even years before trial. He does not stay in jail because he is guilty. He does not stay in jail because any sentence has been passed. He does not stay in jail because he is any more likely to flee ~~before trial. He stays~~ in jail for one reason only – he stays in jail

IMG_0213.png

**Back**  **6.docx**

Presumption of Innocence: Can you afford to be accused?
Federal indictments against you are prohibitively expensive. I would not recommend the experience. Regardless of the outcome your life is forever changed. If you owned a home or had a 401k or any life savings before the indictment, you will have none of them after. The cost of legal defense pre-indictment will run you $30,000-$50,000 conservatively. The cost of legal defense during pretrial will run you an additional

IMG_0215.png

### Back — 7.docx

**Presumption of Innocence: A proposed solution**

The purpose of this redress of grievances is to illustrate to the American people that our criminal justice system is incredibly broken; there does not exist a presumption of innocence, fairness, or justice. The judges and officers of the court up to the Supreme Court itself should be ashamed. They have failed to safeguard the Constitution and have, in fact, assisted in the _____ of our civil liberties. They have failed to protect

IMG_0216.png

### Back — 8.docx

**Presumption of Innocence: Origins**

My case involves WikiLeaks and the Vault 7/8 release. I worked for the National Security Agency and then the Central Intelligence Agency up through the end of 2016. I was one of the CIA's top engineers responsible for developing malware and other software and hardware solutions targeting adversaries across the world in an effort to protect U.S. interests and gather meaningful intelligence for the policymakers in Washington. I

IMG_0086.png

**Article 9**: subtitled The Devil's Dishonest, Deplorable Diabolically Demented Demons x3 "Let's go, get up." ... "Come on, you're going to jail." Wha? Is this another nightmare?... When I was initially arrested the FBI alleged in my bail hearing that I sexually assaulted a colleague I worked with and dated for a time.... My prosecutor, the ROACH, was particularly adept at lying and manipulation... And so I was directed to