# EXHIBIT O

discovery ▸ # Production 16 - 2018.12.10 ▸

Open    Share with ▼    Burn    New folder

| Name | Date modified | Type |
|---|---|---|
| Apple SW Return | 2/14/2019 1:13 PM | File folder |
| Automattic SW Return | 2/14/2019 1:13 PM | File folder |
| Buffer SW Return | 2/14/2019 1:13 PM | File folder |
| Facebook SW Return | 2/14/2019 1:13 PM | File folder |
| Google SW Return | 1/2/2021 3:28 PM | File folder |
| Grand Jury Subpoena Return | 2/14/2019 1:16 PM | File folder |
| Microsoft Subpoena Return | 2/14/2019 1:16 PM | File folder |
| Pen Register Data | 2/14/2019 1:16 PM | File folder |
| Proton SW Return | 2/14/2019 1:16 PM | File folder |
| Twitter SW Return | 2/14/2019 1:16 PM | File folder |

discovery ▸ # Production 16 - 2018.12.10 ▸ Google SW Return ▸ johnsmith742965.Drive_001 ▸ johnsmith742965 ▸ Drive

| Name | Date modified | Type | Size |
|---|---|---|---|
| ~$7.docx | 1/2/2021 3:45 PM | Microsoft Word D… | 1 KB |
| ~$8.docx | 1/2/2021 3:57 PM | Microsoft Word D… | 1 KB |
| 2.docx | 9/18/2018 5:46 PM | Microsoft Word D… | 13 KB |
| 2FINAL expert report.docx | 9/24/2018 8:14 AM | Microsoft Word D… | 433 KB |
| 2Technical Report.docx | 9/13/2018 12:04 PM | Microsoft Word D… | 31 KB |
| 3.docx | 9/20/2018 6:38 PM | Microsoft Word D… | 14 KB |
| 3FINAL expert report.docx | 9/24/2018 6:41 PM | Microsoft Word D… | 433 KB |
| 4.docx | 9/30/2018 6:43 PM | Microsoft Word D… | 16 KB |
| 5.docx | 9/18/2018 6:31 AM | Microsoft Word D… | 19 KB |
| 6.docx | 9/18/2018 6:16 AM | Microsoft Word D… | 12 KB |
| 7.docx | 9/18/2018 6:16 AM | Microsoft Word D… | 15 KB |
| 8.docx | 9/18/2018 6:16 AM | Microsoft Word D… | 14 KB |
| 9.docx | 9/18/2018 6:16 AM | Microsoft Word D… | 20 KB |
| BB epoch time.docx | 9/22/2018 1:53 PM | Microsoft Word D… | 525 KB |
| Brochure2.docx | 9/23/2018 6:11 PM | Microsoft Word D… | 433 KB |
| Declaration Yahoo.docx | 9/22/2018 1:54 PM | Microsoft Word D… | 816 KB |
| FINAL expert report.docx | 9/30/2018 5:45 PM | Microsoft Word D… | 433 KB |
| Getting started.pdf | 8/13/2018 7:42 PM | Adobe Acrobat D… | 1,524 KB |
| Presumption of Innocence 1 - A Petition f… | 9/18/2018 5:46 PM | Microsoft Word D… | 10 KB |
| Untitled document(1).docx | 9/30/2018 5:33 PM | Microsoft Word D… | 7 KB |
| Untitled document(2).docx | 9/22/2018 4:12 PM | Microsoft Word D… | 8 KB |
| Untitled document.docx | 10/2/2018 3:35 PM | Microsoft Word D… | 7 KB |
| UUID Issues.docx | 9/23/2018 7:39 AM | Microsoft Word D… | 1,735 KB |
| Yahoo Timeline.docx | 9/22/2018 1:54 PM | Microsoft Word D… | 9 KB |
| Yahoo_timeline-n32q0RRsviNDZMWJq5… | 9/18/2018 5:53 PM | Microsoft Word D… | 9 KB |
| Yahoo_timeline-n32q0RRsviNDZMWJq5… | 9/22/2018 1:48 PM | Microsoft Word D… | 9 KB |

discovery ▸ # Production 16 - 2018.12.10 ▸ Automattic SW Return ▸ warrant response ▸

