# EXHIBIT Q

Case 1:17-cr-00548-PAC   Document 455-17   Filed 02/24/21   Page 1 of 3

BP-A383.058
SEP 05

**INMATE PERSONAL PROPERTY RECORD**   CDFRM

U.S. DEPARTMENT OF JUSTICE — FEDERAL BUREAU OF PRISONS

| Institution: MCC New York | 1. Name: Schulte, Joshua |
| 2. Register No: 79471-054 | 3. Unit: 7S | 4. Date & Time of Inventory: 10/1/18  10:10 |

5. Purpose of Inventory (Check one that applies): Date and Time of Action: _____
   a. __ Admission   b. __ Hospital   c. __ Writ   d. __ Transfer   e. ✓ Detention
   f. __ Release   g. __ Incoming Package   h. __ Other (specify) _____

6. Disposition (Disp.)
   D-Donated    M-Mail    S-Storage
   K-Keep in Possession
   C-Contraband (Attach BP-S102)

7. Type of Property:

**a. Personally Owned Items**
| # | Article | Disp. |
|---|---------|-------|
|   | Batteries |  |
|   | Belt |  |
|   | Billfold |  |
|   | Books, Reading hard ___ soft ___ |  |
| 10 | Books, Religious hard ___ Soft ___ |  |
|   | Brassiere |  |
|   | Cap, Hat |  |
|   | Coat |  |
|   | Coins |  |
|   | Comb |  |
|   | Combination Lock |  |
|   | Dress |  |
|   | Driver's License |  |
|   | Earplugs |  |
|   | Eyeglass case |  |
|   | Eyeglasses |  |
|   | Gloves |  |
|   | Hairbrush/Pick |  |
|   | Handkerchief |  |
|   | Jacket |  |
|   | Jogging Suit |  |
| 4?? | Legal Materials |  |
|   | Letters |  |
|   | Magazines |  |
|   | Mirror |  |
|   | Nail Clippers |  |
|   | Pant/Slacks |  |
|   | Pen/Ballpoint |  |
|   | Pencils |  |
|   | Personal Papers |  |
|   | Photo Album |  |
|   | Photo |  |

| # | Article | Disp. |
|---|---------|-------|
| 2 | Plastic spoon, cup |  |
|   | Playing Cards |  |
|   | Purse |  |
| 1 | Radio (w/earplug) |  |
|   | Religious Medal |  |
|   | Ring |  |
|   | Shirt/Blouse |  |
|   | Shoes |  |
|   | Shoes, shower |  |
|   | Shoes, Slippers |  |
|   | Shoes, Tennis |  |
|   | Shorts |  |
|   | Skirt |  |
|   | Slip |  |
|   | Social Security Card |  |
|   | Socks |  |
|   | Socks, Athletic |  |
|   | Stamps |  |
|   | Stockings |  |
|   | Sunglasses |  |
|   | Sweater |  |
|   | Sweat pant |  |
|   | Sweat Shirt |  |
|   | Trophy |  |
|   | T-Shirts |  |
|   | Underwear |  |
|   | Watch/Watchband |  |
| 11 | Notebooks |  |

**b. Hygiene, etc.**
| # | Article | Disp. |
|---|---------|-------|
|   | Dental Floss |  |
|   | Dentures |  |
|   | Deodorant |  |
|   | Hair oil |  |
|   | Noxema |  |
|   | Powder |  |
|   | Razor |  |
|   | Shampoo |  |
|   | Shaving lotion |  |
|   | Skin lotion |  |
|   | Soap dish |  |
|   | Toothbrush |  |
|   | Toothpaste |  |

**c. Hobby craft**
| # | Article | Disp. |

**d. Food/Tobacco items**
| # | Article | Disp. |
|---|---------|-------|
|   | Chewing tobacco |  |
|   | Snuff |  |
|   | Coffeemate |  |
|   | Cold drink mix, soda |  |
|   | Fruit |  |
|   | Honey, Hi-protein |  |
|   | Instant chocolate |  |
|   | Instant coffee |  |

e. Miscellaneous (List any damaged property and from where it was received; e.g. U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00
   Description of Property                                    Value Alleged by Inmate

X No individual item over $100.00

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.
COMMENTS:

