UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

UNITED STATES OF AMERICA                    :

                                            :          S3 17 Cr. 548 (PAC)

                -v-                         :

                                            :          **ORDER**

JOSHUA ADAM SCHULTE,                        :

                *Defendant.*                :

                                            :

------------------------------------------------------X

The Court has considered the parties' joint letter, dated March 22, 2021, which requests

an adjournment of Schulte's second trial until the fourth quarter of 2021.  Accordingly, the Court

will adjourn the trial date to October 25, 2021.  There will be no further adjournments in this

case.  The Court will exclude time until the trial date in the interests of justice.


Dated: New York, New York          SO ORDERED
       March 24, 2021

                                   _____
                                   PAUL A. CROTTY
                                   United States District Judge