P. 1/3

March 19, 2021

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
NY, NY 10007



RE: United States v. Joshua Adam Schulte
S3 17 cr. 548 (PAC)

Dear Judge Crotty:

The government decided not to file opposing papers for my Motion to Suppress Evidence Seized from the MCC and Motion for Reconsideration of the Petition for Writ of Habeas Corpus to Modify Conditions of Confinement. In accordance with Local Criminal Rules 49.1(b), the 14-day deadline for the government to file opposing papers has expired and now this Court can consider and rule on the motions.

The Motion to Suppress Evidence Seized from the MCC invoked the exception to the Law of the Case Doctrine to prevent a manifest injustice; it challenged probable cause and raised critical issues that the original did not. This suppression motion showed clear and convincing evidence that Special Agent Jeffrey David Donaldson falsified evidence, fabricated evidence, and perpetuated a fraud on this Court by seeking a search warrant to seize legal, unclassified discovery produced to me by the United States Government—

P.2/3

the "Schulte Articles" were deemed unclassified and produced to me six months before Donaldson falsified that they were "classified" and sought to seize them. Additionally, Donaldson illegally expanded the search to the 9th floor — outside the limitations set forth in the warrant — and expanded the scope of the search to a general warrant whereby he seized every document including legal notebooks, legal envelopes from my attorneys (where "Malware of the Mind" was found), and turned them all over to the CIA for a thorough classification review of every sentence notwithstanding the particularized scope of only the 9 unclassified Schulte Articles specified in the warrant. The MCC search warrant was unconstitutional as was its execution, and Donaldson's actions are indefensible; hence, the government filed no opposing papers — the motion can now be decided by this Court.

The Motion for Reconsideration of the Petition for Writ of Habeas Corpus to Modify Conditions of Release indicated that clearly established law permits such a petition in this Court, and requests modification of the conditions of confinement or release from pretrial incarceration. I am currently TORTURED and subjected to worse conditions of confinement than Guantanamo Bay detainees, convicted individuals on death row, or even convicted persons housed at ADX. All the conditions that I am requesting modified are conditions not imposed pursuant to SAMs, are arbitrary in violation of the Fifth Amendment, and violate the Eighth Amendment's ban of cruel and unusual punishment; such as sleep deprivation, exposure to the extreme cold, no hot water, non-functioning plumbing, filth and rodents, the ban from ever going outside or even looking outside, the ban of medical and dental treatment, denial

P. 3/3 of access to religious services, the ban of all books, and limited monitored family contact, among others. Once again, the actions of the government are indefensible so they filed no opposing papers — the motion can now be decided by this Court.

Thanks,

Josh Schulte, pro se

3/19/21

Josh Schulte #79471054
MCC
150 Park Row
NY, NY 10007

ATTN: Case 17 Cr. 548 (PAC)
Hon. Paul A. Crotty
Southern District of New York
500 Pearl Street
NY, NY 10007

NEW YORK NY 100
26 MAR 2021 PM 12 L

RECEIVED
CHAMBERS OF
HONORABLE PAUL A. CROTTY
U.S.D.J.
MAR 30 2021