Hon. Paul A. Crotty                                    April 13, 2021
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

                RE: United States v. Josha Adam Schulte
                     S3 17 Cr. 548 (PAC)

Honorable Judge Crotty:

     I file this short letter motion to ask this Court
to grant me access to basic case law and citations that are
available to AUSAs. The MCC provides access to a restricted
LEXUS NEXIS portal that does not include filings, briefs,
Modern search, or the ability to print. I am limited to this 5ft-x
5 ft. cage for one hour each weekday, although currently it is
broken and unavailable.

     I believe that I am entitled, under the Fifth and Sixth
Amendments, to full access to court filings, briefs, and court opinions.
I ask this Court to provide me with a LEXUS NEXIS or
Westlaw offline portal (whichever service the government contracts
or is easiest to procure) that I may have the same access to
these materials as the government. Since this Court has also
authorized the procurement of a laptop for my discovery review, I
ask that this portal be installed on the laptop for continuous
access and for quarterly updates to be mailed to me (the

MCL's LEXUS NEXIS operated like this, and quarterly
updates should be sufficient).

                              Thanks,

                              Joshua Alan Schulte, pro se

4/12/21                       Josh Schulte



RECEIVED
APR 29 2021
CHAMBERS OF
HONORABLE PAULA A. CROTTY
U.S.D.J.

NEW YORK NY 100

21 APR 2021 PM 9  L

FOREVER USA

RECEIVED

APR 29 2021

CHAMBERS OF
HONORABLE PAUL A. CROTTY
U.S.D.J.

ATTN: Case #17-cr-548 (PAC)
Hon. Paul A. Crotty
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
NY NY 10007

10007-131599

te #7947/054

Row
10007