Hon. Paul A. Crotty                                April 13, 2021
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

   RE: United States v. Joshua Adam Schulte
       S3 17 Cr. 548 (PAC)

Honorable Judge Crotty:

   I file this short letter motion to ask this Court to grant me access to basic case law and citations that are available to AUSAs. The MCC provides access to a restricted LEXUS NEXIS portal that does not include filings, briefs, Modern Search, or the ability to print. I am limited to this 5ft x 5 ft. cage for one hour each weekday, although currently it is broken and unavailable.

   I believe that I am entitled, under the Fifth and Sixth Amendments, to full access to court filings, briefs, and court opinions. I ask this Court to provide me with a LEXUS NEXIS or Westlaw offline portal (whichever service the government contracts or is easiest to procure) that I may have the same access to these materials as the government. Since this Court has also authorized the procurement of a laptop for my discovery review, I ask that this portal be installed on the laptop for continuous access and for quarterly updates to be mailed to me (the

MCC's LEXUS NEXIS operated like this; and quarterly updates should be sufficient).

Thanks,

4/12/21      Joshua Adam Schulte, pro se

*Josh Schulte*

---

5/19/2021
Mr. Schulte's request, dated April 12, 2021, for access to additional legal research, including court filings, briefs, modern searches, and the ability to print, is DENIED. SO ORDERED.

*Paul A. Crotty*



RECEIVED
APR 29 2021
CHAMBERS OF
HONORABLE PAUL A. CROTTY
U.S.D.J.