

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2021

**By ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, New York 10007

      Re:    *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (PAC)

Dear Judge Crotty:

      The Government writes in response to the Court's direction at the June 15, 2021 conference in this matter that the Government confer with the Federal Bureau of Investigation ("FBI") and the United States Marshals Service ("USMS") to facilitate the defendant's access to the sensitive compartmented information facility ("SCIF") in the Courthouse. Based on those consultations, the Government understands that the FBI will be able to provide the necessary personnel to allow the defendant to resume access to the Courthouse SCIF in the near future. The relevant supervisors in the FBI are in the process of conferring with the USMS about the specific requirements and procedures necessary for the FBI to support the defendant's visits to the Courthouse SCIF, and the Government can provide a further update to the Court once those issues have been resolved. The defendant can also of course review the large quantity of declassified exhibits and Section 3500 material outside of a SCIF, as well as using the new SCIF in the USMS space to review classified hard-copy materials and confer with his attorneys.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

by:    /s/
      David W. Denton, Jr.
      Assistant United States Attorney
      (212) 637-2744

cc: Defense Counsel (by ECF)