UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA | NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |
| - v. - | |
| JOSHUA ADAM SCHULTE, | S2 17 Cr. 548 (PAC) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

TO:   Clerk of Court
      United States District Court
      Southern District or New York

The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

by:   _____
      Michael D. Lockard
      Assistant United States Attorney
      (212) 637-2193