**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 2, 2021

**By ECF and Email**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Joshua Adam Schulte*, 17 Cr. 548 (PAC)

Dear Judge Crotty,

On June 28, 2021, the government filed with the Court a letter with the Court regarding its position on Mr. Schulte's request to proceed *pro se*. The defense is generally available in the coming weeks and requests the Court schedule a *Faretta* inquiry.

We thank the Court for its time and consideration.

Respectfully submitted,

/s/
Deborah A. Colson, Sabrina P. Shroff, Edward S. Zas
Counsel for Joshua A. Schulte

cc: Joshua A. Schulte
    Government Counsel