UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
:
UNITED STATES OF AMERICA            :
:          S3 17 Cr. 548 (PAC)
-v-                  :
:          **ORDER**
JOSHUA ADAM SCHULTE,                :
:
Defendant.       :
:
---------------------------------------------------X

The Court is in receipt of Standby Counsel's *ex parte* letter, dated July 26, 2021, requesting a special phone call between Schulte and his parents. Standby Counsel requests that the phone call be either unsupervised or supervised by law enforcement that is not part of the Government's trial team.

The Court will grant the request subject to the following condition: An Assistant United States Attorney in the Southern District's Civil Division will supervise the one-time phone call in order to ensure full compliance with the protective measures that exist in this case. Schulte's phone call will last no longer than one hour. And only Schulte and his parents shall be permitted to appear on the call. Before the call, Standby Counsel is directed to review the protective measures in this case with both Schulte and his parents, and apprise them of the serious consequences of failure to comply therewith.

Dated: New York, New York          SO ORDERED
July 27, 2021

*[signature]*

HONORABLE PAUL A. CROTTY
United States District Judge