

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 29, 2021

**BY ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Joshua Adam Schulte*,
                S3 17 Cr. 548 (PAC)

Dear Judge Crotty:

      The Government respectfully submits this letter with respect to the Court's order dated July 27, 2021 (D.E. 486) (the "Order"), granting with modification a request in standby counsel's *ex parte* letter dated July 26, 2021.[1] The Order grants standby counsel's application for the defendant to have an unsupervised phone call with his parents, or a call supervised by law enforcement that is not part of the Government's trial team, subject to the condition that an Assistant United States Attorney ("AUSA") from the Civil Division of the U.S. Attorney's Office for the Southern District of New York monitor the phone call, among other provisions.

      The Government is arranging for an AUSA from the Civil Division to be available to monitor the call. The Order does not appear to otherwise modify the defendant's Special Administrative Measures ("SAMs") dated October 19, 2019, and extended as of October 26, 2020. With respect to family calls, those SAMs provide that: (1) calls may be contemporaneously monitored by the FBI; (2) calls may be contemporaneously recorded in a manner that allows such calls to be analyzed for indications the call is being used to pass messages soliciting or encouraging the disclosure of classified information or other crimes, or otherwise to circumvent the SAMs; and (3) a copy of each such call recording shall be provided to the FBI and/or the CIA. Accordingly, the Government expects the SAMs will be implemented in accordance with the Court's order by having an AUSA from the Civil Division monitor the family call, rather than personnel from the FBI. The Government does not understand the Order to impose wall requirements between the monitoring AUSA and the FBI, AUSAs from the Criminal Division, and/or the CIA.

      The Government respectfully requests that we have an opportunity to be heard in connection with any future requests to modify the SAMs. The SAMs were lawfully imposed

---

[1] Standby counsel did not notify the Government that an *ex parte* application was submitted.

pursuant to 28 C.F.R. § 501.2 based on compelling safety and security concerns, namely, the defendant's repeated and willful violations of Court orders and unlawful disclosures of classified information.  *See, e.g.*, Order dated August 14, 2019 (D.E. 127) at 7-8.  Moreover, the defendant's calls with family members are, like all inmate calls with family members, non-privileged and lawfully subject to monitoring and recording, even in the absence of SAMs.

>Respectfully submitted,
>
>AUDREY STRAUSS
>United States Attorney
>
>by: _____/s/_____
>David W. Denton, Jr. / Michael D. Lockard
>Assistant United States Attorneys
>(212) 637-2744 / -2193

cc:   Joshua Adam Schulte
      Reg. No. 79471-054
      New York Metropolitan Correctional Center