UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOSHUA ADAM SCHULTE,

    *Defendant.*

S3 17 Cr. 548 (PAC)

# MOTION TO COMPEL THE MCC TO DELIVER ALL COURT
# CORRESPONDENCE AND LEGAL MAIL PROMPTLY

Joshua Adam Schulte
Slave #79471054
Metropolitan Concentration Camp (MCC)
150 Park Row
NY, NY 10007

## TABLE OF CONTENTS

I.   PRELIMINARY STATEMENT ................................................................1

II.  STATEMENT OF FACTS ....................................................................2

III. CONSTITUTIONAL RIGHT OF ACCESS TO THE COURTS....................5

IV.  CONCLUSION ...............................................................................7

## I.   PRELIMINARY STATEMENT

Joshua Adam Schulte respectfully moves this court to order the MCC to deliver all court correspondence and legal mail promptly. Ever since the imposition of Special Administrative Measures (SAMs) on November 1, 2018, the MCC has delayed all court correspondence and legal mail for months, presumably to send it to the FBI. This delay is obstructing Mr. Schulte's right of access to the courts because it effectively prevents him from accessing the courts at all; motions and letters fail to reach Mr. Schulte in a timely manner to allow him to meet court deadlines. Appeals and motions have even been thrown out due to the MCC's meddling.

## II.    STATEMENT OF FACTS

The MCC's deliberate delay of court correspondence and legal mail mostly went unnoticed until Mr. Schulte filed a civil case in the spring of 2019; *Schulte v. Attorney General of the United, et al.*, 19-CV-3346 (S.D.N.Y. 2019, Crotty, J). The MCC delivered mail delayed by months, but did not document the delays. Initial mail delays were noted on the envelope by Mr. Schulte, but since the MCC did not document the delivery of this mail, there can be no verification from the MCC. However, as the delays persisted, Mr. Schulte requested the 10S Unit Manager to sign and date all mail when delivered to Mr. Schulte. The following are some of the documented proof of deliberate mail delays by the MCC.

9/23/19: Court of Appeals requests Notice of Appearance by 10/1/19; received **16 days later** on 10/9/19, *after deadline already expired*. See Ex. A.

10/24/19: Court of Appeals; received **26 days later** on 11/19/19. See Ex. B.

11/4/19: AUSA motion in opposition; received **15 days later** on 11/19/19, *after deadline to file motion in Reply*; forced to file extra motion for permission to file late. See Ex. C.

12/5/19: Court of Appeals requests cure defective document by 1/4/19; received **28 days later** on 1/2/20, *2 days before deadline*. Results in motion stricken from the record. See Ex. D.

1/31/20: Court of Appeals requests cure defective document by 2/21/20; received **38 days later** on 3/10/21, *after deadline already expired*. Results in motion stricken from the record. See Ex. E.

2/26/20: Court of Appeals Strike Order (see above); received **25 days later** on 3/23/20. See Ex. F.

3/20/20: Court of Appeals; received **48 days later** on 5/7/20. See Ex. G.

4/2/20: Court of Appeals; received **35 days later** on 5/7/20. See Ex. H.

4/9/20: Court of Appeals; received **28 days later** on 5/7/20. See Ex. I.

9/11/20: Federal Defenders critical legal documents; received ***61 days later*** on 11/11/21. See Ex. J.

9/26/20: United States Attorney's Office; received by MCC 3 days later on 9/29/20, but not delivered to Mr. Schulte until **46 days later** on 11/11/20. See Ex. K.

9/28/20: district court; received by MCC 2 days later on 9/30/20, but not delivered to Mr. Schulte until **44 days later** on 11/11/20. See Ex. L.

10/5/20: Supreme Court; received **37 days later** on 11/11/20. See Ex. M.

10/5/20: Bureau of Prisons BP-10 denial; received by MCC 4 days later on 10/9/20, but not delivered to Mr. Schulte until **37 days later** on 11/11/20, after deadline to file appeal. Results in dismissed administrative remedy. See Ex. N.

