

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 5, 2021

**BY ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Joshua Adam Schulte,**
**S3 17 Cr. 548 (PAC)**

Dear Judge Crotty:

The Government respectfully submits this letter to provide notice of an *ex parte*, classified status letter submitted yesterday.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: /s/
David W. Denton, Jr./Michael D. Lockard
Assistant United States Attorneys
(212) 637-2744/-2193

cc: Joshua Adam Schulte
Reg. No. 79471-054
New York Metropolitan Correctional Center