Hon. Paul A. Crotty
United States District Judge
500 Pearl Street
New York, New York 10007

July 27, 2021

RE: United States v. Schulte, S3 17 Cr. 548 (PAC)

Dear Judge Crotty:

I was NOT produced today, Tuesday, July 27, 2021, to the SCIF as the government claimed in its July 22nd letter. I still have not been to the SCIF in nearly 18 months.

Additionally, the MCC is still deliberately delaying my receipt of all court and legal mail for 4-12+ weeks. As an example, my lawyers mailed me the government's June 28th Fretta letter that very day, yet a month later I still have not received it. As I informed this Court last week, I maintain copies of all letters I receive bearing the 10 South Unit Manager's signature and date of their delivery to me. Accordingly, if this Court or the government filed any documents since our last court appearance, I have not received them - nor will I for the next three months. I cannot litigate this case if all mail must transit the Oregon Trail before I receive it.

Next, as I informed the Court last week, the government's July 22nd letter is wildly inaccurate. I previously prepared a motion to this Court regarding these issues and updated it with respect to the government's inaccurate letter, but cannot deliver it since I cannot print (one of the government's inaccuracies is that the MCC will take my attorney-client privileged laptop, log into it

rummage through my privileged materials until they find the specified documents to print, and print these documents; even if I consented to such a gross violation/abdication of privilege, the MCC emphatically refuses to do so). Hence, I cannot make basic arguments. The motion is only 16 pages, but due to my writing disability it will take approximately 20 days to write it by hand, assuming the 16 typed pages are 40-handwritten pages, and it will take a day to write 2 pages. My attorneys previously informed me that I could mail a CD to the Court to file motions and letters, but the government did not mention this in their letter. Will this be acceptable?

In any case, I need an external CD/DVD burner since my laptop does not have one (most old laptops do). The government previously produced discovery and other materials on CD, as did my attorneys, but I can no longer read CDs without an external drive. Will the Court or gov't provide one?

Finally, due to the government's broken assurance that they will produce me to the SCIF, the MCC's deliberate delay of all court and legal mail, the gov't's failure thus far to produce my unclassified discovery on USB-powered drives, and my continued inability to print or review case law in the same manner as all other MCC inmates, I request a weekly pretrial conference until these issues are resolved. My case has been unnecessarily delayed due to neglect, and I desire a more prompt engagement from all parties. Without a speedy resolution and a constant oversight from this Court to ensure the gov't fulfills their obligations, there is no chance I will ever be prepared for trial anytime this year.

7/21/21   Joshua Schulte, pro se

Joshua Adam Schulte #74471054
MCC
150 Park Row
NY, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2021 AUG -4 PM 2:32

ATTN: Pro Se Intake Office;
Judge Paul A. Crotty
500 Pearl Street
NY, NY 10007



NEW YORK NY 100
3 AUG 2021 PM 6 L

S3 17 cr-548 (PAC)