Joshua Adam Schulte, *pro se*

August 9, 2021

Judge Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (PAC)

Dear Judge Crotty:

I write to request the government undertake a new classification review of the filed motions and orders docketed as "classified filings," e.g. Dkts. 306-316. Upon review, most of these filings are unclassified, and many classified have since had their content declassified pursuant to CIPA and declassifications for trial and are therefore no longer classified. Since these documents are judicial documents with a First Amendment presumption of access, the difficulty and hardship for me to actually review these documents in classified format, and finally the need to reference and include these filings in new motions and court filings—filings that would otherwise be unclassified if not for the stale no-longer-classified materials—the Court should order the government to review all classified documents from the docket and declassify documents no longer classified—or, at least provide unclassified versions with the classified content redacted.

Finally, I ask the Court to provide me with a complete electronic docket, including all the associated filings. I do not have most filings in this case, and since I am now pro se, I require access to the entire docket and all associated filings. I cannot otherwise obtain this information for myself. I also request copies of all the classified filings for my review at the SCIF—my previous counsel's records appear incomplete as new filings were simply overwritten on the old motions and court filings. Accordingly, I require not only a complete electronic docket and all associated unclassified filings for my review in my torture cage at the MCC, but also a complete electronic docket and all associated classified filings for review at the SCIF.

Respectfully submitted,

Joshua Adam Schulte, *pro se*



NEW YORK NY 100
19 AUG 2021 PM 6 L

Josh Schulte #79414451
MCC
150 Park Row
NY, NY 10007

ATTN: Judge Crotty Case # 17-cr-548
Pro Se Intake Office
United States District Court
500 Pearl Street
NY, NY 10007