**EXHIBIT 1**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 9, 2019

**Delivered to Courthouse SCIF**

Sabrina P. Shroff, Esq.
Federal Defenders of New York
52 Duane Street
New York, New York 10007

      Re:    **United States v. Joshua Adam Schulte**
              **S2 17 Cr. 548 (PAC)**

Dear Counsel:

      (U) Enclosed please find a CD containing additional classified discovery in the above-referenced case. These documents are being produced pursuant to the "Protective Order Pertaining to Classified Information," which was entered by the Court on August 16, 2018. The documents are currently designated as "SECRET PENDING CLASSIFICATION REVIEW" and should be treated as SECRET, notwithstanding any other classification marking on the documents.

      (U) The discovery CD includes, at your request, a folder bearing Bates stamp CLASSIFIED JAS_014945 that contains 9 classified files (the "Classified Files"). The Classified Files were found on a raid array contained within a server seized from the defendant's home in March 2017 (FBI evidence reference QNY56_SC48_SRV2). A forensic image of that raid array, which includes the Classified Files, was provided in classified discovery on or about March 15, 2018. The file path for the Classified Files is below:

- (U)Partition2\root\home\josh\sans610\users\USER\Appdata\Local\Google\Chrome\userdata\default\Cache

      (U) The discovery CD also includes, at your request, the defendant's badge records for the year 2015 (CLASSIFIED JAS_014946 – 975). As you know, the Government produced the defendant's 2016 badge records on or about August 29, 2018.

Sabrina Shroff, Esq.
April 9, 2019
Page 2

(U) Please feel free to contact us with any questions you may have.

          Sincerely yours,

          GEOFFREY S. BERMAN
          United States Attorney

By:        /s/
     Matthew Laroche / Sidhardha Kamaraju
     Assistant United States Attorneys
     (212) 637-2420 / 6523
     Scott McCulloch
     Trial Attorney, National Security Division
     (202) 233-0793

Enclosure