**EXHIBIT 3**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 3, 2018

<u>By Hand</u>
Sabrina Shroff, Esq.
Federal Defenders of New York Inc.
52 Duane Street, 10th Floor
New York, NY 10007

              **Re:**    *United States* **v.** *Joshua Adam Schulte*, **17 Cr. 548 (PAC)**

Dear Ms. Shroff:

      To ensure that you received all of the discovery in this case from prior counsel, we provided you with the Government's discovery letters for nine separate productions. Pursuant to your request for the reproduction of that discovery, enclosed please find two flash drives. The black flash drive titled "For Defense," contains all of the discovery previously produced in productions 1-4, 7, and 8. Production 2 contains materials designated pursuant to the protective order and, thus, the black flash drive should not be shared with your client. The black flash drive also includes all of production 5 except for one potentially privileged document, which will be sent to you by a Wall AUSA. Productions 6 and 9 were previously produced to you on March 15, 2018.

      The silver flash drive titled "For Schulte," which is for your client, contains the same discovery as the black flash drive except it does not include production 2, which contains the search warrant affidavits subject to the Protective Order. Furthermore, we are in the process of loading productions 6 and 9 to hard drives that your client will be able to review at the MCC. We will notify you when they are complete.

      In addition, contained on both flash drives is a document memorializing statements made by your client during a meeting on November 16, 2017. This document constitutes the Government's tenth discovery production. The passwords for both drives is "USAOsdny2018!".

       Finally, as you are aware, other discovery that contains child pornography and classified material—including a forensic copy of your client's desktop computer and other electronic devices—has been available for your review at the FBI's SCIF at 26 Federal Plaza. Tomorrow, this discovery is being moved to the SCIF at 500 Pearl Street. Given that this discovery includes child pornography, our Office has designated an escort—Colleen Geier—who is walled off from the prosecution team to accompany you while reviewing the discovery. Ms. Grier can be reached at 212-637-1112.

                                    Very truly yours,

                                    GEOFFREY S. BERMAN
                                  United States Attorney

                         by: /s/ Matthew Laroche
                              Matthew Laroche / Sidhardha Kamaraju
                              Assistant United States Attorneys
                              (212) 637-2420

Enclosures