**EXHIBIT 4**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 3, 2018

By Hand
Sabrina Shroff, Esq.
Matthew Larsen, Esq.
Federal Defenders of New York Inc.
52 Duane Street, 10th Floor
New York, NY 10007

      Re:    *United States* v. *Joshua Adam Schulte*, S1 17 Cr. 548 (PAC)

Dear Ms. Shroff and Mr. Larsen:

      Pursuant to your request, enclosed please find a disc containing six directory listings for certain previously produced forensic images (the "Directory Listings"). The Directory Listings bear control numbers JAS_020238 through JAS_020243. Where available, the Directory Listings identify for each file found on the forensic image the file name, path, and size, as well as when the file was created, modified, last accessed, and/or deleted. The password for the enclosed disc is 17Cr.548(PAC).

      The Directory Listings were created from forensic images of your client's personal computer (the "Personal Computer"), which contained, among other things, child pornography. The six Directory Listings were obtained as follows:

1.    JAS_020238: The Personal Computer contained four storage devices, three of which were configured as an encrypted Raid 5 volume (the "Raid 5 Volume"). *JAS_020238 [SC1 Directory Listing].csv* is a Directory Listing of the decrypted Raid 5 Volume.

2.    JAS_020239: Within the Raid 5 Volume was a VeraCrypt encrypted container titled "volume." *JAS_020239 [DecryptedVeraCryptVolume Directory Listing].csv* is a Directory Listing of the container "volume."

3.    JAS_020240: Also within the Raid 5 Volume was a 100 gigabyte partition containing a Linux Mint Virtual Machine (the "Virtual Machine"). *JAS_020240 [LinuxMintVM Directory Listing].csv* is a directory listing of the Virtual Machine.

4.    JAS_020241: Within the Virtual Machine was an encrypted home directory titled "josh" (the "Home Directory"). *JAS_020241 [JoshHomeDirectory*

5. <u>JAS_020242</u>: Within the decrypted Home Directory was an encrypted file titled "data.bkp" (the "First Data.bkp File"). *JAS_020242 [VeraCryptContainer Directory Listing].csv* is a Directory Listing of the decrypted First Data.bkp File. The First Data.bkp File is the "Encrypted Container" containing child pornography referred to in the Complaint. *See* Dkt. No. 1 ¶ 3(a).

6. <u>JAS_020243</u>: Within the First Data.bkp File was another encrypted file titled "data.bkp" (the "Second Data.bkp File"). *JAS_020243 [InnerVeraCrypt Container Directory Listing].csv* is a Directory Listing of the decrypted Second Data.bkp File.

Please let us know if you would like additional directory listings for other electronic devices seized in this case.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Matthew Laroche / Sidhardha Kamaraju
Assistant United States Attorneys
(212) 637-2420 / 6523

Enclosure