**EXHIBIT 5**

Case 1:17-cr-00548-PAC   Document 499-5   Filed 09/03/21   Page 2 of 2
Case 1:17-cr-00548-PAC   Document 61     Filed 08/16/18   Page 18 of 18
Case 1:17-cr-00548-PAC   Document 59-1   Filed 08/09/18   Page 18 of 18

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the Southern District of New York on 6/9/18, 2018, in *United States v. Joshua Adam Schulte*, S1 17 Cr. 548 (PAC), relating to classified information, and I agree to comply with the provisions thereof.

(4) I understand that any prior contractual obligations that may bind me to continue to protect classified information remain in full force and effect, and are not superseded by this Memorandum of Understanding. Additionally, I understand that this Memorandum of Understanding does not absolve me of any criminal or civil penalties that may otherwise be imposed upon me as a result of my unauthorized disclosure of classified information.

_____       8/9/18
Sabrina Shroff, Esq.                  Date
Counsel for the Defendant

_____       8/26/18
Joshua Adam Schulte                   Date
Defendant