

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2021

**BY ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>**United States v. Joshua Adam Schulte**</u>,
             S3 17 Cr. 548 (PAC)

Dear Judge Crotty:

    The Government respectfully submits this letter to provide notice of an *ex parte*, classified letter submitted yesterday.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

    by: _____/s/_____
    David W. Denton, Jr./Michael D. Lockard
    Assistant United States Attorneys
    (212) 637-2744/-2193

cc:    Joshua Adam Schulte
       Reg. No. 79471-054
       New York Metropolitan Correctional Center
       (by hand, via MCC Legal Department)