

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2021

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

      Re:    *United States v. Joshua Adam Schulte*,
              **S3 17 Cr. 548 (PAC)**

Dear Judge Crotty:

      The Government respectfully submits this letter pursuant to the Court's order to the parties to submit proposals regarding the defendant's delivery of correspondence relating to this matter to the Government. The Government's proposal is attached hereto.

      For the reasons discussed in our letter dated August 31, 2021 (D.E. 498) and at the conference held on September 15, 2021, the Government respectfully suggests that the proposed order appropriately addresses the need for a secure, reliable, and reasonable means for the defendant to deliver written correspondence concerning this case, in addition to the availability of the U.S. mail. The proposed order ensures that potentially sensitive or classified documents are not left unattended in the courthouse hallway; does not rely on classification determinations by a *pro se* defendant charged with espionage offenses and subject to Special Administrative Measures based on disclosures and attempted disclosures of protected and classified information; ensures that the Government is reliably notified of and receives correspondence from the defendant; and is minimally burdensome.

      The proposed order does not address standby counsel's suggestion that the Court order regularly scheduled conference calls between the defendant and the Government. As the Government has advised the defendant, standby counsel, and the Court, the Government will participate in calls with the defendant if requested, appropriate, and scheduled in advance, and the defendant has not, to date, asked for such a call. Standby counsel's suggestion is unnecessary. The proposed order also does not address the delivery of correspondence from the

Government to the defendant regarding this case, which is currently facilitated by the Legal Department for the Metropolitan Correctional Center.

                    Respectfully submitted,

                    AUDREY STRAUSS
                    United States Attorney

By:     /s/
        David W. Denton, Jr. / Michael D. Lockard
        Assistant United States Attorneys
        212-637-2744/-2193

cc: Standby counsel (by ECF)
    Joshua Adam Schulte (by hand, via MCC Legal)