

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 23, 2021

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

    Re:    *United States v. Joshua Adam Schulte*,
              S3 17 Cr. 548 (PAC)

Dear Judge Crotty:

      The Government respectfully submits this letter in response to the defendant's request to adjourn the trial date, currently scheduled for October 25, 2021. (D.E. 495). As discussed at the pretrial conference held on September 15, 2021, the Government consents to the defendant's request for an adjournment. We respectfully suggest that the Court enter an order adjourning the trial *sine die*, and the Government will provide an update with respect to our views on an appropriate trial date by November 1, 2021.

                                           Respectfully submitted,

                                           AUDREY STRAUSS
                                           United States Attorney

                            By:      /s/
                                   David W. Denton, Jr. / Michael D. Lockard
                                   Assistant United States Attorneys
                                   212-637-2744/-2193

cc: Standby counsel (by ECF)
    Joshua Adam Schulte (by hand, via MCC Legal)