Joshua Adam Schulte, *pro se*

September 20, 2021

**BY HAND**

Judge Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (PAC)

Dear Judge Crotty:

    I move to preclude the government from filing responses to my bail and cell phone suppression motions filed Tuesday, August 31, 2021. The Court recently reminded the government of its obligation under Local Crim. R. 49.1(b), that, "[a]ny opposing papers shall be filed and served within 14 days after service of the motion papers." Notwithstanding this notice, the government failed to file opposing papers or ask the Court for an extension, and therefore, the Court should order the government precluded from filing any opposing papers.

Respectfully submitted,

Joshua Adam Schulte