**EXHIBIT 4**

17 MAG 6961

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of a Warrant for All Content and Other Information for the Google account associated with Email Address joshschulte1@gmail.com, Maintained at Premises Controlled by Google, Inc. and Google Payment Corp.

**SEARCH WARRANT AND NON-DISCLOSURE ORDER**

TO: Google, Inc. and Google Payment Corp. ("Google")

The Federal Bureau of Investigation (the "FBI" or the "Investigative Agency")

**1. Warrant.** Upon an affidavit of Special Agent of the FBI and pursuant to the provisions of the Stored Communications Act, 18 U.S.C. § 2703(b)(1)(A) and § 2703(c)(1)(A), and the relevant provisions of Federal Rule of Criminal Procedure 41, the Court hereby finds that there is probable cause to believe that content information maintained at premises controlled by Google associated with the email address joshschulte1@gmail.com contains evidence, fruits, and instrumentalities of a crime, all as specified in Attachment A hereto. Accordingly, Google is hereby directed to provide to the Investigative Agency, within 10 days of the date of service of this Warrant and Order, the records specified in Section II of Attachment A hereto, for subsequent review by law enforcement personnel as authorized in Section III of Attachment A, which shall not be transmitted to the Provider. The Government is required to serve a copy of this Warrant and Order on Google within 14 days of the date of issuance. The Warrant and Order may be served via electronic transmission or any other means through which Google is capable of accepting service.

**2. Non-Disclosure Order.** Pursuant to 18 U.S.C. § 2705(b), the Court finds that there is reason to believe that notification of the existence of this warrant will result in destruction of or tampering with evidence, danger to the physical safety of an individual, flight from prosecution, and/or intimidation of potential witnesses or otherwise will seriously jeopardize an ongoing investigation. Accordingly, it is hereby ordered that Google shall not disclose the existence of this Warrant and Order to the listed subscriber or to any other person for a period of 180 days from the date of this Order, subject to extension upon application to the Court if necessary, except that Google may disclose this Warrant and Order to an attorney for Google for the purpose of receiving legal advice.

**3. Sealing.** It is further ordered that this Warrant and Order, and the Affidavit upon which it was issued, be filed under seal, except that the Government may without further order of this Court serve the Warrant and Order on Google; provide copies of the Affidavit or Warrant and Order as need be to personnel assisting the Government in the investigation and prosecution of this matter; and disclose these materials as necessary to comply with discovery and disclosure obligations in any prosecutions related to this matter.

Dated: New York, New York

3/14/17 — Date Issued

1:11 AM — Time Issued

THE HONORABLE BARBARA MOSES
United States Magistrate Judge
southern District of New York



2017-03-14

## Attachment A

### I. The Subject Account and Execution of Warrant

This warrant is directed to Google, Inc. and Google Payment Corp. (collectively, "Google" or the "Provider") and applies to all content and other information within Google's possession, custody, or control that is associated with the email address joshschulte1@gmail.com (the "Subject Gmail Account").

A law enforcement officer will serve this warrant by transmitting it via email or another appropriate manner to Google. Google is directed to produce to the law enforcement officer an electronic copy of the information specified in Section II below. Upon receipt of the production, law enforcement personnel will review the information for items falling within the categories specified in Section III below, a copy of which shall not be transmitted to the Provider.

### II. Information to be Produced by Google

To the extent it is within Google's possession, custody, or control, Google is directed to produce the following information associated with the Subject Gmail Account:

*a. Search History.* All data concerning searches run by the user of the Subject Gmail Accounts, including, but not limited to, the content, date, and time of the search.

*b. Google+ Photos and Content.* All data concerning Google+ Photos, including all albums, photos, videos, and associated metadata for each file, as well as all Google+ posts, comments, profiles, contacts, and information relating to Google+ Circles.

*c. Google Drive Content.* All files and folders in the Google Drive associated with the Subject Gmail Account.

*d. Google Voice.* All records, voicemails, text messages, and other data associated with Google Voice.

*e.*

*f. Google Wallet Content.* All data and information in the Google Wallet associated with the Subject Gmail Account.

