**EXHIBIT 8**

FD-302 (Rev. 5-8-10)  — 1 of 4 —    **OFFICIAL RECORD**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   03/27/2017

▮▮▮ KINETIC PANDA (KP) was interviewed by FBI New York Special Agents Jeff D. DONALDSON and Richard J. EVANCHEC at different locations in New York City between March 15, 2017 and March 16, 2017. The interviewing Agents made initial contact with KP in the lobby of 120 Park Avenue, New York, New York (BLOOMBERG). The interviewing Agents identified themselves as FBI Special Agents from the New York Office and asked if KP was willing to be interviewed concerning the ▮▮▮▮▮▮▮▮▮▮ ("leak"). ▮▮▮ KP agreed to be interviewed, and the interviewing Agents and KP walked to the nearby restaurant PERSHING SQUARE, 90 East 42nd Street, New York, New York. The interviewing Agents and KP sat in the front dining section of the restaurant. KP sat with his back to the door and had an unobstructed path to the front door. KP was offered food/drink, and KP ordered water. KP used the restroom in the restaurant on one occasion. KP was presented with a subpoena to appear at a grand jury hearing, scheduled to occur on March 17, 2017. KP was also served with a subpoena, authorizing the FBI to seize KP's phone. From PERSHING SQUARE, the interviewing Agents and KP walked to KP's residence, 200 East 39th Street, Apartment 8C, New York, New York, where FBI personnel executed a search warrant. KP remained on the 8th floor for some time while the search was being conducted and later opted to voluntarily leave the building. Subsequent interactions with KP occurred in the lobby of the residence, the lobby of 120 Park Avenue (BLOOMBERG), while walking from BLOOMBERG to the residence, and while walking from the residence to the HAMPTON INN Hotel located at 231 East 43rd Street, New York, New York. After being advised of the identities of the interviewing Agents and the nature of the interview, KP provided the following information:

▮▮▮ KP advised he learned of the leak from a BLOOMBERG colleague who showed KP an online news article while they were in training earlier in the week. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



| | |
|---|---|
| Investigation on 03/15/2017 | at New York City, New York, United States (In Person) |
| File # ▮▮-NY-2142433 | Date drafted 03/16/2017 |
| by DONALDSON JEFF D, Richard John Evanchec | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

JAS_019494

FD-302a (Rev. 05-08-10)

NY-2142433

03/15

Continuation                                                                          4

KP was asked his opinion as to how the leak occurred.

KP believed whoever committed the leak was guilty of espionage and deserved to be executed. KP stated there was no detriment to prevent people from leaking and referenced Chelsea MANNING's commuted sentence.

KP left the CIA in November 2016 because he was frustrated with the way things were run. He started working at BLOOMBERG and now earned much more money than previously.

KP advised that he planned to travel to Cancun, Mexico on Thursday, March 16, 2017 with his brother who lived in Dallas, Texas. KP stated he has three younger brothers who all lived in Texas. KP had discussed moving back to Texas at some point and running a business with his brother in Dallas. KP stated the trip cost him approximately $1,200.00 and they planned to stay at a resort. KP stated he had no plans to meet up with anyone other than his brother during the trip, and he planned to return to the U.S. on March 20, 2017. KP stated he and his brother wanted to take a trip to either Cancun or Denver, Colorado, but they ultimately chose Cancun.

FD-302a (Rev. 05-08-10)

-NY-2142433

Continuation of FD-302 of ▮ Interview of KINETIC PIRANHA , On 03/15/2017 , Page 3 of 4

▮ KP stated he returned to his residence during lunchtime earlier in the day to retrieve his passport so he could check-in online. KP said his passport was currently located inside his backpack, which was on the floor next to KP at PERSHING SQUARE. KP said he printed out his travel documents earlier. (Agent Note. KP reached inside his backpack and showed SA DONALDSON the documents he printed for the Cancun trip.)

