**EXHIBIT 9**

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO:   Joshua Adam Schulte

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the GRAND JURY of the people of the United States for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Room 220, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:   March 17, 2017          Appearance Time:   2:00 p.m.

to testify and give evidence in regard to an alleged violation of :
18 U.S.C. § 793

and not to depart the Grand Jury without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:
N/A

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York
         March 15, 2017

JOON H. KIM
*Acting United States Attorney for the*
*Southern District of New York*

Matthew Laroche
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Telephone:   212-637-2420
Matthew.Laroche@usdoj.gov

rev. 02.01.12