UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v- | S3 17 Cr. 548 (PAC) |
| JOSHUA ADAM SCHULTE, | |
| *Defendant.* | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the defendant Joshua Adam Schulte, *pro se*, sends this notice to the District Court for the Southern District of New York, as **NOTICE OF APPEAL** of the collateral order dated September 29, 2021, Dkt. 519, denying the requested relief of scheduling sentencing and final judgement, to the **SECOND CIRCUIT COURT OF APPEALS**.

Joshua Adam Schulte
Slave #79471054
Metropolitan Concentration Camp (MCC)
150 Park Row
NY, NY 10007