# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 12, 2019

<u>Carried by Cleared Counsel</u>
<u>EX-PARTE SUBMISSION</u>
Honorable Judge Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Filed with Classified
Information Security Officer
CISO _D. Hartenstine_
Date _02/12/19._

Re:   <u>**United States v. Joshua Adam Schulte,** 17 Cr. 548 (PAC)</u>