# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**CLASSIFIED FILING**

February 18, 2020

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Filed with Classified
Information Security Officer

CISO _D. Hartenstine_
Date _02/18/2020._

Re: *United States v. Schulte*, S2 17 Cr. 548 (PAC)