# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 11, 2019

Carried by Cleared Counsel
EX-PARTE SUBMISSION
Honorable Judge Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Filed with Classified
Information Security Officer
CISO D. Hartenstine
Date 03/11/19.

Re:   United States v. Joshua Adam Schulte, 17 Cr. 548 (PAC)