

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 14, 2019

**Delivered to Courthouse SCIF**

Sabrina P. Shroff, Esq.
Federal Defenders of New York
52 Duane Street
New York, New York 10007

Filed with Classified
Information Security Officer
CISO  D. Hartenstine
Date  06/14/19.

    Re:    **United States v. Joshua Adam Schulte**
             **S2 17 Cr. 548 (PAC)**