# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 26, 2019

Hon. Paul A. Crotty
Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Filed with Classified
Information Security Officer
CISO D. Hartenstine
Date 08/26/19.

Re: <u>United States v. Joshua A. Schulte</u>, 17 Cr. 548, (PAC)