

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

<small>The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007</small>

August 29, 2018

Filed with Classified
Information Security Officer

CISO 08/29/18

Date D. Hartenstine

**By Hand**

Sabrina P. Shroff, Esq.
Federal Defenders of New York
52 Duane Street
New York, New York 10007

Re:   **United States v. Joshua Adam Schulte**
        **S1 17 Cr. 548 (PAC)**