Joshua Adam Schulte, *pro se*

September 30, 2021

**BY HAND**

Judge Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Filed with Classified Information Security Officer
CISO [signature]
Date 9/30/21

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (PAC)