**(SECRET PENDING CLASSIFICATION REVIEW)**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 10, 2018

Filed with Classified
Information Security Officer

CISO _D. Hartenstine_

Date _12/10/18_

**Delivered to Courthouse SCIF**

Sabrina P. Shroff, Esq.
Federal Defenders of New York
52 Duane Street
New York, New York 10007

Re:   **United States v. Joshua Adam Schulte**
      **S2 17 Cr. 548 (PAC)**