UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-

JOSHUA ADAM SCHULTE

    Defendant.

-----------------------------------------------------------------X

17 Cr. 548 (PAC)

Classified Filing

Filed with Classified Information Security Officer

CISO D. Hartenstine

Date 08/29/19

## CLASSIFED DECLARATION OF SABRINA P. SHROFF IN FURTHER SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS EVIDENCE OBTAINED IN VIOLATION OF THE FOURTH AMENDMENT