UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOSHUA ADAM SCHULTE,

           *Defendant.*

S3 17 Cr. 548 (PAC)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/06/2021
```

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the defendant Joshua Adam Schulte, *pro se*, sends this notice to the District Court for the Southern District of New York, as **NOTICE OF APPEAL** of the collateral order dated September 23, 2021, Dkt. 513, denying the requested production in unrestricted unclassified discovery of (1) unrelated publicly disseminated classified information from the internet, (2) the publicly disseminated classified information from the internet the government alleged Mr. Schulte disseminated, and (3) a forensic image of the alleged child pornography desktop with all illicit files removed, to the **SECOND CIRCUIT COURT OF APPEALS**.

9/30/21  /s/ Josh Schulte

Joshua Adam Schulte
Slave #79471054
Metropolitan Concentration Camp (MCC)
150 Park Row
NY, NY 10007