UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOSHUA ADAM SCHULTE,

           *Defendant.*

S3 17 Cr. 548 (PAC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/06/2021

## NOTICE OF APPEAL

    **PLEASE TAKE NOTICE** that the defendant Joshua Adam Schulte, *pro se*, sends this notice to the District Court for the Southern District of New York, as **NOTICE OF APPEAL** of the collateral order dated September 23, 2021, Dkt. 515, denying the requested relief of compelling the MCC to deliver all court correspondence and legal mail promptly and without inspection, to the **SECOND CIRCUIT COURT OF APPEALS**.

9/30/21 *[signature]*

Joshua Adam Schulte
Slave #79471054
Metropolitan Concentration Camp (MCC)
150 Park Row
NY, NY 10007