UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/06/2021
```

UNITED STATES OF AMERICA

-v-

JOSHUA ADAM SCHULTE,

          *Defendant.*

S3 17 Cr. 548 (PAC)

# NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the defendant Joshua Adam Schulte, *pro se*, sends this notice to the District Court for the Southern District of New York, as **NOTICE OF APPEAL** of the collateral order dated September 29, 2021, Dkt. 519, denying the requested relief of scheduling sentencing and final judgement, to the **SECOND CIRCUIT COURT OF APPEALS**.

                                            Joshua Adam Schulte
                                                Slave #79471054
                              Metropolitan Concentration Camp (MCC)
                                                      150 Park Row
                                                       NY, NY 10007