10/6/21    RE: United States v. Schulte    17 cr. 548 (PAC)

Clerk of Court,

Included herein are 3 notices of appeal; They seek interlocutory appeal of orders #513, #515, & #519.

I asked standby counsel to file these notices of appeal on Thursday, September 30, 2021, but as of today, Wednesday, October 6, 2021, they were not filed. I therefore file them today ahead of the Thursday, October 7, 2021 deadline. If the court receives the three notices of appeal before tomorrow's deadline, then please disregard.

Thanks,
Josh Schulte

10/6/21

**Federal Rules of Appellate Procedure Form 7.   Declaration of Inmate Filing**

United States District Court for the District of __Southern District of New York__

United States
   *Plaintiff,*
v.

Schulte
   *Defendant.*

Case No. __17 cr. 548 (PAC)__

I am an inmate confined in an institution. Today, __Wednesday, October 6, 2021__ [*insert date*], I am depositing the __Notice of appeal__ [*insert title of document; for example, "notice of appeal"*] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here __/s/ Schulte__

Signed on __10/6/21__ [*insert date*]

[**Note to inmate filers:** *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

Rev. 12.1.2018

10/6/21

United States v. Schulte, 17 cr. 548 (PAC)

## NOTICE OF APPEAL

Notice of interlocutory appeal of 9/23/21 order # 513, denying requested production of discovery in unclassified format

10/6/21

Josh Schulte

*/s/ Josh Schulte*

10/6/21

United States v. Schulte, 17 cr. 548 (PAC)

# NOTICE OF APPEAL

Notice of interlocutory appeal of 9/23/21 order #515, denying requested relief of prompt delivery of legal mail.

10/6/21

Josh Schulte

*/s/ Josh Schulte*

10/6/21

United States v. Schulte, 17 cr. 548 (PAC)

## NOTICE OF APPEAL

Notice of interlocutory appeal of 9/29/21 order #519, denying requested relief of scheduling sentencing

10/6/21

Josh Schulte

/s/ Schulte

Josh Schulte #79471054
MCC
150 Park Row
NY, NY 10007

ATTN: Paul A. Crotty, Case 17-cr-548(PAC)
Pro Se Intake Office
United States District Court SDNY
500 Pearl Street
NY, NY 10007