UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

JOSHUA ADAM SCHULTE,

        *Defendant.*

S3 17 Cr. 548 (PAC)

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the defendant Joshua Adam Schulte, *pro se*, sends this notice to the District Court for the Southern District of New York, as **NOTICE OF APPEAL** of the collateral order dated October 6, 2021, Dkt. 527, denying the requested relief from torture through Special Administrative Measures (SAMs) and indefinite solitary confinement, to the **SECOND CIRCUIT COURT OF APPEALS**.

                                                    Joshua Adam Schulte
                                                          Slave #79471054
                          Metropolitan Concentration Camp (MCC)
                                                          150 Park Row
                                                            NY, NY 10007