UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

JOSHUA ADAM SCHULTE,

        *Defendant.*

S3 17 Cr. 548 (PAC)

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the defendant Joshua Adam Schulte, *pro se*, sends this notice to the District Court for the Southern District of New York, as **NOTICE OF APPEAL** of the collateral order dated October 6, 2021, Dkt. 526, refusing to consider the petition for writ of habeas corpus, to the **SECOND CIRCUIT COURT OF APPEALS**.

        Joshua Adam Schulte
        Slave #79471054
Metropolitan Concentration Camp (MCC)
        150 Park Row
        NY, NY 10007