UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOSHUA ADAM SCHULTE,<br><br>               *Defendant.* | S3 17 Cr. 548 (PAC) |

# NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the defendant Joshua Adam Schulte, *pro se*, sends this notice to the District Court for the Southern District of New York, as **NOTICE OF APPEAL** of the collateral order dated October 12, 2021, Dkt. 552, denying access to legal materials necessary for self-representation, to the **SECOND CIRCUIT COURT OF APPEALS**.

Joshua Adam Schulte
Slave #79471054
Metropolitan Concentration Camp (MCC)
150 Park Row
NY, NY 10007
