

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2021

Application GRANTED. The Clerk of Court is directed to terminate Doc. #468. SO ORDERED.

October 26, 2021

**By ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, New York 10007

Re:   *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (PAC)

Dear Judge Crotty:

The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of June 4, 2021.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

      by: _____/s/_____
      Sidhardha Kamaraju
      Assistant United States Attorney
      (212) 637-6523

cc: Defense Counsel (by ECF)