Joshua Adam Schulte, *pro se*

October 8, 2021

**BY HAND**

Judge Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: ***United States v. Joshua Adam Schulte***, S3 17 Cr. 548 (PAC)

Dear Judge Crotty:

I received the government's opposition to the *MOTION TO SUPPRESS EVIDENCE FROM WARRANTLESS SEIZURE OF CELL PHONE*, Dkt. 497, yesterday. I ask the court for three weeks to file a reply, though expect to file it in the next few weeks provided there are no unexpected issues.

Given that Defendant has since filed his reply,
*see* ECF No. 560, this request is moot.  The Clerk
of Court is directed to terminate ECF No. 558.

Respectfully submitted,

Joshua Adam Schulte

SO ORDERED.

October 26, 2021