

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 26, 2021

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re: *United States v. Joshua Adam Schulte*,
         S3 17 Cr. 548 (JMF)

Dear Judge Furman:

    The Government respectfully submits this letter to propose a schedule for its responses to the defendant's recently-filed motions for internet access (D.E. 558) and to dismiss Counts Three and Four (filed with the Classified Information Security Officer). We respectfully request that the Government's responses be due by November 19, 2021. As previously directed by the Court, the Government will respond to the defendant's motion regarding classification review (D.E. 559) by November 2, 2021.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                            United States Attorney

            by:     /s/
                  David W. Denton, Jr. / Michael D. Lockard
                  Assistant United States Attorneys
                  (212) 637-2744 / -2193

cc: Joshua Adam Schulte (by hand, via MCC Legal)
    Counsel of record (by ECF)