

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 2, 2021

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Joshua Adam Schulte,*
               **S3 17 Cr. 548 (JMF)**

Dear Judge Furman:

      The Government respectfully submits this letter pursuant to the Court's Order, dated October 18, 2021, directing the Government to address the defendant's claims regarding a search of his cell conducted by Bureau of Prisons ("BOP") personnel on or about August 19, 2021. (D.E. 570 at 3 (citing defendant's letter at D.E. 524)). The search was conducted by the BOP under its own authorities and not at the Government's request. The Government has conferred with BOP, which has advised that all of the defendant's DVD/CDs were returned to him prior to his transfer from the Metropolitan Correctional Center to the Metropolitan Detention Center. During the August 2021 search, BOP personnel found a number of DVD/CDs in the defendant's cell that were unmarked, a violation of BOP policy. Any discovery discs provided by the Government are so marked. Accordingly, the discs were taken, reviewed, and returned. Moreover, as the Government has previously noted, the Government understands that any discovery previously produced to the defendant on discs is duplicated on his current discovery laptop's internal hard drive, provided to him by his former counsel. (*See* D.E. 499 at 40; n.9).

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: _____*/s/*_____
      David W. Denton, Jr. / Michael D. Lockard
      Assistant United States Attorneys
      (212) 637-2744 / -2193

cc: Standby counsel (by ECF)
    Joshua Adam Schulte (by hand via BOP Legal Department)