UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
                                                                       :
            -v-                                                        :    17-CR-548 (JMF)
                                                                       :
JOSHUA ADAM SCHULTE,                                                   :    ORDER
                                                                       :
            Defendant.                                                 :
                                                                       :
------------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

The Court understands that Defendant has, throughout this case, repeatedly raised his need for more time in the Secret Compartmentalized Information Facility ("SCIF") to prepare his defense. *See, e.g.*, ECF No. 161; *cf.* ECF No. 571. The Court has arranged with the U.S. Marshal for this District to double Defendant's SCIF access — from two days per week for four hours a day to two days per week for eight hours a day — effective immediately. Standby counsel (and, if need be, counsel for the Government) shall immediately contact the United States Marshal Service ("USMS") to make any necessary arrangements. To that end, the Court's staff will provide counsel with contact information for the relevant person at the USMS.

SO ORDERED.

Dated: November 3, 2021
      New York, New York

                                                     JESSE M. FURMAN
                                                     United States District Judge