```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                  :
UNITED STATES OF AMERICA,                         :
                                                  :
                                                  :
                   -v-                            :          17-CR-548 (JMF)
                                                  :
JOSHUA ADAM SCHULTE,                              :          ORDER
                                                  :
                        Defendant.                :
                                                  :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As discussed on the record during the status conference held on November 8, 2021, the following deadlines apply to this case:

| | |
|---|---|
| **Friday, November 12, 2021** | Government to file any opposition (in each case, not to exceed 25 pages) to:<br>• Motion for Internet Access (ECF No. 557)<br>• Motion to Dismiss Counts Three and Four (currently undergoing classification review) |
| **Monday, November 15, 2021** | Government to file a letter addressing:<br>• Whether the Defendant has been provided with access to the materials the Government was ordered to produce in the Court's September 23, 2021 Order, s*ee* ECF No. 513<br>• Whether the Defendant has been provided with a copy of the electronic docket, *see* ECF No. 561<br>• Issues raised by Defendant regarding access to the law library and electronic discovery at the MDC<br>• Issues raised by Defendant regarding the conditions of confinement at the MDC (inadequate food, lack of heat, sleep deprivation)<br>• Whether the alleged *Brady* violation raised by Defendant in his September 14, 2021 Letter, *see* ECF No. 504, has been resolved<br>• The date on which the search warrant signed by |

|  | Magistrate Judge Moses, *see* ECF No. 525-11, was produced in discovery to Defendant |
|---|---|
| **Monday, November 22, 2021** | Government to file its response (not to exceed 25 pages) to the Court's November 8, 2021 Order to Show Cause regarding evidence seized from the Defendant's cellphone. |
|  | Defendant to file any reply (not to exceed 10 pages) in support of his Motion for Bail (currently undergoing classification review). |
|  | Defendant to file any objection to the Court's proposed May 23, 2022 trial date, based on the unavailability of his expert witness(es). |
| **Wednesday, November 24, 2021** | Defendant to file any reply (not to exceed 10 pages) in support of his CIPA Section 5 Notice dated September 10, 2021 (currently undergoing classification review) |
| **Monday, November 29, 2021** | Government to file a joint proposed pretrial schedule, after conferring with Defendant. (The proposed schedule should be filed on ECF, with a Microsoft Word version submitted by email the same day). The schedule should address:<br>• Proposed deadlines for pretrial motions<br>• Proposed deadlines for all CIPA-related proceedings, including Section 5 notices and responses<br>• Proposed arrangements, after conferring with USMS, to ensure that Defendant has sufficient access to the SCIF to prepare for trial |
| **Wednesday, December 1, 2021** | Defendant to file any reply (not to exceed 10 pages) to the Government's proposed procedures for future classification review, *see* ECF No. 573. |
| **Wednesday, December 8, 2021** | Defendant to file any reply (in each case, not to exceed 10 pages) in support of:<br>• His Motion for Internet Access<br>• His Motion to Dismiss Counts 3 and 4 |
| **Monday, December 13, 2021** | Defendant to file any reply (not to exceed 10 pages) to the Government's response to the Court's November 8, 2021 Order to Show Cause regarding evidence seized from the Defendant's cellphone. |

| **Thursday, December 16, 2021** | Both parties to file pre-conference letters to the Court summarizing any issues they wish to raise at the conference |
|---|---|
| **Monday, December 20, 2021, at 2:30 p.m.** | Status Conference |

The Government and standby counsel shall promptly mail this Order to the Defendant. Unless and until the Court orders otherwise, the Government and standby counsel shall do the same with respect to any future Order issued by the Court.

SO ORDERED.

Dated: November 9, 2021
      New York, New York

                                               JESSE M. FURMAN
                                         United States District Judge