Joshua Adam Schulte, *pro se*

November 9, 2021

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

I write the Court as requested after yesterday's pretrial conference.

First, I wanted to update the Court regarding the two forensic images SRV02 and SC01 as discussed yesterday. The CISO provided SRV02 on a hard drive for me in the SCIF today, but I was notified that the entire SC01 forensic image can only be accessed on the fourth floor—and must be reviewed with the FBI. My interpretation of the government's letter dated October 6, 2021, Dkt. 546, was that the single child pornography file (a virtual machine) would be removed from a modified SC01 forensic image for me to review in the SCIF without FBI interference. However, it appears I misunderstood the government's letter, and this will not be done. I need to conduct a forensic examination and perform privileged analysis on the non-child-pornography portion of SC01, which is critical to my defense. The government's insistence that I must reveal my entire examination and trial strategy to the FBI is absurd. I ask the Court to order the government to provide me a modified SC01 forensic image without the sole child pornography virtual machine or otherwise arrange for my forensic examination and analysis on the non-child-pornography portion of the SC01 forensic image without FBI oversight and interference.

Second, I wanted to ask clarification regarding the bail motion reply. As mentioned yesterday, I did not have access to my reply motion to make oral arguments. I do not believe a deadline was set for my reply motion or a date for oral arguments. With the Court's permission, I would simply file my reply motion as soon as I am able to access my external hard drive containing the case law and exhibits to complete the motion—which I anticipate will occur on

*United States v. Schulte*, S3 17 Cr. 548 (JMF); November 9, 2021 letter from *pro se* defendant

Friday. If the Court permits me to file a reply brief, would it be subject to the Court's new formatting and page limitations or would it be subject to Judge Crotty's formatting as existed at its inception as a final vestige of Judge Crotty's reign?

Respectfully submitted,

Joshua Adam Schulte