UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
    -v-                                               :   17-CR-548 (JMF)
:
JOSHUA ADAM SCHULTE,                                                    :         ORDER
:
              Defendant.                            :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On August 16, 2018, Judge Crotty entered a Protective Order Pertaining to Classified Information.  *See* ECF No. 61.  On December 12, 2018, he entered a Supplemental Protective Order Pertaining to Classified Information.  *See* ECF No. 75.  Much has happened since entry of these Orders — among other things, there has been a public trial, some information has been declassified, and the Defendant now represents himself with the aid of standby counsel.  These and perhaps other developments raise the question of whether the existing protective orders pertaining to classified information should be modified — for instance, to clarify the role of standby counsel.  To that end, the parties shall confer with one another and with the Court Information Security Officer and, no later than **December 13, 2021**, report back to the Court.  If the parties agree that modifications are warranted, and can agree on the terms of a proposed amended order (ideally, one that would supersede rather than supplement all prior orders), they should file the proposed order with the Court (and simultaneously submit a Microsoft Word version by email).  If the parties cannot reach agreement, any party that believes modifications are warranted shall file a proposed order by the same date, supported by a letter brief explaining the proposal.  (If there are competing versions of any proposed order, the Government shall also file a redline showing the differences.)  The parties should then be prepared to address the issue at the December 20, 2021 status conference.  In the meantime, the Court intimates no view on whether or to what extent modifications are warranted.

       SO ORDERED.

Dated: November 12, 2021
      New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge