

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 16, 2021

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re: *United States v. Joshua Adam Schulte*,
        S3 17 Cr. 548 (JMF)

Dear Judge Furman:

    Yesterday, the Government filed a letter (D.E. 591) responding to issues identified in the Court's orders dated November 9 (D.E. 580) and 10, 2021 (D.E. 584). That letter referred to an Exhibit 1, but Exhibit 1 inadvertently was not filed along with the letter. The exhibit is attached hereto.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

by:   /s/
     David W. Denton, Jr. / Michael D. Lockard
     Assistant United States Attorneys
     (212) 637-2744 / -2193

cc: Standby counsel (by ECF)
    Joshua Adam Schulte (by mail)