BP-A0331
JUN 10

**AUTHORIZATION TO RECEIVE PACKAGE OR PROPERTY** CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Name and Address of Person Sending Package | EXPIRATION DATE |
|---|---|
| Name: Legal Department | N/A |
| Address: MDC Brooklyn, 80 29th Street | This Authorization Is Not Valid After The Date Shown. |
| City: Brooklyn State: NY Zip Code: 11232 | Enter Inmate Name, Register No., and Institution Address Here: Joshua Schulte, Reg. No. 79471-054 |

THE NAMED INMATE IS AUTHORIZED TO RECEIVE (specify below):
You are authorized to send the following personal property. **PLEASE NOTE:** Including unauthorized materials in the package will result in the entire package being returned undelivered.

| QUANTITY | ITEM AND DESCRIPTION (INCLUDED STATED VALUE) | DISPOSITION |
|---|---|---|
| 1 | DVD Player | |
| 1 | USB Cord for DVD Player | |
| 1 | DVD ( disc ) | |
| | | |
| | THIS FORM MUST REMAIN IN YOUR POSESSION | |
| | WHILE UTILIZING THE EQUIPMENT | |
| | | |

ENTER SIGNATURE, TITLE AND DATE OF APPROVING OFFICIAL - APPROVING OFFICIAL ALSO ENTERS EXPIRATION DATE, above.

Peakes, Legal Assistant                                           11.4.21
_____                        _____
(Signature and Title)                                          (Date Approved)

**INSPECTION AND RECEIPT**

Completed by Inspecting Staff

Status/Condition of Property Received:

                                    Peakes                              11.4.21
Inspected and cleared for issue: _____    _____
                                    (Staff Signature)            (Date)

Joshua Schulte, Reg. No. 79471-054                                11.4.21
_____                        _____
(Inmate Signature Upon Receipt)                                (Date)

The Original, Copy 1 and Copy 2 remain together until fully completed. Copy 3 and Copy 4 are forwarded to addressee by inmate.
Original- Central File; Copy 1- R&D Property File; Copy 2- Inmate; Copy 3- Addressee to keep; Copy 4- Addressee place in package

PDF                              Prescribed by P5800              This form replaces BP-S331.058 of Sep 05