UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 17-CR-548 (JMF)
:
JOSHUA ADAM SCHULTE, : ORDER
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

The Court understands that following classification review, the Classified Information Security Officer ("CISO") has recently provided standby counsel with redacted versions of three documents previously by Defendant: (1) Letter regarding Defendant's CIPA Section 5 Notice, dated September 30, 2021; (2) Petition for Writ of Habeas Corpus and Motion for Bail, dated August 24, 2021; and (3) Motion to Dismiss Counts Three and Four, dated October 8, 2021. No later than **November 18, 2021**, standby counsel shall file the redacted versions of these documents on the electronic docket. Going forward, if Defendant makes any filing subject to classification review, standby counsel shall (1) file the redacted version of the filing on the electronic docket **within three days of receiving it from the CISO**; or (2) in the event that the classification review does not result in any redactions, file the original document **within three days of being advised by the CISO that the classification review has been completed**.

SO ORDERED.

Dated: November 17, 2021
       New York, New York

_____
JESSE M. FURMAN
United States District Judge