Joshua Adam Schulte, *pro se*

November 18, 2021

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

I write the Court as requested regarding my expert's availability for trial. My expert is not available at the end of May into the beginning of June, but says he has good availability starting June 13 with no blackout dates until August. Any date during this time is good for the defense.

Respectfully submitted,

Joshua Adam Schulte