Joshua Adam Schulte, *pro se*

November 18, 2021

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

I write the Court as requested regarding my expert's availability for trial. My expert is not available at the end of May into the beginning of June, but says he has good availability starting June 13 with no blackout dates until August. Any date during this time is good for the defense.

Respectfully submitted,

Joshua Adam Schulte

No later than December 3, 2021, Defendant shall secure and file (if appropriate, with a request that it be sealed or ex parte) a declaration from his expert detailing the nature of the expert's conflicts between May 24 and June 13, 2022, and explaining why, with more than five months' notice, the conflicts cannot be addressed.  By the same date, the Government shall file a letter indicating whether it would have any problem moving the trial date to June 13, 2022.  Unless and until the Court orders otherwise, the May 23, 2022 trial date remains in effect.

SO ORDERED.

November 18, 2021