|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 10/15/2021 |

UNITED STATES OF AMERICA

    -v-

JOSHUA ADAM SCHULTE,

        *Defendant.*

S3 17 Cr. 548 (PAC)

## NOTICE OF APPEAL

    **PLEASE TAKE NOTICE** that the defendant Joshua Adam Schulte, *pro se*, sends this notice to the District Court for the Southern District of New York, as **NOTICE OF APPEAL** of the collateral order dated October 6, 2021, Dkt. 527, denying the requested relief from torture through Special Administrative Measures (SAMs) and indefinite solitary confinement, to the **SECOND CIRCUIT COURT OF APPEALS**.

Joshua Adam Schulte<br>
Slave #79471054<br>
Metropolitan Concentration Camp (MCC)<br>
150 Park Row<br>
NY, NY 10007