USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

JOSHUA ADAM SCHULTE,

        *Defendant.*

S3 17 Cr. 548 (PAC)

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the defendant Joshua Adam Schulte, *pro se*, sends this notice to the District Court for the Southern District of New York, as **NOTICE OF APPEAL** of the collateral order dated October 12, 2021, Dkt. 552, denying access to legal materials necessary for self-representation, to the **SECOND CIRCUIT COURT OF APPEALS**.

Joshua Adam Schulte<br>
Slave #79471054<br>
Metropolitan Concentration Camp (MCC)<br>
150 Park Row<br>
NY, NY 10007