Joshua Adam Schulte, *pro se*

November 19, 2021

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Filed with the Classified Information Security Officer
CISO _____
Date ___11/19/21___

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

I write this classified letter to specifically challenge the CIA's classification of my September 30, 2021 letter.

# UNCLASSIFIED HALFSHEET