UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 17-CR-548 (JMF)
:
JOSHUA ADAM SCHULTE, :
: ORDER
:
Defendant. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

On November 19, 2021, Defendant filed a Notice of Classified Filing in which he seeks to "challenge the CIA's classification" of an earlier letter.  The Government (which, the Court understands, has received an unredacted copy of the document) shall file a response to the request by **December 1, 2021**.  No reply will be permitted without prior leave of Court.

Separately, counsel are reminded that submissions filed *in opposition to* a motion, or *in further support of* a prior motion, should **not** themselves be filed as motions.  To facilitate the tracking of motions, counsel should ensure that **only** the initial motion or letter motion is filed as a motion.  The Clerk of Court is directed to terminate ECF Nos. 604, 605, and 611 for that reason.  The Clerk of Court is also directed to terminate ECF Nos. 455 and 497, as they were decided on the record at the conference held on November 8, 2021.

SO ORDERED.

Dated: November 22, 2021
       New York, New York                    _____
                                              JESSE M. FURMAN
                                              United States District Judge