UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>      -v-<br><br>JOSHUA ADAM SCHULTE,<br><br>         Defendant. | No. 17-cr-548 (JMF)<br><br>DECLARATION OF<br><u>NORMAN REID</u> |

I, Norman Reid, hereby make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am currently employed by the United States Department of Justice, Federal Bureau of Prisons (BOP), as a Unit Manager. I was assigned to assist the Special Administrative Measures (SAM) unit since July 26, 2015.

2. I base this declaration on my personal knowledge as the Unit Manager for the SAMs unit and BOP internal memorandums regarding the SAM set and implemented pursuant to 28 C.F.R. § 501.2 for pretrial inmates, including Defendant.

3. In my job duties and role as a Unit Manager, I provide oversight of the unit team within the correctional institution and is responsible for the scheduling, planning, development, and implementation of individual programs tailored to meet the particular needs of inmates in the unit according to policy.

4. I submit this declaration in response to Defendant's November 10, 2021, letter, ECF No. 590.

5. In regards to Defendant's complaint of bright lights, this main light can be turned on from 6AM to 10PM, to provide lighting for breakfast and morning activities. The main light

1

can be turned off from 10PM to 6AM, if not needed. Afterwards a dim, smaller low wattage bulb remains on inside the light panel anytime the light switch is turned off. This light helps with clear visual for video monitoring in the cell and necessary to prevent turning on the regular light during the nighttime hours when the correctional staff make their rounds.

6. In regards to Defendant's complaints that he is not receiving three regular meals a day, this allegation is simply not true. They are served three meals a day and is no different from the serving trays being served to the general population at MDC Brooklyn. MCC New York was serving double portions due to the smaller size of the serving trays. This is no longer the issue while housed at MDC Brooklyn.

7. In regards to Defendant's complaints of exposure to the extreme cold, the temperature is targeted to be set at 76 degrees Fahrenheit in the cooling season and 68 degrees Fahrenheit in the heating season per BOP Program Statement 4200.12, Facilities Operations Manual.

8. In regards to the law library and discovery access, the correctional staff, unit team and legal department has worked together in the past and present to accommodate Defendant's demand for more access to his discovery. MDC Brooklyn's law library experienced technically difficulties which has since been resolved. Defendant was given ten hours per week in the law library while at MCC New York and the staff at MDC Brooklyn will be made aware of this accommodation.

9. In regards to Defendant's request for comfortable chair, Defendant currently has a stationary stool.

10. In regards to Defendant's request for a television, MDC Brooklyn's facility department is aware and responded that this is an ongoing project and in the works.

11. MDC Brooklyn has a law library to be shared between the inmates in the general population. Due to Defendant's special administrative measures, Defendant is prevented to share the same general area with the general population. Defendant's special administrative measures also restricts their phone calls and social visits.

12. MCC New York SAMs unit had a recreational area with an exercise bike, exercise mat, elliptical machine, and television. MDC Brooklyn provides a recreational area the size of a half basketball court, which quadruple the space in MCC New York with an exercise bike and elliptical machine.

13. MDC Brooklyn has provided a commissary list that offers more items and food then what was allowed at MCC New York. Under the snack section, there are twelves items listed to include snicker's bar, oatmeal cookies, mixed nuts and dark chocolate. This is contrary to Defendant's claims that his commissary list does not include particularly sweets such as chocolate.

14. Defendant makes demands and comparison that he should be treated like the inmates in the general population. Defendant's confinement is subject to Special Administrative Measures set forth in 28 C.F.R. § 501.2 authorized and implemented by the Deputy Assistant Attorney General in the Criminal Division, the Director of the Federal Bureau of Prisons and the Warden of Metropolitan Detention Correction, Brooklyn.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 24, 2021
New York, New York

Norman Reid
Unit Manager
Federal Bureau of Prisons
Metropolitan Detention Center
Brooklyn, New York