

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2021

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

   Re: *United States v. Joshua Adam Schulte*,
      S3 17 CR. 548 (JMF)

Dear Judge Furman:

  The Government respectfully submits this letter to propose a pretrial motions schedule, pursuant to the Court's order dated November 9, 2021 (D.E. 580). The Government proposes the following schedules for pretrial motions and for filings pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3. The Government discussed the proposed pretrial motions schedule with the defendant during a phone call and sent the proposed schedule to the defendant in a letter on November 23, 2021. The defendant stated that he wished to review the proposed schedule with standby counsel. The Government not yet received any further response.

CIPA filings

| | |
|---|---|
| January 28, 2022: | Notices pursuant to CIPA Section 5 by the defendant |
| February 25, 2022: | Motions pursuant to CIPA Section 6(a) by the Government |
| March 18, 2022: | Responses to Government's CIPA Section 6(a) filing |
| Week of April 11, 2022: | Hearing to resolve CIPA Section 6 matters |

Pretrial motions and filings

| | |
|---|---|
| April 8, 2022: | Motions *in limine* and requests to charge |
| April 29, 2022: | Responses to motions *in limine* and requests to charge (No replies unless ordered by the Court) |
| May 16, 2022: | Final pretrial conference |

The proposed schedule is based on the currently scheduled trial date of May 23, 2022. Should that trial date change, the proposed schedules could be adjusted accordingly.

Also pursuant to the Court's order to address proposed arrangements to ensure the Defendant has sufficient access to the SCIF to prepare for trial, the Government notes that, prior to the trial on the charges in the second superseding indictment, it appears that the defendant's SCIF schedule was increased from two days per week to three days per week approximately six weeks prior to the then-scheduled trial date (which was subsequently adjourned by another approximately two weeks). The Government is discussing with the U.S. Marshals Service the feasibility of similarly increasing the defendant's SCIF schedule from two days to three days per week six to eight weeks prior to trial on the charges in the third superseding indictment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
David W. Denton, Jr. / Michael D. Lockard
Assistant United States Attorneys
(212) 637-2744 / -2193

cc:   Joshua Adam Schulte (by mail)
      Standby counsel (by ECF)