Joshua Adam Schulte, *pro se*

November 23, 2021

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Filed with the Classified Information Security Officer
CISO _____
Date 11/23/21

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

    I write to challenge the CIA's improper classification of unclassified materials in my Motion to Dismiss the MCC Counts for Violation of the First Amendment, docketed 11/18/21 #597, including public materials from unclassified books, antiquity, declassified materials, literal trial transcripts, public unclassified search warrants, and other unclassified sources. See Ex. A for the classified document with the classified portions highlighted blue.

# UNCLASSIFIED HALFSHEET