

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 3, 2021

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:   *United States v. Joshua Adam Schulte*,
           S3 17 Cr. 548 (JMF)

Dear Judge Furman:

    The Government respectfully submits this letter pursuant to the Court's Order dated November 18, 2021 (D.E. 600) regarding the trial date. The Government is available to begin trial on either May 23 or June 13, 2022. The Government takes no position on the defendant's arguments regarding the unavailability of his expert witness, but believes as a general matter that the interests of justice are served by an earlier trial date (*see* D.E. 579 at 2; D.E. 588 at 1).

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                            United States Attorney

                by:    /s/
                    David W. Denton, Jr. / Michael D. Lockard
                    Assistant United States Attorneys
                    (212) 637-2744 / -2193

cc:  Standby counsel (by ECF)
     Joshua Adam Schulte (by mail)