```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
            -v-                                                      :    17-CR-548 (JMF)
                                                                     :
JOSHUA ADAM SCHULTE,                                                 :        ORDER
                                                                     :
                        Defendant.                                   :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, District Judge:

On December 3, 2021, Defendant filed a letter raising concerns regarding mailing delays and other issues. *See* ECF No. 623. The Court will address the mailing delays and Defendant's request to file via CDs during the pretrial conference scheduled for December 20, 2021. As to the other issues raised in Defendant's letter:

- Defendant alleges that the Government is "recording . . . conversations [during meet and confers] to use against [him] at trial." *Id.* at 3. The Government is ORDERED to respond by **December 13, 2021**. No reply may be filed without prior leave of Court.

- Defendant's request for "funds to purchase an offline subscription to Westlaw or Lexis Nexis" is DENIED. The Court is not persuaded that such a subscription is necessary. Despite some temporary closures, Defendant acknowledges that he has regular access to a law library. Defendant also has regular access to standby counsel who can assist him with legal research. *See United States v. Helbrans*, No. 19-CR-497 (NSR), 2021 WL 4778525, at *15 (S.D.N.Y. Oct. 12, 2021) (rejecting the *pro se* defendants' argument that they lacked access to legal materials necessary to prepare their defense where, among other things, "the Court appointed standby counsel who [we]re under clear instructions to

assist the Defendants, including by conducting legal research for them"). Finally, Defendant was repeatedly warned when choosing to proceed *pro se* that he would "always be at a deficit vis-à-vis retained or appointed counsel" and that he could not "modify all the conditions that [were] inhibiting" him. ECF No. 485 at 3.

- Defendant's request for an extension of time to file a reply (1) in support of his Motion for Internet Access, ECF No. 557, and (2) in support of his Motion to Dismiss Counts Three and Four, ECF No. 597, is GRANTED. Defendant should file any replies by **December 13, 2021**.

- To the extent Defendant seeks relief from a deadline established by the Second Circuit, Defendant must seek relief that relief from the Circuit.

SO ORDERED.

Dated: December 6, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge