```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                -v-                                                     :   17-CR-548 (JMF)
                                                                        :
JOSHUA ADAM SCHULTE,                                                    :        ORDER
                                                                        :
                                Defendant.                              :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, District Judge:

The Court has reviewed the parties' submissions at ECF Nos. 598, 614, and 624, regarding the proposed trial date. In light of Defendant's expert's conflict, trial in this case is ADJOURNED to **June 13, 2022**. That is a FIRM date.

Upon consideration of the Government's proposed schedule for pretrial submissions, *see* ECF No. 618,[1] the Court adopts the following schedule:

<u>CIPA filings</u>

- February 18, 2022: Deadline for notices pursuant to CIPA Section 5 by Defendant

- March 18, 2022: Deadline for motions pursuant to CIPA Section 6(a) by the Government

- April 8, 2022: Responses to the Government's CIPA Section 6(a) filing

- Approximately the week of May 2, 2022 (on a date and time to be determined): Hearing to resolve CIPA Section 6 matters

<u>Pretrial motions and filings</u>

- April 22, 2022: Motions *in limine* and requests to charge

- May 13, 2022: Responses to motions *in limine* and requests to charge. No replies may be

---

[1] Defendant failed to respond to the Government's proposed schedule or to submit his own proposal by the November 29, 2021 deadline.

filed absent prior leave of Court.

- June 3, 2022, at 10 a.m.: Final pretrial conference

SO ORDERED.

Dated: December 6, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge