Joshua Adam Schulte, *pro se*

December 10, 2021

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

I write in response to the Court's Order dated December 6, 2021. The Court adopted the government's proposal and noted that "Defendant failed to respond to the Government's proposed schedule or to submit his own proposal by the November 29, 2021 deadline." Dkt. 628 at 1 n.1. However, I informed the Court on December 3, 2021 that the government notified me they would send me a proposal as a baseline for the parties to discuss; the government did not send the proposal until after the November 29, 2021 deadline expired. Accordingly, I did not have an opportunity to review the proposal and make my own suggestions. This is the problem when the government and the MDC fail to deliver mail promptly—I essentially have no access to the Courts as required by the Supreme Court.

Due to the government's failure to send me the proposal until after the deadline expired, I ask the Court to hear my proposal and/or any suggested modifications at the December 20, 2021 conference.

Respectfully submitted,

Joshua Adam Schulte