Joshua Adam Schulte, *pro se*

December 14, 2021

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

I do not know if you have responded to the ongoing MDC issues yet, as I do not receive your Orders and government correspondence for several weeks due to MDC's mail delays, but the extreme cold and sleep deprivation are taking their toll. The last few nights have been extremely cold—last night was the worst. The MDC continues to blast the air conditioner—cold air is blasted into my torture cage; there has never been any heat from the vents. I generally block up the vents with a T-shirt to limit the cold, but continually check if the heat has been turned on—to this date, no heat. I know I am not the only one having issues, because after our three-week cell rotation, the vents of my new cell were completely blocked by the previous tenant. And as I stated in my previous letters, we had heat at our previous location in the MDC—in the SHU. But since our move to our special place, there has been no heat. The MDC does, however, heat the unit, the law library, and the visitation room. I take off all my sweats and extra clothes when I go to the law library—so clearly, the MDC *can* heat areas it desires.

***I simply ask the Court to order the MDC to heat my torture cage.***

Additionally, the constant banging on the doors at night is beyond maddening. I simply ask the Court to order the MDC to apply cheap, rubber guards around the door-window—just as they did at MDC—so I am not constantly disturbed every 10 minutes by loud banging.

Respectfully submitted,

Joshua Adam Schulte