

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 20, 2021

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:   *United States v. Joshua Adam Schulte*,
            S3 17 Cr. 548 (JMF)

Dear Judge Furman:

     The Government respectfully submits this letter to provide notice of a classified letter submitted Friday, December 17, 2021.

                           Respectfully submitted,

                           DAMIAN WILLIAMS
                           United States Attorney

                    by:     /s/
                        David W. Denton, Jr. / Michael D. Lockard
                        Assistant United States Attorneys
                        (212) 637-2744 / -2193

cc:  Standby counsel (by ECF)
     Joshua Adam Schulte (by mail)