UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
:
:
             -v-                                                        :      17-CR-548 (JMF)
:
JOSHUA ADAM SCHULTE,                                                    :      ORDER
:
                         Defendant.                                     :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed on the record during the status conference held on December 20, 2021, the following dates and deadlines apply to this case:

| **Friday, January 7, 2022** | Government to submit a letter addressing: <br><br>• Missing forensic discovery productions 6, 9, and 12, *see* ECF No. 643 <br><br>• The defendant's request for an extracted copy of the SC1_1 root volume, *see* ECF No. 643 <br><br>• Whether the Government has completed its discovery review and whether it has identified any other materials subject to Rule 16 that have not been produced, *see* ECF No. 625 <br><br>• MDC mail delays, including specifically (1) whether there is a more efficient method to deliver mail to MDC inmates who are proceeding *pro se* and (2) how many such people are currently detained at MDC <br><br>• After conferring with Defendant and the CISO, a revised proposal for classification reviews, which also addresses Defendant's request for disclosure of the classification block on documents that undergo classification review <br><br>• After conferring with MDC staff, whether arrangements can be made to provide Defendant access to the law library on days when he works in the SCIF or if there are other means to provide him with |

| | |
|---|---|
| | at least ten hours of law library time per week |
| | Parties to confer with one another and the CISO and jointly submit any proposed edits to the protective orders pertaining to classified information in this case, as discussed in the Court's November 12, 2021 Order, *see* ECF No. 585 |
| **Friday, January 28, 2022** | Defendant to file a single omnibus memorandum of law, not to exceed 55 pages, in support of his motions:<br><br>• to suppress the March 14, 2017 Google, GitHub, and Reddit search warrant<br>• for severance and/or bifurcation<br>• for access to backups pursuant to CIPA Section 4<br>• to exclude evidence from the digital forensic crime scene<br>• to suppress specific documents seized from the MCC on the basis of attorney-client privilege<br><br>Deadline for additional notices pursuant to CIPA Section 4<br><br>Government to file any notices pursuant to CIPA Section 10 |
| **Thursday, February 10, 2022** | Both parties to submit pre-conference letters to the Court summarizing any issues they wish to raise at the conference and noting if the Court should arrange for a cleared court reporter and/or arrange for a secure courtroom |
| **Monday, February 14, 2022** | Status Conference at 2:30 p.m. |
| **Friday, February 18, 2022** | Defendant to submit any notices pursuant to CIPA Section 5 |
| **Friday, February 25, 2022** | Government to file a single omnibus memorandum of law, not to exceed 55 pages, in opposition to Defendant's motions to be filed by January 28, 2022 |
| **Friday, March 11, 2022** | Defendant to file a single omnibus reply, not to exceed 20 pages, in further support of his motions |
| **Friday, March 18, 2022** | Government to file any motions pursuant to CIPA Section 6(a) |
| **Friday, April 8, 2022** | Defendant to file any responses to the Government's CIPA Section 6(a) motions |

| | |
|---|---|
| **Friday, April 22, 2022** | Parties to file motions *in limine* and requests to charge |
| **Week of May 2, 2022 (date and time to be determined)** | Hearing to resolve CIPA Section 6 matters |
| **Friday, May 13, 2022** | Parties to file any responses to motions *in limine* and requests to charge.  (No replies may be filed absent prior leave of the Court.) |
| **Friday, June 3, 2022** | Final Pretrial Conference at 10:00 a.m. |
| **Monday, June 13, 2022** | Trial begins |

In addition, the Court resolved all of Defendant's pending motions on the record at the conference.  In light of that, the Clerk of Court is directed to terminate the following motions: ECF Nos. 557, 590, 595, 596, 597, 599, 630, 631, 643, and 644.

SO ORDERED.

Dated: December 20, 2021
       New York, New York

_____
JESSE M. FURMAN
United States District Judge