**SABRINA P. SHROFF**
ATTORNEY

80 BROAD STREET
19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

December 22, 2021

Hon. Jesse M. Furman
United States District Judge
40 Foley Square
New York, New York 10004

Re: *United States v. Joshua A. Schulte*, 17 cr. 548 (JMF)

Dear Judge Furman:

I write to correct a misstatement made during the court appearance on December 20, 2021. During the appearance I informed the Court that, as standby counsel, we check and provide to Mr. Schulte an updated docket sheet and a copy of new filings in the district court as well as in the Second Circuit Court of Appeals. I apologize to the Court (I already have apologized to Mr. Schulte), but I missed a filing that the government made on December 13, 2021, in one of the cases Mr. Schulte has pending in the Second Circuit. *United States v. Shulte*, # 21-2528. (Because we are not counsel to Mr. Schulte in the Circuit, we do not receive electronic case filing notifications of filings there.) As a result, Mr. Schulte did not receive a copy of the filing (Document 116-2) from standby counsel, nor has he received a copy from the United States Attorney's Office whose service was effectuated by mail. In light of the delay in Mr. Schulte receiving filings in the Court of Appeals, we have asked the government to effectuate service both by mail and by hand (at the SCIF).

I thank the Court for its time and apologize for my error.

Respectfully submitted,

Sabrina Shroff
Standby Counsel to Joshua A. Schulte

> Duly noted. This Court has no jurisdiction to address service and the like with respect to matters in the Court of Appeals. To that extent, and to avoid any misunderstanding, the Court's Orders requiring standby counsel to serve copies of filings in this case, see ECF Nos. 580 and 584, apply only to filings in this case.
>
> SO ORDERED.
>
> *[signature]*
>
> December 22, 2021