UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 27 2021
```

UNITED STATES OF AMERICA

     -v-

JOSHUA ADAM SCHULTE,

           *Defendant.*

S3 17 Cr. 548 (JMF)

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the defendant Joshua Adam Schulte, *pro se*, sends this notice to the District Court for the Southern District of New York, as **NOTICE OF APPEAL** of the collateral order issued at the December 20, 2021 status conference denying dismissal of Count Three in accordance with the Double Jeopardy Clause of the Fifth Amendment, to the **SECOND CIRCUIT COURT OF APPEALS** (interlocutory appeal 2/8).

Joshua Adam Schulte
Slave #79471054
Metropolitan Detention Center (MDC)
P.O. Box 329002
Brooklyn, NY 11232