UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 27 2021
```

UNITED STATES OF AMERICA

-v-

JOSHUA ADAM SCHULTE,

          *Defendant.*

S3 17 Cr. 548 (JMF)

# NOTICE OF APPEAL

    **PLEASE TAKE NOTICE** that the defendant Joshua Adam Schulte, *pro se*, sends this notice to the District Court for the Southern District of New York, as **NOTICE OF APPEAL** of the collateral order issued at the December 20, 2021 status conference denying dismissal of Counts Three and Four for violation of the First Amendment, to the **SECOND CIRCUIT COURT OF APPEALS** (interlocutory appeal 4/8).

Joshua Adam Schulte<br>
Slave #79471054<br>
Metropolitan Detention Center (MDC)<br>
P.O. Box 329002<br>
Brooklyn, NY 11232