UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 27 2021

UNITED STATES OF AMERICA

-v-

JOSHUA ADAM SCHULTE,

          *Defendant.*

S3 17 Cr. 548 (JMF)

# NOTICE OF APPEAL

    **PLEASE TAKE NOTICE** that the defendant Joshua Adam Schulte, *pro se*, sends this notice to the District Court for the Southern District of New York, as **NOTICE OF APPEAL** of the collateral order issued at the December 20, 2021 status conference denying the defendant access to the internet, to the **SECOND CIRCUIT COURT OF APPEALS** (interlocutory appeal 7/8).

                            Joshua Adam Schulte
                            Slave #79471054
                            Metropolitan Detention Center (MDC)
                            P.O. Box 329002
                            Brooklyn, NY 11232