UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOSHUA ADAM SCHULTE,

         *Defendant.*

S3 17 Cr. 548 (JMF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 27 2021

## NOTICE OF APPEAL

    **PLEASE TAKE NOTICE** that the defendant Joshua Adam Schulte, *pro se*, sends this notice to the District Court for the Southern District of New York, as **NOTICE OF APPEAL** of the collateral order issued at the December 20, 2021 status conference regarding *Brady* material, to the **SECOND CIRCUIT COURT OF APPEALS** (interlocutory appeal 8/8).

                                                Joshua Adam Schulte
                                                Slave #79471054
                                  Metropolitan Detention Center (MDC)
                                              P.O. Box 329002
                                             Brooklyn, NY 11232