Joshua Adam Schulte, *pro se*

December 21, 2021

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

I write the Court regarding emergency motions and interlocutory appeals filed today, Tuesday, December 21, 2021. Specifically, regarding emergency appeals of your orders (1) denying relief from barbaric conditions of confinement and (2) that *pro se* defendants have no Fifth Amendment right against self-incrimination. I ask the Court to stay its ruling regarding the latter, and for an injunction ordering the MDC to properly feed me, heat my torture cage, take down the torture lights, and take down the sound-blasting speakers pending appellate review.

Regarding the conditions of confinement at MDC, the only reason I was able to keep going despite all the hardship and adversity was my hope that the Court would ultimately order relief. Instead, the Court did not even take the issues seriously, cracking a joke about the basketball goal, and ultimately making a mockery of the critical issues; just because someone is able to overcome adversity does not mean the adversity did not exist. I literally did not receive lunch the day before the conference on Sunday—and the 24/7 cameras would prove that I did not receive lunch. I continue to be starved, subjected to the extreme cold, subjected to sleep deprivation, and subjected to the loud speakers. I cannot continue with this torture. If the Court of Appeals refuses to intervene, I will no longer be able to represent myself as I will spend all my efforts fighting for my humanity and engaging in a hunger strike until the MDC finally stops torturing me or I die. Death is preferable to this indefinite concentration camp, and I can no longer hold out.

Joshua Adam Schulte