UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
UNITED STATES OF AMERICA,                                           :
                                                                    :
                                                                    :
         -v-                                                        :          17-CR-548 (JMF)
                                                                    :
JOSHUA ADAM SCHULTE,                                                :          ORDER
                                                                    :
                                   Defendant.                       :
                                                                    :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On January 7, 2022, the Government filed a letter addressing various issues, including

those raised at the pretrial conference held on December 20, 2021.  *See* ECF No. 670.  In response

to that letter, the Court orders as follows:

- The Government shall file a letter on **January 19, 2022:**

  - o   Providing an update as to items 1, 4, 6, and 8.3.

  - o   Explaining why the FBI does not have any data responsive to the March and May

    2017 search warrant applications for prospective GPS location information

    described in item 2.1.

  - o   Providing an update on whether (and when) the Government will be able to

    provide the Defendant with an extracted copy of the SC1_1/root/volume discussed

    in item 3.

- In item 8.2, the Government states that additional information can be provided to the

  Court in a classified setting.  The Government shall promptly provide that information to

  the Court in an appropriate manner.

- Standby counsel shall file a letter by **January 19, 2022**, addressing their role in

connection with Defendant's appeals, including but not limited to facilitating his appellate filings, and whether these issues can and should be addressed by the Court or whether they should be left to the Court of Appeals to address.

- Any response to the Government's proposal regarding the CIPA Protective Order, *see* item 7, shall be filed by **January 25, 2022**.  Defendant may seek an extension of this deadline if necessary.

       SO ORDERED.

Dated: January 14, 2022
       New York, New York

                                              JESSE M. FURMAN
                                       United States District Judge