Joshua Adam Schulte, *pro se*

January 14, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

I write the Court regarding the five motions due on Friday, January 28, 2022. The Court originally set a page limitation of 35 for the combined motions to suppress Google/Reddit/GitHub and severance/bifurcation (an average of 17.5 pages per motion). See endorsement, Dkt. 610 at 3. The Court then granted my request for leave to file three additional motions, but only extended the page limit by 20 pages to 55—an average of 11 pages per motion; essentially the size of a reply brief for each. I have found it extremely difficult to argue within the page constraints, and considering that the new constraints significantly reduce the average page limitation initially ordered by the Court, I request a small increase of 4 pages per motion to 15 each; from 55 total pages to 75 total pages.

Respectfully submitted,

Joshua Adam Schulte