

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

January 20, 2022

By Email

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re:    *United States v. Joshua Schulte,* S3 17 Cr. 548 (JMF)

Dear Judge Furman:

    In light of Mr. Schulte's pro se letter to the Court, dated January 18, 2022, *see* Dkt No. 677, we believe that our relationship with Mr. Schulte has deteriorated beyond repair. There has been a complete breakdown in trust and communication. Accordingly, we respectfully ask the Court to relieve us as standby counsel.

    Respectfully submitted,

    /s/

    Deborah Colson
    Sabrina Shroff
    *Standby Counsel for Mr. Schulte*

cc:    Government Counsel