**SABRINA P. SHROFF**
ATTORNEY

80 BROAD STREET
19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

January 24, 2022

Hon. Jesse M. Furman
United States District Judge
40 Foley Square
New York, New York 10004

Re: *United States v. Joshua A. Schulte*, 17 cr. 548 (JMF)

Dear Judge Furman:

In light of Mr. Schulte's letter request to relieve standby counsel, we write to request an extension of time by which to file a response to the Government's proposal regarding the CIPA Protective Order. The response is due to be filed by January 25, 2022. See, Docket Entry # 671, Order dated January 14, 2022.

Mr. Schulte has instructed standby counsel to seek a similar extension on his behalf so that he may confer with any new standby counsel, if appointed, before submitting his response.[1]

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

Sabrina Shroff & Deborah A. Colson
Standby Counsel to Joshua A. Schulte

---

[1] The Court in its Order dated January 14, 2022, noted that the defendant may seek "an extension of this deadline" to submit his response in opposition to the government's version of the CIPA protective order. See, Docket Entry # 671, Order dated January 14, 2022.