Filed with the Classified Information Security Officer
CISO _____
Date 1/28/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOSHUA ADAM SCHULTE,

*Defendant.*

S3 17 Cr. 548 (JMF)

# MOTION
**(1) TO SUPPRESS EVIDENCE SEIZED FROM GOOGLE, GITHUB, AND REDDIT;
(2) FOR SEVERANCE / BIFURCATION OF TRIAL;
(3) TO PRECLUDE THE GOVERNMENT FROM INTRODUCING TESTIMONY OR EXHIBITS DERIVED FROM THE FORENSIC CRIME SCENE DENIED TO THE DEFENSE;
(4) TO COMPEL CLASSIFIED DISCOVERY;
(5) TO SUPPRESS NON-RESPONSIVE AND ATTORNEY-CLIENT PRIVILEGED DOCUMENTS SEIZED FROM MCC**

Joshua Adam Schulte
Slave #79471054
Metropolitan Detention Center (MDC)
P.O. Box 329002
Brooklyn, NY 11232