Joshua Adam Schulte, *pro se*

January 28, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

I write to notify the Court that the government and the CIA failed to meet the classification review deadline for the document that was the basis of their classified December 17, 2021 letter crucifying myself and standby counsel. As I informed the Court, there was no classified information in the unclassified reply motion, and six weeks later the government continues to ignore deadlines imposed by this Court.

Respectfully, the Court should order the government and the CIA to comply with the Court's previously imposed deadlines.

The Government shall file a response to Defendant's letter by **February 4, 2022**, explaining the current status of the documents undergoing classification review and the reason for the delay.  SO ORDERED.

*[signature]*
January 31, 2022

Respectfully submitted,

Joshua Adam Schulte

*[signature]*