Joshua Adam Schulte, *pro se*

February 7, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    **RE:** *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

    I was informed by standby counsel today that the Court did not rule regarding the DVD drive, but ordered me to file a CIPA Protective Order reply by February 10, 2022.

    I cannot file any unclassified documents in this Court without a DVD drive (i.e. DVD burner). I worked on the CIPA Protective Order at MDC, as I do all unclassified documents. Since the MDC does not allow me to print from the laptop, the only way to transfer this material is by DVD—as I have done for the past 5 years without issue. However, as I explained in my previous letter, *the government is now blocking me from transferring my unclassified filings to standby counsel,* **obstructing the entire criminal procedure**.

    **Accordingly, I cannot file the CIPA Protective Order Reply by February 10, 2022, or any unclassified documents—<u>including the pre-conference letter</u>—until I receive the DVD drive.** Since I cannot file my pre-conference letter before the conference, I ask the Court to postpone the conference until this is resolved so I have a chance to file my pre-conference letter.

    I note for the Court that I have given multiple letters to standby counsel for the government; I have done everything within my power to work this issue out with the government, but they have failed to respond to any letter I have ever sent them. The government is simply obstructing the working status quo for no reason other than to make my life more difficult and self-representation impossible. There is simply no reason for the government to now block all my efforts to transfer unclassified documents I write at the MDC to standby counsel for review and ECF filing.

*/s/ Joshua Schulte*