UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
-v-                                     :        17-CR-548 (JMF)
:
JOSHUA ADAM SCHULTE,                                   :            ORDER
:
Defendant.                              :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

For substantially the reasons stated in the Government's classified December 17, 2021 letter, the Court hereby GRANTS the Government's request that the document referred to in that letter remain under seal. The classifying authority need not undertake further classification review or redaction of that document. Standby counsel is directed to file a notice of classified filing as to that document, as proposed in the Government's letter.

On December 28, 2021, Defendant filed a letter seeking relief relating to the same document. Defendant's request is hereby DENIED for the reasons stated on the record at the December 20, 2021 pretrial conference. *See* ECF No. 663, 76-80. Finally, the Court understands that Defendant's December 28, 2021 letter has undergone classification review and a redacted version has been provided to standby counsel. The Court assumes that standby counsel will file the redacted version in the normal course.

SO ORDERED.

Dated: February 7, 2022
       New York, New York                              _____
                                                       JESSE M. FURMAN
                                                       United States District Judge