Joshua Adam Schulte, *pro se*

February 7, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

After reviewing the government's classified CIPA 10 disclosure, I ask the court's permission to file a motion to suppress the government's unlawful seizure of my attorney-client privileged email to counsel, wherein I detail the FBI's interrogation of me. The government illegally seized this privileged email, incorrectly labeled it a "Schulte Article," and apparently intend to use it against me at trial. See CIPA 10 disclosure at 3-4.

The government did not rely upon this evidence at trial as it was readily apparent the document was attorney-client privileged; it was written for, and only emailed to, my attorney, for the sole purpose of my defense.

Now that the government intends to use it at the upcoming trial, I write for permission to file a motion to suppress its introduction at trial. I note for the court that, since it was never introduced at my first trial, my former counsel never moved to suppress it.

The Government shall respond to Defendant's letter by **February 11, 2022.** SO ORDERED.

February 7, 2022

Respectfully submitted,

Joshua Adam Schulte