Joshua Adam Schulte, *pro se*

February 7, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

> The Court has already ordered the Government to respond to Defendant's previous letter and will address the DVD drive issue in due course. See ECF No. 693. In any event, it is apparent, given the two letters filed by Defendant today, that Defendant is able to continue filing documents. Defendant's request to adjourn the February 14, 2022 conference is DENIED. To the extent Defendant is unable to file objections to the proposed edits to the Protective Order by February 10, 2022, the Court will consider any objections Defendant makes on the record at the pretrial conference. SO ORDERED.
>
> February 7, 2022

Dear Judge Furman:

I was informed by standby counsel today that the Court did not rule regarding the DVD drive, but ordered me to file a CIPA Protective Order reply by February 10, 2022.

I cannot file any unclassified documents in this Court without a DVD drive (i.e. DVD burner). I worked on the CIPA Protective Order at MDC, as I do all unclassified documents. Since the MDC does not allow me to print from the laptop, the only way to transfer this material is by DVD—as I have done for the past 5 years without issue. However, as I explained in my previous letter, *the government is now blocking me from transferring my unclassified filings to standby counsel,* **obstructing the entire criminal procedure**.

**Accordingly, I cannot file the CIPA Protective Order Reply by February 10, 2022, or any unclassified documents—<u>including the pre-conference letter</u>—until I receive the DVD drive.** Since I cannot file my pre-conference letter before the conference, I ask the Court to postpone the conference until this is resolved so I have a chance to file my pre-conference letter.

I note for the Court that I have given multiple letters to standby counsel for the government; I have done everything within my power to work this issue out with the government, but they have failed to respond to any letter I have ever sent them. The government is simply obstructing the working status quo for no reason other than to make my life more difficult and self-representation impossible. There is simply no reason for the government to now block all my efforts to transfer unclassified documents I write at the MDC to standby counsel for review and ECF filing.