

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 7, 2022

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:   *United States v. Joshua Adam Schulte*,
           S3 17 Cr. 548 (JMF)

Dear Judge Furman:

     The Government respectfully requests that the Court schedule a classified, *ex parte* conference with the Government pursuant to Section 2 of the Classified Information Procedures Act ("CIPA"). 18 U.S.C. App. 3 § 2. To the extent that it would be convenient for the Court, the Government respectfully proposes that the conference be scheduled for Wednesday, February 9, 2022, at 11:00 a.m.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                 by:    /s/
                      David W. Denton, Jr. / Michael D. Lockard
                      Assistant United States Attorneys
                      (212) 637-2744 / -2193

cc: Standby counsel (by ECF and email)
    Joshua Adam Schulte (by mail)

                              The application for a classified, *ex parte* conference on February 9, 2022, at 11:00 a.m. is GRANTED. The Court will provide the location to counsel for the Government directly. SO ORDERED.

                              February 8, 2022