UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
    -v-                                                                 :    17-CR-548 (JMF)
                                                                        :
JOSHUA ADAM SCHULTE,                                                    :    ORDER
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

For substantially the reasons stated in the Government's February 8, 2022 letter, see ECF No. 704, the Court hereby DENIES Defendant's request for an external DVD drive with write capabilities, see ECF No. 692. Standby counsel may provide Defendant with an external CD/DVD drive with read-only capabilities, consistent with Bureau of Prisons policy. *See* ECF No. 704 at 1 (citing BOP Program Statement 1237.16, Information Security, Section 14.3, Electronic Media).

The Clerk of Court is directed to terminate ECF No. 692.

SO ORDERED.

Dated: February 9, 2022
       New York, New York                          _____
                                                   JESSE M. FURMAN
                                                   United States District Judge