Dear Judge Furman                                    2/10/22

I am writing to deal with the Dentide
pencil because I cannot BOP policy and
procedures will not permit me not to possess a
pen since I am to make use of a laptop, the latter
issue problem so will be with the still and I am
allowed.

[illegible paragraph]

We now reach an impasse for my self representation. The
question before the court whether I have a right
to use a laptop in my defense — just as all prose
defendants provided instant and released before trial.
If so how can I transfer my work from the laptop to
... self expatriate, but paper to ... of.
... some not ... true so it should
establish an ... procedure that I cannot go a
laptop. Since I cannot write more pages due to my
disability, I now have a way to file things still
Accordingly, if the court does not allow my
use of the laptop then I am in trial apprehension

[illegible]