Joshua Adam Schulte, *pro se*

February 7, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

In response to the government's CIPA 10 disclosure, I file this additional CIPA 5 supplement.

# UNCLASSIFIED HALFSHEET