```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA,                             :
                                                      :
                                                      :
                  -v-                                 :    17-CR-548 (JMF)
                                                      :
JOSHUA ADAM SCHULTE,                                  :    ORDER
                                                      :
                         Defendant.                   :
                                                      :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As discussed on the record during the status conference held on February 14, 2022:

- Defendant's motion at ECF No. 695 for leave to file a motion to suppress is GRANTED.

- Defendant's motion at ECF No. 709 is DENIED without prejudice to renewal because the motion is illegible.

- Standby Counsel shall promptly provide Defendant with a new power cord for his external hard drive.

- By separate Order, the Court will propose changes to the proposed Amended Protective Order for the parties to review.

- Going forward, when making any filings subject to classification review, both parties shall submit to the Court an electronic courtesy copy of their filing via CD or DVD in addition to the traditional paper copy.

Additionally, as discussed, the following schedule (which is consistent with, but supersedes, the schedules set forth in ECF Nos. 628 and 650) shall apply to this case:

| | |
|---|---|
| **Friday, February 18, 2022** | Defendant to submit any notices pursuant to CIPA Section 5 |
| **Monday, February 21, 2022** | Government to file a letter addressing:<br>• How MDC will allow Defendant to transfer typed documents from his laptop to standby counsel and the Court given BOP's regulations prohibiting Defendant from possessing a CD/DVD writer, as well as whether |

| | |
|---|---|
| | • Defendant may be provided with a pen |
| | • Whether Defendant currently has access to the MDC law library during the national lockdown; how long the lockdown is anticipated to continue; and what steps will be taken to ensure Defendant has regular access to the law library |
| | • After consulting with the FBI, whether there is a 500 GB hard drive in the SCIF to which Defendant should have access, *see* ECF No. 682, at 3 |
| | Government to provide to Defendant and Standby Counsel a proposed detailed pretrial schedule (including, for example, deadlines for the disclosure of Government's Exhibits, 3500 material, Rule 16(b) and 26.2 disclosures, etc.). |
| **Friday, February 25, 2022** | Government to file a single omnibus memorandum of law, not to exceed 55 pages, in opposition to Defendant's motions to be filed by January 28, 2022 |
| **Monday, March 7, 2022** | Defendant to file motion to suppress the document discussed in ECF Nos. 695 and 708, supported by a memorandum of law not to exceed 15 pages |
| | Parties to file a joint letter with a proposed order setting pretrial deadlines (or separate letters with competing proposals). The Government should email a Word version of the proposed order (and, in the event of any disagreement, a redline showing the disagreements) to Chambers. |
| **Friday, March 11, 2022** | Defendant to file a single omnibus reply, not to exceed 20 pages, in further support of his motions filed January 28, 2022 |
| **Friday, March 18, 2022** | Government to file any motions pursuant to CIPA Section 6(a) |
| | Government to file any memorandum of law in opposition to Defendant's motion to suppress document discussed in ECF Nos. 695 and 708, not to exceed 15 pages |
| **Friday, March 25, 2022** | Defendant to file any reply memorandum of law in support of his motion to suppress the document discussed in ECF Nos. 695 and 708, not to exceed 7 pages |
| **Friday, April 8, 2022** | Defendant to file any responses to the Government's CIPA Section 6(a) motions |
| **Monday, April 11, 2022** | Both parties to submit pre-conference letters to the Court summarizing any issues they wish to raise at the April 13th |

|  | pretrial conference and noting if the Court should arrange for a cleared court reporter and/or arrange for a secure courtroom |
|---|---|
| **Wednesday, April 13, 2022** | Status Conference at 3:30 p.m. |
| **Friday, April 22, 2022** | Parties to file motions *in limine* and requests to charge |
| **Week of May 2, 2022 (date and time to be determined)** | Hearing to resolve CIPA Section 6 matters |
| **Friday, May 13, 2022** | Parties to file any responses to motions *in limine* and requests to charge.  (No replies may be filed absent prior leave of the Court.) |
| **Friday, June 3, 2022** | Final Pretrial Conference at 10:00 a.m. |
| **Monday, June 13, 2022** | Trial begins |

The Clerk of Court is directed to terminate ECF No. 709.

SO ORDERED.

Dated: February 15, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge