UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
             -v-                                                        :           17-CR-548 (JMF)
                                                                        :
JOSHUA ADAM SCHULTE,                                                    :              ORDER
                                                                        :
                            Defendant.                                  :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      For the reasons stated on the record during the conference held yesterday, the Court is of

the view that Shayana Kadidal's assistance in connection with pretrial proceedings in this matter

may well be beneficial to Defendant, standby counsel, the CISO, and the Court. *See* ECF No.

689, at 3 n.3. Accordingly, the Court would welcome a formal application from standby counsel

seeking an appropriate appointment of Mr. Kadidal (presumably as associate counsel) pursuant

to the Criminal Justice Act.

      SO ORDERED.

Dated: February 15, 2022
   New York, New York

                             JESSE M. FURMAN
                         United States District Judge