

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 22, 2022

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:   *United States v. Joshua Adam Schulte*,
             S3 17 Cr. 548 (JMF)

Dear Judge Furman:

    The Government respectfully submits this letter pursuant to the Court's order, dated February 15, 2022 (D.E. 711) and to supplement out letter from yesterday (D.E. 714). Legal counsel for the Metropolitan Detention Center ("MDC") has advised that (1) the defendant will be provided with a pen; and (2) the lockdown no longer interferes with the defendant's ability to use the unit computer, and the defendant has used the unit computer today.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

            by:    /s/
                 David W. Denton, Jr. / Michael D. Lockard
                 Assistant United States Attorneys
                 (212) 637-2744 / -2193

cc:  Standby counsel (by ECF and email)
     Joshua Adam Schulte (by mail)