

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 25, 2022

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Joshua Adam Schulte*,
           S3 17 Cr. 548 (JMF)

Dear Judge Crotty:

    The Government respectfully submits this letter to provide notice of the filing, via notice to the Classified Information Security Officer, of its response to the defendant's January 28, 2022 omnibus motions, which is filed as secret pending classification review.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                        United States Attorney

        by:     /s/
               David W. Denton, Jr./Michael D. Lockard
               Assistant United States Attorneys
               (212) 637-2744/-2193

cc:    standby counsel (by ECF)
        Joshua Adam Schulte (by mail)