```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                                                                        :
                    -v-                                                 :    17-CR-548 (JMF)
                                                                        :
JOSHUA ADAM SCHULTE,                                                    :    ORDER
                                                                        :
                    Defendant.                                          :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On February 25, 2022, Defendant submitted a letter regarding his ability to write, print, and file word-processed documents. *See* ECF No. 722. Although there is no merit to Defendant's assertion that the circumstances violate his rights under the Due Process Clause, the Court agrees that, in order for Defendant to have a meaningful opportunity to prepare and present his own defense, he has to be able to prepare, print, and file documents. If Defendant's representations about his current circumstances are accurate, the Court agrees that the arrangements are inadequate and is prepared to take steps to improve them.

Accordingly, the Government shall promptly contact the MDC to determine what options, if any, there are to provide Defendant with the ability to draft and print documents at the MDC. The Government shall file a letter addressing the issue no later than **March 9, 2022**. In that letter, the Government shall also address whether the discovery on Defendant's laptop is subject to a Protective Order.

SO ORDERED.

Dated: March 4, 2022
       New York, New York

                                          _____
                                          JESSE M. FURMAN
                                          United States District Judge