

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 8, 2022

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:   *United States v. Joshua Adam Schulte*,
              S3 17 Cr. 548 (JMF)

Dear Judge Furman:

    The Government respectfully requests that the Court schedule a classified, *ex parte* conference with the Government pursuant to Section 2 of the Classified Information Procedures Act ("CIPA"). 18 U.S.C. App. 3 § 2. The Government proposes that the conference be held March 9, 2022, at 1:30 p.m., which we understand is convenient to the Court's schedule.

                         Respectfully submitted,

                         DAMIAN WILLIAMS
                         United States Attorney

               by:   */s/*
                     David W. Denton, Jr. / Michael D. Lockard
                     Assistant United States Attorneys
                     (212) 637-2744 / -2193

cc: Standby counsel (by ECF and email)
    Joshua Adam Schulte (by mail)