UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>           -v-<br><br>JOSHUA ADAM SCHULTE,<br><br>                             Defendant. | No. 17-cr-548 (JMF)<br><br>DECLARATION OF<br>NEDGINE SANTANA |

I, Nedgine Santana, hereby make the following declaration pursuant to 28 U.S.C. § 1746:

1.    I am currently employed by the United States Department of Justice, Federal Bureau of Prisons (BOP), as a Trust Fund Specialist.

2.    I base this declaration on my personal knowledge as the Trust Fund Specialist for the BOP. In my job duties and role as a Trust Fund Specialist, I am responsible for the implementation, administration, and coordination of Trust Fund programs and operations at MDC Brooklyn.

3.    As the Trust Fund Specialist, I provide and make available resources to inmates through the Trust Fund Limited Inmate Computer System (TRULINCS). TRULINCS is the inmate computer network that provides inmates access to multiple services such as access to the electronic law library, commissary list, the ability to print documents, and permits inmates to email with authorized members of the community.

4.    On March 8, 2022, along with Unit Manager Bullock, we explained to inmate Joshua Schulte, 79471-054, the ability to draft notes and motions using the Public Messaging

Service option within TRULINCS. Public Messaging Service allows users to edit/save drafts, delete/undelete, print, reply and send messages.

5.  There is an operational printer in his housing unit to which Schulte, and other inmates in his housing unit, have access to print from the TRULINCS computer. All documents can be printed at a cost. Schulte confirmed he understood the options related to him.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 9, 2022
Brooklyn, New York

*Nedgine Santana* 3/9/22
Nedgine Santana
Trust Fund Specialist
Federal Bureau of Prisons
Metropolitan Detention Center
Brooklyn, New York