UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
:
:
-v- : 17-CR-548 (JMF)
:
JOSHUA ADAM SCHULTE, : ORDER
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The parties were ordered to file a joint detailed pretrial schedule, or competing proposals, by March 7, 2022. *See* ECF No. 711. The Court has received the Government's proposal, which the Government states was provided to Defendant on February 21, 2022. *See* ECF No. 727. Defendant has not filed a competing proposal. The Government's proposal is hereby ADOPTED. Additionally, although the Court requested June 13, 2022, as the first day of trial, the Court was assigned **June 14, 2022**, so trial will begin on that day.

As modified, the following dates and deadlines apply to this case (new or modified deadlines underlined):

| | |
|---|---|
| **Friday, March 11, 2022** | Defendant to file any final objections to the Court's Revised CIPA Protective Order |
| | Defendant to file a single omnibus reply, not to exceed 20 pages, in further support of his motions filed January 28, 2022 |
| **Friday, March 18, 2022** | Government to file any motions pursuant to CIPA Section 6(a) |
| **Monday, March 21, 2022** | Defendant to file motion to suppress the document discussed in ECF Nos. 695 and 708, not to exceed 15 pages |

| | |
|---|---|
| **Monday, April 4, 2022** | Government to file any opposition to Defendant's motion to suppress the document discussed in ECF Nos. 695 and 708, not to exceed 15 pages |
| **Friday, April 8, 2022** | Defendant to file any responses to the Government's CIPA Section 6(a) motions<br><br>Defendant to file disclosures pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure<br><br>Defendant to file notice, if any, pursuant to Rules 12.1, 12.2, and 12.3, and for notice of any other affirmative defense<br><br>Defendant to comply with the Court's order dated January 13, 2020 (ECF No. 248) in connection with any asserted advice-of-counsel defense |
| **Monday, April 11, 2022** | Both parties to submit pre-conference letters to the Court summarizing any issues they wish to raise at the conference and noting if the Court should arrange for a cleared court reporter and/or arrange for a secure courtroom<br><br>Defendant to file any reply in support of his motion to suppress the document discussed in ECF Nos. 695 and 708, not to exceed 7 pages |
| **Wednesday, April 13, 2022** | Status Conference at 3:30 p.m |
| **Friday, April 22, 2022** | Parties to file motions *in limine* and requests to charge |
| **Week of May 2, 2022 (date and time to be determined)** | Hearing to resolve CIPA Section 6 matters |
| **Friday, May 13, 2022** | Parties to file any responses to motions *in limine* and requests to charge. (No replies may be filed absent prior leave of the Court.)<br><br>Government to provide proposed trial exhibits and material pursuant to 18 U.S.C. § 3500<br><br>Defendant to provide witness statements pursuant to Rule 26.2 |

| | |
|---|---|
| **Friday, June 3, 2022** | Final Pretrial Conference at 10:00 a.m. |
| **Tuesday, June 14, 2022** | Trial begins |

Finally, the Court's February 15, 2022 Order requiring that the parties, when submitting filings subject to classification review, submit to the Court an electronic courtesy copy of their filing via CD or DVD in addition to the traditional paper copy, *see* ECF No. 711, is hereby SUSPENDED.  Unless and until the Court orders otherwise, the parties shall submit only paper copies of such filings to the Court.

   SO ORDERED.

Dated: March 10, 2022
   New York, New York

   _____
   JESSE M. FURMAN
   United States District Judge