

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2022

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Joshua Adam Schulte*,
     S3 17 Cr. 548 (JMF)

Dear Judge Furman:

  The Government respectfully submits this letter to request additional time to respond to the Court's Order, dated March 14, 2022, directing the Government to address the defendant's March 11, 2022, letter by today, March 16, 2022. The Government has been conferring extensively about this matter with MDC Legal Counsel since the defendant's letter was filed, and the Government expects to be able to respond to the Court's inquiry by Friday. Accordingly, the Government respectfully requests an extension of time until March 18, 2022, to address the issues raised in the defendant's letter.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

         by: _____/s/_____
           David W. Denton, Jr./Michael D. Lockard
           Assistant United States Attorneys
           (212) 637-2744/-2193

cc: Standby Counsel (by ECF)
   Joshua Adam Schulte (by mail)