BY HAND

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY

March 15, 2022

RE: United States v. Schulte, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

I was able to work on the suppression motion in the MDC law library over the weekend and finish it — it is only 10 pages. I still do not have a way to print it. I cannot write it by hand due to a disability and severe pain from hand-writing many pages at once. I do not know how the Court wishes to proceed. Even though the suppression motion is completed, I will not be able to meet the March 21, 2022 deadline or any motion deadline at all — until the government provides me a DVD drive or other mechanism for electronically transferring documents from my laptop.

Respectfully submitted,

Josh Schulte