

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 18, 2022

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re: *United States v. Joshua Adam Schulte*,
        S3 17 Cr. 548 (JMF)

Dear Judge Crotty:

    The Government respectfully submits this letter to provide notice of the filing of its motion pursuant to CIPA Section 6(a), *in camera* and under seal, by notice to the Classified Information Security Officer. *See* D.E. 711 at 2, 739 at 11.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    by:    /s/
        David W. Denton, Jr./Michael D. Lockard
        Assistant United States Attorneys
        (212) 637-2744/-2193

cc:    standby counsel (by ECF)
      Joshua Adam Schulte (by mail)