March 25, 2022

Hon. Jesse M. Furman
United States District Judge
Southern District of NY
40 Foley Square
New York, NY 10007

RE: United States v. Schulte  S3 17 cr. 548 (JMF)

Dear Judge Furman:

I write the Court regarding a minor administrative issue. Due to a change in U.S. Marshals personnel, policy, or interpretation of policy, I must now obtain written approval for food/drink in the courthouse SCIF, effective this week 3/21/22; previously Counsel provided water bottles and snacks for all to share and occasionally food from the cafeteria. I spoke directly with the U.S. Marshals on the 4th Floor about this change, and the Supervisor told me they did not have a problem with it, but that policy dictates I must first obtain approval from this Court. I am not entirely sure that the Marshals can block counsel from providing me water; however, I have a very good relationship with the Marshals formed over the past 5 years without a single issue, and thus prefer to follow their instructions.

Accordingly, I ask the Court to endorse this letter and officially grant approval for standby counsel to provide food/drink during my regularly scheduled SCIF hours.

Respectfully submitted,

Josh Schulte