Joshua Adam Schulte, *pro se*

April 4, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    **RE:** *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

    I ask the Court for a one-week extension of the Court's April 8, 2022 deadline regarding compliance with Dkt. 248 and the advice-of-counsel defense. I have discussed this issue regarding scope of the privilege waiver with standby counsel, but we have yet to determine an appropriate response and standby counsel is traveling this week. I ask until April 15, 2022 to file the response.

                                                                Respectfully submitted,

                                                                 Joshua Adam Schulte