Joshua Adam Schulte, *pro se*

April 4, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

I ask the Court for a one-week extension of the Court's April 8, 2022 deadline regarding compliance with Dkt. 248 and the advice-of-counsel defense. I have discussed this issue regarding scope of the privilege waiver with standby counsel, but we have yet to determine an appropriate response and standby counsel is traveling this week. I ask until April 15, 2022 to file the response.

Respectfully submitted,

Joshua Adam Schulte

Application GRANTED in part. Defendant's deadline
to comply with the Court's order dated January 13,
2020, is hereby EXTENDED to April 12, 2022. The
Clerk of Court is directed to terminate ECF No. 753.
SO ORDERED.

April 5, 2022