UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                                                                  :

UNITED STATES OF AMERICA,                       :

           -v-                           :         17-CR-548 (JMF)

JOSHUA ADAM SCHULTE,                       :            REVISED
                                                           :    SCHEDULING ORDER
                Defendant.                      :
                                                           :
---------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

       IT IS HEREBY ORDERED that the time for the conference in this matter, scheduled for **April 13, 2022**, is changed from 3:30 p.m. to **2:15 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

       SO ORDERED.

Dated: April 6, 2022
       New York, New York
                                                                JESSE M. FURMAN
                                                            United States District Judge