**EXHIBIT 3**

Grand Jury Subpoena

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO: Shane Presnall

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the GRAND JURY of the people of the United States for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Room 220, in the Borough of Manhattan, City of New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:   June 13, 2018           Appearance Time:   2:00 p.m.

to testify and give evidence in regard to an alleged violation of federal criminal law, and not to depart the Grand Jury without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the documents requested on the attached rider.

**ADVICE OF RIGHTS FORM IS ATTACHED**

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.
DATED:   New York, New York
         May 21, 2018

GEOFFREY S. BERMAN
*United States Attorney for the*
*Southern District of New York*

Matthew Laroche

Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Telephone:   212-637-2420
Matthew.Laroche@usdoj.gov

**(Rider to Subpoena to Shane Presnall)**

**Definitions and Instructions:**

1. This Subpoena calls for the production of specific documents in the possession, custody or control of Shane Presnall.

2. This Subpoena applies to any responsive documents wherever they may be found, including on personal electronic devices.

3. The term "documents" includes writings, emails, text messages, phone logs, Internet Relay Chats, calendar entries, diary entries, audio or visual recordings, and other data or data compilations, and includes materials in both paper and electronic form.

4. This subpoena does not call for the production of any documents protected by a valid claim of privilege, although any responsive document over which privilege is being asserted must be preserved.  Any documents withheld on grounds of privilege must be identified on a privilege log with descriptions sufficient to identify their dates, authors, recipients, and general subject matter.

**Materials to be Produced:**

1. Any and all copies of search warrants and/or search warrant affidavits relating in any way to Joshua Adam Schulte.

2. Any and all documents reflecting communications concerning the search warrants and/or search warrant affidavits identified in the foregoing request, excluding any communications involving counsel.

3. Any and all documents reflecting communications or attempted communications with WikiLeaks or anyone associated with WikiLeaks between January 2016 and the date of this Subpoena, except to the extent those documents were created for the purpose of the preparation of Joshua Adam Schulte's legal defense.

4. Any and all documents reflecting the names and or contact information of current or former employees of the Central Intelligence Agency, except to the extent those documents were created for the purpose of the preparation of Joshua Adam Schulte's legal defense.

5. Any and all documents created by the Central Intelligence Agency.

6. Any and all documents created by Joshua Adam Schulte to be posted on Facebook and/or GoFundMe, including but not limited to articles "8, 9, and 10."

## **ADVICE OF RIGHTS**

1. You may refuse to answer any question if a truthful answer to the question would tend to incriminate you.

2. Anything that you do say may be used against you by the grand jury or in a subsequent legal proceeding.

3. If you have a lawyer, the grand jury will permit you a reasonable opportunity to step outside the grand jury room to consult with your lawyer if you so desire.

4. If you would like a lawyer but do not have funds to retain one, you may make an application to the United States Magistrate Judge who will decide whether to appoint a lawyer to represent you.