**EXHIBIT 5**

Provided to JOSHUA ADAM SCHULTE in United States v. Joshua Adam Schulte, S1 17 Cr. 548 (PAC)

65C-NY-2142433 Serial 358

FD-302 (Rev. 5-8-10)   -1 of 2-



## FEDERAL BUREAU OF INVESTIGATION

Date of entry   05/25/2018

(U) On May 24, 2018, FBI Special Agents Evan James Schlessinger and Timothy Schmidt interviewed SHANE PRESNALL, date of birth (DOB) ▅▅▅, at his residence, ▅▅▅▅▅▅▅▅▅▅, Brooklyn, New York 11233. After being advised of the identities of the interviewing Agents and the nature of the interview, PRESNALL provided the following information:



Investigation on 05/24/2018 at Brooklyn, New York, United States (In Person)

File # 65C-NY-2142433                                       Date drafted 05/25/2018

by Evan James Schlessinger

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

CLASSIFIED JAS_010583
Page 1 of 2
3552-510

Provided to JOSHUA ADAM SCHULTE in United States v. Joshua Adam Schulte, S1 17 Cr. 548 (PAC)

FD-302a (Rev. 05-08-10)

65C-NY-2142433 Serial 358

65C-NY-2142433

Continuation of FD-302 of (U) Interview of Shane Presnall 05/24/2018, On 05/24/2018, Page 2 of 2

   (U) PRESNALL never saw or possessed the search warrant or search warrant affidavit referenced in recent media releases.

   (U) PRESNALL is unfamiliar with KP's articles, numbered one through ten, some of which appeared on the Facebook page "John Galt's Legal Defense Fund" and which were also referenced in recent media releases. PRESNALL possessed, or may currently possess, KP's handwritten notes related to his case (NFI). At this point, PRESNALL would no longer answer questions from the interviewing Agents and PRESNALL ended the interview.

   (U) [Agent note: The interviewing Agents served PRESNALL with a Grand Jury subpoena.]