**EXHIBIT 6**

**Shane Presnall Meeting**
**January 13, 2020**



JS

- First cousin.  JS oldest of extended family.  JS about four years older.  JS and SP close growing up because of similar interests.  Played video games online together.  Lived about 5 hours apart.  SP had younger brother.  SP looked up to JS — JS very smart with computers and always was the leader of the cousins.  For

3552-503

Page 1 of 5

- example, family would meet up at grandparent's house and then the cousins would follow him to do stuff during the day
- Out of the cousins, JS was the most interested in computers. During high school, JS would talk about hacking users. Didn't talk about any hacking groups like anonymous. JS involved in various computer groups in college but JS joined a server group including anonymous people he had never met in person. JS said the group was uploading movies and tv shows and that he could download them so the family could watch it. JS said he had to upload a certain amount of movies to the group to stay in the group. SP logged into the group. ▮▮▮▮▮ The username and password were both ▮▮▮▮▮ Once logged in, you can see the names of the people in the group. To download a movie, SP would click on JS's name and then get into the media folder for download.
- JS growing up was arrogant, stubborn, strong willed, opinionated. He was a leader being the oldest in the family. Constantly picked on younger brothers and was nuisance in a joking way to the parents, aunts, and uncles. JS was very supportive of SP and asking how SP was doing. JS encouraged SP come to NYC. JS described himself as a libertarian and held right wing views particularly on guns. SP did not recall discussions before March 2017 leak about Snowden, Manning, WikiLeaks

JS Agency work

- JS while in college got an internship with the NSA. SP didn't find out that he was working at CIA for several years until SP was interviewed by FBI after initial leak occurred. JS did not discuss work matters in front of SP.

- JS had told SP that JS was taking a vacation with brother to Cancun, MX. This convo happened between when JS left Government and started new job. At time of FBI interview, SP was not aware of the leaks. When FBI came to SP's house for first interview, SP didn't know what it was about. Beginning of interview was background questions, and then FBI started asking about JS. SP said he had not heard from JS in about a week.

- After FBI interview, SP contacted JS and asked whether there were any good movies not the server. JS responded, in substance, fucking FBI raided my apartment and took my stuff. This occurred on same day as interview. SP wrote down questions and answers from FBI interview and sent them to JS's attorney Taylor Koss.

- After search of JS's home, SP would communicate with JS by text. JS told SP that FBI approached him before trip to Cancun and JS gave agents his phone and passport. Agents came back and asked JS to open phone up for him but JS refused. JS told SP he was being investigated for being responsible for the leaks and that he was flying internationally. JS denied doing it and saying they wanted a scapegoat.

Moving in with JS

- SP offered job at ▓▓▓▓▓▓▓▓ in mid-August and started the first week of September 2017. Before SP moved to NYC, SP learned about his arrest and still moved into his apartment. JS gets out of prison on bail. JS was still very arrogant, stubborn, and determined. JS told SP that it was not him who possessed the CP and that it was possibly someone else on the server. JS was saying he was innocent of everything and that the CP charges were a way to keep him in prison while the leaks were being investigated — essentially that the Government was trying to buy time to look into the leaks further. SP learned either through the articles or JS telling him that JS thought one of his co-workers wore a wire against him.

Articles
- JS started writing a number of articles about his situation. The purpose of the articles was get them to the press and released to the public to inform everyone what JS was going through and cause an outrage, forcing the case to be thrown out. JS drafted these articles by hand, and JS and SP would type them up on a computer.

- At time, JS was on bail and told SP that he was not allowed to use any electronic devices, like the computer to type the articles. JS also used the computer to use the internet. He would go on to find cases online and other statistics. SP doesn't think tor is on his computer and never talked to JS about using it on his computer. JS was writing the articles by hand in notebooks as well. After he was arrested a second time, SP.

Court documents.
- When Jacob Kaplan left the case, he gave JS's father Roger all the documents from the case. Roger then brought the bag to JS's apartment and handed the documents to SP. The bag included JS's handwritten notebooks and search warrant related materials, among other things.

- JS's idea to get to press was to get court documents to get more attention to his case. JS told SP he was trying to create public outrage. When arrested in December 2017, another inmate in MCC, named Omar Amanat, told JS that Omar had media comments and that JS should send documents out and Omar will get them out. SP expressed skepticism about having a stranger do this. Then Omar's cousin (Iffy) reaches out to SP via WhatsApp and says they have media contacts and can get documents out. When moving everything out of the apartment, SP put the documents in the bottom of the fridge in his apartment and informed Iffy where the documents would be. Iffy came and got the documents at JS's apartment. Iffy confirmed to SP that Iffy got the documents. Iffy had the key because SP handed it to him.

- SP met with JS in person at MCC. JS said he has a friend who has media contacts and that that person would reach out to SP to help get information to the media. JS said he wanted to get the search warrants out to the media. SP understood that

that was what he was supposed to get to Iffy, including the long stack of documents behind it.  JS told SP that his attorneys did not want the articles and search warrant documents shared with media.

- SP was then contacted by Iffy via WhatsApp.  Iffy comes to JS's apartment and meets with Iffy.  Iffy said he would be willing to contact the media for him and get documents out.  Iffy is Indian.

- Another meeting between Iffy, Roger, and SP at JS's apartment.  Iffy said he has a storage facility to hold JS's stuff that needed to be moved and he also offered to try to rent out the apartment for him.  Also discussed media.  Roger and SP said they do not know how to get in touch with the media and asked if Iffy could help them out.  Iffy said he would be willing to help them get in touch with the media.

- Around time about to clear out JS's apt, SP left bag in fridge in JS's apartment and told Iffy to go get them.  SP left just the stack of papers with search warrant materials for Iffy.  The other notebooks SP gave to JS's attorney.  JS had texted SP the picture of the search warrant from March 14, 2017 - this happened around the time of when SP was interviewed.  JS told SP that the first search warrant was completely wrong in every sense and rushed with incorrect information and that the second warrant that came out was completely different than the first one. SP thinks he would recognize his handwriting if he saw it.

- Iffy confirmed to SP that he picked up the documents at JS's apartment.  SP messaged Iffy after he obtained the documents but he never responded.

Contacting media
- SP reached out to (i) Washington Post, (ii) NYT, and (iii) Guardian.  SP tried to contact NYT in September 2017 without luck.  SP tried to reach out again after Iffy stopped talking to SP.  SP started contacting reporters and attached picture of March 14 SW that SP had sent over text, the articles, and the business cards from FBI agents who met with him, and the voice recording from the house intelligence committee and a bullet point summary of timeline of events.

- Was communicating with ▇▇▇▇ through Signal.  ▇▇▇▇ contacted SP as well, including by phone.  ▇▇▇▇ sent a response through protonmail.  SP met with ▇▇▇▇ in person and reviewed the attachments with him.  SP was using a johngalt@protonmail account.  SP did not use any other proton mail accounts to communicate with the reporters.  The John Galt legal defense fund was set up on Facebook by JS's family members.  My Story - one of the articles that was drafted early by JS and which SP saw information that he thought was classified.

- ▇▇▇▇ meeting in NYC near the ▇▇▇▇.  SP reviewed the whole story with him.  ▇▇▇▇ was interested in Russian hackers gaining access to computers.  ▇▇▇ asked whether JS and SP accepted random friend requests and



▓▓▓▓'s theory was that Russian hackers were responsible for other leaks from WikiLeaks. SP asked ▓▓▓▓ to link articles to him. ▓▓▓▓ wanted to meet JS in person to speak with him. SP gave ▓▓▓▓▓▓▓▓ JS's parents numbers.

- To discuss more at later meetings.