**EXHIBIT 7**

(SECRET PENDING CLASSIFICATION REVIEW)



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 12, 2018

**By Hand**

Sabrina P. Shroff, Esq.
Federal Defenders of New York
52 Duane Street
New York, New York 10007

    Re:    **United States v. Joshua Adam Schulte**
              **S1 17 Cr. 548 (PAC)**

Dear Counsel:

    (U) The Government herein provides classified discovery in the above-referenced case. These documents are being produced pursuant to the "Protective Order Pertaining to Classified Information," which was entered by the Court on August 16, 2018. The documents are currently marked as "SECRET PENDING CLASSIFICATION REVIEW" and should be treated as SECRET, notwithstanding any other classification marking on the documents.

    (U) Enclosed please find the following materials that are being provided to you as classified discovery in this case:

1. (S//NF) Documents provided by your client's parents in response to a Grand Jury Subpoena, which are marked with Bates numbers CLASSIFIED JAS_000704-CLASSIFIED JAS_000719.

2. (S//NF) Copies of redacted documents seized from your client's materials at the Metropolitan Correctional Center. The documents were redacted by a wall team pursuant to the procedures described in the October 3, 2018 search warrant application previously produced in unclassified discovery. The unredacted documents, which are not available to the prosecution team, will be produced by a wall AUSA. The redacted documents are marked with Bates numbers CLASSIFIED JAS_000720-CLASSIFIED JAS_000963.

(SECRET PENDING CLASSIFICATION REVIEW)

(SECRET PENDING CLASSIFICATION REVIEW)

Sabrina Shroff, Esq.
November 12, 2018
Page 2

    3.    (S//NF) Documents provided by Shane Presnall in response to a Grand Jury Subpoena, which are marked with Bates numbers CLASSIFIED JAS_000964-CLASSIFIED JAS_001018.

    4.    (S//NF) A CD containing documents obtained from three ProtonMail Accounts, as well as from WordPress, which are marked with Bates numbers CLASSIFIED JAS_001019-CLASSIFIED JAS_001022.

(U) Please feel free to contact us with any questions you may have.

    Sincerely yours,

    GEOFFREY S. BERMAN
    United States Attorney

By:    _____/s/_____
    Matthew Laroche / Sidhardha Kamaraju
    Assistant United States Attorneys
    (212) 637-2420 / 6523

Enclosures

(SECRET PENDING CLASSIFICATION REVIEW)