Joshua Adam Schulte, *pro se*

April 6, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

I have a major issue and ask the Court to intervene. Due to my recent complaints, the MDC started leaving me in the law library for 8+ hours. On Sunday, April 4, 2022, I was in the law library from 8:20 AM to 4:40 PM despite only requesting 1-2 hours. The law library is a small, 5X5 cage with little air circulation, no toilet, and no access to food or water. Today, they took me to the law library at 10:30 AM. I am still here, and it is 7:00 P.M. All I needed to do was print a document. I continually ask the officers to call the Lieutenant to take me out. I was forced to urinate in the corner at around 6:50 PM. If they do not come soon I will be forced to defecate in this small cage.

This is absolutely outrageous. I ask the Court to order the MDC to remove me from the law library within 30 minutes of my request. I also again ask the Court to order the MDC to move the printer outside my cage door so I do not have to come to the law library just to print a document—and sit here for 9 hours afterward.

*Removed at 7:10 PM*

Respectfully submitted,

Joshua Adam Schulte