Joshua Adam Schulte, *pro se*

April 11, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      **RE:** ***United States v. Joshua Adam Schulte***, **S3 17 Cr. 548 (JMF)**

Dear Judge Furman:

    I write in accordance with your Order for a pre-conference summary before the April 13, 2022 conference. Aside from the issues already ordered by the Court to discuss, Dkt. 757, all I have to discuss is the following:

- Due dates for the pending reply and opposition motions
- MDC Law library 8+ hour issue
- Newly produced discovery by the government
- The still-yet-to-be-produced missing discovery; See 12/20/21 Tr. at 5 ("There are a couple of things as to which the government said it would follow up. One is lost drives with forensic productions 6, 9 and 12. Second is the extracted copy of the so-called root volume.")
    - unclassified productions 6/9 at the prison (12 was a re-production)
    - classified productions of SC49, SC50, SC51, the extracted root volume of SC1, and a forensic image of the decrypted Linux Mint virtual machine

                                                   Respectfully submitted,

                                                   Joshua Adam Schulte