**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROADWAY, 19TH FLOOR
NEW YORK, NEW YORK 10004
TELEPHONE: (646) 763-1490

April 14, 2022

Hon. Jesse M. Furman
Judge, United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Joshua A. Schulte*, 17 Cr. 548 (JMF)

Dear Judge Furman,

As directed by the Court's April 14, 2022, Order (ECF Entry # 767), the parties have conferred and propose the following schedule for the disclosure of expert affidavits with regard to Mr. Schulte's access to the forensic crime scene. We see the Court's approval of the briefing schedule noted below:

Mr. Schulte's forensic expert will submit his expert affidavit by Friday, April 22, 2022; the government will respond by Friday, April 29, 2022, and any reply by Mr. Schulte will be due May 2, 2022.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,
/s/Sabrina P. Shroff & Deborah A. Colson
Standby counsel to Joshua A. Schulte

cc: Joshua Schulte, MDC
United States Attorney's Office (AUSAs Denton & Lockard)