UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -v-                                                17-CR-548 (JMF)

    JOSHUA ADAM SCHULTE,                            ORDER

                Defendant.

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In its motion pursuant to Section 6(a) of the Classified Information Procedures Act, the Government argues that the Defendant should be ordered to supplement one portion of his "Third Section 5 Notice" with "additional specificity." Gov't Mem. 43. The Defendant shall file any such supplemental notice by **April 25, 2022**. Any response by the Government to such a supplemental notice shall be filed by **April 28, 2022**.

       SO ORDERED.

Dated: April 14, 2022
       New York, New York

                                                      JESSE M. FURMAN
                                                      United States District Judge