

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

JOSHUA ADAM SCHULTE,

        *Defendant.*

---

S3 17 Cr. 548 (JMF)

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the defendant Joshua Adam Schulte, *pro se*, sends this notice to the District Court for the Southern District of New York, as **NOTICE OF APPEAL** of the April 7, 2022, Dkt. 757, Order denying the requested relief, to the **SECOND CIRCUIT COURT OF APPEALS**.

                                                    Joshua Adam Schulte
                                                         Slave #79471054
                                     Metropolitan Detention Center (MDC)
                                                       P.O. Box 329002
                                                       Brooklyn, NY 11232