**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :    **STIPULATION**
                                    :
        - v. -                      :    S2 17 Cr. 548 (PAC)
                                    :
JOSHUA ADAM SCHULTE,                :
                                    :
                Defendant.          :
                                    :
- - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED by and among the United States of America, by GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, David W. Denton, Jr., Sidhardha Kamaraju, and Matthew Laroche, Assistant United States Attorneys, of counsel, and Joshua Adam Schulte, the defendant, by and with the consent of his counsel, Sabrina Shroff, Esq., Edward Zas, Esq., and James Branden, Esq., that:

1.   The defendant was detained at a prison operated by the Bureau of Prisons in April and May 2018.

2.   In accordance with the policy of the Bureau of Prisons, phone calls made by inmates are recorded according to a unique PIN number provided to each inmate.

3.   Government Exhibit 2001 is a compact disc containing a true and accurate recording of a telephone call made by the defendant while incarcerated at a prison operated by the Bureau of Prisons on April 17, 2018, at approximately 12:35 p.m.

**GOVERNMENT
EXHIBIT
3001**
S2 17 Cr. 548 (PAC)

4.   Government Exhibit 2001-T is an accurate transcript of the recorded call contained in Government Exhibit 2001, and includes accurate attributions for the statements contained therein and in Government Exhibit 2001.

5.   Government Exhibit 2002 is a compact disc containing a true and accurate recording of a telephone call made by the defendant while incarcerated at a prison operated by the Bureau of Prisons on April 17, 2018, at approximately 6:58 p.m.

6.   Government Exhibit 2002-T is an accurate transcript of the recorded call contained in Government Exhibit 2002, and includes accurate attributions for the statements contained therein and in Government Exhibit 2002.

7.   Government Exhibit 2003 is a compact disc containing a true and accurate recording of a telephone call made by the defendant while incarcerated at a prison operated by the Bureau of Prisons on April 17, 2018, at approximately 8:14 p.m.

8.   Government Exhibit 2003-T is an accurate transcript of the recorded call contained in Government Exhibit 2003, and includes accurate attributions for the statements contained therein and in Government Exhibit 2003.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation, as Government Exhibit 3001, and Government Exhibits 2001, 2001-T, 2002, 2002-T, 2003, and 2003-T may be received in evidence as Government Exhibits at trial.

Dated:   New York, New York
         January 31, 2020

                    GEOFFREY S. BERMAN
                    United States Attorney for the
                    Southern District of New York

         By:    _____
                    David W. Denton, Jr.
                    Sidhardha Kamaraju
                    Matthew Laroche
                    Assistant United States Attorneys
                    Southern District of New York


                    _____
                    Sabrina Shroff, Esq.
                    Edward Zas, Esq.
                    James Branden, Esq.
                    Attorneys for Joshua Adam Schulte

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :   **STIPULATION**
                                     :
        - v. -                       :   S2 17 Cr. 548 (PAC)
                                     :
JOSHUA ADAM SCHULTE,                 :
                                     :
                Defendant.           :
                                     :
- - - - - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED by and among the United

States of America, by GEOFFREY S. BERMAN, United States Attorney

for the Southern District of New York, David W. Denton, Jr.,

Sidhardha Kamaraju, and Matthew Laroche, Assistant United States

Attorneys, of counsel, and Joshua Adam Schulte, the defendant,

by and with the consent of his counsel, Sabrina Shroff, Esq.,

Edward Zas, Esq., and James Branden, Esq., that:

      1.   If called as a witness, a representative of Google,

Inc. ("Google") with knowledge of the matter would testify that

GX 1305-1 through 1305-10 are true and correct copies of

documents from the account joshschulte1@gmail.com, including

subscriber information, emails, and Google searches conducted

and websites visited by the user of that account, and the date

and time those searches occurred and the websites visited search

history, were made at or near the time by, or from information

transmitted by, a person with knowledge of the matters set forth

GOVERNMENT
EXHIBIT
3002
S2 17 Cr. 548 (PAC)

in the records; they were kept in the course of a regularly
conducted business activity; and it was the regular practice of
that business activity to maintain the records.

    2.   If called as a witness, a representative of
Amazon.com, Inc. ("Amazon") with knowledge of the matter would
testify that GX 1306-1 contains true and correct copies of
documents from Amazon associated with Amazon user account
joshschulte1@gmail.com, which were made at or near the time by,
or from information transmitted by, a person with knowledge of
the matters set forth in the records; they were kept in the
course of a regularly conducted business activity; and it was
the regular practice of that business activity to maintain the
records.

