

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

April 21, 2022

By ECF

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

    Re:   *United States v. Joshua Schulte,*  17 Cr. 548 (JMF)

Dear Judge Furman:

    We write on behalf of *pro se* defendant Joshua Schulte to respectfully request a brief adjournment of the filing deadline for his expert affidavit, currently due on April 22, 2022. This morning in the SCIF, the CIA server housing the primary CIA discovery malfunctioned. Apparently, both the backup battery and power supply failed, rendering the data inaccessible. Mr. Schulte needs access to the data in order to ensure the accuracy of the expert affidavit, particularly as to the discovery provided by the government. He therefore requests an extension of the affidavit deadline until Tuesday, April 26 to allow time for the server to be restored. An FBI technician is at the courthouse and will try to fix it this afternoon. The government has no objection to Mr. Schulte's application but requests an equivalent adjournment of its opposition date.

    Thank you for your consideration.

    Respectfully submitted,

    /s/

    Deborah Colson
    Sabrina Shroff
    *Standby Counsel for Joshua Schulte*

cc:  Government Counsel

Application GRANTED.  Defendant's deadline to file an expert affidavit is hereby ADJOURNED to April 26, 2022.  Given the classified hearing on May 3, 2022, the Government's original deadline of April 29, 2022, and the reply deadline of May 2, 2022, remain in effect.  If the Government is unable to meet that deadline, it may seek an extension from the Court.  SO ORDERED.

April 25, 2022

32388.docx