**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROADWAY, 19TH FLOOR
NEW YORK, NEW YORK 10004
TELEPHONE: (646) 763-1490

April 26, 2022

Hon. Jesse M. Furman
Judge, United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Joshua A. Schulte*, 17 Cr. 548 (JMF)

Dear Judge Furman,

As directed by the Court's April 14, 2022, Order (ECF Entry # 767), Mr. Schulte discloses Dr. Bellovin's expert affidavit (Bellovin Affidavit) in support of Mr. Schulte's request for access to the forensic crime scene.

Mr. Schulte seeks the Court's permission to file a redacted version of the Bellovin affidavit via ECF, redacting those portions that reveal defense strategy, including the work that Dr. Bellovin would undertake should the Court grant Mr. Schulte's application.

As required by the Court's individual rules, an unredacted version (clean copy) of the Bellovin Affidavit is attached as Exhibit A. Attached as Exhibit B is a version of the Bellovin Affidavit highlighting the proposed redactions.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,
/s/Sabrina P. Shroff & Deborah A. Colson
Standby counsel to Joshua A. Schulte

cc: Joshua Schulte, MDC
United States Attorney's Office (AUSAs Denton & Lockard)