**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROADWAY, 19TH FLOOR
NEW YORK, NEW YORK 10004
TELEPHONE: (646) 763-1490

May 2, 2022

Hon. Jesse M. Furman
Judge, United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Joshua A. Schulte*, 17 Cr. 548 (JMF)

Dear Judge Furman,

On April 29, 2022, this court endorsed the government's April 20, 2022, filing, noting that "the Court is satisfied by the Government's explanation and the MDC's representation that it will take steps to ensure the incident does not reoccur." Docket Entry # 788. Unfortunately, that has not been the case.

As background, the parties appeared before the Court on April 13, 2022, to address several issues, including Mr. Schulte's conditions of confinement. Counsel for the Bureau of Prisons ("BOP") was also present. Standby counsel suggested that the parties try and reset what appeared to be a rather contentious situation between the BOP and Mr. Schulte. We hoped for a détente. Such has not been the case.

Between the date of the last court appearance and the government's April 20, 2022, letter, Mr. Schulte was left in the law library for more than 8 hours and again forced to urinate there. On April 20, 222, he asked for, but did not receive, any legal calls. Yet again, he has not received stamps from commissary, has not been taken out for recreation, and has not been given his Ramadan (or regular) commissary.  Mr. Schulte summarized the issues for standby counsel on April 25, 2022, and we continued to try and reach the BOP representative.

While Mr. Schulte's instinct was to write to the Court immediately, we encouraged giving the détente a shot. We had, in the presence of the government, asked Ms. Chan of the BOP to email us; she did not. We then emailed another BOP employee and did not hear back. Over the last weeks, we emailed the government and requested the government reach out to Ms. Chan and have her respond to us; she did not, until this morning, May 2, 2022.  We have provided to her the list of issues Mr. Schulte is still experiencing at the BOP.

We do not seek any relief from the Court at this time as we continue to try and engage with the BOP. We write only to keep the Court apprised of Mr. Schulte's efforts to reach an accord with the BOP without Court intervention.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,
/s/Sabrina P. Shroff & Deborah A. Colson
Standby Counsel to Joshua A. Schulte

cc:     Joshua Schulte, MDC
        Irene Chan, MDC (via e-mail)