UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                                :
:
:
-v-                                                                       :   17-CR-548 (JMF)
:
JOSHUA ADAM SCHULTE,                                                     :   ORDER
:
Defendant.                                :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed on the record during the sealed conference on May 3, 2022:

- The portion of Defendant's omnibus motion seeking to compel production of additional information related to Defendant's CIA polygraph examination is DENIED.

- The portion of Defendant's omnibus motion seeking to compel production of CIA emails and chat messages, to the extent they have not already been disclosed, *see* ECF No. 785, is DENIED without prejudice to renewal on a showing that the metadata Defendant seeks exists and would be material to his defense.

- By **May 6, 2022**, the Government shall produce information in the record relevant to Judge Crotty's January 31, 2020 decision regarding Defendant's testimony on the issue discussed during today's sealed hearing. *See* Opinion at 16 & n.27.

- By **May 6, 2022**, the Government shall file a letter with the Court stating whether it has any objection to providing Defendant and the Court with the specific language used by Wall Counsel to contact CIA witnesses on Defendant's behalf.

SO ORDERED.

Dated: May 3, 2022
      New York, New York
                                                      JESSE M. FURMAN
                                                   United States District Judge