```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                                                                       :
                -v-                                                    :   17-CR-548 (JMF)
                                                                       :
JOSHUA ADAM SCHULTE,                                                   :   ORDER
                                                                       :
                Defendant.                                             :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

In its April 29, 2022 letter, *see* ECF No. 791, the Government offers to provide the Court with "the classified discovery letters sent to the defense detailing the specifics of the Government's various productions in this matter," *id.* at 4 n.4. The Government shall submit those letters to the Court by **May 9, 2022**.

SO ORDERED.

Dated: May 6, 2022
       New York, New York
                                                        _____
                                                              JESSE M. FURMAN
                                                           United States District Judge