UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                            :
:
:
:
         -v-                                                         :   17-CR-548 (JMF)
:
JOSHUA ADAM SCHULTE,                                                 :   ORDER
:
                      Defendant.                                     :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Trial in this case is RESCHEDULED to begin on **Monday, June 13, 2022**, instead of **Tuesday, June 14, 2022**. Additionally, the parties are advised that the Court will not sit on June 22 and 23, 2022. (Nor will the Court sit on June 20, 2022, as it is a Court holiday.)

      SO ORDERED.

Dated: May 9, 2022
       New York, New York
                                      JESSE M. FURMAN
                                      United States District Judge