```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA,                       :
                                                :
                                                :
              -v-                               :     17-CR-548 (JMF)
                                                :
JOSHUA ADAM SCHULTE,                            :         ORDER
                                                :
                        Defendant.              :
                                                :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On May 6, 2022, Defendant filed a supplemental Classified Information Procedures Act ("CIPA") Section 5 Notice. The Government shall file any response to Defendant's Notice, including any motion pursuant to CIPA Section 6(a), by **May 17, 2022**. Defendant shall file any response to any CIPA Section 6(a) motion by **May 24, 2022**.

On May 10, 2022, the Court also received a classified letter from Defendant regarding certain exhibits that he had filed in connection with his motion to suppress. The Government shall respond to Defendant's letter by **May 17, 2022.**

SO ORDERED.

Dated: May 10, 2022
       New York, New York                          _____
                                                         JESSE M. FURMAN
                                                      United States District Judge