UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
:
:
-v- : 17-CR-548 (JMF)
:
JOSHUA ADAM SCHULTE, : ORDER
:
Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On May 9, 2022, the Court received a sealed, *ex parte* letter from Defendant. Defendant does not explain, let alone demonstrate good cause, why the letter was filed *ex parte* and, on its face, nothing in the letter justifies *ex parte* filing. Accordingly, the Court will provide the letter to the Government. The Government shall file a response by **May 16, 2022**.

SO ORDERED.

Dated: May 11, 2022
New York, New York
                                         JESSE M. FURMAN
                                        United States District Judge