**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROADWAY, 19TH FLOOR
NEW YORK, NEW YORK 10004
TELEPHONE: (646) 763-1490

May 11, 2022

Hon. Jesse M. Furman
Judge, United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Joshua A. Schulte*, 17 Cr. 548 (JMF)

Dear Judge Furman,

It is with regret that I provide to the Court the attached letter from pro se defendant Joshua A. Schulte. Mr. Schulte continues to experience issues with access to the law library at MDC-Brooklyn. See, Exhibit A.

On May 9, 2022, Ms. Chan, who was to be the point person at the MDC was provided with Mr. Schulte's letter in the hopes that the issues he raised would be addressed without need for court intervention. Ms. Chan's response to the issues raised was to inform me that she had forwarded the information to the Unit Manager. She also provided to me the relevant statutory provisions governing the filings of administrative remedies.

My follow up (May 10, 2022) with Ms. Chan was non-productive. I invited her to provide to me contact information for the Segregated Housing Unit, as I would be pleased to reach out to them in an effort to save the Court from these missives and to ensure that those housed in that unit had access to the law library. As of today, May 11, 2022, I have not received any response or update.[1]

In light of the continued conditions of confinement issues, we ask the Court to encourage the MDC Legal Department to either provide counsel with a substantive response or to provide us with a contact in the SHU so that I may attempt to resolve the matter directly with the Unit Manager. Mr. Schulte seeks separate relief – additional time to file his reply briefs. See, Exhibit A.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,
/s/Sabrina P. Shroff & Deborah A. Colson
Standby Counsel to Joshua A. Schulte

cc:   Joshua Schulte, MDC
      Irene Chan, MDC (via e-mail)

---

[1] Today MDC has provided notice that because of a particularly aggressive assault yesterday, the MDC is closed to legal visits and VTCs but that clients would be produced for in-court and virtual appearances.