UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                            :
:
:
:
-v-                                                                  :   17-CR-548 (JMF)
:
JOSHUA ADAM SCHULTE,                                                 :   ORDER
:
Defendant.                                                           :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On May 9, 2022, the Court received by email to Chambers a sealed, *ex parte* letter from Defendant, which has now been provided to the Government. The letter shall remain temporarily under seal, pursuant to the unclassified protective order in this case, ECF No. 11. The Court will make a final determination as to the sealing of the letter after receiving the Government's response.

SO ORDERED.

Dated: May 12, 2022
New York, New York

JESSE M. FURMAN
United States District Judge