Joshua Adam Schulte, *pro se*

May 14, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

I wrote the Court a week ago that the law library computer was powered off, and someone from the MDC simply needed to press the power button. A week later, no one has pressed the power button, so I am still unable to use the law library. I have filed administrative remedies every single day requesting that someone press the power button on the law library computer, and I have not received a single response. No one has responded to a single BP-8 I have filed over the past two months, and no one has permitted me to progress to the next level in the administrative remedy process.

Since April 27, 2022, I have only had access to the law library computer for two hours. That's two hours in 17 days. It's been powered off and un-useable since May 5, 2022.

I note for the Court that general population inmates can access the law library from 6AM to 9:30 PM. I also note that my SAMs do not limit my access to the law library. The MDC's repeated obstruction of my ability to assist in my own defense is nothing short of sabotage.

I ask the Court to issue an order of the 6 requests from my May 7, 2022 letter, including an order directing the MDC to press the power button on the law library computer, respond to administrative remedies so this Court is not dragged in to every single issue, fix the ongoing law library issues by either giving multiple keys to the law library's enclosure to all officers on the unit or simply moving the law library computer outside the locked enclosure, etc.

Respectfully submitted,

Joshua Adam Schulte