

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 17, 2022

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Joshua Adam Schulte*,
             **S3 17 Cr. 548 (JMF)**

Dear Judge Furman:

    Enclosed with this letter, the Government respectfully submits a proposed verdict form.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

        by:    /s/
                David W. Denton, Jr./Michael D. Lockard
                Assistant United States Attorneys
                (212) 637-2744/-2193

Encl.

cc:    Standby Counsel (by email)
       Joshua Adam Schulte (by mail)