UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - v. -                                  S3 17 Cr. 548 (JMF)

JOSHUA ADAM SCHULTE,              <u>VERDICT FORM</u>

                Defendant.

*All Answers Must Be Unanimous*

<u>Count One:</u>
    <u>Illegal Gathering of National Defense Information</u>

    Guilty _____                  Not Guilty _____

<u>Count Two:</u>
    <u>Illegal Transmission of Unlawfully Possessed National Defense Information (2016)</u>

    Guilty _____                  Not Guilty _____

<u>Count Three:</u>
    <u>Illegal Transmission of Unlawfully Possessed National Defense Information (2018)</u>

    Guilty _____                  Not Guilty _____

<u>Count Four:</u>
    <u>Attempted Illegal Transmission of Unlawfully Possessed National Defense Information</u>

    Guilty _____                  Not Guilty _____

<u>Count Five:</u>
    <u>Unauthorized Access to a Computer to Obtain Classified Information</u>

    Guilty _____                  Not Guilty _____

<u>Count Six:</u>
    <u>Unauthorized Access to a Computer to Obtain Information from a Department or Agency of the United States</u>

    Guilty _____                  Not Guilty _____

<u>Count Seven:</u>
   Causing Transmission of a Harmful Computer Program, Information, Code, or Command (Confluence Reversion)

   Guilty _____          Not Guilty _____

<u>Count Eight:</u>
   Causing Transmission of a Harmful Computer Program, Information, Code, or Command (Deleting Log Files)

   Guilty _____          Not Guilty _____

<u>Count Nine: Obstruction of Justice</u>

   Guilty _____          Not Guilty _____


*After completing the Verdict Form, please sign your names in the spaces provided below, fill in the date and time, and inform the Court Security Officer that you have reached a verdict.*


_____          _____
Foreperson

_____          _____


_____          _____


_____          _____


_____          _____


Date and Time:     _____

*Once you have signed the Verdict form, please give a note—NOT the Verdict Form itself—to the Court Security Officer stating that you have reached a verdict.*