```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                                                                  :
                                                                  :
              -v-                                                 :     17-CR-548 (JMF)
                                                                  :
JOSHUA ADAM SCHULTE,                                              :           ORDER
                                                                  :
                            Defendant.                            :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As discussed on the record during the conference held on May 18, 2022:

- With regard to the sealed letter filed by Defendant on May 9, 2022, and the sealed response filed by the Government on May 16, 2022, Defendant's requests to compel additional discovery and to remove the already produced discovery from the ambit of the unclassified protective order are DENIED. The Court reserves judgment on whether any of the additional discovery that has been produced would be admissible at trial. The Court will consider Defendant's request for funds to hire an investigator if it is made via a formal request. Finally, the Government shall file both letters and exhibits on the docket with proposed redactions by **May 25, 2022**.

- The Court is persuaded that the exhibit referred to in Defendant's classified letter of May 6, 2022, and the Government's classified response of May 16, 2022, is classified. The Court will take no further action on this issue.

- On May 16, 2022, Defendant filed a classified motion for reconsideration of the Court's April 29, 2022 Opinion and Order, ECF No. 789. That motion is DENIED as to the Court's rulings on (1) the motion to suppress the document produced by Shane Presnall and (2) the motion to suppress the Google, Github, and Reddit search warrant. As to (1) the motion for bifurcation, and (2) the motion to suppress documents seized from the MCC, the Government shall file any response (**and ensure that it is served on Defendant**) no later than **May 31, 2022**. Any reply shall be filed by **June 3, 2022**.

- By **June 1, 2022**, the Government shall confer with Defendant, standby counsel, the CISO, the United States Marshal Service, and any other stakeholders, and propose a trial plan addressing matters such as Defendant's access to papers, computer, printer, SCIF, counsel, etc., during trial, as well as

any issues regarding SAMs and trial.

- During the final pretrial conference on June 3, 2022, the parties should be prepared to discuss a trial date for the severed charges.

Finally, the following dates and deadlines apply to this case (and supersede the schedule in any prior Order of the Court):

| | |
|---|---|
| **Thursday, May 19, 2022** | Government to file any CIPA Section 6(c) motion regarding NDI evidence, *see* ECF No. 800 |
| **Friday, May 20, 2022** | Defendant to file any response to the Government's motions *in limine* and request to charge |
| **Monday, May 23, 2022** | Defendant to file any proposed voir dire and a proposed verdict form |
| **Tuesday, May 24, 2022** | Defendant to file any response to the Government's May 17, 2022 motion regarding Defendant's newly-filed CIPA Section 5 Notices |
| **Wednesday, May 25, 2022** | Government to file sealed letters and exhibits filed May 9, 2022, and May 16, 2022, with proposed redactions |
| **Tuesday, May 31, 2022** | Government to file any response to Defendant's motion for reconsideration of the Court's April 29, 2022 Opinion and Order, ECF No. 789, addressing (1) the motion for bifurcation and (2) the motion to suppress documents seized from the MCC |
| **Wednesday, June 1, 2022** | Government to file proposed trial logistics plan addressing Defendant's access to papers, computer, printer, SCIF, counsel, etc., as well as any issues regarding SAMs during trial |
| **Friday, June 3, 2022** | Final Pretrial Conference at 10:00 a.m. <br><br> Defendant to file any reply in support of his motion for reconsideration of the Court's April 29, 2022 Opinion and Order, ECF No. 789 |
| **Monday, June 13, 2022** | Trial begins |

The Clerk of Court is directed to terminate ECF Nos. 792, 807, and 808.

SO ORDERED.

Dated: May 19, 2022
       New York, New York

                                        JESSE M. FURMAN
                                  United States District Judge