UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
:
:
          -v-                                                           :     17-CR-548 (JMF)
:
JOSHUA ADAM SCHULTE,                                                    :         ORDER
:
                    Defendant.                                          :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In its CIPA Section 6(a) Motion, the Government asked the Court to adopt the witness security measures that were used in the first trial before Judge Crotty, which included a partial courtroom closure for certain witnesses from the Central Intelligence Agency.  *See* ECF No. 293; *see also* ECF Nos. 260, 263.  The Court provided public notice of the motion; set a deadline for any members of the press or public to submit written comments or objections by May 13, 2022; and provided an opportunity for any member of the press or public to be heard at the May 18, 2022 conference.  *See* ECF No. 786.  No comments or objections were timely made.

      Matthew Russell Lee, representing Inner City Press, submitted the attached objection to the Court after the conference on May 18, 2022.  The objection asks the Court to "provide the specifics of the proposed courtroom sealing."  But as noted in the Court's April 26, 2022 Order, *see* ECF No. 786, those specifics are already on the docket, *see* ECF No. 263, and indeed, were already implemented by Judge Crotty during the first trial.

      Despite the lateness of Mr. Lee's objection, and his failure to address the specifics of the Government's proposal, the Court will take his objection under advisement in deciding the Government's motion.  No further submissions on the issue will be considered.

      SO ORDERED.

Dated: May 19, 2022                                     _____
      New York, New York                                JESSE M. FURMAN
                                                                 United States District Judge

# Inner City Press

May 18, 2022

By E-mail to Chambers

Hon. Jesse M. Furman, United States District Judge
Southern District of New York, 40 Foley Square, New York, NY 10007

Re: Press opposition to proposed sealing of courtroom for some witnesses during upcoming trial in US v. Schulte, 17-cr-548 (JMF)

Dear Judge Furman:

  Inner City Press covered defendant Schulte's first trial before Judge Paul A. Crotty, including objecting to and limiting the scope of court closure(s). See Dockets No. 261, 268 and 277.  Back in January 2020 Judge Crotty directed the government to docket a public version of its proposed courtroom closure measures, then set to schedule to hear opposition to them.

  While I was present for some of today's pre-trial conference, I had to step out and upon my return learned that the Court asked if anyone present desired to be heard in opposition to court closure(s). I am sorry I missed that moment, but am submitting this letter an hour later to seek to be heard on the proposed closures.

 Today there were multiple references to motions files under seal, not yet in the docket. It would be helpful the specifics of the proposed courtroom sealing in the upcoming trial were made public, and a schedule set to respond to them, in writing or orally.

  If deemed necessary, PLEASE TAKE NOTICE that Inner City Press and its undersigned reporter, in personal capacity, will move this Court before Honorable Jesse M. Furman U.S. Judge for the Southern District of New York, at a date and time directed by the Court, for entry of an order granting permission to the heard on proposed sealings of the courtroom during trial in US v. Schulte, 17-cr-548 (JMF)."

Please confirm receipt & again docket this timely responsive filing. Thank you. Respectfully submitted,

/s/

Matthew Russell Lee, Inner City Press

cc: Joshua Schulte via Sabrina_Shroff@fd.org; michael.lockard@usdoj.gov

Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Dag Hammarskjold Center, Box 20047, New York, NY 10017