UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
:
:
-v- : 17-CR-548 (JMF)
:
JOSHUA ADAM SCHULTE, : ORDER
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On May 19, 2022, the Government filed a letter motion asking the Court to rule *in limine* on the admissibility of testimony from witnesses subpoenaed by Defendant.  *See* ECF No. 813. Defendant shall file any response by **May 31, 2022**.  No reply may be filed without prior leave of Court.  The parties shall be prepared to discuss the issue at the final pretrial conference on June 3, 2022.

    SO ORDERED.

Dated: May 20, 2022
       New York, New York
                                            JESSE M. FURMAN
                                          United States District Judge