Joshua Adam Schulte, *pro se*

May 20, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

Enclosed with this letter is the defendant's proposed verdict form, which is simply an adaptation from the one used at the first trial. See, e.g. Dkt. 351. Due to the "presumption of innocence," the "not guilty" should precede "guilty" as it did at the first trial.

Respectfully submitted,

Joshua Adam Schulte