```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :
  UNITED STATES OF AMERICA             :
                                       :
         - v. -                        :
                                       :  S3 17 Cr. 548 (JMF)
  JOSHUA ADAM SCHULTE,                 :
                                       :
                         Defendant.    :
                                       :
                                       :
- - - - - - - - - - - - - - - - - - - X
```

## VERDICT FORM

[Proceed to next page]

**COUNT ONE:**      **Illegal Gathering of National Defense Information**

1. As to Count One, how do you find the defendant, JOSHUA ADAM SCHULTE, not guilty or guilty?

    NOT GUILTY _____          GUILTY _____

**COUNT TWO:**      **Illegal Transmission of Unlawfully Possessed National Defense Information**

2. As to Count Two, how do you find the defendant, JOSHUA ADAM SCHULTE, not guilty or guilty?

    NOT GUILTY _____          GUILTY _____

**COUNT THREE:**   **Illegal Transmission of Unlawfully Possessed National Defense Information**

3. As to Count Three, how do you find the defendant, JOSHUA ADAM SCHULTE, not guilty or guilty?

    NOT GUILTY _____          GUILTY _____

**COUNT FOUR:**    **Attempted Illegal Transmission of Unlawfully Possessed National Defense Information**

4. As to Count Four, how do you find the defendant, JOSHUA ADAM SCHULTE, not guilty or guilty?

    NOT GUILTY _____          GUILTY _____

**COUNT FIVE:**    **Unauthorized Access to a Computer to Obtain Classified Information**

5. As to Count Five, how do you find the defendant, JOSHUA ADAM SCHULTE, not guilty or guilty?

    NOT GUILTY _____          GUILTY _____

**COUNT SIX:**     **Unauthorized Access to a Computer to Obtain Information from a Department or Agency of the United States**

6. As to Count Six, how do you find the defendant, JOSHUA ADAM SCHULTE, not guilty or guilty?

    NOT GUILTY _____          GUILTY _____

**COUNT SEVEN**:   Causing Transmission of a Harmful Computer Program, Information, Code, or Command

7.  As to Count Seven, how do you find the defendant, JOSHUA ADAM SCHULTE, not guilty or guilty?

    NOT GUILTY _____          GUILTY _____

**COUNT EIGHT**:   Causing Transmission of a Harmful Computer Program, Information, Code, or Command

8.  As to Count Eight, how do you find the defendant, JOSHUA ADAM SCHULTE, not guilty or guilty?

    NOT GUILTY _____          GUILTY _____

**COUNT NINE**:   Obstruction of Justice

9.  As to Count Nine, how do you find the defendant, JOSHUA ADAM SCHULTE, not guilty or guilty?

    NOT GUILTY _____          GUILTY _____

**[Proceed to sign the verdict sheet.]**

Dated:   New York, New York
         July ____, 2022

                                    _____
                                    Signature of Foreperson


                                    _____
                                    Print name

3