Joshua Adam Schulte, *pro se*

May 20, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

I am in recent of the government's opposition to my motions *in limine*. The Court did not set any deadline for replies, but noted that the parties should request permission to file any reply. I ask the Court for a week to file a reply, due 5/27/2022.

Respectfully submitted,

Joshua Adam Schulte