```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA,                               :
                                                        :
                                                        :
                -v-                                     :      17-CR-548 (JMF)
                                                        :
JOSHUA ADAM SCHULTE,                                    :          ORDER
                                                        :
                        Defendant.                      :
                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On May 22, 2022, Defendant filed a letter motion seeking leave to file a reply in support of his motions *in limine*. *See* ECF No. 816. That request is granted. Any reply shall be filed by **May 27, 2022**. No extensions of that deadline will be granted.

On the same date, Defendant filed a supplemental motion *in limine*. *See* ECF No. 817. The Government shall file any response by **May 27, 2022**. No reply will be permitted.

**Finally, both parties having now had ample time to file pretrial motions and the deadlines having passed, no further pretrial motions will be accepted without prior leave of the Court.**

The Clerk of Court is directed to terminate ECF No. 816.

SO ORDERED.

Dated: May 23, 2022
       New York, New York
                                            _____
                                                      JESSE M. FURMAN
                                                   United States District Judge