Joshua Adam Schulte, *pro se*

May 20, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: ***United States v. Joshua Adam Schulte***, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

My CIPA 6(c) Reply is due on Thursday. However, my SCIF days are still Mondays and Fridays. I ask the Court to either move the deadline to Friday or provide me with a SCIF day on Wednesday to complete this Reply.

Respectfully submitted,

Joshua Adam Schulte