Joshua Adam Schulte, *pro se*

May 20, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

My CIPA 6(c) Reply is due on Thursday. However, my SCIF days are still Mondays and Fridays. I ask the Court to either move the deadline to Friday or provide me with a SCIF day on Wednesday to complete this Reply.

Respectfully submitted,

Joshua Adam Schulte

Application GRANTED. Defendant's response shall be due May 27, 2022. If Defendant anticipates needing extensions of any other existing deadlines, he should inform the Court as early as possible. The Clerk of Court is directed to terminate ECF No. 821.
SO ORDERED.

May 24, 2022