UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
:
:
:
-v-                                                                    :   17-CR-548 (JMF)
:
JOSHUA ADAM SCHULTE,                                                   :   ORDER
:
Defendant.                                                             :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  On May 19, 2022, the Government filed a letter motion asking the Court to rule *in limine* on the admissibility of testimony from witnesses subpoenaed by Defendant. *See* ECF No. 813. Defendant was ordered to respond by May 31, 2022. *See* ECF No. 814.

  Upon further review of the Government's motion, the Court orders Defendant's response to include the following:

1. A response to the Government's preclusion arguments as to the three named witnesses.

2. As to each witness Defendant seeks to call who is a current or former employee of the CIA, a detailed proffer with respect to the subject matter of the proposed testimony and the basis for admissibility (including but not limited to the witness's source of knowledge).

  SO ORDERED.

Dated: May 25, 2022
   New York, New York
                     _____
                        JESSE M. FURMAN
                       United States District Judge