

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2022

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

     Re:   *United States v. Joshua Adam Schulte*,
              S3 17 Cr. 548 (JMF)

Dear Judge Furman:

     Pursuant to the Court's May 19, 2022 Order (D.E. 811), the Government respectfully submits redacted versions of the sealed letter filed by Defendant on May 9, 2022, the sealed response filed by the Government on May 16, 2022, and Exhibit A to the Government's May 16, 2022 letter. The Government respectfully submits that Exhibit B to the Government's May 16, 2022 letter should remain under seal in its entirety, pursuant to the terms of the unclassified protective order entered in this case. (*See* D.E. 11).

                                         Respectfully submitted,

                                         DAMIAN WILLIAMS
                                         United States Attorney

                        by:     /s/
                              David W. Denton, Jr./Michael D. Lockard
                              Assistant United States Attorneys
                              (212) 637-2744/-2193

cc:    Standby Counsel (by ECF)
        Joshua Adam Schulte (by mail)