```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                                                                       :
           -v-                                                         :     17-CR-548 (JMF)
                                                                       :
JOSHUA ADAM SCHULTE,                                                   :     ORDER
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

There is a final pretrial conference for this case scheduled for **June 3, 2022, at 10:00 a.m.** Given the number and nature of the issues remaining to be resolved before trial, including several that will not be fully briefed by the time of the final pretrial conference, the Court concludes that another conference prior to trial may be necessary. Accordingly, unless and until the Court orders otherwise, the parties are hereby ORDERED to appear for a supplemental final pretrial conference with the Court on **June 8, 2022, at 9:15 a.m.**

The conferences on June 3, 2022, and June 8, 2022, will be held in Courtroom 15A (NOT the Court's usual courtroom) of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. In the event that there is a need for discussion in a classified setting, the proceedings will be moved to a different courtroom.

SO ORDERED.

Dated: June 1, 2022
       New York, New York
                                                    _____
                                                    JESSE M. FURMAN
                                                    United States District Judge