**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET
19TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

June 1, 2022

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1105
New York, New York 10007

**United States v. Joshua Adam Schulte, S3 17-Cr-548 (JMF)**

Dear Judge Furman:

We write to inform the Court that a guard at the MDC accidently dropped Mr. Schulte's laptop today, breaking it. Because the computer no longer functions, Mr. Schulte is unable to access or print anything from the laptop, including the legal papers due this week. The defense team was first notified of the incident by Mr. Schulte's parents early this afternoon. It was later confirmed in an email from BOP staff Attorney Irene Chan, who stated in pertinent part: "I just called the housing unit and can confirm that his laptop is broken. It was an unfortunate incident where it was accidentally dropped."

Given the June 13, 2022 trial date, we have ordered him a new computer, and the BOP, government, and defense team are working to resolve this matter as quickly as possible. We do not seek any relief from the Court at this time.

Respectfully submitted,

*/s/ Sabrina P. Shroff*

Sabrina P. Shroff
Deborah Coulson
Standby Counsel to Mr. Joshua Adam Schulte