Joshua Adam Schulte, *pro se*

**EX PARTE**  May 29, 2022
**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

I write the Court regarding the permissible activities of standby counsel during the trial. I ask the Court to allow standby counsel to handle a large portion of the objections during adversary testimony. I believe it would streamline the process as I will largely be focused on preparing cross examination, and the time it takes for standby counsel to whisper for me to object, my objection, then for standby counsel to whisper to me the reasons or other information for the court, and then for me to regurgitate this information may prove unseemly and disruptive—whereas standby counsel could simply raise the objections directly.

I also ask the Court what role, if any, standby counsel can play in cross examinations. While I am prepared (or otherwise *preparing*) to handle all the cross-examinations and directs for my own case, it may be nice to allow standby counsel to take one of the minor witnesses or a witness she previously crossed at the first trial. Would the Court be open to this?

Finally, I write regarding my own direct testimony. I ask the Court to permit me to testify on direct through a powerpoint; I would essentially give a monologue and walk through the events.

Respectfully submitted,

Joshua Adam Schulte