**MANDATE**

N.Y.S.D. Case # 17-cr-0548(JMF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 06 2022

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of June, two thousand twenty-two.

_____

United States of America,

    Appellee,

v.

Joshua Adam Schulte,

    Defendant – Appellant.

_____

**ORDER**

Docket Nos. 22-873(L), 22-880(Con)

Appellant moves by letter to withdraw his appeal under docket number 22-873.

IT IS HEREBY ORDERED that the request is GRANTED. The appeal is deemed WITHDRAWN.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/03/2022