

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 7, 2022

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

>    **Re:**    *United States v. Joshua Adam Schulte*,
>          **S3 17 Cr. 548 (JMF)**

Dear Judge Furman:

   The Government writes in response to the Court's Order, dated June 6, 2022 (D.E. 847), regarding prior briefing regarding the application of the factors identified in *Waller v. Georgia*, 467 U.S. 39, 46 (1984), to the introduction of classified exhibits at the previous trial in this matter. The defendant filed a publicly-docketed response (D.E. 292) to the Government's January 31, 2022 letter, and the Government did not file a reply. The defendant's response is attached as Exhibit A.

                     Respectfully submitted,

                     DAMIAN WILLIAMS
                     United States Attorney


                  by: _____/s/_____

                     David W. Denton, Jr./Michael D. Lockard
                     Assistant United States Attorneys
                     (212) 637-2744/-2193

cc:    Standby Counsel (by ECF)
       Joshua Adam Schulte (by mail)