Joshua Adam Schulte, *pro se*

June 4, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

The MDC ignored your request to ensure the law library computer is functional. It crashed once again on Tuesday, May 31, 2022. I informed the officers and wrote a BP-8. It was still down on Wednesday, June 1st (but I had no laptop anyway). As of today, Saturday, June 4, 2022, it is still crashed—someone simply needs to press the power button to turn it back on.

Due to my inability to access the law library, I am unable to finish the reconsideration motion and have difficulty finalizing my exhibits for the government without review of the federal rules of evidence and caselaw for precedent in this district/circuit.

Accordingly, I ask the Court to order the MDC to press the power button on the law library computer so I can spend a few hours reviewing cases referenced in the government's reconsideration opposition, search for relevant cases and cites for my reply, and finalize the submission to close out the motion; I therefore also request extension of time to file my reply until the MDC provides me adequate access to the law library to perform this work.

I also ask the Court for permission to provide my first defense exhibit notification to the government in writing with a list of defense exhibits corresponding to discovery files, 3500 materials, and other documents in the government's possession. I then ask the Court to authorize me to bring my laptop on Friday to provide the government a complete defense exhibit list (but ask for the ability to supplement as need arises).

Respectfully submitted,

Joshua Adam Schulte

---

The Court is extremely disappointed to hear that the law library computer remains an issue. Defendant's deadline to file his reply in support of his motion for reconsideration is GRANTED.  Any reply shall be filed **by the beginning of the pretrial conference on June 8, 2022**.  No further extensions will be granted, and if no reply is filed by that date the Court will address the motion without further briefing.  In the meantime, the Government should work with the MDC on June 7, 2022 to ensure that the law library computer is operational.  As to the exhibit list, as it does not require legal research, Defendant's motion is DENIED.  He must provide his list to the Government on **June 8, 2022** as previously ordered.  He may bring his laptop to the conference on June 8, 2022 for that purpose.  SO ORDERED.

June 7, 2022