

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

June 8, 2022

By ECF

Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Joshua Schulte,* 17 Cr. 548 (JMF)

Dear Judge Furman:

    I am standby counsel for pro se defendant Joshua Schulte in the above-captioned matter. I write to respectfully request that the Court endorse the enclosed Order directing the Bureau of Prisons (MDC Brooklyn) and the United States Marshal Service to accept certain clothing for Mr. Schulte to wear for appearances throughout the duration of his trial commencing on June 13, 2022.

    Thank you very much for your consideration.

                                  Respectfully submitted,

                                  /s/

                                Deborah Colson
                                (212) 257-6455

Enclosure