UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - v. - | : | 17 Cr. 548 (JMF) |
| JOSHUA SCHULTE, | : | |
| Defendant. | : | |

------------------------------------------------------------x

Upon the request of pro se defendant Joshua Schulte and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, via the Metropolitan Detention Center, Brooklyn, and the United States Marshal Service accept the following clothing for Mr. Schulte, Register Number 79471-054, to wear for all appearances throughout his trial commencing on June 13, 2022:

1. One pair of black dress shoes;
2. Three suit jackets, navy blue, gray, and black pinstriped;
3. Five pairs of underwear, two gray and three blue;
4. Five pairs of black socks;
5. Three ties, solid gray, checkered pattern with blue, striped pattern with gray;
6. One black belt;
7. Three pairs of dress slacks, khaki, gray, and black pinstriped; and
8. Two button-down dress shirts, white and gray.

Dated: June __, 2022
         New York, New York

                              **SO ORDERED:**

                              _____
                              **HONORABLE JESSE M. FURMAN**
                              United States District Judge