Joshua Adam Schulte, *pro se*

June 8, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

Pursuant to the Court's Order today, I provided the government a copy of the defense witness list. Also pursuant to the Court's Order, I notice the defense's intent to call government witnesses Jeremy Weber, Anthony Leonis, Frank Stedman, Patrick Leedom, and Michael Berger; and will elicit any additional testimony on cross-examination in lieu of recalling the witnesses.

Next, in an effort to streamline the trial I have asked the government to agree to certain stipulations[1]. I first provided the government my proposed stipulations on June 2, 2022. Even after the court appearance today, the government refuses to state their position on my proposed stipulations. The government has no incentive to fairly participate in this process because as they said, the Court has already deemed the prior stipulations admissible, so they simply want me to sign the old stipulations and engage in bad faith by refusing to even discuss my proposed stipulations.

If the government does not agree to these basic stipulations for introduction of the very evidence they subpoenaed and provided to me, the trial may be unnecessarily prolonged to call 10-15 custodian of records just to authenticate the trial evidence (or potentially may require me to recall witnesses after the evidence is introduced).

Respectfully submitted,

Joshua Adam Schulte

---

[1] Including the introduction of unclassified discovery produced pursuant to subpoenas of Amazon, Facebook, Plex, Automattic, Google, and MCC, among others