UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                         :
:
:
:
-v-                                               :   17-CR-548 (JMF)
:
JOSHUA ADAM SCHULTE,                              :   ORDER
:
Defendant.                      :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed on the record during the classified conference held yesterday, the parties are hereby ORDERED to appear for a classified conference with the Court on **June 10, 2022, at 1:00 p.m.** to address remaining issues regarding Defendant's witness list. The conference will be held in the courtroom where the previous classified hearings were held. If the parties are able to reach agreement on the remaining issues regarding Defendant's witness list, they should promptly inform the Court and the conference will be canceled.

SO ORDERED.

Dated: June 9, 2022
New York, New York

JESSE M. FURMAN
United States District Judge