UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA              :

        - v. -                                        :        17 Cr. 548 (JMF)

JOSHUA SCHULTE,                              :

        Defendant.                          :
-------------------------------------------------------------x

Upon the request of pro se defendant Joshua Schulte and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, via the Metropolitan Detention Center, Brooklyn, and the United States Marshal Service accept the following clothing for Mr. Schulte, Register Number 79471-054, to wear for all appearances throughout his trial commencing on June 13, 2022:

1. One pair of black dress shoes <u>without laces</u>;
2. Two ~~Three~~ suit jackets~~, navy blue, gray, and black pinstriped~~;
3. ~~Five pairs of underwear, two gray and three blue~~;
4. Two ~~Five~~ pairs of black socks;
5. Two ~~Three~~ ties~~, solid gray, checkered pattern with blue, striped pattern with gray~~;
6. One black belt;
7. Two ~~Three~~ pairs of dress slacks~~, khaki, gray, and black pinstriped~~; and
8. Two button-down dress shirts~~, white and gray~~.

The Clerk of Court is directed to terminate Docket No. 853.

Dated: June 9, 2022
       New York, New York

                                                SO ORDERED:

                                                _____
                                                HONORABLE JESSE M. FURMAN
                                                United States District Judge