```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
                                                                     :
                                                                     :
                -v-                                                  :     17-CR-548 (JMF)
                                                                     :
JOSHUA ADAM SCHULTE,                                                 :         ORDER
                                                                     :
                              Defendant.                             :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On May 16, 2022, Defendant filed a motion for reconsideration of the Court's April 29, 2022 Opinion and Order, ECF No. 789. *See* ECF No. 852. The Court previously ruled on the motion in part, but reserved judgment pending full briefing with respect to (1) bifurcation; and (2) suppression of documents seized from the MCC. Upon review of the parties' submissions on those two issues, the Court DENIES the motion for reconsideration in its entirety. The Court will explain its reasons for that ruling in an opinion, oral or written, to follow.

The Clerk of Court is direct to terminate ECF No. 852.

SO ORDERED.

Dated: June 9, 2022
       New York, New York
                                               _____
                                                    JESSE M. FURMAN
                                                 United States District Judge