UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                                                                        :
                     -v-                                                :   17-CR-548 (JMF)
                                                                        :
JOSHUA ADAM SCHULTE,                                                    :   ORDER
                                                                        :
                     Defendant.                                         :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Trial in this case is scheduled to begin on **Monday, June 13, 2022**. Jury selection will take place in **Courtroom 23A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY. Once a jury is selected, trial will proceed in **Courtroom 15A**.

      SO ORDERED.

Dated: June 10, 2022
      New York, New York

                                                JESSE M. FURMAN
                                     United States District Judge