Joshua Adam Schulte, *pro se*

June 10, 2022

**BY HAND**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

I write the Court to request a two-day adjournment once the jury is picked. I am simply not yet ready and working late through the nights just to finish everything in time; I underestimated how much work is needed to get ready for a criminal trial. Even experienced trial attorneys sometimes find themselves in a similar situation, and as a pro se defendant with restricted access to trial materials it has been very difficult especially the last few weeks. I prepared substantially for the CIA witnesses in anticipation that they would be called first as happened at the first trial; the government just informed me today that they would call FBI Agent Evanchec first, who I have yet to even prepare my cross with the anticipation that he would come later as he did at the first trial. I ask the Court for at least a few days, Tuesday and Wednesday, after picking the jury on Monday to properly prepare.

I have previously noted the difficulties with the MDC and I do not regurgitate them here. Even yesterday I was twiddling my thumbs from 7:00 AM until almost 2:00 PM, unable to get my laptop charged, go to the law library, or get a legal call; while the MDC contact person eventually (~2:00 PM) got everything squared away, I still missed over half the day. As previously noted, I also missed Wednesday and Thursday last week due to the laptop incident. And as for the medication, MDC Officer Ecklund would attest that medical staff filled my prescriptions but forgot to send them up to our unit for two weeks. Finally, I also lost two months due to the national lockdown and confiscation of my laptop (Dkt. 752 at 1).

Respectfully submitted,

Joshua Adam Schulte