UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
:
:
    -v-                                            :     17-CR-548 (JMF)
:
JOSHUA ADAM SCHULTE,                               :     ORDER
:
        Defendant.                                 :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Government moved to admit two Government exhibits, the Wikileaks leak and the log file, as classified exhibits available only to the jury, the parties, and the Court. *See* ECF Nos. 846, 846-1, 846-2. Defendant opposed the motion. *See* ECF No. 832, at 9-10. On June 13, 2022, the Court granted the Government's motion orally, with a written opinion addressing the factors laid out in *Waller v. Georgia*, 467 U.S. 39 (1984), to follow.

The Government also moved pursuant to the Classified Information Procedures Act ("CIPA"), 18. U.S.C. app. 3, Section 6(c), to admit a stipulation in lieu of classified documents Defendant contends demonstrate that some of the information he is accused in leaking in Counts 3 and 4 was publicly available. On June 14, 2022, the Court granted the Government's motion on the record, finding that the proposed stipulation gives Defendant "substantially the same ability to make his defense as would disclosure of" the underlying documents.

SO ORDERED.

Dated: June 14, 2022
    New York, New York

_____
JESSE M. FURMAN
United States District Judge