**MANDATE**

S.D.N.Y. – N.Y.C.
17-cr-548
Furman, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of May, two thousand twenty-two.

Present:
    Denny Chin,
    Richard J. Sullivan,
    Joseph F. Bianco,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 16 2022

United States of America,
        *Appellee*,

v.

Joshua Adam Schulte,
        *Defendant--Appellant*.

21-2528 (L), 21-2529 (Con)
21-2530 (Con), 21-2877 (Con)
21-2878 (Con), 21-2879 (Con)

The government moves to dismiss the appeals docketed under 21-2528, 21-2529, 21-2530, 21-2878, and 21-2879. Appellant, proceeding pro se, moves for leave to file a late opposition and to compel the government to resubmit certain filings. Upon due consideration, it is ORDERED that the motion for leave to file a late opposition is GRANTED, but the motion to compel the government to resubmit certain filings is DENIED. It is further ORDERED that the government's motion is GRANTED and that the appeals docketed under 21-2528, 21-2529, 21-2530, 21-2878, and 21-2879 are DISMISSED; the Court finds that it lacks jurisdiction over these appeals because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008).

The appeal docketed under 21-2877 will proceed in the ordinary course. Because Appellant has already filed his brief, the government is directed to file a scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/16/2022