UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
UNITED STATES OF AMERICA,    :
    :
    :
    -v-    :    17-CR-548 (JMF)
    :
JOSHUA ADAM SCHULTE,    :    <u>ORDER</u>
    :
        Defendant.    :
    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    No later than **July 6, 2022**, the parties shall submit new proposed jury instructions addressing the meaning of "national defense information" (including, but not limited to, the significance, if any, of whether the information at issue was previously made public), taking into consideration the Court's Opinion and Order of May 24, 2022, *see* ECF No. 825, and the Court's observations during the classified hearing on May 3, 2022.  By the same date, the parties shall provide their views (including, as appropriate, new proposed jury instructions) on how to advise the jury about the particular statements and information on which the Government is now relying in connection with Counts Three and Four.

    Further, given the right to public access to judicial proceedings, the Government is ORDERED to conduct a classification review of, and propose redactions to, the transcripts of the classified hearings held before and during trial, beginning with the transcript of the hearing held on May 3, 2022, in which the Court and the parties addressed the meaning of "national defense information."

    SO ORDERED.

Dated: July 4, 2022
       New York, New York
                                                           JESSE M. FURMAN
                                                          United States District Judge