**MANDATE**

S.D.N.Y. – N.Y.C.
17-cr-548
Furman, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of May, two thousand twenty-two.

Present:
>    Denny Chin,
>    Richard J. Sullivan,
>    Joseph F. Bianco,
>         *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 08 2022

*In re* Joshua Schulte,                                                                                       21-2558

>                *Petitioner*.

Petitioner, proceeding pro se, seeks a writ of mandamus and moves for in forma pauperis status. Upon due consideration, it is hereby ORDERED that the motion for in forma pauperis status is GRANTED for the purpose of filing the mandamus petition. It is further ORDERED that the mandamus petition is DENIED because Petitioner has not demonstrated that he lacks an adequate alternative means of obtaining relief. *See In re Steinhardt Partners, L.P.*, 9 F.3d 230, 233 (2d Cir. 1993).

>    FOR THE COURT:
>    Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/08/2022