```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
                                                                   :
            -v-                                                    :    17-CR-548 (JMF)
                                                                   :
JOSHUA ADAM SCHULTE,                                               :         ORDER
                                                                   :
                    Defendant.                                     :
                                                                   :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On July 15, 2022, the Court received an email from a member of the public purporting to have information about this case. The Court will provide the email to both parties. Absent an application from either party, the Court does not intend to take any other action in connection with the email. In light of that, there is no right of public access to the email and it will remain under seal unless and until the Court orders otherwise.

      SO ORDERED.

Dated: July 15, 2022
       New York, New York

                                            JESSE M. FURMAN
                                            United States District Judge