Joshua Adam Schulte, *pro se*

July 25, 2022

BY HAND

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

Dear Judge Furman:

 I write the Court for an extension to file a Rule 29 and Rule 33 Motion—in accordance with the Federal Rules of Criminal Procedure, they are due within 14 days after the verdict. I ask the Court for an extension until Friday, September 23, 2022 to file the motions. Next, with the Court's consent, I intend for the Rule 29/33 motion to be my final motion as a *pro se* defendant (after my Reply following the government's opposition). I would not wish to represent myself for the CP charges nor for any other matter concerning the espionage trial—sentencing, appeal, or anything—and I ask that present standby counsel take on these responsibilities. So that I may work on the CP case, I ask the Court to approve once-weekly SCIF days as the CP case has classified forensic evidence—home computers and servers that were "classified".

 Finally, for the reasons that assigned counsel will state on the record, we intend to seek immediate sentencing on the counts of conviction.

Respectfully submitted,

Joshua Adam Schulte