

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

July 25, 2022

By ECF

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Josh Schulte,* 17 Cr. 548 (JMF)

Dear Judge Furman:

    I write to respectfully request to be relieved as counsel in connection with Mr. Schulte's child pornography case because I have serious personal obligations that impede my ability to handle the trial.[1] Should the Court agree to relieve me, I suggest that it consider appointing David Stern, Esq. to try the case with Ms. Shroff. Mr. Stern is a highly skilled and experienced member of the CJA panel. He has Top Secret security clearance and extensive experience with CIPA litigation. I have spoken to him about the case, and he is willing and available to take the appointment. I have also discussed this application with Mr. Schulte and Ms. Shroff and appreciate their understanding.

    I thank the Court for its consideration.

Respectfully submitted,

/s/

Deborah Colson
(917) 543-6490 (cell)

cc:    AUSA David Denton
        AUSA Michael Lockard

---

[1] If the Court would like additional information, I respectfully request permission to file a supplemental letter under seal.

32753.docx