UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                             :
:
:
:
-v-                                        :              17-CR-548 (JMF)
:
JOSHUA ADAM SCHULTE,                                  :              ORDER
:
Defendant.                        :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed on the record during the conference held on July 26, 2022:

- Defendant's request to represent himself with respect to any post-trial motions pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure, and to otherwise be represented by counsel with respect to any sentencing or appeal on the counts of conviction, as well as at trial on the severed counts, ECF No. 885, is GRANTED.

- Ms. Colson's application to be relieved as counsel, ECF No. 886, is GRANTED. Defendant will be represented by Ms. Shroff and additional counsel from the CJA panel. The Court reserves judgment for the moment on whom to appoint as Ms. Shroff's co-counsel and the terms of such an appointment.

- Trial on the severed charges (Counts 12-15 of the S2 Indictment) is scheduled to begin September 11, 2023. This is a _firm_ trial date.

Finally, the following dates and deadlines apply to this case (and supersede the schedule in any prior Order of the Court):

| **Wednesday, August 17, 2022** | Counsel to confer and propose a joint pretrial schedule, as well as address the need, if any, for Defendant to have access to the SCIF going forward |
|---|---|
| **Friday, September 23, 2022** | Defendant to file any post-trial motion pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure, not to exceed 40 pages |
| **Monday, October 24, 2022** | Government to file any opposition to Defendant's post-trial motion, not to exceed 40 pages |

| **Monday, November 14, 2022** | Defendant to file any reply in support of his post-trial motion, not to exceed 20 pages |
|---|---|
| **Monday, September 11, 2023** | Trial begins on the severed charges |

The Clerk of Court is directed to update the docket to terminate Ms. Colson as counsel.

SO ORDERED.

Dated: July 26, 2022
      New York, New York

                                      JESSE M. FURMAN
                                  United States District Judge