M7B5schF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                    17 Cr. 548 (JMF)

JOSHUA ADAM SCHULTE,

          Defendant.
                              Trial
------------------------------x

                              New York, N.Y.
                              July 11, 2022
                              9:00 a.m.

Before:

             HON. JESSE M. FURMAN,

                              District Judge
                              -and a Jury-

                  APPEARANCES

DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York
BY:  DAVID W. DENTON JR.
     MICHAEL D. LOCKARD
     Assistant United States Attorneys


JOSHUA A. SCHULTE, Defendant *Pro Se*


SABRINA P. SHROFF
DEBORAH A. COLSON
    Standby Attorneys for Defendant

Also Present:  Charlotte Cooper, Paralegal Specialist

1           (Deliberations resumed)
2           THE COURT:  Good afternoon.  Everyone have a good,
3  relaxing weekend?
4           As you may know, it has been radio silence from the
5  jury today -- no notes, no nothing -- so I assume they're
6  continuing their deliberations.
7           My understanding is that the parties have conferred
8  about, if not agreed upon, redactions to the remainder of the
9  transcript in the event that we get another request.  Is that
10 correct?  I don't think I need to adjudicate any remaining
11 disputes unless and until there is a request but I want to make
12 sure we are in a good spot on that front.
13          MR. DENTON:  Yes, your Honor.  We have exchanged
14 proposed redactions back and forth today.  I think we have a
15 set from which we can have a discussion if the jury chooses to
16 request anything, hopefully about a fairly normal set of
17 issues.
18          THE COURT:  Great.  So just make sure you are in a
19 position to flag any such issues in the event that there is a
20 request.
21          Anything else for me before we get the jury in a
22 minute or two?
23          MR. DENTON:  Not from the government, your Honor.
24          THE COURT:  Mr. Schulte?
25          MR. SCHULTE:  I just think that the marshals may

1  require approval to go into the SCIF tomorrow to work through
2  the government's counter-proposals or whatever that they just
3  gave to us today.  Aside from that, that's it.
4           THE COURT:  I think I got a request earlier today for
5  approval to go to the SCIF and granted it.  I don't see any
6  reason not to grant it tomorrow as well.
7           Is that all you need?
8           THE MARSHAL:  Yes, your Honor.
9           THE COURT:  Good.
10          THE MARSHAL:  Thank you.
11          THE COURT:  So we should be good to go on that front.
12          My law clerk will go down and start to herd the jurors
13 or tell the CSO to herd the jurors and we will bring them up
14 and dismiss them for the day.
15          (pause)
16          MR. SCHULTE:  I just want to say real quick, to thank
17 the marshals for all the help and support they've done through
18 here so.  It's been great.
19          THE COURT:  Thank you for thanking them.  And, as I
20 said before, I think they've certainly done an admirable job
21 from my standpoint, so my thanks as well.
22          (pause)
23          LAW CLERK:  Jury entering.
24          (jury present)
25          THE COURT:  Please, be seated.

1            Good evening, ladies and gentlemen.  Good to see you.
2    I hope you all had wonderful weekends and have had a good day.
3    It is the end of the day so we brought you here just to excuse
4    you for the day.
5            First, let me apologize.  I gather that breakfast was
6    not there this morning.  I apologize for that, I don't know
7    what went wrong, but we will certainly try to ensure that it
8    doesn't happen tomorrow.  If you are among the first to arrive
9    tomorrow and there is no breakfast, please, let the CSO or my
10   staff know immediately so we can get it before you are all
11   there.  But, fingers crossed, that won't be necessary and it
12   will be there in the normal course.
13           Otherwise, you should find lunch order forms again for
14   tomorrow and hopefully that went off without a hitch today and
15   hopefully it will tomorrow as well.
16           With that, you know the usual instructions.  Number
17   one, don't discuss the case with anyone other than the other 11
18   jurors when you have all reassembled tomorrow to resume your
19   Honor deliberations.  So don't discuss the case or communicate
20   about the case with anyone else this evening or, for that
21   matter, with any of each other tomorrow morning until all 12 of
22   you are there.  Do not resume your liberations unless and until
23   all 12 of are you there tomorrow.  So to assure that you can do
24   that in a timely fashion please try to be there on time no
25   later than 8:45 so that you can start promptly by 9:00.

1  Once again, if you can let the CSO know when all 12 of
2  you are present and make sure that he or she has your lunch
3  order forms that would be helpful to us. Beyond that, don't
4  research the case, anyone involved in the case, and the same
5  instructions I have given you throughout.
6  With that, I wish you a very pleasant evening. We
7  will see you if not during the day tomorrow, in the event you
8  have no note or verdict, we will see you the same time tomorrow
9  evening. With that, I wish you a pleasant evening and you are
10 excused.
11 Thank you very much.
12 (Jury not present)
13 THE COURT: You may be seated.
14 Anything we need to discuss? I assume not.
15 MR. DENTON: No, your Honor.
16 THE COURT: Mr. Schulte?
17 MR. SCHULTE: No.
18 THE COURT: All right. So same drill tomorrow. Just
19 make sure you are nearby and reachable, and if we don't hear
20 from the jury earlier, please plan to be here at 4:45 tomorrow
21 afternoon.
22 Have a pleasant evening. I will see you at some point
23 tomorrow. Thanks.
24 (Adjourned to July 12, 2022 at 9:00 a.m.)
25