UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : 17-CR-548 (JMF)
:
JOSHUA SHULTE, : ORDER
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On July 25, 2022, the Court received a motion from Deborah Colson to be relieved as defense counsel.  *See* Doc. No. 886.  The Court granted the application but reserved judgment on whether or whom to appoint in Ms. Colson's place.  The Court concludes that new Criminal Justice Act counsel is appropriate and hereby appoints Caesar De Castro — the CJA lawyer on duty today (who has the appropriate security clearance as well).

SO ORDERED.

Dated: August 5, 2022
New York, New York

_____
JESSE M. FURMAN
United States District Judge