| | |
|---|---|
| **SABRINA P. SHROFF**<br>ATTORNEY AT LAW | 80 BROAD STREET, 19ᵀᴴ FLOOR<br>NEW YORK, NEW YORK 10007<br>TELEPHONE: (646) 763-1490 |

August 16, 2022

**BY ECF**

Honorable Jesse M. Furman
United States Circuit Judge for
  the Southern District of New York
40 Foley Square
New York, NY 10007-1312

**United States v. Joshua Schulte, 17 Cr. 548 (JMF)**
**(Letter requesting additional time to submit a proposed pre-trial schedule)**

Hon. Furman:

On July 26, 2022, the Court directed the parties to confer and propose a joint pretrial schedule by August 17, 2022, for the trial on the remaining counts on indictment 17 Cr. 548 (JMF). This court set September 11, 2023 as the firm trial date.

I write to seek a short extension of this deadline as the parties have conferred but are working out a proposal for the Court's consideration. Should the Court approve this request, the parties would submit a joint pretrial schedule no later than August 30, 2022.

I thank the Court for its time and consideration of this request.

                                                Respectfully submitted,

                                                /s/Sabrina P. Shroff
                                                Counsel for Joshua Schulte

SPS/mtf