| | |
|---|---|
| **SABRINA P. SHROFF** | 80 BROAD STREET, 19TH FLOOR |
| ATTORNEY AT LAW | NEW YORK, NEW YORK 10007 |
| | TELEPHONE: (646) 763-1490 |

August 25, 2022

**BY ECF**

Honorable Jesse M. Furman
United States District Judge for
 the Southern District of New York
40 Foley Square
New York, New York 10007-1312

**United States v. Joshua Schulte, 17 Cr. 548 (JMF)**
**(Letter regarding conditions of confinement as they relate to Mr. Schulte's ability to file his *pro se* post-trial motions)**

Hon. Furman,

I write at the request of pro se defendant Joshua A. Schulte, who is unable to write directly to the court as he has no access to a computer or stamps by which to mail correspondence.

Mr. Schulte is unable to work on his pro se post-trial motions as he has no access to a computer (laptop or desktop). The computers at the MDC have no Office or Word programs, and no ability to allow an individual to save drafts of Word documents. The computers at the MDC have no ability to save data to disc. Nor can a person detained at the MDC print a document. Finally, Mr. Schulte informs that as a pro se defendant he is unable to do the necessary legal research for the motions he seeks to file on his own behalf. Short of handwriting a lengthy, complex post-trial motion, an impossible undertaking, Mr. Schulte is stymied in his ability to represent himself.

For these reasons, and those stated in counsel's August 16, 2022, letter to the Court, (ECF # 930), Mr. Schulte requests the Court reconsider its prior ruling (ECF #931) and allow him to receive a replacement laptop so that he may continue to work on his Rule 29 and 33 motions. Additionally, Mr. Schulte requests that the Court order the government to inform the Court of the *status* of the government's review of the laptop that was seized. The Government need not disclose the status of its investigation – simply whether it has completed its review of the laptop that was seized from his possession.

                                                Respectfully submitted,

                                                Pro Se Defendant Joshua Schulte (through standby counsel)

SPS/mtf