UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

      -v-                                            17-CR-548 (JMF)

JOSHUA ADAM SCHULTE,                    <u>ORDER</u>

                Defendant.

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed on the record during the conference held on September 7, 2022:

- The Government shall provide an update to the Court regarding both the status of the review of Defendant's laptop and the Government's communications with the MDC (regarding the trial-related materials that were previously sent to Defendant and what, if any, accommodations can be provided to Defendant to enable him to prepare his post-trial motions in the absence of a laptop) by **September 12, 2022**.

- The deadline for Defendant's post-trial Rule 29 and 33 motions is ADJOURNED *sine die*. The Court will set a new deadline once there is greater clarity on the situation regarding Defendant's access to a computer.

Finally, the following dates and deadlines apply to trial on the severed counts:

| | |
|---|---|
| **February 24, 2023** | Notices pursuant to CIPA Section 5 |
| **March 10, 2023** | Parties' expert disclosures |
| **March 21, 2023** | Government's motions pursuant to CIPA Section 6(a) |
| **April 5, 2023** | Defendant's responses to Government's CIPA Section 6(a) motions |
| **April 13, 2023** | Defendant's non-CIPA pre-trial motions |
| **May 15, 2023** | Government's response Defendant's non-CIPA pre-trial motions |

| | |
|---|---|
| **May 22, 2023** | Defendant's reply in support of any non-CIPA pre-trial motions |
| **June 9, 2023** | Motions in Limine and Requests to Charge |
| **June 23, 2023** | Any responses to Motions in Limine and Requests to Charge |
| **August 11, 2023** | Exchange of 18 U.S.C. § 3500 material, proposed exhibits, and Rule 26.2 materials |
| **September 11, 2023** | Trial begins |

SO ORDERED.

Dated: September 8, 2022
      New York, New York

_____
JESSE M. FURMAN
United States District Judge