**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

September 20, 2022

Application GRANTED. The Clerk of Court is directed to terminate Doc. #947. SO ORDERED.

*[signature]*

September 20, 2022

**BY ECF**

Honorable Jesse M. Furman
United States District Judge for
 the Southern District of New York
40 Foley Square
New York, New York 10007-1312

**United States v. Joshua Schulte, 17 Cr. 548 (JMF)**
**(Letter re: proposed order re: use of the laptop)**

Dear Judge Furman,

I write to request an extension of the deadline set by the Court to confer with the government and propose an order that would govern the use of any future laptop provided to Mr. Schulte. See Docket Entry # 942.

The Court issued an Order today on Mr. Schulte's pro se letter dated September 16, 2021, and filed on September 20, 2022. See Docket Entry # 946. I need to discuss with Mr. Schulte's the Court's endorsement of his September 16, 2022 letter, and am unable to do until this weekend. Given this limitation, I ask the Court to allow me until September 27, 2022 to confer with Mr. Schulte and respond to the Court's endorsement. The government takes no position on this request.

Respectfully submitted,

/s/Sabrina P. Shroff

SPS/mtf