

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 27, 2022

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Joshua Adam Schulte*,
S3 17 Cr. 548 (JMF)

Dear Judge Furman:

The Government respectfully writes pursuant to the Court's orders directing the parties to submit proposals regarding the terms and conditions of any replacement laptop to be provided to the defendant. (D.E. 942, 948).

As the Government informed defense counsel on Monday, September 26, 2022, the Government does not consent to providing a replacement laptop to the defendant under any conditions, and the Government accordingly has no proposed conditions to submit to the Court. As previously directed by the Court, the Government will submit an update on the search of the defendant's laptop no later than October 28, 2022, or sooner if circumstances warrant.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
David W. Denton, Jr./Michael D. Lockard
Assistant United States Attorneys
(212) 637-2744/-2193

cc:  Defense Counsel (by ECF)