```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
            -v-                                                        :    17-CR-548 (JMF)
                                                                       :
JOSHUA SHULTE,                                                         :    ORDER
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On October 21, 2022, the Court received a letter from Defendant. *See* Doc. No. 963.

The parties, including all counsel, shall appear for a conference with the Court on **October 26, 2022** at **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

   SO ORDERED.

Dated: October 21, 2022
       New York, New York
                                                    _____
                                                           JESSE M. FURMAN
                                                       United States District Judge