**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROADWAY, 19TH FLOOR
NEW YORK, NEW YORK 10004
TELEPHONE: (646) 763-1490

October 24, 2022

Hon. Jesse M. Furman
Judge, United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Joshua A. Schulte*, 17 Cr. 548 (JMF)

Dear Judge Furman,

I write on behalf of Joshua A. Schulte regarding the status conference scheduled for October 26, 2022. See, Docket Entry # 964. Because Mr. Schulte has a family VTC scheduled for the same day as the status conference, he respectfully requests the Court re-set the status conference for any other date and time convenient to the Court. The government takes no position on this request.

Should the Court decline to grant Mr. Schulte the relief he seeks, I respectfully request the Court recommend to the Bureau of Prisons that it make every effort to re-schedule the missed video family visit for another day this or next week.[1] Mr. Schulte's last phone call with his family was scheduled for last week Wednesday but was cancelled as the FBI had a last-minute emergency.[2]

Finally, as I have informed the government, as of 3:30 p.m. yesterday Sunday, October 23, 2022, when I left the MDC, Mr. Schulte had not received the trial transcript or copies of any other discovery to replace that which was seized from Mr. Schulte. That is not to say that the government has not sent it to the MDC; just that Mr. Schulte has not yet received it.

I thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/Sabrina P. Shroff
Counsel to Joshua A. Schulte

cc:     Joshua Schulte, MDC

The conference is hereby RESCHEDULED to Thursday, October 27, 2022, at noon.  The Clerk of Court is directed to terminate Docket No. 966.

SO ORDERED.

[signature]
October 24, 2022

---

[1] The government has informed us that it will encourage the FBI to be available for the re-scheduled family VTC.

[2] This information was provided to me by Mr. Schulte's parents.