```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :
          -v-                                               :    17-CR-548 (JMF)
                                                            :
JOSHUA ADAM SCHULTE,                                        :       ORDER
                                                            :
                         Defendant.                         :
                                                            :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, District Judge:

IT IS HEREBY ORDERED that the conference previously scheduled for October 27, 2022, is RESCHEDULED for **November 7, 2022**, at **11:15 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: October 26, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge