Jesse M. Furman
U.S. District Judge
40 Foley Square
New York, NY 10007

Oct. 28, 2022

RE: U.S. v. Schulte, 17 CR 548 (JMF)

Dear Judge Furman:

The MDC will only permit me half-sheets to write on. I ask the Court to order the CISO to conduct a classification review of the afternoon classified hearing on June 3, 2022 (Friday); and to produce this to me, particularly the on-the-record guarantee from the prosecutors and this Court that I could safely turn over the laptop to the government — who would not conduct [any] searches, but merely [COPY] the drive onto a new drive. I have requested this transcript as has my attorney for many months now, and it has yet to be provided. It has long past the Court's set deadlines for classification review — and the 6/3/22 discussions about the laptop are clearly unclassified.

It has been relayed to me that the government will NOT provide the filenames of the purported

"child pornography" that was "discovered" on the discovery laptop. In the absence of our ability to simply know these filenames, I URGE the Court to review these files in camera as I can assure you that there is absolutely no chance any child pornography has ever been copied onto that laptop by me, and I suspect the government is lying and claiming that innocuous files produced by the government in discovery are "child pornography."

Finally, I note for the Court that I still have not been provided access to any of my discovery for the pending trial — since the illegal confiscation of the laptop in July. I also still do NOT have my trial notes and Rule 29/33 drafts. I ask for a pretrial conference at your earliest convenience (though not on Wednesdays).

Respectfully Submitted,
Josh Schulte

Josh Schulte #79471051
MDC
P.O. Box 329002
Brooklyn, NY 11232

NEW YORK NY 100
9 NOV 2022 PM 13 L

OUTGOING
LEGAL
MAIL

RECEIVED
SDNY PRO SE OFFICE
2022 NOV 15 AM 9:49

ATTN: U.S. v Schulte, 17 CR 548 (JMF)
Pro Se Intake Office
U.S. District Court SDNY
500 Pearl Street
New York, NY 10007

10007-131608