UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                             :
:
     -v-                                   :     17-CR-548 (JMF)
:
JOSHUA SHULTE,                                                       :     ORDER
:
         Defendant.                :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 15, 2022, the Court received a letter from Defendant, dated October 28. 2022. *See* Doc. No. 972. Because the letter predates the conference held on November 7, 2022, the Court does not intend to take any action in connection with the letter.

       SO ORDERED.

Dated: November 16, 2022
       New York, New York

                                           JESSE M. FURMAN
                                           United States District Judge