

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 15, 2022

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

     Re:    United States v. Joshua Adam Schulte,
                S2 17 Cr. 548 (JMF)

Dear Judge Furman:

      The Government respectfully submits this letter to provide the Court with a status report with respect to the Court's Order dated December 12, 2022. (D.E. 979).

      Approximately an hour after the Court's Order and the two attached *pro se* letters (which the Government had not previously received) were docketed, the Government emailed the order and letters to legal staff for the Metropolitan Detention Center ("MDC"). The following morning, the Government spoke with MDC legal counsel and was advised that the letters had been provided to MDC's chief psychologist that morning and that the defendant would be seen later that day. The Government also arranged for a teleconference call with both defense counsel and MDC legal staff for later that morning. During the call defense counsel was advised of the steps MDC had taken, and defense counsel requested, *inter alia*, access to the defendant's medical and mental health records, for the defendant to be seen once per week by a psychologist, and for copies of all communications between the Government and the MDC regarding the defendant's medical and mental health issues. The parties also discussed the defendant's ability to request mental health services using the MDC's TRULINCs system, to which the defendant has access for certain limited purposes, including this one. MDC also confirmed that during defense counsel's next visit to the MDC to see the defendant, defense counsel would be given priority access to the SAMs unit attorney visiting room.[1]

      We have been advised that the defendant was evaluated by a psychologist on the morning of December 13, 2022. A copy of the report from that evaluation (marked "in progress") is

---

[1] We understand that defense counsel visited the defendant in-person on December 9, 2022, and that defense counsel have met with the defendant in person today during the defendant's production to the courthouse for purposes of reviewing CSAM discovery materials.

attached hereto as <u>Exhibit A</u>, and we respectfully request that it be accepted for filing under seal. As reflected in the report, the defendant denied being suicidal or wanting to die, and a follow-up psychological appointment will be held in the near future. The Government expects that the defendant will continue to receive mental health treatment as indicated by the results of his evaluation and the judgment of mental health staff. If the defendant has any difficulty requesting or receiving mental health services, the Government stands ready to assist in resolving those issues should the need arise.

With respect to defense counsel's requests for access to the defendant's medical records, the Government provided a copy of the December 13, 2022 report to defense counsel in connection with this filing. MDC has requested that, for access to additional inmate medical records, defense counsel provide a HIPAA authorization from the defendant and a Rule 17 subpoena. The Government has consulted with MDC legal staff and the Civil Division of the U.S. Attorney's Office and understands this to be the ordinary practice in this District for counsel access to inmate medical records for use in connection with the underlying criminal proceeding.

With respect to defense counsel's request for copies of all Government communications with MDC legal staff regarding the defendant's medical and mental health issues, the Government has declined that request and the Court has declined to order it. (D.E. 981). There is no disclosure obligation for those communications, which also implicate potential privilege issues. Nor is there any need for such disclosure. There have been, in addition to the conference call held on December 13, 2022 among the Government, MDC legal staff, and defense counsel, a number of email communications in which all three parties have been copied and participated. In the Government's efforts to respond to the Court's orders and concerns and to help facilitate a resolution of issues without the need for Court intervention, the Government may in its discretion find it advisable to communicate directly with defense counsel, to communicate directly with MDC legal staff, or to communicate jointly with both. The Government elects to continue to maintain that discretion.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

by: _____/s/_____
     David W. Denton, Jr. / Michael D. Lockard
     Assistant United States Attorneys
     (212) 637-2744 / -2193

Encl. (request filing under seal)

Cc:    Defense counsel of record (by ECF)