| | |
|---|---|
| **SABRINA P. SHROFF** | 80 Broad street, 19th Floor |
| Attorney At Law | New York, New York 10007 |
| | Telephone: (646) 763-1490 |

December 16, 2022

**BY ECF**

Honorable Jesse M. Furman
United States Circuit Judge for
 the Southern District of New York
40 Foley Square
New York, NY 10007-1312

**United States v. Joshua Schulte, 17 Cr. 548 (JMF)**
**(Letter requesting additional time to file Rule 29 & 33 motions)**

Hon. Furman:

I write on behalf of pro se defendant to request additional time by which Mr. Schulte would file his Rule 29 and Rule 33 motions. Mr. Schulte requests until February 13, 2023, to file his motions.

I thank the Court for its time and consideration of this request.

    Respectfully submitted,

    /s/Sabrina P. Shroff
    Counsel for *Pro Se* Joshua Schulte

SPS/mtf

Defendant has had over five months since the jury's verdict to prepare his motion papers. That is ample time, even with all of the intervening events. Defendant is, as a courtesy, granted one final extension, but only to January 12, 2023. The Government shall file its opposition by February 9, 2023. Any reply shall be filed by March 2, 2023. The Clerk of Court is directed to terminate ECF No. 985. SO ORDERED.

December 19, 2022