# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

January 12, 2023

*Via* **ECF**

The Honorable Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

       Re:    *United States v. Schulte,* 17 Cr. 548 (JMF)

Dear Judge Furman,

I write to respectfully request permission to withdraw as counsel to Mr. Schulte. On August 5, 2022, the Court appointed me to replace Deborah Colson. Since my appointment, I have tried my best to integrate into the defense team and create as seamless a transition for Mr. Schulte. Unfortunately, friction between counsel have made that impossible. The friction between counsel is now adversely affecting the quality of the representation Mr. Schulte is receiving and that he deserves. I feel that I have no choice but to request that I be relieved from this matter and that replacement counsel be appointed. I have advised Mr. Schulte and co-counsel of this application.

Respectfully submitted,

   /s/

César de Castro

The parties should be prepared to address this request --- and, in the event that the Court grants the request, whether the Court should appoint a second attorney at all (particularly in view of Defendant's purported request to proceed *pro se*) --- at the conference on **January 24, 2023**, at **10:30 a.m.**  SO ORDERED.

January 17, 2023