

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 19, 2023

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    United States v. Joshua Adam Schulte,
              S3 17 Cr. 548 (JMF)

Dear Judge Furman:

    The Government writes to give notice to counsel of records of an *ex parte* submission on January 17, 2023.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

                    by:        /s/
                          David W. Denton, Jr. / Michael D. Lockard
                          Assistant United States Attorneys
                          (212) 637-2744 / -2193

cc:    Counsel of records (by ECF)