**SABRINA P. SHROFF**　　　　　　　　　　　　　　　　　　　　80 BROAD STREET, 19TH FLOOR
ATTORNEY AT LAW　　　　　　　　　　　　　　　　　　　　　　NEW YORK, NEW YORK 10007
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE: (646) 763-1490

January 19, 2023

**BY ECF**

Honorable Jesse M. Furman
Judge, United States District Court
for the Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Joshua A. Schulte*, 17 Cr. 548 (JMF)
　　　(Letter re: the government's failure to comply with the Court's January 10, 2023 Order)

Dear Judge Furman:

　　　Mr. Schulte writes to note that the government has failed to comply with the Court's January 10, 2023 Order which directed "the Government shall provide a status update with respect to its investigation, if any, regarding the defendant's trial laptop." Mr. Schulte has inquired of the government (yesterday and today) as to when they intend to comply with the order. The government has not replied to his inquiry.[1]

　　　As Mr. Schulte has once again indicated his desire to proceed pro se (but is not yet pro se), I write to seek the Court's permission to file a pro se letter on his behalf. Mr. Schulte dictated the letter to me this morning and I seek the Court's permission to ECF his missive to the Court.

　　　I thank the Court for its continuing attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 */s/Sabrina P. Shroff*
　　　　　　　　　　　　　　　　　　　　　　Counsel to Joshua A. Schulte

SPS/
Exhibits A-B
cc: All Attorneys of Record (by ECF)
　　Kim Ahn Vo (by email)

---

[1] About a minute ago (1/17/24; 2:24 p.m.) the government filed an *ex parte* letter with the Court. Counsel is certain that Mr. Schulte would object to the ex parte filing of the letter and respectfully requests that to the extent possible the Court order the government to file the letter so that Mr. Schulte and the public have access to the information.