

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 20, 2023

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: United States v. Joshua Adam Schulte,
     S3 17 Cr. 548 (JMF)

Dear Judge Furman:

  The Government respectfully submits this letter to request an adjournment of the pretrial conference currently scheduled for January 24, 2023 (D.E. 991) in light of trial-related scheduling conflicts for defense counsel. The Government has conferred with defense counsel and chambers and proposes that the conference be held on February 10, 2023, at a time convenient to the Court.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

        by: _____/s/_____
          David W. Denton, Jr. / Michael D. Lockard
          Assistant United States Attorneys
          (212) 637-2744 / -2193

cc: Counsel of records (by ECF)