

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 20, 2023

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    United States v. Joshua Adam Schulte,
              S3 17 Cr. 548 (JMF)

Dear Judge Furman:

      The Government respectfully submits this letter to request an adjournment of the pretrial conference currently scheduled for January 24, 2023 (D.E. 991) in light of trial-related scheduling conflicts for defense counsel. The Government has conferred with defense counsel and chambers and proposes that the conference be held on February 10, 2023, at a time convenient to the Court.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                              United States Attorney

                by:      /s/
                    David W. Denton, Jr. / Michael D. Lockard
                    Assistant United States Attorneys
                    (212) 637-2744 / -2193

cc:    Counsel of records (by ECF)

Application GRANTED. The conference is ADJOURNED to February 10, 2023, at 2:15 p.m.

SO ORDERED.

January 23, 2023