AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 17 Cr. 548 (JMF |
| Joshua Schulte | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joshua Schulte

Date:   03/10/2023

*Attorney's signature*

Shannon McManus 5881750
*Printed name and bar number*

111 Fulton Street, 602
New York, New York 10038

*Address*

smcmanus@cdecastrolaw.com
*E-mail address*

(631) 460-3951
*Telephone number*

(646) 839-2682
*FAX number*