| | |
|---|---|
| **SABRINA P. SHROFF**<br>ATTORNEY AT LAW | 80 BROAD STREET, 19TH FLOOR<br>NEW YORK, NEW YORK 10007<br>TELEPHONE: (646) 763-1490 |

March 13, 2023

Jesse M. Furman
United States District Court
Southern District Of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Joshua A. Schulte*, 17 Cr. 548 (JMF)

Dear Judge Furman,

On February 10, 2023, this Court granted my application to withdraw as counsel of record. I write to request the Court's permission to submit vouchers pursuant to the Criminal Justice Act as my representation of Mr. Schulte is now complete and the Sensitive Compartmented Information Facility returned to its pre-trial state.

As the Court is aware, on March 15, 2018, the Hon. Paul A. Crotty assigned me to represent Mr. Schulte, first as an assistant federal defender for the Southern District of New York and then, in October of 2019, pursuant to the Criminal Justice Act. In April 2021, I returned to being an assistant federal defender, for the District of Columbia, and remained one to April 2022. I do not intend to bill for the year I worked on Mr. Schulte's case while an assistant federal defender.

If permission is granted, I intend to submit my vouchers to Judge Crotty and this Court for the time before each court. I thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/* Sabrina P. Shroff

Chambers of Hon. Paul A. Crotty