

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 24, 2023

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Joshua Adam Schulte*,
             S3 17 Cr. 548 (JMF)

Dear Judge Furman:

    The Government respectfully submits this letter to give notice to the parties of an *ex parte* submission by the Government in this matter dated March 24, 2023.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

            by:      /s/
                      David W. Denton, Jr. / Michael D. Lockard
                      Assistant United States Attorneys
                      (212) 637-2744 / -2193

cc:    Defense counsel (by ECF)