Judge Jesse Furman
U.S.D.C. SDNY
40 Foley Square
New York, NY 10007

RE: U.S. v. Schulte, S3 17 CR 548 (JMF)

RECEIVED
SDNY PRO SE OFFICE
2023 MAR 27 PM 4:02

Mar. 17, 2023

Dear Judge Furman:

I once again request the Court set a Faretta Hearing so I can proceed pro se and for a speedy trial. We must also discuss my lack of discovery, the SCIF, and the laptop. I have been telling the Court for almost a year now that I do not have any discovery for the pending trial—and I have told the government this many times—they outright lied to you at the last conference, claiming I had my discovery. Judge, the government <u>seized</u> my discovery drives in <u>October</u>—and <u>never replaced them</u>. <u>I can</u> show you the search warrant, the inventory of seized devices—you can look at the video from the concentration camp over the past 6 months when I have no discovery, you can ask the MDC if the government ever reproduced any discovery. You ignore everything I say and pretend as if I haven't been telling you this for 6 months so I have no idea what you expect me to do, but there's really no point in having a trial when I don't get discovery so just declare me guilty sua sponte and lets move on or order the government to produce to me my discovery. Also, as I have been telling you for the past year, I cannot review my discovery without a laptop. The laptop was provided in 2018 specifically because the BOP refused to install the requisite software. So I have been unable to view discovery since July—even when I had the drives from July until the beginning of October I could not review them. I am happy to show you at the concentration camp that the drives cannot be reviewed on the MDC computer (once the gov't provides them) but again you simply ignore everything I say so either declare me guilty sua sponte and lets move on or order the government to provide me a way to review my discovery.

As for the SCIF, again, as I have told you for the last 6+ months,

the most important discovery for the defense is in the SCIF. We literally litigated this last year so feel free to find it in the docket (which I dont have so cannot reference it) but the government maintained that the server must remain in the SCIF. It is a server that I possessed, thus the government must make it available to me even if it weren't material to the defense (which it is) pursuant to Fed. R. Crim. P. 16(a)(1)(E)(iii) (requiring production of any seized item belonging to the defendant). Thus I have now lost a year of discovery review. So, again, either declare me guilty sua sponte or follow the constitution, laws, and rules of criminal procedure and reinstate twice-per-week SCIF access 8am-2pm [option of extending to 4pm] as existed before you sua sponte declared me guilty of possessing CP on the laptop and banned me from the SCIF.

The Court should also order the government to return my discovery drives and work product that it seized back on 10/1 and continues to hold hostage. None of those seized devices or physical notebooks contain CP, and I cannot conduct a trial without my work product, so either declare me guilty sua sponte and forego trial or order the government to return or at least make a copy of my data that they've been holding hostage for the past 6 months.

I grow weary of constantly repeating myself and telling you the same thing for 6-12 months. Since July I have not been able to review a single piece of discovery. I have not been able to prepare for trial. Since July I have simply been tortured in this concentration camp, with conditions of confinement worse than any prison in the western hemisphere. I must now have, or am fast approaching the world record for pretrial incarceration before even reaching the next court on appeal—which will undoubtedly take many more years to complete. So let's actually solve some of these ~~problems~~ year-old problems at the Farretta hearing or just declare me guilty so I can progress to the next step in this deplorable "justice" system.

3/17/23   Josh Schulte

P.S. The government should also begin reproducing the docket on a CD as it did previously since they seized all those CDs

P.P.S. I want to note for the court that I waited nearly 6 weeks before sending this letter so I could meet and confer with counsel first — as requested by the court. But counsel never once showed up to visit me, and I was only able to get a quick legal call once on 3/3 in which he was busy and promised to visit me to discuss the pro se request and the case in general — but he never showed up in nearly 6 weeks. I also want the court to know the missed deadlines and incompetence of (mostly previous) counsel. I missed the experts disclosure deadline because Mrs. Shroff never hired an expert. In fact, from the day Sabrina Shroff took ~~over~~ on the CP case in July 2022 until she left in February 2023, she spent approximately <u>ZERO SECONDS</u> working on my case. Never once did she review any discovery, ensure I had discovery, prepare any motions, or even obtain a forensic expert. I told her constantly that I had no discovery, no way to review discovery, no expert, and no one doing any work on my case. She lied to me every time and told me she was "working" on all of these issues despite never doing so. She spent all of her time working on other cases and ignoring mine entirely.

The differences between the free, bottom-of-the-barrel lawyers and those you can hire is insurmountable. When I could afford a real attorney, they actually did work. They called and visited me at least every week, sent me progress reports, engaged with me about the case, and prepared a defense. I was content with the knowledge that I had an expert working hard on the problems and took ~~zero~~ interest in the law or doing anything myself. I trusted them to know what they were doing and fight for me. The free, bottom-of-the-barrel lawyers do none of this. They don't care about you, they don't work on your case, and they certainly don't send you progress reports — which would be blank anyway. There are 2 justice systems in America — one for the rich, with competent, attentive, hard-

working lawyers who come to see you every day; and the one for the poor — or rather those lacking millions of dollars — with incompetent, inattentive, uncaring lazy lawyers who never work on your case or visit you, and which you are better off representing yourself. The Fordham University law students working on my civil cases have spent more time meeting with me and working on my case in three months than the free, worthless lawyers provided by the courts have ever spent working on my criminal case. I would rather be represented by a first year law student who at least cares and tries over these uncaring, lazy lawyers provided to the poor. The wealthy defendant on SAMs, like El Chapo at MCC, is not exposed to solitary confinement because he spends all day in the attorney room with his attorneys — in a single day he receives more legal visits for a longer duration than I have ever received in the last 6 yrs (current attorney visited one or twice since July; One or two phone calls). Thus the American "justice" system is a pay-to-play fraud in which the rich don't have to endure solitary, and get a competent legal defense — as long as they have the $$$ — but the poor are compelled into solitary, with attorneys who don't visit, call, or spend a second on the case for years at a time. There's more justice in Russia or china than in this country. The funding fathers are turning in their graves to see how we've perverted and raped justice in This country.

Josh Schulte #74717054
MDC
P.O. Box 329002
Brooklyn, NY 11232

ATTN: Schulte v. United States, 53 17cr 548 (JMF)
Pro Se Intake Office
U.S. District Court SDNY
500 Pearl Street
New York, NY 10007

USMP3 SDNY
USMP3 SDNY

NEW YORK NY · 100
23 MAR 2023 PM 13 L



2023 MAR 27  PM 3:48
RECEIVED
SDNY PRO SE OFFICE

Outgoing Legal Mail



FOREVER USA