UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
           :
UNITED STATES OF AMERICA           :
           :
    -v-           :         17-CR-548 (JMF)
           :
JOSHUA SHULTE,           :         ORDER
           :
        Defendant.           :
           :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant, proceeding *pro se*, has filed another letter requesting a *Faretta* hearing. *See* ECF No. 1026. To discuss that request and related issues, the parties shall appear on **April 3, 2023**, at **11:30 a.m.** in **Courtroom 1105** of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY 10007.

      SO ORDERED.

Dated: March 28, 2023
      New York, New York

                                                JESSE M. FURMAN
                                         United States District Judge