UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                             :
:
    -v-                                                          :    17-CR-548 (JMF)
:
JOSHUA SCHULTE,                                                      :    <u>ORDER</u>
:
                    Defendant.                               :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The time of the conference scheduled for **April 3, 2023**, is hereby CHANGED to **11:45 a.m.** In addition to Defendant's request to proceed *pro se*, the parties should be prepared to address whether and/or when the Court should hold an evidentiary hearing with respect to Defendant's alleged misuse of his laptop (and/or other resources) insofar as Defendant disputes the Government's allegations and it may bear on what resources, if any, Defendant is given in anticipation of the September 11, 2023, trial.

       SO ORDERED.

Dated: March 29, 2023
       New York, New York
                                                            JESSE M. FURMAN
                                                         United States District Judge