# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

March 31, 2023

*Via* ECF

The Honorable Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Schulte,* 17 Cr. 548 (JMF)

Dear Judge Furman,

I write on behalf of all parties to respectfully request an adjournment of the conference currently scheduled for April 3, 2023, at 11:45 a.m., to the afternoon of April 20, 2023, or April 21, 2023 (anytime except 2-3 p.m.).

The Court scheduled the April 3, 2023 conference, in order to discuss Mr. Schulte's additional request for a *Faretta* hearing. We have spoken with Mr. Schulte, and he wishes to proceed with the conference to discuss his request for a *Faretta* hearing but has no objection to adjourning the conference to the week of April 17, 2023.

Respectfully submitted,

/s/

César de Castro

cc:   All parties (*via* ECF)