UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
    -v-  :
: 17-CR-548 (JMF)
JOSHUA SCHULTE, :
: ORDER
                       Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated during the conference held on the record earlier today:

- Defendant is now proceeding *pro se* for all purposes.  César de Castro (assisted by his associate, Shannon Michael McManus) shall remain on the case as standby counsel.

- The expert disclosure deadline is extended to **May 26, 2023**.

- The final pretrial conference is scheduled for **September 6, 2023**, at **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY 10007.

SO ORDERED.

Dated: April 21, 2023
New York, New York                      _____
                                        JESSE M. FURMAN
                                        United States District Judge