AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17 Cr. 548 (JMF) |
| Joshua Adam Schulte | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 04/27/2023

*Attorney's signature*

Nicholas S. Bradley
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, New York 10007
*Address*

Nicholas.Bradley2@usdoj.gov
*E-mail address*

(212) 637-1581
*Telephone number*

(914) 993-1980
*FAX number*