

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 28, 2023

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Joshua Adam Schulte*,
               S3 17 Cr. 548 (JMF)

Dear Judge Furman:

       The Government respectfully submits this letter to advise the Court and the defendant that at the trial scheduled for September 11, 2023, the Government does not intend to proceed on Count Fifteen of the Superseding Indictment, S2 13 Cr. 548 (JMF), charging a violation of 17 U.S.C. § 506(a)(1)(A) and 18 U.S.C. § 2319(b)(1). The Government does intend to proceed on Counts Twelve, Thirteen, and Fourteen, charging violations of 18 U.S.C. § 2252A.

                                         Respectfully submitted,

                                         DAMIAN WILLIAMS
                                         United States Attorney

                  by:       /s/
                       David W. Denton, Jr. / Michael D. Lockard
                          Nicholas S. Bradley
                       Assistant United States Attorneys
                       (212) 637-2744 / -2193 /-1581

cc:    Standby counsel (by ECF)
        Joshua Adam Schulte (by U.S. Mail)