

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 28, 2023

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Joshua Adam Schulte*,
            **S3 17 Cr. 548 (JMF)**

Dear Judge Furman:

      The Government respectfully submits this letter to advise the Court and the defendant that at the trial scheduled for September 11, 2023, the Government does not intend to proceed on Count Fifteen of the Superseding Indictment, S2 13 Cr. 548 (JMF), charging a violation of 17 U.S.C. § 506(a)(1)(A) and 18 U.S.C. § 2319(b)(1).  The Government does intend to proceed on Counts Twelve, Thirteen, and Fourteen, charging violations of 18 U.S.C. § 2252A.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

      by:   _____/s/_____
          David W. Denton, Jr. / Michael D. Lockard
            Nicholas S. Bradley
          Assistant United States Attorneys
         (212) 637-2744 / -2193 /-1581

cc:    Standby counsel (by ECF)
       Joshua Adam Schulte (by U.S. Mail)

Duly noted.  Absent an objection by the Government by May 3, 2023, Count Fifteen will be deemed dismissed.

SO ORDERED.

*[signature]*

May 1, 2023