p. 1/3

Josh M. Furman
40 Foley
NY, NY 10007

Apr. 24, 2023

RE: U.S. v. Schulte, S3 17 CR 548 (JMF)

Dear Judge Furman:

Attached is the letter I drafted after receiving the government's response after the reply's deadline. I can easily provide the Court with attempted administrative remedies, the new restricted commissary sheet, the last letter I sent in my civil case, and other evidences clearly demonstrating I had no pens, paper, and continue to have 1-stamp-per-commissary restriction.

I also want to correct the record — the government downright lied when it claimed in its 4/10/23 letter that "throughout the pendency of the defendant's self-representation on the CIA Leak Charges, the defendant REPEATEDLY ignored the Court's procedural rulings regarding filing deadlines, page limits, and similar matters." Dkt. 1032 at 7. The government excels at lying and changing the past — NEVER, not once during my self-representation did I ever ignore the Court's procedural rulings, deadlines, or page limits. Not once. The Rule 29 motion the government references was written during trial — before the Court's limitations, and was not filed by me as I did not and still do not possess it. Despite my inability to work on the Rule 29 motion, including lack of the full record, my work product, access to a law library, a working typewriter, etc., this Court refused to grant me access to these resources necessary for self-representation and therefore denied my right to self representation. The Court is filled with bias and prejudice against me, and continues to deny my right to self-representation — clearly abandoning the Constitution in favor of helping his fellow prosecutors at all costs.

In any case, here we are once again, the Court's callous disregard for the Constitution and the resources I need to file a reply. Will the Court grant me what I need or continue to blight its legacy and dig an insurmountable hole on the record that not even the Court of Appeals will be able to ignore? I request the following that I may file a Reply:

1.) Assurances of pen, paper, & stamps (obviously currently have pens & paper, but for how long? no stamps, but)
2.) The ability to pass papers to my legal team for assistance and filings
3.) A copy of the filed Rule 29 motion, the docket, & the full trial record
4.) Access to the SCIF to review the CIPA hearings — the government asserts a claim that was dismissed by this Court at a CIPA hearing due to its failure to give proper notification — I need the CIPA hearings to find and attach this in support of my argument.
5.) A working typewriter so that I can actually write a reply (no ink)
6.) A copy of my work product from the seized laptop and devices
7.) Enough time to write the reply. If the Court refuses to give me access at least to a typewriter then it will take me several months to write a reply by hand due to my disability; the Court cannot ignore my disability. If I get a working typewriter, I will only have access to it & the record for 3 hrs per week. With the laptop I had access to the record 168 hours per week. So I can no longer meet the 2-week deadlines as before. This Court <u>cannot</u> hold me to the same standards as the gov't or as before while simultaneously severely (and arbitrarily) <u>restricting my access and ability</u>. Based on these new arbitrary limitations, I will need at least a month once these 6 requirements are met; I'm not sure how the Court otherwise expects a human being can complete the reply. I spend most of my day in the concentration camp being tortured — I ~~cannot be~~ simply cannot work on the reply while I'm being tortured in the concentration camp.

Should I remotely access the typewriter in the law library through televenises? Shall I view the CDs in my torture cage through magic? This Court cannot expect the impossible from me, but must give me a reasonable opportunity <u>GIVEN YOUR ABSURD ARBITRARY RESTRICTIONS</u> simply due to your bias and prejudice.

Which reminds me: I never saw any action on my motions for a laptop and for your recusal. The government never responded, and I saw no orders from the court. If something was mailed to me, I did not receive it. These two motions must be addressed first before I can file a reply; a real unbiased judge should be appointed since you clearly cannot treat me with basic human decency, respect, or in an unbiased manner. Ever since the government began sending you secret letters under seal and making <u>unofficial allegations</u> that I somehow stored or watched child pornography on the laptop, you have jumped to conclusions and made assumptions that these lies are true and that I must be guilty and treated like swine, all Constitutional protections forgotten. You need to stop lying to yourself, recognize your own bias and prejudice, and recuse yourself so I can be fairly treated by someone with a little more self-control and ability to act fairly and justly.

P.S. I STILL CANNOT GET ANY STAMPS! THIS IS MY ONE STAMP FOR THE MONTH BUT I HAVE MANY MORE THINGS TO FILE

4/24/23

Josh Schulte

US District Judge Jesse Furman         Mar 31, 2023
SDNY
40 Foley Square
New York, NY 10007

RE: U.S. v. Schulte 17cr548 (JMF)

Dear Judge Furman,

I just received the government's Rule 29 response today — after my reply expired. I wrote to notify the court I cannot respond until the following issues are resolved. I also note, once again, that the court never resolved the issues that prevented me from ever filing the Rule 29/33 motion. I hope the court will this time give me a chance to file a reply, but I doubt it as this court has no interest in fairness or justice, but is filled with unjustified bias and prejudice against me and intent on assisting his fellow prosecutor.

