UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                               :
:
　　　　　-v-                                                           :          17-CR-548 (JMF)
:
JOSHUA SCHULTE,                                                        :               ORDER
:
　　　　　　　　　　Defendant.                                          :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

　　　　Earlier today, the Clerk of Court docketed several letters from Defendant, proceeding *pro se*. *See* ECF Nos. 1039, 1040, 1041, and 1042. The Government shall file a single, consolidated response by **May 24, 2023**. No reply may be filed without prior leave of Court.

　　　　In the letter at ECF No. 1039, Defendant represents that he has "never [seen] any action on" his motions for a laptop and for the undersigned's recusal. ECF No. 1039, at 3. The Court denied those motions on March 23, 2023. *See* ECF No. 1023. Standby counsel shall promptly provide a copy of that ruling (and this Order) to Defendant.

　　　　SO ORDERED.

Dated: May 12, 2023　　　　　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge