

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2023

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Joshua Adam Schulte*,
               S3 17 Cr. 548 (JMF)

Dear Judge Furman:

      The Government respectfully submits this letter to provide the Court and defendant with a status update on the Government's ongoing investigation of the defendant's possession of CSAM at the MDC in 2022, in connection with search warrants executed in July and September 2022.

      While the investigation is ongoing, the Government does not intend to rely on evidence obtained from the July and September 2022 search warrants at the upcoming trial and does not intend to supersede with any additional charges arising out of the investigation prior to the upcoming trial. Pursuant to the search warrants, a large number of electronic storage media, including two laptops, and hundreds of pages of notebooks were seized; the materials implicate filter review for potential attorney-client privilege; and the materials implicate potential classification issues that require specialized handling until those issues have been assessed. The combination of the volume of the materials, the need for filter team review, and the specialized handling requirements for the materials collectively have made the review and analysis of the data more resource-intensive and time-consuming, and the Government will not be in a position to reasonably make use of the materials, including expert witness review by both Government and defense experts, for trial.

In light of the above, the Government respectfully requests that no further status updates on this matter be required in connection with the pretrial schedule.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: ____/s/_____
David W. Denton, Jr. / Michael D. Lockard /
    Nicholas S. Bradley
Assistant United States Attorneys
(212) 637-2744 / -2193 /-1581

cc:   Standby counsel (by ECF)
      Joshua Adam Schulte (by U.S. Mail)