

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2023

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Street
New York, New York 10007

    Re:   *United States v. Joshua Adam Schulte*,
             S2 17 Cr. 548 (JMF)

Dear Judge Furman:

      The Government respectfully writes regarding the pretrial deadlines in advance of trial starting on September 11, 2023. Expert disclosures are currently due on May 26, 2023. (D.E. 1033.) In advance of that deadline, and at defendant's request, the Government arranged for the defendant's forensic computer expert to review the defendant's home desktop materials between May 15 and May 19 at the Government's offices. On May 10, this expert unexpectedly canceled his planned review and asked to reschedule for the week of June 12th. As such, the defendant is currently unable to comply with the expert disclosure requirements under Fed. R. Crim P. 16(b)(1)(C) before the May 26 deadline.

      Based on the defense expert's inability to review the home desktop materials prior to the current expert disclosure deadline, the Government respectfully requests that the Court enter the proposed modified schedule below. The proposed changes will accommodate the defense computer expert's review while allowing the parties to engage in motion practice (including issues related to expert disclosures) sufficiently in advance of trial. The Government has communicated with standby counsel regarding the proposal and understands the defendant objects to any pretrial schedule based on his professed inability to review discovery.

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Parties' expert disclosures | May 26, 2023 | June 30, 2023 |
| Motions in Limine and Requests to Charge | June 9, 2023 | July 14, 2023 |
| Responses to Motions in Limine and Requests to Charge | June 23, 2023 | July 28, 2023 |

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

     by: _____/s/_____
                David W. Denton, Jr. / Michael D. Lockard /
                  Nicholas S. Bradley
                Assistant United States Attorneys
                (212) 637-2744 / -2193 / -1581

cc:    Counsel of record (by ECF)
        Joshua Adam Schulte (by U.S. Mail)