U.S.DJ. Jesse Furman
40 Foley Square
NY, NY 10007

June 2, 2023

RE: U.S. v. Schulte, 17 CR 548 (JMF)

Dear Judge Furman:

I write to update the Court that on Thursday the MDC brought me paper and *REAL* pens and claimed it would now check in daily to take mail and ensure adequate resources (as it was supposed to do anyway). So the outgoing mail issues will hopefully be resolved. But incoming mail? I have not received anything from counsel, the government, or the Court in several weeks although I know standby counsel dropped off your order denying my Rule 29-related post-trial motions when they last visited me on May 19, 2023 - now it's June and I have yet to receive it.

Which brings me to the final update - I'm still sitting in this Concentration Camp twiddling my thumbs all day every day because I have NO DISCOVERY TO REVIEW and cannot prepare for trial. It's almost been a full year now that I have been writing to this Court that I have no discovery and cannot prepare for trial. 365 days MORE of 24/7 solitary confinement, 24/7 screeching speakers, 24/7 blazing lights, 24/7 freezing cold, 24/7 starvation.... no commissary, television, or any form of entertainment permitted whatsoever.... Who is America to condemn Russian, Chinese, or Iranian prisons when they have Hitler and Auschwitz beat here? Every human being would trade this hell for the gas chambers any day of the week. ~~[scribbled out text]~~
No human being deserves to be tortured; all those engaged in these human rights atrocities will surely be held to account for their crimes some day

So this upcoming trial is going to be a JOKE. The government has had 6 yrs to prepare while all my work product was illegally seized and I must start from scratch a few MONTHS before trial — but can't do anything but twiddle my thumbs all day every day.

What's the difference between this trial and the previous? I could not have tried the previous case without discovery and a laptop — the ONLY difference now is your extreme hatred, bias, and prejudice against me for actions committed by the government.

Has this Court even stopped to think how I am supposed to try this case in this age of technology without a laptop? — Even setting aside the discovery issue. Are all my exhibits going to be handwritten on paper while the government's are electronic? Is the government going to provide me paper copies of each iteration of its exhibits during the trial — which I must review without the assistance of basic search/find and electronic tools that the government can use but not I? How can I review paper copies of demonstratives and videos? How can I create my own demonstratives and videos? Powerpoint presentations? When I'm brought back during trial, I will not have much time — if any — in the law library before court, whereas last trial I could work all night.

Every pretrial detainee NOT in SAMs has 24/7 library access, and every person who is not detained pretrial could purchase and use a laptop for their trial — yet I cannot? And you do not believe there are any Due Process issues here? The Court should just declare me guilty sua sponte and stop pretending that there is any "justice" or "fairness" in this country.

6/2/23         Josh Schulte

Josh Schulte #74471054
MDC
P.O. Box 329002
Brooklyn, NY 11232

JS:MP3
:DNY

23-7447-054-0605-MD1

ATTN: U.S. v. Schulte 17 CR 548 JMF
Pro Se Intake Office
U.S. District Court SDNY
500 Pearl Street
New York, NY 10007

NEW YORK NY



10007-131608