P 1/3

Judge Jesse M. Furman
SDNY
40 Foley Square
New York, NY

RE: U.S. v. Schulte, 17 CR 548 (JMF)

Dear Judge Furman:

    The deadlines requested by the government's May 25, 2023 letter cannot be met because I do not have any discovery to review or my work product. Despite the government's assertions that standby counsel can "convert" file formats for my review, this is false — it is not possible to do so, standby counsel is not doing so (and the Court can request more information from standby counsel), and it is not standby counsel's job to meet the government's discovery obligations. So, how can I prepare my expert disclosure without access to my work product or discovery? Motions in Limine? Neither can possibly be fixed.

    This Court had a choice when the government disclosed it would neither supersede nor raise 404(b) objections — either own up to the fact that you assumed I was guilty and admit your mistake ~~[redacted]~~ — or double-down and act arrogantly, corruptly, and oppressively. Unfortunately you disregarded reason and chose the latter. You are actively abusing your authority to take out your petty anger and hatred against me; you do not seem to care about the record you are creating or the fact that the Court of Appeals will be required to vacate any convictions at the upcoming trial and replace you with an honest, reasonable man who is not swayed by his emotions, whims, and desires.

    The only recourse left for me is Mandamus. I urge the Court to take a step back, a breath, and check yourself before I am forced to report your indefensible actions to the Court of Appeals.


P 2/3

Mandamus Issues:

1.) Judge Furman is actively preventing Mr. Schulte from self-representation
   a.) Mr. Schulte cannot review his discovery, but Judge Furman refuses to comply with Rule 16 nor order compliance from the government
   b.) Mr. Schulte and his standby counsel did not begin to receive discovery until most pretrial deadlines — including motions practice — expired
   c.) Neither Mr. Schulte nor standby counsel had access to the SCIF when the CIPA 5 deadline expired
   d.) Judge Furman is actively preventing Mr. Schulte from accessing his work product, including exhibits, technical data, discovery review, direct & cross testimony, demonstratives, etc.
   e.) Judge Furman refused all requests for a speedy trial, but instead set trial after 14 months.

2.) Judge Furman denied Mr. Schulte both the right to self-representation and the right to counsel with respect to the Rule 29 Motion
   a.) Mr. Schulte did not have the ability to access the trial records, exhibits, law library, paper, pens, etc. to complete the Rule 29 motion & reply
   b.) Judge Furman refused to compel the government to provide access to these materials in readable format
   c.) When Mr. Schulte requested assignment of counsel since the Court refused his right to self-representation, the Court refused to provide it
   d.) Judge Furman imposed punishment before ruling on the Rule 29 motion or sentencing

3.) Judge Furman has no idea what Due Process, fairness, justice or honesty are
   a.) Judge Furman stated on the record numerous times that Mr. Schulte was guilty since the prosecutors said so
   b.) Judge Furman litterally asked the prosecutors at one conference whether Mr. Schulte's claims or the government's were correct
   c.) Judge Furman refused an evidentiary hearing when legally required, and instead merely adopted the government's position with no presentation of facts

d.) Judge Furman deliberately lied multiple times in clear bad faith justifications with respect to the laptop
e.) Judge Furman's idea of procedural Due Process is that he simply does whatever he feels like doing without hearings or adversarial process

The record speaks for itself, and your abuse of power can clearly be identified from your own statements, actions, and lack of actions. If the Court is unwilling to be reasonable, just or honorable then I will write a final request, then file a mandamus petition requesting your recusal or an order directing the Court to comply with clearly established law, illustrating your oppression, abuse, and dishonorable conduct that I believe rises to an impeachable offense. Unable to represent myself, I will have no choice but to request assignment of counsel — as I believe is this Court's plan all along: effectively deny self-representation so I have no remaining choice. Your actions are both legally and morally wrong.

6/9/23    Josh Schulte

Josh Schulte #79471054
MDC
P.O. Box 329002
Brooklyn, NY 11232



ATTN: U.S. v. Schulte, 17 CR 548 (JMF)
Pro Se Intake Office
U.S. District Court SDNY
500 Pearl Street
New York, New York 10007

23-79471-054-0612-M01

NEW YORK NY 100

2023 JUN 20 PM 3:14

