# Supported File Formats

## ARCHIVE | VERSIONS
- 7-Zip
- ARJ
- Bzip2
- ESTSoft ALZip
- ESTSoft EGG
- ISO Disk Image
- Java Archive
- LZH
- Microsoft Cabinet
- Microsoft Office Binder
- RedHat Package Manager
- Roshal Archive ................................. 1.5, 2.0, 2.9, 5
- Roshal Archive (Multipart)
- Executable
- GNU Zip ................................................................. 0.1, 1.0
- UNIX CPIO
- UNIX TAR
- Zip ................................................................. PKZip, WinZip
- Zip (Multipart)

## DATABASE | VERSIONS
- dBASE ............................................................................... 3, 4
- dBASE III ......................................................................... 3, 4
- dBASE IV ............................................................................. 4
- Microsoft Access ................................................... 97 – 2016

## EMAIL & MESSAGING | VERSIONS
- Apple Mail
- Encoded mail message (MHT)
- Encoded mail message (Multipart Alternative)
- Encoded mail message (Multipart Digest)
- Encoded mail message (Multipart Mixed)
- Encoded mail message (Multipart News Group)
- Encoded mail message (Multipart Signed)
- Encoded mail message (TNEF)
- EML mail message
- Eudora ........................................... Classic 1 – 7, OSE
- Microsoft Outlook (MSG) .................. 97 – 2016
- Microsoft Outlook Forms Template
- Microsoft Outlook (PST) ..................... 97 – 2016
- Microsoft Outlook (OST) .................... 97 – 2016
- Sendmail MBOX
- Thunderbird (MBOX) ..................... 1, 1.5, 2.x, 3.x

## OTHER | VERSIONS
- Log file
- Microsoft OneNote ......... 2007, 2010, 2013, 2016
- Microsoft Project (text only)
  ............................ 98 – 2003, 2007, 2010, 2016
- Open Access II (OAII)
- vCard ............................................................................... 2.1
- Uniplex
- UUEncode

## PRESENTATION | VERSIONS
- Apple iWork Keynote ........................................ 5.x
- Hancom Office HanShow ................ 2010, 2014
- LibreOffice Presentation ............................ 3, 4, 5
- Microsoft PowerPoint for Windows 97 – 2016
- Microsoft PowerPoint for Mac
  ................. 1 – 4, 98, 2001, v. X, 2004, 2008, 2011
- Microsoft PowerPoint for Office 365
- OpenOffice Impress ..................... 1.x, 2.x, 3.x, 4.x
- StarOffice Impress 3 .......................................... 8, 9

## RASTER IMAGE | VERSIONS
- Graphics Interchange Format (GIF) ... 87a, 89a
- JPEG
- Microsoft Windows Bitmap
- PNG .................................................................. 1.0, 1.1., 1.2
- Progressive JPEG
- TIFF ................................................ Revision 3.0 – 5.0
- WebP ............................................................................ 0.4.2

## SPREADSHEET | VERSIONS
- Apple iWork Numbers ...................................... 2.x
- CSV
- Framework Specialist ............................................. III
- Hancom Office HanCell .................. 2010, 2014
- IBM Lotus Symphony Spreadsheet ......... 1.x, 3.x
- LibreOffice Spreadsheet ........................... 3, 4, 5
- Lotus 1-2-3 .................. Through Millennium 9.6
- Microsoft Excel for Windows
  ................................................. 2.0 – 7.0 (Excel 95)
- Microsoft Excel for Windows
  ............................. 1997 (v.8) – 2010, 2013, 2016
- Microsoft Excel for Windows
  ............................................... 2007 – 2016 (Binary)
- Microsoft Excel for Mac
  ...................................... 1, 1.5, 2.2, 3.0, 4.0, 5.0
- Microsoft Excel for Mac ...................... 8.0 – 15.0
- Microsoft Excel for Office 365
- Microsoft Works for DOS ................................. 2
- Microsoft Works for Windows ............ 3, 4, 6, 7
- OpenOffice Calc ..................................... 1.1 – 4.x
- StarOffice Calc ................................................... 8, 9

## TEXT & MARKUP | VERSIONS
- ASCII text
- ANSI text
- HTML (text only)
- HTML (codes revealed)
- HTML (Metadata only)
- IBM DCA
- Microsoft HTML Help
  .............................. 1.0, 1.1a, 1.3, 1.32, 1.33MAML
- Microsoft OneNote ..... 2007, 2010, 2013, 2016
- Rich Text Format
  ................................ 1.0, 1.3, 1.5, 1.6, 1.7, 1.8, 1.9.1
- SGML text
- Source
- Transcript
- Unicode UTF8
- Unicode UTF16 (big e & little e)
- Unicode UCS2 (big e & little e)
- XML ............................................................ Document View
- XML ................................................................... Record View

## VECTOR IMAGE | VERSIONS
- AutoCAD Drawing (DWG)
  .............. 12, 13, 14, 2000, 2002, 2004 – 2010, 2012 – 2017
- AutoCAD Drawing Exchange Format (DXF)
- Intergraph-Microstation CAD
- Microsoft XPS
- Microsoft Visio ................................... 4.0 – 2013
- Microsoft Visio (.VDX, .VSDX) ..... 10.0 – 2016
- Windows Enhanced Metafile
- Windows Metafile

## WORD PROC. & GEN. OFFICE | VERSIONS
- Adobe PDF ................................................... 1.0 – 1.7
  (Extension 3, 5) (Acrobat 1 – 11)
- AmiPro for Windows
- Apple iWork Pages ........................................ 4.x
- Framework WP
- Hangul (>v3)
- IBM DCA/FFT
- IBM DisplayWrite ................................................ 4 – 5
- IBM Lotus Symphony Document ............ 1.x, 3.x
- JustSystems Ichitaro
- LibreOffice Document ............................. 3, 4, 5
- Lotus Manuscript ..................................... 1.0, 2.x
- Mass 11 ............................................................................. 8
- Microsoft Word for DOS ................... 4.0 – 6.0
- Microsoft Word for Windows .......... 1.0 – 2016
- Microsoft Word for Mac .................... 1 – 5, 5.1, 6
- Microsoft Word for Mac
  ........ 98, 2001, v. X, 2004, 2008, 2010, 2011, 2016
- Microsoft Word for Office 365
- MultiMate .......................................... Through 4.0
- Multimate Advantage
- OpenOffice Writer ................................... 1.1 – 4.x
- Professional Write for DOS ........................ 1, 2
- Professional Write Plus for Windows ............. 1
- Q&A Write ................................................. 3, 4 (Classic), 5
- StarOffice Writer ................................................ 8, 9
- Wang IWP
- Wang WP Plus
- Windows Write
- WinWord ....................................................................... 6
- WordPerfect for DOS ........................... 3, 4, 5, 6
- WordPerfect for Macintosh
  ................... 1.0 – 1.0.7, 2.0, 2.1, 3.0, 3.1, 3.5, 3.5e
- WordPerfect for Windows .. 5.1 – 12.0, X3 – X8
- Wordstar 2000 for DOS ..................... 01/03/11
- Wordstar for DOS ......................................... 3.x – 7
- Wordstar for Windows ....................................... 1
- XYWrite ........................................ 1 – III+ 4.0 Windows