THE LAW FIRM OF

# César de Castro, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

July 7, 2023

*Via* ECF

The Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *United States v. Schulte,* 17 Cr. 548 (JMF)

Dear Judge Furman,

On behalf of Joshua Schulte, Defendant, proceeding *pro se* with the undersigned appointed as Standby Counsel, we write at Mr. Schulte's request to apprise the Court of Mr. Schulte's inability to view the discovery productions provided to him at the Metropolitan Detention Center ("MDC").

In the government's June 20, 2023 filing, it represented that the program "Quick View Plus" is installed on the computer that Mr. Schulte has access to at the MDC, and is able to open and view PDF and Microsoft Excel files. Dk. No 1067. Mr. Schulte has subsequently provided Standby Counsel with screenshots of what appears when Quick View Plus attempts to open files provided by the government. We have attached a non-comprehensive but representative sample as Exhibit "A".[1]

Respectfully submitted,

    /s/

César de Castro
Shannon McManus

 cc: All Parties (*via* ECF)

---

[1] While these screenshots are unreadable, the original versions are subject to the protective order signed by all parties. As such, out of an abundance of caution, we are requesting to file Exhibit A under seal.