

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2023

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Joshua Adam Schulte*,
                S3 17 Cr. 548 (JMF)

Dear Judge Furman:

      The Government respectfully submits this letter pursuant to the Court's Order dated July 7, 2023 (D.E. 1070) directing the Government to investigate the issue raised in standby counsel's letter of that same date, concerning the defendant's ability to view .pdf files on the computer used to review discovery at the Metropolitan Detention Center ("MDC"). (D.E. 1069).

      The Government promptly communicated the issue to the MDC Legal Department, and also sought to verify whether the same issue presented itself when using QuickView Plus to view the discovery pages contained in Exhibit A to standby counsel's letter on Government computer systems. The Government encountered a similar issue, though it does not appear to apply to all .pdf files in discovery. Yesterday, July 10, 2023, the MDC informed the Government that Adobe Acrobat Reader had been installed on the computer used by the defendant, and that a member of the legal department had used the program to open a .pdf file to ensure that it was operating properly.

Standby counsel has been advised of the availability of Acrobat Reader, and the Government hopes and expects this will eliminate the issue.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
David W. Denton, Jr. / Michael D. Lockard /
Nicholas S. Bradley
Assistant United States Attorneys
(212) 637-2744 / -2193 /-1581

cc: Standby counsel (by ECF)
Joshua Adam Schulte (by U.S. Mail)