```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA,                             :
                                                      :
                                                      :      17-CR-548 (JMF)
        -v-                                           :
                                                      :      ORDER
JOSHUA ADAM SCHULTE,                                  :
                                                      :
                       Defendant.                     :
                                                      :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

During the conference held earlier today, the Court approved Defendant's decision to waive his right to represent himself and reinstated Mr. DeCastro as counsel of record. In addition, the Court denied Defendant's motion to dismiss the indictment on speedy trial grounds, *see* ECF No. 1078, as meritless. Finally, the Court modified the pretrial schedule as follows:

| | |
|---|---|
| **July 28, 2023** | Motions *in Limine*; Requests to Charge; *Voir Dire*; Government Exhibit List and copies of exhibits to be disclosed to Defendant |
| **August 4, 2023** | Any responses to Motions *in Limine* and Requests to Charge |
| **August 11, 2023** | Exchange of 18 U.S.C. § 3500 material, proposed exhibits, and Rule 26.2 materials |
| **September 6, 2023** | Final Pretrial Conference at 10:00 a.m. in Courtroom 1105 |
| **September 11, 2023** | Trial begins |

Finally, unless and until the Court orders otherwise, the Government shall submit a status update with respect to its review of the disks seized from Mr. Schulte every two weeks from today.

SO ORDERED.

Dated: July 18, 2023
       New York, New York                        _____
                                                 JESSE M. FURMAN
                                                 United States District Judge