

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 28, 2023

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Joshua Adam Schulte*,
              S3 17 Cr. 548 (JMF)

Dear Judge Furman:

    The Government respectfully submits the attached proposed verdict sheet.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney

               by: _____/s/_____
                      David W. Denton, Jr. / Michael D. Lockard /
                         Nicholas S. Bradley
                      Assistant United States Attorneys
                      (212) 637-2744 / -2193 /-1581

cc:    Defense counsel (by ECF)