UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSHUA ADAM SCHULTE,

        Defendant.

S2 17 Cr. 548 (JMF)

<u>VERDICT FORM</u>

*All Answers Must Be Unanimous*

<u>Count One:</u>
    <u>Receipt of Child Pornography</u>

    Guilty _____           Not Guilty _____

<u>Count Two:</u>
    <u>Possession of Child Pornography</u>

    Guilty _____           Not Guilty _____

*If you find the defendant guilty of Count Two:*

Do you find that any image or video of child pornography involved in Count Two involved a minor who had not yet reached the age of puberty or was less than 12 years old?

    Yes _____           No _____

<u>Count Three:</u>
    <u>Transportation of Child Pornography</u>

    Guilty _____           Not Guilty _____

*After completing the Verdict Form, please sign your names in the spaces provided below, fill in the date and time, and inform the Court Security Officer that you have reached a verdict.*

_____       _____
Foreperson

_____       _____


_____       _____


_____       _____


_____       _____

Date and Time:   _____

*Once you have signed the Verdict form, please give a note—NOT the Verdict Form itself—to the Court Security Officer stating that you have reached a verdict.*