

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 28, 2023

**BY ECF**

Application GRANTED. Defendant is granted up to 27 pages for his opposition.

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

SO ORDERED.

July 31, 2023

    Re:   *United States v. Joshua Adam Schulte*,
           S3 17 Cr. 548 (JMF)

Dear Judge Furman:

    The Government respectfully submits this letter to request permission to file a single memorandum in support of its motions *in limine* of 27 pages, which is 2 pages in excess of the 25-page limit for memoranda set forth in the Court's Individual Rules of Practice in Criminal Cases. (IRP 5.B.). The Government respectfully submits that the request is reasonable in light of the eight issues raised in the memorandum, which include some unusual issues in light of the nature of this case and which the Government has endeavored to address in a fashion that considers applicable facts and law without undue elaboration. The memorandum is being separately filed by ECF.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

        by: _____/s/_____
             David W. Denton, Jr. / Michael D. Lockard /
                Nicholas S. Bradley
             Assistant United States Attorneys
             (212) 637-2744 / -2193 / -1581

cc:    Defense counsel (by ECF)