

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 7, 2023

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Joshua Adam Schulte*,
          S2 17 Cr. 548 (JMF)

Dear Judge Furman:

    As discussed at the July 18, 2023 status conference, the Government respectfully submits the enclosed declaration of Special Agent Aaron Spivack in connection with the review of the laptop seized from the defendant at the Metropolitan Detention Center.

                                    Respectfully submitted,

                                      DAMIAN WILLIAMS
                                    United States Attorney

                 by:      /s/
                     David W. Denton, Jr. / Michael D. Lockard /
                        Nicholas S. Bradley
                     Assistant United States Attorneys
                     (212) 637-2744 / -2193 /-1581

cc:    Defense counsel (by ECF)

Enclosure (Exhibit A – Declaration of Aaron Spivack)