

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 7, 2023

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> In the Court's view, this filing should, once and for all, put to rest any contention that Defendant was or is entitled to a laptop in connection with preparing for his next trial. If the defense believes otherwise, counsel shall show cause in writing, citing applicable legal authority, no later than **August 16, 2023**. SO ORDERED.
>
> August 7, 2023

Re:   *United States v. Joshua Adam Schulte*,
      S2 17 Cr. 548 (JMF)

Dear Judge Furman:

As discussed at the July 18, 2023 status conference, the Government respectfully submits the enclosed declaration of Special Agent Aaron Spivack in connection with the review of the laptop seized from the defendant at the Metropolitan Detention Center.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  _____/s/_____
David W. Denton, Jr. / Michael D. Lockard /
    Nicholas S. Bradley
Assistant United States Attorneys
(212) 637-2744 / -2193 /-1581

cc:   Defense counsel (by ECF)

Enclosure (Exhibit A – Declaration of Aaron Spivack)