UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                           :

UNITED STATES OF AMERICA,             :

                                         :

                    -v-                  :           17-CR-548 (JMF)

                                         :

JOSHUA ADAM SCHULTE,            :           <u>ORDER</u>

                                         :

                        Defendant.       :

                                         :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Attached to this Order are the following (with juror signatures redacted):

- Court Exhibit 1, a note received from the jury on September 13, 2023.

- Court Exhibit 2, a second note received from the jury on September 13, 2023.

- Court Exhibit 3, the jury's signed verdict form.

       SO ORDERED.

Dated: September 13, 2023
      New York, New York

                                           JESSE M. FURMAN
                                    United States District Judge

**COURT EXHIBIT 1**

Court Exhibit 1

We, the jury, have reached a verdict.

Date: Sept. 13, 2023

Time: 2:00 p.m.



Foreperson's signature

**COURT EXHIBIT 2**

**JURY NOTE**

Please provide us with another
verdict form.

Thank you,
Margery Weinstein
Foreperson

Date: Sept. 13, 2023

Time: 2:07



**Foreperson's Signature**

**COURT EXHIBIT 3**

Government Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                               :

UNITED STATES OF AMERICA,          :

                                      :         S2 17-CR-548 (JMF)

    -v-                            :

                                      :

JOSHUA ADAM SCHULTE,           :         VERDICT FORM

                         Defendant.        :

                                               :
--------------------------------------------------------------------X

*All Answers Must Be Unanimous*

**Count One – Receipt of Child Pornography**

    Guilty    X    Not Guilty _____

**Count Two – Possession of Child Pornography**

    Guilty    X    Not Guilty _____

**Count Three – Transportation of Child Pornography**

    Guilty    X    Not Guilty _____

*Please Turn to the Next Page*

*After completing the Verdict Form, please sign your names below and fill in the date and time.*



Date and Time: _Sept. 13, 2023  2:13 p.m._

*Once you have signed the Verdict Form, please give a note — NOT the Verdict Form itself —
to the Court Security Officer stating that you have reached a verdict.*

2