Open    Share with ▼    Burn    New folder

| Name | Date modified | Size |
|---|---|---|
| .DS_Store | 10/30/2018 6:22 PM | 7 KB |
| 2018-10-04-16-57-55-joshschulte1-user-audit-trail-part-00.csv | 10/30/2018 5:22 PM | 3 KB |
| 2018-10-04-16-57-56-joshschulte-wordpress-com-site-audit-trail-part-00... | 10/30/2018 5:19 PM | 2 KB |
| 2018-10-04-16-57-56-presumptionofslavery-wordpress-com-site-audit-tr... | 10/30/2018 5:18 PM | 4 KB |
| 2018-10-30-14-52-46-joshschulte-wordpress-com-sql.zip | 10/30/2018 5:23 PM | 29 KB |
| 2018-10-30-14-52-46-joshschulte-wordpress-com-wxr.zip | 10/30/2018 5:23 PM | 11 KB |
| 2018-10-30-14-52-46-presumptionofslavery-wordpress-com-sql.zip | 10/30/2018 5:22 PM | 171 KB |
| 2018-10-30-14-52-46-presumptionofslavery-wordpress-com-wxr.zip | 10/30/2018 5:22 PM | 79 KB |
| dump_of_blog_150346839_created_1540911168.sql | 10/30/2018 7:33 AM | 229 KB |
| dump_of_blog_150346839_created_1540911168.sql.gz | 10/30/2018 2:52 PM | 29 KB |
| dump_of_blog_150375941_created_1540911168.sql.gz | 10/30/2018 2:52 PM | 176 KB |
| joshschulte1-2018-09-04-to-2018-10-04-logs.zip | 10/30/2018 5:24 PM | 4 KB |
| joshschulte1-all-2018-09-26-to-2018-10-26-logs.zip | 10/30/2018 5:24 PM | 1 KB |
| presumptionofinnocence.wordpress.2018-10-30.001.html | 10/30/2018 2:52 PM | 274 KB |
| presumptionofinnocence.wordpress.2018-10-30.001.xml | 10/30/2018 2:52 PM | 274 KB |

```
C:\Users\review\Desktop\discovery\# Production 16 - 2018.12.10/Automattic SW Return/warrant response/presumptionofinnocence.wordpress.2018-10
\review\Desktop\di... ✕

    </item>
  <item>
    <title>1. Presumption of Innocence: A Petition for a Redress of Grievances</title>
    <link>http://presumptionofinnocence.net/2018/10/08/1-presumption-of-innocence-a-petition-for-a-redres
    <pubDate>Mon, 08 Oct 2018 13:00:58 +0000</pubDate>
    <dc:creator>joshschulte1</dc:creator>
    <guid isPermaLink="false">http://presumptionofinnocence.net/?p=37</guid>
    <description/>
  - <content:encoded>
        <![CDATA[<p dir="ltr" id="docs-internal-guid-a78d4398-7fff-1b4f-3384-48680a4e27ca" style="line-height:1.38;mar
        size:11pt;font-family:'TimesNewRoman';color:#000000;background-color:transparent;font-weight:400;font-style:no
        align:baseline;white-space:pre;">BANG! BANG! BANG! I wake with a start. It's still dark outside and my phone reads
        family:'TimesNewRoman';color:#000000;background-color:transparent;font-weight:400;font-style:normal;font-varia
        align:baseline;white-space:pre;">5:30AM. BANG! BANG! BANG! I jump up and as I reach out for my door I hear it u
        vests, carrying guns, and siege equipment burst into my apartment and throw me against the wall. "FREEZE!" they y
        It's safe to say that I'm no longer groggy nor do I remember anything about the pleasant dream I'd most likely been
        shoot through my body and I am more alert than I've ever been as I study the intruders in my apartment. I obey eve
        some contraband. Eventually one of them grabs my clothes from the closet and tells me to get dressed. I am not per
        They congratulate each other as they lead me outside. It's a cold, crisp morning—no one around to witness the unus
        wonder the true necessity of breaking into someone's residence in the early morning with 10 armed agents who knov
        Or do they love a show of force? Somehow I doubt Paul Manafort or any other wealthy individual accused of a crime i
        agents lead me around like a prized dog—they beam with pride at my enslavement. I'm fingerprinted and my picture
        eventually I'm turned over to the U.S. Marshalls at the courthouse. The Marshalls have a stricter protocol and in addi
        keep my hands in front of me, my ankles are also uncomfortably cuffed as well. These ankle cuffs make it extremely
        led to what looks like a holding area with several cells the size of a small room. The Marshalls remove my handcuffs,
        these cells with several other arrestees. It's still relatively early and everyone just keeps to themselves. There are lor
        as they look. The first few people grab rolls of toilet paper from the toilet at the back of the cell and use them as pillo
        room starts to fill up so they sit up. The entire room is freezing as large AC units near the back blow at full strength;
        or are doing something to try not to freeze to death. Large stretches of time pass and many people come and go. Th
        patiently waiting their turn. If you are wealthy and have an attorney on retaine then your attorney will meet with you
        are assigned a public defender who typically doesn't meet you until your first appearance in court. Eventually it's my
        judge.</span></p> <p dir="ltr" style="line-height:1.38;margin-top:0;margin-bottom:0;"><span style="font-size:1
        family:'TimesNewRoman';color:#000000;background-color:transparent;font-weight:400;font-style:normal;font-varia
```