Printed Name/Signature of Receiving Officer: _____   Date: ___   Time: ___

I have today reviewed the property returned to me. _____
Signature of Inmate       Register #       Date       Time

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.
COMMENTS:

Printed Name/Signature of Receiving Officer: _____   Date: ___   Time: ___

I have today reviewed the property returned to me. _____
Signature of Inmate       Register #       Date       Time

Original: Central File; Copy: Inmate, R&D, Special Housing
(This form may be replicated by WP)

Replaces of BP-S383 of AUG 94

USP LVN

**GENERAL INSTRUCTIONS AND PROCEDURES FOR HANDLING INMATE PERSONAL PROPERTY**
(For specific information on Disposition of Offender Personal Property to Chapter 15, PS 5500.1, Custodial Manual.)

1. The officer preparing the inventory is to list all property picked up, including that property identified as contraband. The officer is to show the quantity of each item in the first blank space preceding the name of the property. Property is not to be identified as "1 Lot." Upon completion of the inventory, both the form and property are forwarded to the receiving unit. The officer is to certify the inventory by signature in the space below.

Signature of Officer Preparing the Inventory: _[signature]_   Date: 10/1/18   Time: 10:47am

Printed Name of Officer Preparing Inventory: R. Adams

2. The receiving officer will, as soon as practicable after receipt of the property, review the inventory with the inmate to verify the accuracy of the inventory. The receiving officer is to give the inmate all allowable items, and record this action by placing a "K" in the "Disp." space opposite the name of the property. Property marked "S" is stored until the inmate is able to receive the property (for example, release from the unit). Property which is donated is recorded by placing a "D" in the "Disp." space opposite the name of the property. Property which is to be mailed to another person is recorded by placing a "M" in the "Disp." space opposite the name of the property. When property is mailed out, each package is to be individually inventoried and accounted for by certified mail slip, etc. (See Chapter 15, Custodial Manual). Property identified as contraband is recorded by placing a "C" in the "Disp." space opposite the name of the property. The "Confiscation and Disposition of Contraband" form is also to be completed.

The receiving officer certifies receipt, review disposition of the property by signing in section 10 (a), page 1, of this form. In the same section, the inmate, by signing, certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated (D), receipt of all allowable items (K), and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy.

3. Upon an inmate's release from the unit, detention, etc., the releasing officer is to give the inmate that property which has been stored as a result of the placement. The releasing officer certifies release of the property by signing in section 10 (b), page 1, of this form. In the same section, the inmate, by signing, certifies receipt of all property marked "S". When the inmate claims a discrepancy in the inventory, the releasing officer shall a attempt to resolve the discrepancy.

4. In unusual circumstances, such as receiving an inmate just prior to shift change, whereby the receiving officer is to store the property and notify the relief officer of the need to inventory the property. In such cases, the relief officer also becomes the receiving officer and signs in the appropriate space.

**ADDITIONAL INSTRUCTIONS & PROCEDURES - SPECIAL HOUSING UNITS**
(In addition to the general instruction above, the following procedures are to occur whenever an inmate is placed in a special housing unit.)

1. When an inmate is placed in special housing status, which inmate's property is to be secured as soon as possible. The inmate is to be given the opportunity to advise staff of the inmate's property and its location within the housing area. Where property is not immediately removed from the inmate's regular housing area, staff is to ensure that the property is placed in the inmate's locker and is secured with a Captain's lock (not the inmate's own lock). The name of the officer securing the property is to be recorded in the space below.

Signature of Officer Securing Property: _____   Date: _____   Time: _____

Printed Name of Officer Securing Property: _____

2. When an inmate is placed in special housing status, the name of the officer assigned to pick-up and inventory the property is to be recorded at the space below and in the log book. Where practicable, the same officer should handle the securing, pick-up and inventory of the inmate's property.

Signature of Officer Picking-Up Property: _____   Date: _____   Time: _____

Printed Name of Officer Picking-Up Property: _____

3. Where possible, one of the officers working in detention is designated property officer. That officer has general responsibility for the property and, except in unusual circumstances, property is only issued during that officer's shift, so that one officer supervises and documents the disposition of property.

4. A copy of the Form 40 or, for intra-unit movement, a local form for identifying inmate personal property is to be retained within Special Housing Unit for at least two years.