10/5/20: Supreme Court; received by MCC 4 days later on 10/9/20, but not delivered to Mr. Schulte until **37 days later** on 11/11/20. See Ex. O.

10/29/20: United States Attorney's Office; received **27 days later** on 11/25/20. See Ex. P.

12/7/20: district court; received **44 days later** on 1/20/21. See Ex. Q.

3/16/21: Court of Appeals requests Notice of Appearance by 3/30/21; received **37 days later** on 4/22/21, *after deadline already expired*. See Ex. R.

3

3/25/21: Federal Defenders critical legal documents; received **41 days later** on 5/5/21. See Ex. S.

4/2/21: district court; received **33 days later** on 5/5/21. See Ex. T.

4/2/21: United States Attorney's Office; received **33 days later** on 5/5/21. See Ex. U.

4/6/21: Court of Appeals requests Notice of Appearance by 4/27 or else Appeal will be dismissed; received **29 days later** on 5/5/21, *after deadline already expired*. **RESULTS IN DISMISSAL OF ENTIER APPEAL.** See Ex. V.

5/25/21: Court of Appeals requests cure defective motion to reinstate by 6/10/21; received **20 days later** on 6/14/21, *after deadline already expired*. **RESULTS IN MOTION TO REINSTATE STRICKEN FROM RECORD.** See Ex. W.

6/10/21: district court; received **11 days later** on 6/21/21. See Ex. X.

6/10/21: Court of Appeals requests Notice of Appearance by 6/24/21; received **11 days later** on 6/21/21, *3 days before deadline*. See Ex. Y.

6/17/21: district court; received **20 days later** on 7/7/21. See Ex. Z.

7/1/21: Court of Appeals requests Notice of Appearance by 7/22/21 or else Appeal will be dismissed; received **20 days later** on 7/21/21, *1 day before deadline*. Result unknown. See Ex. AA.

## III.   CONSTITUTIONAL RIGHT OF ACCESS TO THE COURTS

It is well established that prisoners have a constitutional right to access the courts. *Bounds v. Smith*, 430 US 817, 821 (1977). "The right of access to the courts requires that prisoners defending against criminal charges or convictions (either directly or collaterally) or challenging the conditions of their confinement... not be impeded from presenting those defenses and claims for formal adjudication by a court." *Bourdon v. Loughren*, 386 F.3d 88, 96 (2d Cir. 2004).

Over the past three years, the MCC has deliberately obstructed Mr. Schulte's right of access to the courts by delaying all mail to Mr. Schulte by months. Out of the 27-letter sample size over the past 3 years, the MCC delays mail from the courts on an average of 31.4 days with a standard deviation of 12.1. The mode is 37 days, median is 33 days, and longest delay was 61 days. Delaying mail from this court for months effectively denies Mr. Schulte access to the courts because he cannot meet court deadlines or readily engage in the litigation; indeed, the litigation will be unnecessarily delayed and Mr. Schulte unduly prejudiced.

The MCC's arguments for delaying mail are baseless and absurd. Special Administrative Measures were imposed on Mr. Schulte with the purported goal of preventing him from communicating classified information to others (despite him never doing so). However, it is *impossible* for Mr. Schulte to transmit classified information to others by RECEIVING MAIL from this court. Hence, this restriction is not related to a legitimate governmental objective. Furthermore, the MCC does not open, inspect, or delay court and legal mail from other inmates—it is imposed arbitrarily upon Mr. Schulte and other SAMs inmates. Accordingly, the MCC's inspection and delay of court and legal mail fails the *Bell v. Wolfish*, 441 U.S. 520 (1979), test and is unconstitutional.