*g. YouTube Content.* For any YouTube account associated with the Subject Gmail Account, all subscriber information as well as copies of any videos and associated metadata and any YouTube comments or private messages.

*h. Android Content.* Any Android device information associated with the Subject Gmail Account, including IMEI/MEID, make and model, serial number, date and IP of last access to Google, and a list of all accounts that have ever been active on the device.

*i. Email Content.* All emails sent to or from, stored in draft form in, or otherwise associated with the Subject Gmail Account, including all message content, attachments, and header information (specifically including the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email).

*j. Address book information.* All address book, contact list, or similar information associated with the Subject Gmail Account.

*k. Subscriber and payment information.* All subscriber and payment information regarding the Subject Gmail Account, including but not limited to name, username, address, telephone number, alternate email addresses, registration IP address, account creation date, account status, length of service, types of services utilized, means and source of payment, and payment history.

*l. Linked accounts.* The account identifiers for all accounts linked to the Subject Gmail Accounts, and subscriber records therefore as described in the preceding sub-paragraph,

including but not limited to any account linked to the Subject Gmail Account by registration IP address, "machine" or other cookie, alternate email address, or telephone number.

*m. Transactional records.* All transactional records associated with the Subject Gmail Account, including any IP logs or other records of session times and durations.

*n. Customer correspondence.* All correspondence with the subscriber or others associated with the Subject Gmail Account, including complaints, inquiries, or other contacts with support services and records of actions taken.

*o. Preserved records.* Any preserved copies of any of the foregoing categories of records created in response to any preservation request(s) issued pursuant to 18 U.S.C. § 2703(f).

**III. Review of Information by the Government**

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by Google in order to locate any evidence, fruits, and instrumentalities of violations (i) the unauthorized possession and, *inter alia*, the communication of national defense information to someone not entitled to receive it, in violation of Title 18, United States Code, Section 793(d); (ii) the unlawful retention of national defense information, in violation of Title 18, United States Code, Section 793(e); (iii) exceeding authorized access to a computer in order to obtain national defense information with reason to believe that information could be used to the injury of the United States and the advantage of a foreign nation and willfully transmitting that information to a person not entitled to receive it, in violation of Title 18, United States Code, Section 1030(a)(1); and (iv) intentionally exceeding authorized access to a computer and thereby obtaining information from a department or agency of the United States,

in violation of Title 18, United States Code, Section 1030(a)(2)(B) (collectively the "Subject Offenses"), including the following:

i. Evidence of the identity(s) of the user(s) of the Subject Gmail Account as well as other coconspirators in contact with the Subject Gmail Account;

j. Evidence relating to the geolocation and travel of the user(s) of the Subject Gmail Account at times relevant to the Subject Offenses;

k. Evidence relating to the participation in the Subject Offenses by the users of the Subject Gmail Account and others;

l. Evidence concerning financial institutions and transactions used by the users of the Subject Gmail Account in furtherance of the Subject Offenses;

m. Communications evidencing crimes, including but not limited to correspondence with others relating to the unauthorized retention, gathering, and transmission of classified documents or materials, and the unauthorized removal and retention of classified documents or materials;

n. Evidence of and relating to computers or other online accounts and facilities (such as additional email addresses) controlled or maintained by the user of the Subject Gmail Account; and

o. Passwords or other information needed to access any such computers, accounts, or facilities.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

17 MAG 6961

In the Matter of a Warrant for All Content and Other Information for the Reddit, Inc. account associated with account name L1347517, Maintained at Premises Controlled by Reddit, Inc.

**SEARCH WARRANT AND NON-DISCLOSURE ORDER**

TO: Reddit, Inc.