▮ KP said he understood how his potential travel abroad could cause angst at high levels of government; however, KP said if he was guilty, then he would have already left the country. ▮

▮ KP was asked by the interviewing Agents if he was responsible for the leak. KP denied that he was responsible and that he had done more for his country than most people.

▮ KP was asked by the interviewing Agents if he consented to his phone being imaged. KP said the interviewing Agents could look at his phone, but he did not consent to it being imaged. The interviewing Agents asked if KP would voluntarily relinquish his passport, thereby not traveling to Cancun. KP refused to surrender his passport and stated he would turn it over if the government reimbursed him for the cost of the trip. At this point, SSA John HUI entered PERSHING SQUARE and informed KP the government would not reimburse him for the cost of the trip. KP again stated he would not consent to his phone being imaged or surrendering his passport. SSA HUI thereafter served KP with a subpoena to appear at a grand jury hearing on Friday, March 17, 2017 and a subpoena that authorized the FBI to seize KP's phone. SSA HUI also stated the FBI would soon execute a search warrant at KP's residence. KP read the documents and stated he did not know what it all meant. KP was told by the interviewing Agents that he had every right to seek legal counsel. KP was also told by the interviewing Agents that he could return to the residence and be present during the search. KP voluntarily agreed to return to the residence and provide access to the search team.

▮ The interviewing Agents and KP thereafter departed PERSHING SQUARE and walked to the residence. KP advised there were no safety hazards inside the apartment and there were no guns, although he admitted to owning guns located in Texas. KP provided the search team access by unlocking his door. KP estimated there to be 25 terabytes of data located within the apartment, to include multiple blank internal hard drives, a desktop, and a server. KP asked the interviewing Agents if the CART personnel planned to image his devices ▮

JAS_019496

FD-302a (Rev. 05-08-10)

███-NY-2142433

Continuation ███ of ███ Interview of KINETIC PIRANHA       On  03/15/2017   Page 4 of 4

~~ed he had a Diplomatic passport inside his apartment, which~~ he did not return to the CIA upon his resignation.

███ (Agent Note. At 10:19 P.M., KP was told by SA EVANCHEC that he could leave the residence should he choose. KP left the search location and stated he would return at 11:30 P.M. to get an update on the progress of the search. At approximately 12:15 A.M., KP had not returned to the search location. The interviewing Agents were aware KP had returned to 120 Park Avenue. KP was observed riding the escalator to the lobby and using a cell phone. The interviewing Agents approached KP and asked if he had a moment to talk. KP was told the following: that his talking to the FBI was voluntary, that classified information was found inside his residence, that he was being investigated for retention of classified information, that he had every right to an attorney, and that he would be arrested should he not surrender his passports. KP was told the search team had not found his Diplomatic passport. KP agreed to provide his passports to the interviewing Agents and stated they were at his workstation upstairs. SAs EVANCHEC, John SOMERS, Garrett IGO, BLOOMBERG security, and KP returned to KP's desk to retrieve the passports. Upon returning to the lobby, KP consented to a search of his backpack. The interviewing Agents told KP that he was not currently charged with any crime and suggested KP find a hotel room, as the search would take at least 18 more hours to complete due to the large volume of electronics. The interviewing Agents advised KP there was a HAMPTON INN Hotel nearby. They accompanied KP to the residence to gather toiletries and KP's medication. The interviewing Agents thereafter walked with KP to the HAMPTON INN, where KP got a hotel room.)

███ During the walk to the hotel, KP asked the interviewing Agents: "So, do you think I did it?" (in reference to the leak). SA EVANCHEC responded: "If you were in our shoes, what would you think?" KP said that the FBI had conducted a search at his residence and now possessed his electronics, so it would be up to the FBI to find out, and that KP felt bad that the FBI would have to analyze all that data to find out he did not do it.

███ KP was once again asked if he was responsible for leaking information ███ KP denied being responsible. KP was further asked if the FBI would find any classified CIA material on his devices. KP denied having any classified CIA material on his electronic storage devices. KP thereafter stated no traitors ever came from Texas.