    3.   If called as a witness, a representative of
Automattic, Inc. ("Automattic") with knowledge of the matter
would testify that GX 1301-1 through 1301-4B are true and
correct copies of documents from Automattic associated with
Automattic profile https://en.gravatar.com/joshschulte1, which
includes the WordPress websites joshschulte.wordpress.com,
presumptionofslavery.wordpress.com, and
presumptionofinnocence.net, and which were made at or near the
time by, or from information transmitted by, a person with
knowledge of the matters set forth in the records; they were
kept in the course of a regularly conducted business activity;

and it was the regular practice of that business activity to maintain the records.

4.   If called as a witness, a representative of Buffer, Inc. ("Buffer") with knowledge of the matter would testify that GX 1302-1 is a true and correct copy of documents from Buffer associated with the Buffer account with the user ID 5b8c7b5804c2e71709f92901 and associated with email address freejasonbourne@protonmail.com, and which were made at or near the time by, or from information transmitted by, a person with knowledge of the matters set forth in the records; they were kept in the course of a regularly conducted business activity; and it was the regular practice of that business activity to maintain the records.

5.   If called as a witness, a representative of Twitter, Inc. ("Twitter") with knowledge of the matter would testify that GX 1304-1 through 1304-3 are true and correct copies of documents from the Twitter account @freejasonbourne, and which were made at or near the time by, or from information transmitted by, a person with knowledge of the matters set forth in the records; they were kept in the course of a regularly conducted business activity; and it was the regular practice of that business activity to maintain the records.

6.    IT IS FURTHER STIPULATED AND AGREED that this

Stipulation, as Government Exhibit 3002, and Government Exhibits

1305-1 through 1305-10, Government Exhibit 1306-1, GX 1301-1

through 1301-4B, Government Exhibit 1302-1, and Government

Exhibits 1304-1 through 1304-3 may be received in evidence as

Government Exhibits at trial.

Dated:    New York, New York
          January 31 , 2020

                          GEOFFREY S. BERMAN
                          United States Attorney for the
                          Southern District of New York

          By: _____
                          David W. Denton, Jr.
                          Sidhardha Kamaraju
                          Matthew Laroche
                          Assistant United States Attorneys
                          Southern District of New York


              _____
                          Sabrina Shroff, Esq.
                          Edward Zas, Esq.
                          James Branden, Esq.
                          Attorneys for Joshua Adam Schulte

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :   **STIPULATION**
                                    :
        - v. -                      :   S2 17 Cr. 548 (PAC)
                                    :
JOSHUA ADAM SCHULTE,                :
                                    :
                Defendant.          :
                                    :
- - - - - - - - - - - - - - - - - - x

     IT IS HEREBY STIPULATED AND AGREED by and among the United

States of America, by GEOFFREY S. BERMAN, United States Attorney

for the Southern District of New York, David W. Denton, Jr.,

Sidhardha Kamaraju, and Matthew Laroche, Assistant United States

Attorneys, of counsel, and Joshua Adam Schulte, the defendant,

by and with the consent of his counsel, Sabrina Shroff, Esq.,

Edward Zas, Esq., and James Branden, Esq., that:

     1.   If called as a witness, a special agent ("Agent-1")

with the Federal Bureau of Investigation ("FBI") with knowledge

of the matter would testify that on or about March 14 and 15,

2017, Agent-1 was present at 200 East 39th Street, Apartment 8C,

New York, New York 10016 (the "Apartment") to execute a search

warrant (the "Search Warrant").  While present at the Apartment,

Agent-1 recovered: (i) a computer that was used by the defendant

containing four hard drives and that was logged into evidence as

SC01 (the "Home Computer"); (ii) a thumb drive that bears the

GOVERNMENT
EXHIBIT
3003
S2 17 Cr. 548 (PAC)

marking "ufcu.org" and that is marked as Government Exhibit 1603 (the "Thumb Drive"); (iii) a rack containing two servers, the first server of which contained five hard drives and the second server of which also contained five hard drives, and that was logged into evidence as SC48 (the "Rack Servers"); (iv) six 1 terabyte hard drives that are marked as Government Exhibits 1608 through 1613, respectively, one 640 gigabyte hard drive that is marked as Government Exhibit 1614, and one 160 gigabyte hard drive that is marked as Government Exhibit 1615.