First, the court should have known from mail delays that I would not receive the government's letter until after the deadline. I've raised the mail delay issue since 2019 to no avail.

Second, the MDC recently banned pens, papers, & restricted stamps to 1 per month. This new commissary restriction violates CFR.

Third, I still do not have the complete record — some exhibits cannot be viewed on the discovery computer & I do not have the docket.

Fourth, I need access to the SCIF to retrieve a CIPA proceeding that regards a govt. argument.

Fifth, I still have no working typewriter & cannot handwrite a long response due to my disability.

Finally, the court has not ruled on my motions for recusal and Wiig — both must be decided before my reply.

*United States v. Joshua Adam Schulte*, S3 17 Cr. 548 (JMF)

## Government Exhibit List

| GX | Description | Source | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1203-3 | Excerpt 3 - Log deletion 04-20-2016 J_HDD3_Ubuntu | Device E0001, Hard Drive-3 | | |
| 1203-4 | Excerpt 4 - Log deletion 04-20-2016 J_HDD3_Ubuntu | Device E0001, Hard Drive-3 | | |
| 1203-5 | Excerpt 5 - Log deletion 04-20-2016 J_HDD3_Ubuntu | Device E0001, Hard Drive-3 | | |
| 1203-6 | 1203-6 Excerpt 6 Log deletion 04-20-2016 J_HDD3_Ubuntu | Device E0001, Hard Drive-3 | | |
| 1203-7 | Excerpt 7 - Log deletion 04-20-2016 J_HDD3_Ubuntu | Device E0001, Hard Drive-3 | | |
| 1203-8 | Excerpt 8 - Log deletion 04-20-2016 J_HDD3_Ubuntu | Device E0001, Hard Drive-3 | | |
| 1203-9 | Schulte Keys HDD3 Ubuntu ID RSA Private | Device E0001, Hard Drive-3 | | |
| 1203-10 | Schulte Keys HDD3 Ubuntu ID RSA Public | Device E0001, Hard Drive-3 | | |
| 1203-11 | Navigating to backup folder HDD3 Ubuntu Artifact 1 | Device E0001, Hard Drive-3 | | |
| 1203-12 | Navigating to backup folder HDD3 Ubuntu Artifact 2 | Device E0001, Hard Drive-3 | | |
| 1203-13 | Navigating to backup folder HDD3 Ubuntu Artifact 3 | Device E0001, Hard Drive-3 | | |
| 1203-14 | Navigating to backup folder HDD3 Ubuntu Artifact 4 | Device E0001, Hard Drive-3 | | |
| 1203-15 | Navigating to backup Folder HDD3 Ubuntu 2671411 Artifact 1 | Device E0001, Hard Drive-3 | | |
| 1203-16 | Attempt to log into Confluence, Stash, and Jira HDD3 Ubuntu Artifact 1 | Device E0001, Hard Drive-3 | | |
| 1203-17 | Attempt to log into Confluence, Stash, and Jira HDD3 Ubuntu Artifact 2 | Device E0001, Hard Drive-3 | | |
| 1203-18 | Schulte's IP address of his Ubuntu VM HDD3 Ubuntu Artifact | Device E0001, Hard Drive-3 | | |
| 1203-19 | Research IP address lease and renew time HDD3 Ubuntu Artifact | Device E0001, Hard Drive-3 | | |
| 1203-20 | ESXi Access 2016-04-20 HDD3 Ubuntu Artifact | Device E0001, Hard Drive-3 | | |
| 1203-21 | Defendant's IP address of his Ubuntu VM HDD3 Ubuntu 2671411 Artifact 1 | Device E0001, Hard Drive-3 | | |
| 1203-22 | USB connected to Ubuntu VM on Schulte's DevLAN box HDD3 Ubuntu Artifact 1 Unallocated | Device E0001, Hard Drive-3 | | |
| 1203-23 | USB connected to Ubuntu VM on Schulte's DevLAN box HDD3 Ubuntu debug 2 | Device E0001, Hard Drive-3 | | |
| 1203-24 | USB connected to Ubuntu VM on Schulte's DevLAN box HDD3 Ubuntu kern log 3 | Device E0001, Hard Drive-3 | | |
| 1203-25 | Creating Snapshot-3 bkup HDD3 Ubuntu Artifact 1 | Device E0001, Hard Drive-3 | | |

*As of May 13, 2022*

Josh Schulte #74471054
MDC
P.O. Box 329002
Brooklyn NY 11232

ATTN: U.S. v. Schulte, 17 Cr. 548 (JMF)
Pro Se Intake Office
U.S. District Court SDNY
500 Pearl Street
New York NY 10007

RECEIVED
SDNY PRO SE OFFICE

OUTGOING
LEGAL
MAIL