C:\Users\review\Desktop\discovery\# Production 16 - 2018.12.10/Automattic SW Return/warrant response/presumptionofinnocence.wordpress.2018-10

review\Desktop\di... ✗

```xml
</item>
<item>
    <title>9. Presumption of Innocence: The Devil's Dishonest, Deplorable, Diabolically Demented Demons</title>
    <link>http://presumptionofinnocence.net/2018/10/08/9-presumption-of-innocence-the-devils-dishonest-dep
    <pubDate>Mon, 08 Oct 2018 21:00:08 +0000</pubDate>
    <dc:creator>joshschulte1</dc:creator>
    <guid isPermaLink="false">http://presumptionofinnocence.net/?p=52</guid>
    <description/>
  - <content:encoded>
       <![CDATA[<span style="font-size:11pt;font-family:Arial;color:#000000;background-color:transparent;font-weight:400
       decoration:none;vertical-align:baseline;white-space:pre;">"Let's go, get up" ... "Come on, you're going to jail." Wha? Is
       trouble sleeping ever since my arrest and immediate remand into federal prison. I look around as 5 police officers stand
       dir="ltr" style="line-height:1.38;margin-top:0;margin-bottom:0;"> <span style="font-size:11pt;font-family:Arial;color
       weight:400;font-style:normal;font-variant:normal;text-decoration:none;vertical-align:baseline;white-space:pre;">"Get
       style="font-size:11pt;font-family:Arial;color:#000000;background-color:transparent;font-weight:400;font-style:norma
       align:baseline;white-space:pre;">I start to get up and dress—still groggy and in complete disbelief that this is somehov
       house incarceration What in the world am I getting arrested for?"</span> <span style="font-size:11pt;font-family:Aria
       weight:400;font-style:normal;font-variant:normal;text-decoration:none;vertical-align:baseline;white-space:pre;">"It d
       style="font-size:11pt;font-family:Arial;color:#000000;background-color:transparent;font-weight:400;font-style:norma
       align:baseline;white-space:pre;">I ask to see the warrant as I'm sure there's been a mistake, but they refuse. They ha
       point of a gun. I was nearing completion with my "Presumption of Innocence: Redress of Grievances" and only had #5 a
       containing them was sitting on my table as I had intended to spend that day finalizing them for publication. Coincidenta
       release and subsequently was arrested.</span></p> <p dir="ltr" style="line-height:1.38;margin-top:0;margin-bottom
       family:Arial;color:#000000;background-color:transparent;font-weight:400;font-style:normal;font-variant:normal;text-
       space:pre;">The police take me to the nearest precinct in Manhattan and process me. I heard them talking confusedly
       tell me the arrest warrant is from Virginia and that I've been arrested as a fugitive from justice. I ask the officer the cha
       finish processing me and then take me outside the federal courthouse around 6:30 AM. I'm told we are waiting for pretr
       can take me into the state courthouse. Great. As we sit there, I start to bond with the NYPD—they're very professional a
       they see my respect, attitude, and general demeanor and they open up a bit about what's going on: They confess how
       all their years of experience have they ever had something like this happen;</span> <span style="font-size:11pt;font-
       color:transparent;font-weight:400;font-style:normal;font-variant:normal;text-decoration:none;vertical-align:baseline;v
       warrant back in November, but the NYPD never did anything with it until the FBI called them and specifically told them
```