RELIEF REQUESTED

1.) Mr. Schulte requests the Court issue an injunction compelling the MCC to deliver all court correspondence and legal mail (to include, *inter alia*, the district courts, courts of appeals, supreme court, United States Attorney's office, Standby Counsel) promptly and without inspection to Mr. Schulte.

2.) Mr. Schulte requests that the MCC document when it receives and delivers legal mail to Mr. Schulte through log books and established process that it already uses for legal mail. This process includes documenting the date the legal mail is received and the date the legal mail is delivered to Mr. Schulte accompanied by both Mr. Schulte's signature and the deliverer's signature.

3.) Any delays of court correspondence or legal mail exceeding 3 days after the MCC receives the mail should require the MCC to write the Court and explain the reason for the delay.

## IV.   CONCLUSION

For these reasons, the Court should grant the requested relief.

Dated: New York, New York

      August 2, 2021

Respectfully submitted,

Joshua Adam Schulte
Slave #79471054
Metropolitan Concentration Camp (MCC)
150 Park Row
NY, NY 10007

7

# EXHIBIT A

CLERK'S OFFICE
# UNITED STATES COURT OF APPEALS
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NY 10007

OFFICIAL BUSINESS

19-2940 Stay d

105

Joshua Adam Schulte
#79471-054
Metropolitan Correctional Center
150 Park Row

NYM 5292

Notice: Opened As General Correspondence
For special Mail Requirements
See 28 CFR 540.19

APPROVED

10 South SAMS

RCVD 10/9
R. PROJO Unit Mgr.

# EXHIBIT B

NEW YORK, NY 100~7

OFFICIAL BUSINESS

Nhm 5318

RWD 11/19

Resent 3097 forms

Joshua Adam Schulte
#79471-054
Metropolitan Correctional Center

Notice: Opened As General Correspondence
For special Mail Requirements
See 28 CFR 540.19

# EXHIBIT C

Jacob ~ AUSA

tment of Justice
es Attorneys Office
istrict of New York
Street
10007-1823

Joshua Adam Schulte
No. 79471-054
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

NYm S317

"Legal Mail"

105

RLWD 11/19

# EXHIBIT D

CLERK'S OFFICE
COURT OF APPEALS
D STATES COURTHOUSE
FOLEY SQUARE
EW YORK, NY 10007

OFFICIAL BUSINESS

RECV'D 1/14/20

# EXHIBIT E

NEW YORK NY

OFFICIAL BUSINESS

NYM 5405

Joshua Adam Schulte
#79471-054
Metropolitan Correctional Center
150 Park Row



# EXHIBIT F

OFFICIAL BUSINESS

Joshua Adam Schulte
#79471-054
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

NYM-5416

RCUD
3/23/20



Notice: Opened As General Correspondence
For special Mail see
See 28 CFR 540.19 requirements

10 South SAMS

# EXHIBIT G

OFFICIAL BUSINESS

RVD 7/7/20

105

Joshua Adam Schulte
#79471-054
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

Served As General Correspondence
Special Mail Requirements
See 28 CFR 540.19

# EXHIBIT H

OFFICIAL BUSINESS

Joshua Adam Schulte
=79471-054
Metropolitan Correctional Center
150 Park Row



# EXHIBIT I

OFFICIAL BUSINESS

Joshua Adam Schulte
=79471-054
Metropolitan Correctional Center
150 Park Row



# EXHIBIT J



ral
EW
52 Duane Street
New York, NY 10007

Fernando-Peiris
gal

Notice: Opened As General Correspondence
For Special Mail Requirements
See 28 CFR 540.19

SPECIAL
OPENED ONLY IN
PRESENCE OF

LEGAL MAIL
Mr. Joshua Adam Schulte
Register Number: 79471-054
MCC New York
150 Park Row,
New York, NY 10007

OCT 13 2020

105

CLOUD Wii
ALREADY OPENED

EXHIBIT K

rtment of Justice

s Attorneys Office

istrict of New York

Street

10007

Notice: Opened As General Correspondence
For special Mail Requirements
See 28 CFR 540.19