The Federal Bureau of Investigation (the "FBI" or the "Investigative Agency")

**1. Warrant.** Upon an affidavit of Special Agent of the FBI and pursuant to the provisions of the Stored Communications Act, 18 U.S.C. § 2703(b)(1)(A) and § 2703(c)(1)(A), and the relevant provisions of Federal Rule of Criminal Procedure 41, the Court hereby finds that there is probable cause to believe that content information maintained at premises controlled by Reddit, Inc. associated with account name L1347517 contains evidence, fruits, and instrumentalities of a crime, all as specified in Attachment A hereto. Accordingly, Reddit, Inc. is hereby directed to provide to the Investigative Agency, within 10 days of the date of service of this Warrant and Order, the records specified in Section II of Attachment A hereto, for subsequent review by law enforcement personnel as authorized in Section III of Attachment A, a copy of which shall not be transmitted to the Provider. The Government is required to serve a copy of this Warrant and Order on Reddit, Inc. within 14 days of the date of issuance. The Warrant and Order may be served via electronic transmission or any other means through which Reddit, Inc. is capable of accepting service.

**2. Non-Disclosure Order.** Pursuant to 18 U.S.C. § 2705(b), the Court finds that there is reason to believe that notification of the existence of this warrant will result in destruction of or

tampering with evidence, danger to the physical safety of an individual, flight from prosecution, and/or intimidation of potential witnesses or otherwise will seriously jeopardize an ongoing investigation. Accordingly, it is hereby ordered that Reddit, Inc. shall not disclose the existence of this Warrant and Order to the listed subscriber or to any other person for a period of 180 days from the date of this Order, subject to extension upon application to the Court if necessary, except that Reddit, Inc. may disclose this Warrant and Order to an attorney for Reddit, Inc. for the purpose of receiving legal advice.

**3. Sealing.** It is further ordered that this Warrant and Order, and the Affidavit upon which it was issued, be filed under seal, except that the Government may without further order of this Court serve the Warrant and Order on Reddit, Inc.; provide copies of the Affidavit or Warrant and Order as need be to personnel assisting the Government in the investigation and prosecution of this matter; and disclose these materials as necessary to comply with discovery and disclosure obligations in any prosecutions related to this matter.

Dated: New York, New York

3/14/17 — Date Issued

1:12 AM — Time Issued

THE HONORABLE BARBARA MOSES
United States Magistrate Judge
southern District of New York



2017-03-14

JAS_027147

## Attachment A

### I. The Subject Account and Execution of Warrant

This warrant is directed to Reddit, Inc. (the "Provider") and applies to all content and other information within Reddit, Inc.'s possession, custody, or control that is associated with the account name L1347517 (the "Subject Account").

A law enforcement officer will serve this warrant by transmitting it via email or another appropriate manner to Reddit, Inc. Reddit, Inc. is directed to produce to the law enforcement officer an electronic copy of the information specified in Section II below. Upon receipt of the production, law enforcement personnel will review the information for items falling within the categories specified in Section III below, a copy of which shall not be transmitted to the Provider.

### II. Information to be Produced by Reddit, Inc.

To the extent it is within Reddit, Inc.'s possession, custody, or control, Reddit, Inc. is directed to produce the following information associated with the Subject Account:

*a. Search History.* All data concerning searches run, and posts accessed by the user of the Subject Account, including, but not limited to, the content, date, and time of the search or post access.

*b. Post Content.* All posts and messages made by the Subject Account, including all content, attachments, and any other information (specifically including the date and time at which each post or message was made/sent, and the size and length of each post/message).

*c. Email Content or Direct Message Content.* All emails and/or direct messages sent to or from, stored in draft form in, or otherwise associated with the Subject Account, including all message content, attachments, and header information (specifically including the source and

destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email).

*d. Subscriber and payment information.* All subscriber and payment information regarding the Subject Account, including but not limited to name, username, address, telephone number, alternate email addresses, registration IP address, account creation date, account status, length of service, types of services utilized, means and source of payment, and payment history.

*e. Transactional records.* All transactional records associated with the Subject Account, including any IP logs or other records of session times and durations.

*f. Customer correspondence.* All correspondence with the subscriber or others associated with the Subject Account, including complaints, inquiries, or other contacts with support services and records of actions taken.

*g. Preserved records.* Any preserved copies of any of the foregoing categories of records created in response to any preservation request(s) issued pursuant to 18 U.S.C. § 2703(f).