2.   Government Exhibit 1601 is a compact disc containing GX 1601-1 through 1601-26, which are true and accurate copies of photographs of the Home Computer; Government Exhibits 1401, 1402, and 1403 are compact discs containing GX 1401-1 through 1401-16, 1402-1 through 1402-10, and 1403-1 through 1403-7, which are true and accurate copies of forensic files and data recovered from the Home Computer; Government Exhibit 1404 is a compact disc containing GX 1404-1 through 1404-15, which are true and accurate copies of forensic files and data recovered from the Thumb Drive; Government Exhibit 1605 is a compact disc containing GX 1605-1 through 1605-53, which are true and accurate copies of photographs of the Rack Servers; Government Exhibit 1405 is a compact disc containing GX 1405-1 through 1405-12, which are true and accurate copies of portions of Internet Relay Chats recovered from the Rack Servers.

3.   If called as a witness, a special agent ("Agent-2")
with the FBI with knowledge of the matter would testify that on
or about March 14 and 15, 2017, Agent-1 was present at the
Apartment to execute the Search Warrant.  While Agent-2 was
present in the Apartment, Agent-2 recovered (i) hardcopies of
Government Exhibits 1616 through 1619 from a headboard in the
defendant's bedroom; (ii) pieces of shredded paper from a
shredder that are contained in a bag marked as Government
Exhibit 1620.  Government Exhibit 1621 is a reconstruction of
some of the pieces of shredded paper recovered from the
Apartment.

4.   If called to testify, an officer with the Federal
Bureau of Prisons would testify that on or about October 5,
2018, Officer-1 recovered a Samsung cellphone with IMEI number
357073084445432 (the "Samsung Phone") from Unit 7-South within
the Metropolitan Correctional Center, 150 Park Row, New York,
New York 10007.  Government Exhibit 821 is a compact disc
containing true and accurate true and accurate copies of
forensic files and data recovered from the Samsung Phone.
Government Exhibit 822 is a compact disc containing true and
accurate copies of messages sent and received using the
messaging application Signal on the Samsung Phone.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation, as Government Exhibit 3003, Government Exhibits 1603, 1608 through 1615, 1601, 1401 through 1404, 1605, 1405, 1616 through 1621, 821, and 822, and all Government Exhibits contained on Government Exhibits 1601, 1401 through 1404, 1605, 1405, 821, and 822 may be received in evidence as Government Exhibits at trial.

Dated:   New York, New York
         January 31 , 2020

                    GEOFFREY S. BERMAN
                    United States Attorney for the
                    Southern District of New York

          By: _____
                    David W. Denton, Jr.
                    Sidhardha Kamaraju
                    Matthew Laroche
                    Assistant United States Attorneys
                    Southern District of New York

                    _____
                    Sabrina Shroff, Esq.
                    Edward Zas, Esq.
                    James Branden, Esq.
                    Attorney for Joshua Adam Schulte

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :   **STIPULATION**
                                  :
        - v. -                    :   S2 17 Cr. 548 (PAC)
                                  :
JOSHUA ADAM SCHULTE,              :
                                  :
                 Defendant.       :
                                  :
- - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED by and among the United States of America, by GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, David W. Denton, Jr., Sidhardha Kamaraju, and Matthew Laroche, Assistant United States Attorneys, of counsel, and Joshua Adam Schulte, the defendant, by and with the consent of his counsel, Sabrina Shroff, Esq., Edward Zas, Esq., and James Branden, Esq., that:

1.    Government Exhibit 100 is a compact disc containing true and accurate Central Intelligence Agency ("CIA") badge records for (i) Joshua Adam Schulte, identified as Government Exhibits 105, 107, 108, and 109; (ii) Rufus, identified as Government Exhibits 101 and 112;(iii) David, identified as Government Exhibits 102 and 113; (iv) Timothy, identified as Government Exhibits 103 and 114; (v) Andrew, identified as Government Exhibit 104; (vi) Jeremy Weber, identified as Government Exhibits 106 and 117; (vii) Michael, identified as

GOVERNMENT
EXHIBIT
3004
S2 17 Cr. 548 (PAC)

Government Exhibit 115; and (viii) Amol, identified as
Government Exhibit 116.  Government Exhibits 101 through 109 and
112 through 117 were made at or near the time by, or from
information transmitted by, a person with knowledge of the
matters set forth in the records; they were kept in the course
of a regularly conducted business activity; and it was the
regular practice of that business activity to maintain the
records.  The time stamps on Government Exhibits 101 through 109
and 112 through 117 reflect local time in 24-hour format.