Joshua Schulte
No. 79471-054
MCC New York
150 Park Row
NY, NY 1007

1-0007-1 70450

NEW YORK NY 100

26 SEP 2020 PM 7 L

FIRST CLASS

RCVD 1/1

ALREADY OPENED

10/29/2020

108

# EXHIBIT L

CLERK OF COURT
STATES DISTRICT COURT
ERN DISTRICT OF NEW YORK
RTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

OFFICIAL BUSINESS

EGAL MAIL

ECIAL MAIL - OPEN ONLY
PRESENCE OF INMATE

Joshua Adam Schulte
Reg. No. 79471-054
MCC New York
150 Park Row
New York, NY 10007

pened As General Correspondence
For special Mail Requirements
See 28 CFR 540.19

ALREADY OPENED

# EXHIBIT M

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Notice
Opened As General Co...
For special Mail Req...
See 28 CFR 540.19...

The petition for a writ of certiorari is c

Since

RCVD 1/11

EXHIBIT N

partment of Justice
Bureau of Prisons
st Regional Office
on House - 7th Floor
hestnut Street
ia, Pa 19106

TO :  JOSHUA ADAM SCHULTE, 79471-054
     NEW YORK MCC   UNT: J   QTR: Z07-304LAD
     150 PARK ROW
     NEW YORK, NY 10007

1000781704

PHILADELPHIA PA 190

5 OCT 2020   PM 7 L

OCT 09 2020

RcvD 1/1

Energy Awareness Month

Mailed from zip code 19106

# EXHIBIT O

OFFICE OF THE CLERK
ME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Mr. Joshua
Prisoner II
MCC
150 Park R
New York,

OCT 09 2020

$000.50°

# EXHIBIT P



Joshua Schulte
No. 79471-054
MCC New York
150 Park Row
New York, NY 10007

Routed As General Correspondence
(Special Mail Requirements)
See 28 CFR 540.19

ent of Justice
ttorneys Office
ct of New York

NEW YORK NY 100
29 OCT 2020 PM 4

FIRST-CLASS

1 0007-170450

# EXHIBIT Q



ERK OF COURT
ATES DISTRICT COURT
DISTRICT OF NEW YORK
OUSE - 500 PEARL STREET
Y YORK, NY 10007

FFICIAL BUSINESS

LEGAL MAIL

GAL MAIL - OPEN ONLY
PRESENCE OF INMATE

Notice: Opened As General Correspondence
For special Mail Requirements
See 28 CFR 540.19

Joshua Adam Schulte
Reg. No. 79471-054
MCC
150 Park Row
New York, NY 10007

$00.50

10007831704 0017

# EXHIBIT R

NEW YORK, N.Y. 10001

OFFICIAL BUSINESS

RCVD
4/22/21

Joshua Adam Schulte
79471-054
Metropolitan Correctional Center
150 Park Row

LEGAL MAIL – Open only in the presence of the inmate.
See 28 C.F.R. 540.18, 540.19(a), 540.2(c).

10S

PROVIDED
4/22/2021
by Rich

*10 South SAMS*

APPROVED

EXHIBIT S

...eral ......... New York Inc.
52 Duane Street
New York, NY 10007
Deborah Colson
Sabrina Shroff
Edward Zas
Attorneys at Law

Notice: Opened As General Correspondence
For special Mail Requirements
See 28 CFR 540.19

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF INMATE.