**III. Review of Information by the Government**

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by Reddit, Inc. in order to locate any evidence, fruits, and instrumentalities of violations (i) the unauthorized possession and, *inter alia*, the communication of national defense information to someone not entitled to receive it, in violation of Title 18, United States Code, Section 793(d); (ii) the unlawful retention of national defense information, in violation of Title 18, United States Code, Section 793(e); (iii) exceeding authorized access to a computer in order to obtain national defense information with reason to

believe that information could be used to the injury of the United States and the advantage of a foreign nation and willfully transmitting that information to a person not entitled to receive it, in violation of Title 18, United States Code, Section 1030(a)(1); and (iv) intentionally exceeding authorized access to a computer and thereby obtaining information from a department or agency of the United States, in violation of Title 18, United States Code, Section 1030(a)(2)(B) (collectively the "Subject Offenses"), including the following:

p. Evidence of the identity(s) of the user(s) of the Subject Account as well as other coconspirators in contact with the Subject Account;

q. Evidence relating to the geolocation and travel of the user(s) of the Subject Account at times relevant to the Subject Offenses;

r. Evidence relating to the participation in the Subject Offenses by the users of the Subject Account and others;

s. Evidence concerning financial institutions and transactions used by the users of the Subject Account in furtherance of the Subject Offenses;

t. Communications evidencing crimes, including but not limited to correspondence with others relating to the unauthorized retention, gathering, and transmission of classified documents or materials, and the unauthorized removal and retention of classified documents or materials;

u. Evidence of and relating to computers or other online accounts and facilities (such as additional email addresses) controlled or maintained by the user of the Subject Account; and

v. Passwords or other information needed to access any such computers, accounts, or facilities.

17 MAG 6961

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of a Warrant for All Content and Other Information for the GitHub account associated with the user name pedbsktbll, Maintained at Premises Controlled by GitHub, Inc.

**SEARCH WARRANT AND NON-DISCLOSURE ORDER**

TO: GitHub, Inc.

The Federal Bureau of Investigation (the "FBI" or the "Investigative Agency")

**1. Warrant.** Upon an affidavit of Special Agent of the FBI and pursuant to the provisions of the Stored Communications Act, 18 U.S.C. § 2703(b)(1)(A) and § 2703(c)(1)(A), and the relevant provisions of Federal Rule of Criminal Procedure 41, the Court hereby finds that there is probable cause to believe that content information maintained at premises controlled by GitHub, Inc. associated with the user name pedbsktbll contains evidence, fruits, and instrumentalities of a crime, all as specified in Attachment A hereto. Accordingly, GitHub, Inc. is hereby directed to provide to the Investigative Agency, within 10 days of the date of service of this Warrant and Order, the records specified in Section II of Attachment A hereto, for subsequent review by law enforcement personnel as authorized in Section III of Attachment A, a copy of which shall not be transmitted to the Provider. The Government is required to serve a copy of this Warrant and Order on GitHub, Inc. within 14 days of the date of issuance. The Warrant and Order may be served via electronic transmission or any other means through which GitHub, Inc. is capable of accepting service.

**2. Non-Disclosure Order.** Pursuant to 18 U.S.C. § 2705(b), the Court finds that there is reason to believe that notification of the existence of this warrant will result in destruction of or

tampering with evidence, danger to the physical safety of an individual, flight from prosecution, and/or intimidation of potential witnesses or otherwise will seriously jeopardize an ongoing investigation. Accordingly, it is hereby ordered that GitHub, Inc. shall not disclose the existence of this Warrant and Order to the listed subscriber or to any other person for a period of 180 days from the date of this Order, subject to extension upon application to the Court if necessary, except that GitHub, Inc. may disclose this Warrant and Order to an attorney for GitHub, Inc. for the purpose of receiving legal advice.

**3. Sealing.** It is further ordered that this Warrant and Order, and the Affidavit upon which it was issued, be filed under seal, except that the Government may without further order of this Court serve the Warrant and Order on GitHub, Inc.; provide copies of the Affidavit or Warrant and Order as need be to personnel assisting the Government in the investigation and prosecution of this matter; and disclose these materials as necessary to comply with discovery and disclosure obligations in any prosecutions related to this matter.