    2.    Government Exhibit 111 is a true and accurate copy of
floor plans for the eighth and ninth floors for the CIA's Center
for Cyber Intelligence's office in which the defendant worked.

    3.    Government Exhibit 200 is a compact disc containing
true and correct copies of portions of the defendant's CIA
personnel file, including Government Exhibit 201, which is a
training the defendant took while employed at the CIA;
Government Exhibit 202, which is a portion of the defendant's
CIA employee bio; Government Exhibits 401 through 405, which are
various nondisclosure agreements and security paperwork signed
by the defendant prior to resigning from the CIA; Government
Exhibits 406 through 408, which are various of the defendant's
performance activity reports at the CIA; Government Exhibit 409
is a Letter of Warning provided to the defendant on or about
June 22, 2016; and Government Exhibit 411 is a complaint filed

by the defendant to the Office of Equal Employment Opportunity
Commission.

    4.    Government Exhibit 300 is a compact disc containing
true and accurate copies of documents, marked as Government
Exhibits 301 through 304, recovered from the defendant's desk
area following his resignation from the CIA.

    5.    Government Exhibit 500 is a compact disc containing
true and correct copies of portions of the defendant's CIA
security file, including Government Exhibits 506 through 507,
which are outside activities reports completed by the defendant
while employed at the CIA; Government Exhibit 505, which is a
complainant statement signed by the defendant while employed at
the CIA; Government Exhibit 508 is excerpts of a recording of an
April 8, 2016 interview of the defendant while at the CIA; and
Government Exhibit 509 is excerpts of a recording of a July 19,
2016 interview of the defendant while at the CIA.

    6.    Government Exhibits 601 through 616 are true and
accurate copies of network documentation for certain CIA
computer systems.

    7.    Government Exhibits 701, 702, 704 through 708, 712
through 714, 716, 718, 719, and 720 are true and accurate copies
of electronic communications that were transmitted over CIA
messaging systems.  The time stamps on Government Exhibits 701,

702, 704 through 708, 712 through 714, 716, 718, 719, and 720
reflect local time in 24-hour format.

8.    Government Exhibits 1001 through 1012, 1015 through
1056, 1058 through 1098, 1100 through 1103, 1105, 1107, 1108,
1110 through 1116, 1118, 1119, 1121, 1124, 1128 through 1130,
and 1132 through 1137 are true and accurate copies of e-mail
communications sent and received using CIA computer systems.

9.    Government Exhibit 5001 is a true and accurate copy of
portions of the CIA's October 17, 2017 WikiLeaks Task Force
Final Report.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation, as Government Exhibit 3004, and Government Exhibits 100, 111, 200, 300, 500, 601 through 616, 701, 702, 704 through 708, 712 through 714, 716, 718, 719, 720, 1001 through 1012, 1015 through 1056, 1058 through 1098, 1100 through 1103, 1105, 1107, 1108, 1110 through 1116, 1118, 1119, 1121, 1124, 1128 through 1130, 1132 through 1137, and GX 5001 may be received in evidence as Government Exhibits at trial.

Dated:    New York, New York
          January 31, 2020

                    GEOFFREY S. BERMAN
                    United States Attorney for the
                    Southern District of New York

          By:    _____
                    David W. Denton, Jr.
                    Sidhardha Kamaraju
                    Matthew Laroche
                    Assistant United States Attorneys
                    Southern District of New York

                    _____
                    Sabrina Shroff, Esq.
                    Edward Zas, Esq.
                    James Branden, Esq.
                    Attorneys for Joshua Adam Schulte

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                        :

UNITED STATES OF AMERICA       :   **STIPULATION**
                        :

      - v. -         :   S2 17 Cr. 548 (PAC)
                        :

JOSHUA ADAM SCHULTE,        :
                        :

            Defendant.   :
                        :

- - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED by and among the United States of America, by GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, David W. Denton, Jr., Sidhardha Kamaraju, and Matthew Laroche, Assistant United States Attorneys, of counsel, and Joshua Adam Schulte, the defendant, by and with the consent of his counsel, Sabrina Shroff, Esq., Edward Zas, Esq., and James Branden, Esq., that:

1.  If called as a witness, a member of the Federal Bureau of Investigation ("FBI")'s Computer Analysis Response Team ("CART Member-1") with knowledge of the matter would testify that on or about March 10, 2017, CART Member-1 was present at the office building for the Central Intelligence Agency ("CIA"), Center for Cyber Intelligence ("CCI"), located in the Washington Metropolitan Area (the "CCI Building"). While CART Member-1 was present in room 9E79 of the CCI Building, CART Member-1 recovered (i) a Dell Precision Computer Tower that was used by

GOVERNMENT
EXHIBIT
3005
S2 17 Cr. 548 (PAC)

the defendant to access the CIA computer network called DEVLAN while the defendant was employed at the CIA and that was logged into evidence as E0001_RM9E79_Tower ("Device E0001") and (ii) a Sandisk Extreme USB Device that was logged into evidence as E0003_RM9E79_FM014 ("Device E0003_FM014").  Device E0001 contained four hard drives ("Hard Drive-1" through "Hard Drive-4").  Government Exhibit 1201 is a compact disc containing true and accurate copies of photographs of Device E0001; Government Exhibit 1202 is a compact disc containing true and accurate copies of forensic files and data recovered from Hard Drive-1; Government Exhibit 1203 is a CD containing true and accurate copies of forensic files and data recovered from Hard Drive-3; Government Exhibit 1203-28 is a CD containing a true and accurate copy of a log file recovered from Hard Drive-3Government Exhibit 1204 is a compact disc containing true and accurate copies of photographs of Device E0003_FM014; and Government Exhibit 1205 is a compact disc containing true and accurate copies of forensic files and data recovered from Device E0003_FM014.

2.   If called as a witness, another member of FBI CART ("CART Member-2") with knowledge of the matter would testify that on or about March 11, 2017, while CART Member-2 was present in room 9E79 of the CCI Building, CART Member-2 recovered a NetApp server containing twenty-four hard drives that was logged

into evidence as E0018_RM9E79_24HDD ("Device E0018").

Government Exhibit 1206 is a compact disc containing true and

accurate copies of photographs of Device E0018, and Government

Exhibit 1207 is a compact disc containing true and accurate

copies of forensic files and data recovered from Device E0018.

3.    If called as a witness, another member of FBI CART

("CART Member-3") with knowledge of the matter would testify

that on or about March 23, 2017, while CART Member-3 was present

in room 9W89A of the CCI Building, CART Member-3 recovered an

ESXi server that was logged into evidence as E022_RM9W89A_Dell

("Device E0022").  Government Exhibit 1208 is a compact disc

containing true and accurate copies of photographs of Device

E0022, and Government Exhibit 1209 is a compact disc containing

true and accurate copies of forensic files and data recovered

from Device E0022.

4.    If called as a witness, another member of FBI CART

("CART Member-4") with knowledge of the matter would testify

that on or about June 9, 2017, while CART Member-4 was present

in room 9E78 of the CCI Building, CART Member-4 recovered a Dell

Precision Tower 7910 containing two hard drives that was logged

into evidence as E0056_RM9E78-010 ("Device E0056").  Government

Exhibit 1210 is a compact disc containing true and accurate

copies of photographs of Device E0056, and Government Exhibit

1211 is a compact disc containing true and accurate copies of
forensic files and data recovered from Device E0056.

5.    If called as a witness, another member of FBI CART
("CART Member-5") with knowledge of the matter would testify
that on or about March 12, 2017, while CART Member-5 was present
at an offsite CIA facility located in the Washington
Metropolitan Area, CART Member-5 recovered a NetApp server that
was logged into evidence as E0012_RMLE70E ("Device E0012").
Government Exhibit 1212 is a compact disc containing true and
accurate copies of forensic files and data recovered from Device
E0012.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation, as Government Exhibit 3005, Government Exhibits 1201 through 1212, and all Government Exhibits contained on Government Exhibits 1201 through 1212 may be received in evidence as Government Exhibits at trial.

Dated:    New York, New York
          January 31, 2020

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
    David W. Denton, Jr.
    Sidhardha Kamaraju
    Matthew Laroche
    Assistant United States Attorneys
    Southern District of New York

_____
Sabrina Shroff, Esq.
Edward Zas, Esq.
James Branden, Esq.
Attorney for Joshua Adam Schulte