Notice: Opened As General Corresponden
For special Mail Requirements
See 28 CFR 540.19

Joshua Schulte
Reg. No.: 79471-054
NEW YORK MCC
METROPOLITAN CORRECTIONAL CENTER
150 PARK ROW
NEW YORK, NY 10007

10 South SAMS
APPROVED

# EXHIBIT T

LEGAL MAIL

LEGAL MAIL - OPEN ONLY
IN PRESENCE OF INMATE

TAX LATES

WESTCHESTER NY 105
2 APR 2021 PM 3 L

105

Joshua Adam Schulte
Reg. No. 79471-054
MCC New York
150 Park Row
New York, NY 10007
10007-170450

CLERK
U.S. DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
COURTHOUSE
300 QUAROPAS STREET
WHITE PLAINS, NY 10601

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Notice Opened As General Correspondence
For special Mail Requirements
See 28 CFR 540.15

# EXHIBIT U

tment of Justice
s Attorneys Office
strict of New York

'treet
'10007-1825

RCVD 5/5/21

Joshua Adam Schulte
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

79yhas4

105

Notice: Op-ned As General Correspondence
For special Mail Requirements
See 28 CFR 540.19

10 SOUTH SDNY

APPROVED

Notice: Op...
For s...
See 2...

FIRST CLASS

EXHIBIT V



NEW YORK, NY 10007

OFFICIAL BUSINESS

SECOND

At a Stated Term of the United States C
the Thurgood Marshall United States Courthou
the 6th day of April, two thousand and twenty-o

In Re: Joshua Schulte
*****************************

LEGAL MAIL — Open only in the presence of the Inmate
See 28 C.F.R. 540.18, 540.19(a), 540.2(c)

Notice: Opened As General Correspondence
For Special Mail Requirements
See 28 CFR 540.19

LEGAL MAIL — Open only in the presence of the Inmate
See 28 C.F.R. 540.18, 540.19(a), 540.2(c)

APPROVED

10 South SARS

108

RCVD 5/5/21

RECEIVED 5/5/21

# EXHIBIT W

40 FOLEY SQUARE
NEW YORK, NY 10007

OFFICIAL BUSINESS

Joshua Adam Schulte
#79471-054
Metropolitan Correctional Center

**LEGAL MAIL -Open only in the presence of the inmate.**
**See 28 C.F.R. 540.18, 540.19(a), 540.2(c).**

EXHIBIT X

CLERK OF COURT
STATES DISTRICT COURT
RN DISTRICT OF NEW YORK
THOUSE - 500 PEARL STREET
NEW YORK, NY 10007

OFFICIAL BUSINESS

Notice: Opened As General Correspondence
For special Mail Requirements
See 28 CFR 540.19

CIAL MAIL - OPEN ONLY
PRESENCE OF INMATE

Joshua Adam Schulte
ID: 79471054
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

10 South SAM(

NYY SET3

100078178 CO17

EXHIBIT Y

40 CASEY SQUARE
NEW YORK, NY 10007

OFFICIAL BUSINESS

*(circled)* 105

Joshua Adam Schulte
#79471-054
Metropolitan Correctional Center

**LEGAL MAIL - Open only in the presence of the inmate.**
     See 28 C.F.R. 540.18, 540.19(a), 540.2(c).

NYm-5692

Notice: Opened As General Correspondence
For special Mail Requirements
See 28 CFR 540.19



10 South SAMS

$002.00
US POSTAGE

# EXHIBIT Z

CLERK OF COURT
STATES DISTRICT COURT
RN DISTRICT OF NEW YORK
HOUSE - 500 PEARL STREET
EW YORK, NY 10007

OFFICIAL BUSINESS

Notice: Opened As General Correspondence
For special Mail Requirements
See 28 CFR 540.18

Joshua Adam Schulte
Reg. No. 79471-054
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

IAL MAIL - OPEN ONLY
RESENCE OF INMATE

GL MAIL - OPEN ONLY
ESENCE OF INMATE

L MAIL - OPEN ONLY
ESENCE OF INMATE

GAL MAIL,

EXHIBIT AA

OFFICIAL BUSINESS

Joshua Adam Schulte
#79471-054
Metropolitan Correctional Center
150 Park Row

Office: Opened As General Correspondence
For special Mail Requirements
See 28 CFR 540.19