Dated: New York, New York

3/14/17 — Date Issued

1:12 A.M. — Time Issued

THE HONORABLE BARBARA MOSES
United States Magistrate Judge
Southern District of New York

**Attachment A**

**I. The Subject Account and Execution of Warrant**

This warrant is directed to GitHub, Inc. (the "Provider") and applies to all content and other information within GitHub, Inc.'s possession, custody, or control that is associated with the user name pedbsktbll (the "Subject Account").

A law enforcement officer will serve this warrant by transmitting it via email or another appropriate manner to GitHub, Inc. GitHub, Inc. is directed to produce to the law enforcement officer an electronic copy of the information specified in Section II below. Upon receipt of the production, law enforcement personnel will review the information for items falling within the categories specified in Section III below, a copy of which shall not be transmitted to the Provider.

**II. Information to be Produced by GitHub, Inc.**

To the extent it is within GitHub, Inc.'s possession, custody, or control, GitHub, Inc. is directed to produce the following information associated with the Subject Account:

*a. Use of GitHub Features.* All features used by the Subject Account (*e.g.*, code review, project management, integrations, community management, documentation, code hosting, productivity tools). With respect to each feature used by the Subject Account, provide all data posted by or associated with the Subject Account.

*b. GitHub Platforms.* All platforms used by the Subject Account (*e.g.*, Atom, Electron, GitHub Desktop). With respect to each platform used by the Subject Account, provide all data posted by or associated with the Subject Account.

*c. GitHub Repositories.* All data from GitHub repositories that were posted by or associated with the Subject Account.

*d. Email Content or Direct Message Content.* All emails or direct messages sent to or from, stored in draft form in, or otherwise associated with the Subject Account, including all message content, attachments, and header information (specifically including the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email).

*e. Address book information.* All address book, contact list, or similar information associated with the Subject Account.

*f. Subscriber and payment information.* All subscriber and payment information regarding the Subject Account, including but not limited to name, username, address, telephone number, alternate email addresses, registration IP address, account creation date, account status, length of service, types of services utilized, means and source of payment, and payment history.

*g. Transactional records.* All transactional records associated with the Subject Account, including any IP logs or other records of session times and durations.

*h. Customer correspondence.* All correspondence with the subscriber or others associated with the Subject Account, including complaints, inquiries, or other contacts with support services and records of actions taken.

*i. Preserved records.* Any preserved copies of any of the foregoing categories of records created in response to any preservation request(s) issued pursuant to 18 U.S.C. § 2703(f).

**III. Review of Information by the Government**

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by GitHub, Inc. in order to locate any evidence, fruits,

and instrumentalities of violations (i) the unauthorized possession and, *inter alia*, the communication of national defense information to someone not entitled to receive it, in violation of Title 18, United States Code, Section 793(d); (ii) the unlawful retention of national defense information, in violation of Title 18, United States Code, Section 793(e); (iii) exceeding authorized access to a computer in order to obtain national defense information with reason to believe that information could be used to the injury of the United States and the advantage of a foreign nation and willfully transmitting that information to a person not entitled to receive it, in violation of Title 18, United States Code, Section 1030(a)(1); and (iv) intentionally exceeding authorized access to a computer and thereby obtaining information from a department or agency of the United States, in violation of Title 18, United States Code, Section 1030(a)(2)(B) (collectively the "Subject Offenses"), including the following:

w. Evidence of the identity(s) of the user(s) of the Subject Account as well as other coconspirators in contact with the Subject Account;

x. Evidence relating to the participation in the Subject Offenses by the users of the Subject Account and others;

y. Evidence concerning financial institutions and transactions used by the users of the Subject Account in furtherance of the Subject Offenses;

z. Communications evidencing crimes, including but not limited to correspondence with others relating to the unauthorized retention, gathering, and transmission of classified documents or materials, and the unauthorized removal and retention of classified documents or materials;

aa. Evidence of and relating to computers or other online accounts and facilities (such as additional email addresses) controlled or maintained by the user of the Subject Account; and

bb. Passwords or other information needed to access any such computers, accounts, or facilities.