# EXHIBIT C

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007


To The Honorable Jesse M. Furman,

My name is Landon Presnall and I am one of Josh's cousins. I have known Josh my entire life, and while we spent time together during family and holiday gatherings growing up, we became closer when my brother and I were in college in Boston. During that time, we spoke frequently while playing games online and made multiple trips between Boston and Virginia to visit each other. I believe this period gave me a good understanding of who Josh is as a person, and although he was found guilty of the crimes he was charged with, I believe I can shed some light on aspects of his personality and kindness to others that may not have been substantively commented on during his trial.


The Josh I know is someone that often went above and beyond to make me feel welcome and loved. The best example I can provide for this are the many trips my brother and I made to Virginia during our spring breaks or Thanksgiving holidays. He was generous enough to invite us into his home when we were unable to go back to Texas, knowing how important it was for us to be with family during these times. Josh cooked or ordered food for us, acted as a tour guide in DC, and organized multiple activities for us to enjoy, all of which he paid for out of his own pocket, insisting that he wanted to treat his cousins to a good time. What he wouldn't say explicitly, though, is that he wanted to make us smile, he wanted to make us laugh, and he wanted us to feel loved and come back. When we were talking regularly as we played video games together, Josh would always express an interest in what was going on in my life. Whether in the form of asking about my classes or grilling me on how bad my fantasy football team was, he made me feel seen and cared about. Long story short: Josh is someone that loves his family, and he is someone whose family loves him.


I know all these things may not sound like they're out of the ordinary. You may be asking yourself, "Don't most people love their family and treat them well? Wouldn't I do similar things for my cousins?". But the point I'm trying to make is not that Josh is exceptional, but rather, that he is just like any other caring family member that you or I may have. He's somebody I love, that I desperately miss, and to whom I cannot wait to pay back the kindness that he has shown me. I humbly ask that you keep his family, and perhaps even your own, in mind when considering his sentence. I thank you for your time in considering this request, and while I understand that the sentence needs to be fair and just for the crimes committed, I also humbly ask for you to consider being merciful to Josh and to showing him some of the kindness that he has shown me.


Respectfully,

Landon Presnall
10 Amsterdam Ave, Apt 309, New York, NY 10023
940-284-2688
lcpresnall@gmail.com

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007


Honorable Jesse M Furman,

I am Joshua's aunt; I have known him my whole life.  As a family we get together 3 or 4 times a year.  I have enjoyed watching Joshua grow up and becoming a responsible young man.  He helped with his 3 younger brothers when he lived at home and was a good example for his younger cousins any time we got together. He helped my daughter when she was around 10 years old (Josh is a couple years older than my daughter) and accidentally rolled the 4-wheeler on top of herself.  He was the first person to run to her and help her up and make sure she was not hurt.

I remember when my daughter got married, he had no idea what a gift registry was.  When his mother explained what it was, he bought my daughter 5 to 6 major gifts.  He was so generous and unselfish.  He came all the way from Virginia to come to the wedding in Texas and he brought a good friend with him.  He enjoyed the time with his family and celebrating this occasion.  He was always there for his family and treasured the time with them.

He wanted to start his own business of owning rent houses and he would visit with my husband, who is a CPA, to make sure that he set up his business right and what the tax liability he would have by having this business.  They would visit several times a year to stay on top of what he would need at tax time.  He was responsible for his business and taking the time to prepare for what needed to be done.

I know Joshua has been found guilty of his crimes by a jury. I just ask that you realize what a good person Joshua was and still can be and be lenient on his sentencing.


Sincerely,

Kelly Buchanan
Aunt of Joshua Schulte
2908 Mable Dr Canyon, TX 79015
806-674-0674
kjbuchanan44@gmail.com

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The Honorable Jesse M. Furman:

I am Chelsea Pritchard and Joshua Schulte is my first cousin. Being just four years older, Josh and I spent a considerable amount of time together making countless memories. Our grandparents' house on my grandpa's farm is where many of those were created. One of our favorite things to do was play cards with my grandparents and ride four wheelers around the farm. Josh was always easy to get along with and just a fun individual to be around. My siblings and I always looked forward to when he was going to be in town.

I am writing this letter in hopes that it could help you better understand the kind of man Josh is. I remember talking to Josh when he first got suspended from his job. My grandpa had just suffered a severe injury from a welding accident that left him with terrible burns. He spent months in the hospital and in a rehab facility to regain his strength. Josh expressed his desire to come home for a few weeks and help take care of my grandpa. Josh's big heart just wanted to make sure my grandpa did everything he was supposed to so he could get back to doing what he loved, which was being on his farm.

Josh came home while my grandpa was still in the hospital. He stayed the night at the hospital so my grandma could go home and get some much-needed rest. Family was always very important to Josh and still is today. He would do anything for any one of us. That's just the way he was raised. That trip down to help my grandpa was the last time I had the joy of spending time with Josh. I have had two children since, and I hope they will someday get to meet this incredible man. There has been an empty seat at every family gathering that we want to fill so we can all be together again.

I'm writing this letter to ask you to be lenient when sentencing Josh. There have been many times over the last several years when Josh could have chosen to give up, but he has continued to be strong. I know when Josh is finished serving his time that he will, once again, be an asset to our society. Thank you for your time and consideration.

Sincerely,

Chelsea Pritchard

1118 17th St Shallowater, TX
806-336-7416
chelsea.schulte@yahoo.com

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Honorable Jesse M. Furman,

I am Deanna Schulte, mother of Joshua Schulte. I want to thank you for giving me the opportunity to write to you and tell you about my son. I want you to have the entire picture; to know the entire person. Josh is much more than the person you have seen in your courtroom. He is much more than the stories you have heard talked about him. But how to communicate with you the real Josh is challenging. How can I do that through a letter? I agonized over this and then just stopped and prayed. I asked God for the wisdom to write the words that would portray the real Josh. I also prayed that God give you the understanding to really see Josh. As human beings it is our nature to see with our minds. Due to our unique experiences, we also have fears and hate that we hold in our minds as well. These become our prejudices and get in the way of seeing the truth sometimes. So I pray that you listen with your mind and more importantly with your heart so you can see my son clearly without prejudice.

Josh's love of the computer came when he was incredibly young. He definitely did not get this love from my husband and me. He seemed to have a knack for computers from the time he received a "Sonic" TV game for his 3rd or 4th birthday. He was consumed by that game until he defeated it. It was unreal. Then add to that a really good elementary computer teacher that opened a computer so the class could see all the wiring on the inside. He was hooked. This was a true God given talent. It is just part of who he is and has always been. He can talk incessantly about computers even when the rest of us have stopped listening. While he was learning about computers in school, he was also learning about his country. One day when he was about 10 years old, I found him with a paper badge taped to his shirt and "FBI" printed on it. (It was hard to read his handwriting back then too). He told me that he wanted to work for his country one day. He meant it. It was not just a little boy saying he wanted to be a football player. I cannot explain it, but he was drawn to computers and a love for his country since he was little.

Josh grew up in a middle-class family with three other brothers. He is the oldest. He went to a private elementary and then to a magnet middle school and high school. He was the one who asked to go to the magnet schools. He wanted to be challenged intellectually. He loved learning and still does. Throughout his life, our large extended family of grandparents, aunts, uncles, and cousins have lived close. We got together for holidays and birthdays and family reunions. Josh grew up knowing that family is important and should be a priority. He also grew up in the catholic faith getting involved in our church and the youth groups. He even told me one day, after picking him up from his catholic elementary, that they had learned that in some schools the kids could not talk about God. He told me that he did not want to go to one of those schools. God has been a part of his life since he was little. I pray daily that he stays strong in his faith.

Josh went off to the University of Texas after high school. It offered a great computer engineering program. This move was a challenge and took a lot of courage because he had always been right in the middle of family. Now he was going to be 6 hours away. But knowing he had family support gave him the confidence to make that move. He made sure to keep those family relationships strong because they were important to him. He met many people at UT

through his roommates. I am thankful for those roommates. They helped him experience some great moments at UT; meeting many different people from diverse backgrounds, building up his confidence to take chances on himself like applying to the NSA/CIA internships, being appointed to a faculty/student board. Etc. One time, Josh brought some college friends home after they had gone skiing. They had decided to break up the travel back and stopped in to spend the night. I loved that Josh wanted to share his college life with us. His friends talked about their experience with Josh on the ski slope. Josh was not particularly good at skiing, and he readily admitted it. He could not stop. They told us that Josh would head down the slope trying to avoid people and yelling apologies as he went downhill. And when he got to the bottom, he just fell over to stop himself. That memory is strong because as we sat with his friends and listened to them talking, we knew he was where he was supposed to be. He made good friends in college who supported him. He was so excited when he got offered an internship not only with the NSA but the CIA. After interning with them both, he decided that he wanted to quit school and just start working for them. He kept telling me that he would learn more on the job than he would learn in college. Well don't we all? He was excited for that next step in his life and could not believe his good fortune of getting to do what he had always wanted to do. We had to stop him and make him realize that he needed that diploma in order to achieve his goals. So he graduated and began working for his country. The dream he told me about when he was 10 years old came true. He was so proud and excited about his future and looking forward to it.

The stories you have heard talk about a Josh who was mad, a disgruntled worker, who had no friends. What they did not tell you is that Josh received many "Exceptional Performance Award" along with being promoted many times during his years at the CIA. He was proud of those accomplishments. He will call us to tell us about his promotions. That is a person who is hard working, loves his job and is good at it. One co-worker even wrote when Josh left, "We'll miss your skills around here." Josh took protecting the United States very seriously. When he started at the CIA, we would call to find out how he was doing. He told us right away not to ask him about his work because he could not talk about it to anybody. And he never did. We got used to asking him how work was going. His answer was always "good." And that was the end of the conversation about work. It was strange not knowing what he was doing, but I knew he loved it. That was evident. When he came home and the family asked, the answer was the same. He couldn't really say what he was doing but work was always good. He was asked by his country not to talk about his work, and he never did because he was honorable. Josh did have friends within the CIA. He had friends that took him hiking and had to teach him that he needed to bring more than ONE bottle of water. (Being from the flat part of Texas he never went hiking). They had a good laugh about that. He had friends who talked him into riding bikes along the pretty trails of Virginia so that he would get outside more. They even talked him into planting flowers along his sidewalk at his house in Virginia. As a mother I was so happy to see him getting connected with others and getting out of his comfort zone, which was sitting in front of a computer. I am thankful for those friends. He had a good friend who he worked with and who helped him get in the habit of taking care of himself. He even brought a friend home to Texas for a family wedding one year. After the wedding they rented a car so he could drive this friend around the state of Texas ending at his college campus in Austin. Josh was proud of where he grew up and he wanted to share that with this friend. And when Josh was unable to make it back home for Thanksgiving the first or second year in Virginia, he was invited to celebrate Thanksgiving with a co-worker and his family. That made this mom's heart and soul feel so much better knowing that if he could not celebrate the holiday with his family then he had

another family who was willing to open their home for him. This co-worker became a mentor to Josh. He always bragged to his co-workers that Texas was the best state. So, one Christmas, while he was home with us, he bought a cowboy hat (Josh is the furthest thing from a cowboy). I never laughed so hard. But he said he wanted to show his friends that he was a "real Texan." He let us know the day he wore that cowboy hat to work. From his conversations and actions, we knew that work was a fun place and he loved working there and he loved the people he worked with. Even when he left the CIA, he had friends come to see him in New York. In 2016 he was unable to come home for Christmas. This was the first Christmas that we would not spend with him. (It has now been 8 Christmases without him). He had just started his job in New York and could not take off. But a friend from the CIA went up to New York to celebrate Christmas with him. I was so happy that he would not be by himself. Those friendships meant the world to Josh. So it really broke my heart when, once this all started, he was unable to contact any of those friends. They were not allowed to take his calls, talk to him. He lost them all. And I had to sit and watch as this broke him. Yes, he had friends at the CIA, and they meant everything to him. And, I believe, that working at the CIA was the best time of his life.

I wish you could have gotten to know Josh under different circumstances. I believe that you and Josh would have gotten along well. You both love your country, have worked hard at protecting it and love the intellectually world. I know he would have been proud to be in your courtroom testifying to keep his country safe. He loved politics, books, and movies. I can see the two of you having some intellectually challenging conversations and probably disagreeing on certain things also. But I also know that he would have respected your "take" on things. If only you had met him in a different situation.

Our family has been greatly affected by this experience. How could we not? I can only describe it as intense grief and pain. People don't see it, but we have had a loss. We have lost the lives we had, the family we had, and a family member who cannot be with us. And because this loss does not fit into society's norms, people want to separate themselves from it not support it. People believe that something like this only happens to people who are bad. (And so I thought too). As I said before, people see with their minds not their hearts so the perception of Josh being a bad person is transferred to the family. And I have had to watch not only how this has affected Josh, but how it has affected my other sons as well. We have had to travel so far just to see Josh and what we see when we visit we will never be able to erase from our minds; we have had very limited contact with him which is worrisome; we watch as he changes and breaks: and we continue to try to maneuver a frustrating and dehumanizing system. Our lives have changed because of this situation but we know we must continue in order to support Josh. And so we do, our entire family. Our family has been a blessing in our lives. And I know that they will continue to support Josh. His entire family is praying that God give him the strength and courage he needs to make it through this challenging time in his life.

I am asking for leniency for my son. I know how my son is perceived by the court, which is why I am asking you to listen with your heart. There is always a reason for someone's behavior and sometimes we must ask questions that nobody wants to ask in order to get to the truth. I learned that as a school counselor. Find the reason so you can help change the behavior. I am retired now, but I learned a lot about people as both a teacher and a school counselor. I have worked with both general education students and students with disabilities. I have learned that a disorder may not present the way you are used to it presenting or even the way you think it should present Therefore it is overlooked and help is not given. From this experience, along with knowing that neurodevelopmental disorders run in our family, I started to wonder about Josh being on the spectrum. He has many of the characteristics. It was one of those things that did

not present like I was used to, so it never crossed my mind. And I also started worrying about the isolation that he has experienced for over 5 years now. God did not make humans to be isolated but to be a part of a community. Isolation is nothing but torture and it is wrong. I know that the isolation has had a detrimental effect on Josh's mental health. But if he does have a neurodevelopmental disorder how has the isolation exacerbated it? Extreme isolation not only causes depression, anxiety, panic but can cause unstable emotions in someone with AS. I want to get him help. He will not get the help he needs from the prison system. The only thing that a long prison sentence will do is make his mental health worse and break him even more as a human being. We all know that the prison system is a punishment system, not a rehabilitating system. I can get him the mental health treatment he is going to need to deal with his life when he gets out. My husband, his brothers and I have discussed how to help him start his life again. We understand that Josh's life will look vastly different, but we are here to support and help him find a different life; a life with us. He has a big support system waiting for him who will embrace him, love him, support him, and provide the care that he needs physically, mentally, emotionally, and spiritually. So, open your heart and see the entire Josh.

Sincerely,


Deanna Schulte
6311 76th Street
Lubbock, Texas 79424
deannaschulte@gmail.com

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007


Honorable Jesse M. Furman,

I am Roger Schulte, the father of Joshua Schulte. Joshua is the oldest of my four sons, He has three younger brothers.

Josh was very active growing up. He played all sports, was in Boy Scouts, along with being involved with church. As he got older, Josh played basketball and football in middle school and his freshman year in high school.  Josh always was interested in computers. He enjoyed playing video games with his brothers, cousins, and friends. He built his first computer in high school. School seemed to come easy for him. He always challenged himself in school deciding to go to a magnet school in middle school and high school. He always got his homework done and had good grades. He did well in high school finishing with honors and accumulating many college credit hours. Josh worked several different jobs while going to high school showing he could juggle several things. He worked at a movie theater, was a cook at Sonic Drive-In and was a sacker at a grocery store. He was a well-rounded student. Josh always talked about working for the government.

Josh wanted to go to college at the University of Texas at Austin and he got accepted. He was very excited about this next chapter in life, college. Josh took computer engineering at the University of Texas. The whole family helped move Josh to Austin. He stayed in the dorms the first two semesters. It was a six-hour drive to Austin from Lubbock, but we probably went to see several times a year while he was in Austin going to school. Josh did an internship with the NSA and the CIA. He really liked the CIA program. He was offered a full-time position after graduating college.

Josh loves his family. His family is very important to him. He was close to his younger brothers. Josh always came home for the holidays when he was at UT and made most of the holidays even when living in Virginia. Josh was a special person in my life; we talked often. Josh always reached out to me when he was having car problems or issues with home repairs. These were dad "things" but this was our special way we connected. And I miss these conversations greatly.

I am writing this letter requesting lenient treatment for Josh at sentencing. Josh has always been a law-abiding citizen. Before this situation, he had never been in any trouble with the law.

Our family has suffered very much during this process. We cannot be a complete family without Josh so we just sit here "on hold" waiting to continue our life. But that will not happen until we have our son home with us.

Sincerely,


Roger Schulte

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Honorable Jesse M. Furman,

My name is Troy Anthony Johnston.  Josh calls me Anthony.  I have been married to Josh's Aunt Dana for over 27 years.  And I have known Josh for a little over 28 years, so I first met him around the age of 7 years old.  The entire Schulte family is a close-knit group of folks that will get together at the drop of a hat.  I have been around Josh many times since I joined the family, and he has always been a "good kid".  He was playful with all his cousins as a younger man and as he grew, he maintained that fun loving attitude with all that he came in contact with.  I saw firsthand his growth and respect for others.  As a young adult, he has matured and grown as a responsible person and is very reliable to help out any way he can when asked.

I have provided this letter to ask you for as much leniency as possible for Josh and the Schulte family.  He is the oldest of four brothers and since he has been incarcerated for the past several years, the emotional and physical strain that it has imposed on everyone that loves him is sometimes overwhelming.  We respect the decision of the court and ask that you show mercy and any measure of forgiveness that the law will allow.  I have written a few letters over the last few years to Josh to let him know we miss him and can't imagine the toll this has taken on him most of all.  I pray for him quite often.  Now I pray that you are able to show tolerance for Josh, so that it isn't too much longer until he is able to join us for the holidays and family get-togethers.

Having children of my own now makes me understand the inherent need to protect them with everything including my life.  I have seen the enormous toll this has taking on his parents, Roger and Deanna.  I have run out of words to try to let them know how I feel for them and love them.  I know that Josh must serve time for what he has been found guilty of, but I ask for your mercy so that it will hopefully lessen the long-term impact that this has on Josh and all his loved ones.

Thank you for taking the time to read this letter and maybe see through the small window that I have seen this family through for the last 28 years.  I am proud of them and proud to be Josh's uncle.

Please contact me if there is any need to confirm any of the facts in this letter.

Sincerely,



Troy A. Johnston
5307 County Road 7560
Lubbock, Texas 79424
806-241-8800
Tajohn1226@aol.com

Name: Shane Austin Presnall

Relation: Cousin of Joshua Adam Schulte

Address: 2025 Peachtree Road NE, Apt 405, Atlanta, GA 30309

Phone: 940-284-0825

Email: shane.presnall@gmail.com


To the Honorable Jesse M. Furman:


Your Honor, my name is Shane Austin Presnall. I am 31 years old and the cousin of Joshua
Adam Schulte. Josh and I have known each other our whole lives, as we grew up together as
cousins in Texas. During Josh's time under house arrest in New York City while awaiting trial,
he and I lived together in his apartment. Being with him day-in and day-out during that difficult
stretch offered me an intimate view of his motivations, personality, and integrity when no one
else was around. It is my hope that I can convey to this court the image of Josh's true character
over our three decades growing up together.


I fully understand the gravity of the charges against Josh. In hearing the details of this case since
its beginning, I recognize the vast amount of hours, manpower, and trial preparation involved in
reaching a conclusion to this case over half a decade later. But thousands of hours, emotional
torment, and stress weren't only taken by the Government and the Court — Josh's mother and
father, Deanna and Roger Schulte, are the ones who have been hurt the most. As his parents who
have nurtured Josh since birth, they have endured immeasurable heartache and worries over their
son's wellbeing and future over the many years this investigation has spanned. They have

exhausted their life savings on Josh's defense, while coping with constant anxiety over the severe charges he faces. I have witnessed firsthand the deep anguish in my aunt and uncle's eyes stemming from this unresolved trial that keeps their child in jeopardy. In my view, Josh's parents have weathered the greatest mental, financial and emotional wounds across the past half decade awaiting final verdict on their son.

I want to briefly give a few examples of how Deanna and Roger Schulte raised their son to become the man I have called my role model since childhood.

**Leader:** First, as the eldest of our group of cousins, Josh was naturally titled our "leader" but he actively earned it in how he acted and looked after all of us. At all of our family gatherings, we couldn't wait to see what Josh wanted to do. I fondly recall the Christmas that Josh organized us into a motor riding "club" across my grandfather's property out in the countryside. He led our caravan of four wheelers, go-karts, and dirt bikes on which we younger cousins cheered enthusiastically as we followed behind. With Josh flagging us onward from the front of the pack, we felt the thrill of exploration as he guided our makeshift vehicle fleet over our grandfather's labyrinth of dirt hills. Not one of us was ever left behind or not included in our adventures. Josh always knew how to take care of all of us and make us feel a part of the group, despite the vast differences in our ages.

**Selflessness:** Josh and I became best friends around the time I was graduating high school and he was in college. My small town graduation seemed no reason for loved ones to drive down for since my whole extended family lived in the Texas Panhandle five hours away. Yet to my surprise, Josh was the only one to brave the journey in support. I still wonder what

drew him to cram into a four hour Greyhound bus ride after his finals at UT Austin. But seeing his wildly unkempt hair and beard emerge bus-weary brought the biggest grin to my face. We joked of his messiah-like looks fitting of the nickname "Jesus" as he laughed about it with us the whole time. I found incredible meaning in Josh taking that long bus ride amidst his own hectic student and work schedules just to see me walk the stage for those few seconds.

**Inspiration**: One of my biggest life goals was always to work in New York City, so far removed from the small town bubble I was raised in. Yet despite longing to one day work there, I lacked the resolve to make such a dramatic move real on my own. That changed when Josh moved there himself. Hardly a gaming session of ours would pass without his reminder: "You should move here with me!" At first I brushed it off as fantasy, but after months of his encouragement outlining how we could be roommates and explore the city together, this faraway dream suddenly seemed within reach. I'll never forget sitting in the back parking lot in my white Toyota Avalon at the legal document copier company I was working at when I took the call offering me a New York job. The shrieking celebration screams I let out in that car marked one of the most emotional moments of my life. I was overjoyed, but it may have never manifested if not for Josh making me believe in my own ambition. Having that lifelong goal fulfilled will be something I owe to my cousin envisioning possibilities for me that I was too narrow-minded to see alone.

**Family:** I believe that these examples show Josh's true nature that he inherited and learned from his loving parents. As stubborn and arrogant as Josh can be, I believe that the sheer magnitude, length of this case, and his years incarcerated would have completely broken him if it were not for his parents. As someone who lived in New York, made biweekly visits to see Josh, and took his phone calls whenever possible, I thought I was doing a lot to give Josh a sense of

family. I was wrong. Deanna and Roger, throughout this whole process, booked flights and hotels seemingly every month to see Josh in person. To my knowledge, they only get to speak to him once per week over the phone. To my knowledge, their oldest son has been locked in an isolated room for years. Having to receive phone calls regarding these charges against their son, how many years they could be forced to be without him, and how his mental and physical well-being are a constant question are all absolutely heartbreaking experiences for Deanna and Roger. The torture they have withstood is something no parent should have to endure.

I want to thank the Court and Hon. Furman for taking the time to read a few ways Josh has impacted my life. I would humbly ask you, while deciding the length of Josh's sentence, that you keep the irreparable pain and agony that Deanna and Roger have already suffered in your hearts and minds. Their son has always been, and still remains, my biggest role model thanks to the way they raised him to embody all of the character qualities I have described to you. I only ask that you take them into consideration when reaching your final decision. I am ready to validate all personal details regarding Josh and our family in this letter as truthful, should any further testimony to his character be relevant toward sentencing. Thank you sincerely for hearing my experiences as his cousin with an open mind.

Sincerely,

Shane Presnall

The Honorable Jesse M. Furman

United States District Judge

Southern District of New York

40 Foley Square

New York, New York 10007

Dear Judge Furman,

My name is Reagan Schulte, the youngest brother of Joshua Schulte and I write to request leniency in his sentencing.

Growing up with Josh I have seen first hand the good and bad sides of him. I'm sure you have mostly gotten to know the bad side throughout this whole process. It is true he can be arrogant, selfish, condescending, and more. But no one is perfect, we all show these traits at some point during our life, even so perhaps Josh has shown them more, I am not blind to that. If anything this whole situation has revealed some of those deep flaws in him and in doing so has also shown some of the same deep flaws I carry with myself.

But even so when he often comes to mind I think of the love and fun we had during my childhood, not his flaws. He would give me piggyback rides, swing me around like a monkey in parking lots, burn CD mixes for me when that was how to get music. Even though I hated it at the time, he would always beat me at video games, at least when I was younger. We continued playing video games all the way up until his arrest, it was the main form of our contact once he moved away. These days I'd give anything to lose to him again.

Specifically one moment I will never forget, that is often the one that comes to mind. He was eighteen and I was eight. He was driving me back from something, school, some sports practice, I don't remember. He often had to drive me around with both my parents working and

him having a car. I remember us talking about how he was going off to college, in Austin. I'd never known life without him in the same house. I was quiet in the car the whole way back. When we got home he went straight to the bathroom and that's when I started to cry. Then I heard the door open and he came out crying too and fell to his knees and hugged me.

It was hard adjusting to life when he left. But at least then I had fairly good contact with him still. As time went on I really got to see just how intelligent he was. I was so proud to have such a smart brother who worked for the CIA. When I told people that, I felt as if I was bragging, nobody else had a sibling who worked for the CIA, only me. I looked up to him in a lot of ways, and even though our whole family in general was pushed more toward STEM in academics, part of that reason I went down that path was because of him too. I wanted to be as smart as him and do cool stuff like he was doing. I wanted him to be proud of me like I was of him.

But then just as I was about finished with highschool going to college under the same degree as him, he was arrested. I thought I would have him to guide me through college and help me become just as smart as him, but again I had to adjust to life without him, in a more permanent manner this time. And I'm still adjusting to it.

Ever since then I feel like I have begun to see what it really means to be smart, intelligent, wise. Even though he is intelligent he had been lacking a certain emotional intelligence. I went to some of the trial and was surprised to learn of the clashes he had with people at the CIA. I asked my mom if Josh had ever told her about any of it. She said no. I often wonder where he'd be right now if he simply let down his walls and told her or any of us the struggles he was going through at the time. Sometimes I feel as if that is the biggest crime of all.

I have the benefit of learning from his mistakes so that I don't have to make them. I can only hope he doesn't have to spend too much time away for having made them. I know this whole experience has made him re-examine himself and I can't wait for him to be in our lives again.

The last time I actually saw Josh, other than at court, he did what he always does when we see each other. He gave me a piggyback ride. Even though I was a few inches taller and probably thirty pounds heavier or more, he always tries to give me one. I look forward to the next time I get one.

Sincerely, Reagan.

January 6, 2024

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Attention: The Honorable Jesse M. Furman

We are Leroy and Jennifer Schulte, Uncle and Aunt to Joshua Schulte. We have three children: Chandler, Tye, and Z▮▮▮. There is a 12-year age gap between Joshua and our oldest child. While all the cousins were growing up, Joshua was always willing to play and help with the younger cousins at family gatherings. Whether it was rolling a ball with the toddlers or playing board games with the older ones, he was always kind and thoughtful. With his smart and witty personality, he never failed to make us all laugh.

When his grandparents Floyd and Dorothy were having their 50th Wedding Anniversary, Joshua was living in Virginia. He was going to be unable to attend the Anniversary party; however, at the last minute, he was able to come to Texas and surprise his grandparents. They were very excited to have all their children and grandchildren attend, and we were thankful everyone could be together.

We are writing a request for leniency during sentencing in hopes that his incarceration could be closer to Texas. In that, his family would be able to visit him more often.

Thank you for your time in this matter.

Respectfully,

Leroy and Jennifer Schulte
PO Box 263
Nazareth TX 79063
Email: jschulte93@gmail.com
Phone: (806)647-6194

Kent Hoelting
PO Box 403
Nazareth, Texas 79063
806-679-1725

Honorable Jesse M. Furman

My name is Kent Hoelting, I am an uncle to Joshua Schulte. I have known Joshua his whole life, 35 years. I lived a hundred miles from him while he was growing up but saw him at many family gatherings and events throughout his life. I know him and his brothers quite well.

I am writing this letter with the concerns of his sentencing in his criminal case. I respect the court's legal system and would like to offer my thoughts on a fuller picture of Joshua as a person.

Josh has always demonstrated compassion and responsibility throughout his life. Josh has been honest and truthful with me, my wife and our three children and has always treated us with respect and kindness.  While growing up and well into his adulthood, he frequently expressed his gifts of kindness and protectiveness toward our youngest two daughters.  They were the youngest while he was the oldest of all the grandchildren.  They loved and admired Josh while they were growing up because he always took the time to make sure they were included in all the games and events the cousins shared.  It has been very difficult to watch my children grow into adulthood without the companionship of their oldest cousin.

It was hard for me to believe that he was accused and found guilty on the charges brought against him. He has not been permitted to talk to anyone other than his parents and brothers throughout this ordeal. He has been incarcerated for a little over six years. I hope and pray that you will take into consideration his time served. I and all the members of my family are hoping that we will be able to welcome him into our loving arms after his time is served.  I am confident that with the proper guidance and support Joshua will be a positive influence on society.

Thank you for taking the time to review this character letter. Should you require any additional information, please do not hesitate to contact me at the number and address provided.


Sincerely,


Kent Hoelting

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007


Honorable Jesse M Furman,

I am Joshua's aunt; I have known him my whole life.  As a family we get together 3 or 4 times a year.  I have enjoyed watching Joshua grow up and becoming a responsible young man.  He helped with his 3 younger brothers when he lived at home and was a good example for his younger cousins any time we got together. He helped my daughter when she was around 10 years old (Josh is a couple years older than my daughter) and accidentally rolled the 4-wheeler on top of herself.  He was the first person to run to her and help her up and make sure she was not hurt.

I remember when my daughter got married, he had no idea what a gift registry was.  When his mother explained what it was, he bought my daughter 5 to 6 major gifts.  He was so generous and unselfish.  He came all the way from Virginia to come to the wedding in Texas and he brought a good friend with him.  He enjoyed the time with his family and celebrating this occasion.  He was always there for his family and treasured the time with them.

He wanted to start his own business of owning rent houses and he would visit with my husband, who is a CPA, to make sure that he set up his business right and what the tax liability he would have by having this business.  They would visit several times a year to stay on top of what he would need at tax time.  He was responsible for his business and taking the time to prepare for what needed to be done.

I know Joshua has been found guilty of his crimes by a jury. I just ask that you realize what a good person Joshua was and still can be and be lenient on his sentencing.


Sincerely,

Kelly Buchanan
Aunt of Joshua Schulte
2908 Mable Dr Canyon, TX 79015
806-674-0674
kjbuchanan44@gmail.com

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007


Dear Honorable Jesse M Furman,


My name is K████ J███████ Joshua Schulte is my cousin. I am 16 years old and the last time that I saw my cousin was Thanksgiving in 2016. I was only 9 years old.


Josh always made me laugh. I remember playing board games with my cousin and just having fun. There is an age gap between us but we are all a close knit family and we always tried to see Josh when he was home from college. I am sad that Josh has not gotten to see me grow up. My mom sends pictures to Josh but that is not the same because I do not get to see or speak to Josh. I would love to be able to tell him about my life and the success I have had in volleyball. I will be a Senior next year. I can't believe Josh has not been able to be part of my middle school and high school memories.

We all miss Josh tremendously. I have seen what Josh's absence has done to our family, especially my mom, grandma, my aunt and uncle. Josh's parents are my Godparents and they are so supportive of me even though they are going through this horrible nightmare and their oldest son being over 2,000 miles away. I sure wished I could at least come visit Josh. My mom was able to make a trip to Josh's trial once and I begged her to take me with her.


Josh is a really nice and funny person. He is super smart too. I pray you will grant Joshua leniency. I am ready to see my cousin and make some more memories with him.

Sincerely,




Jeff Presnall
Uncle of Joshua Schulte by Marriage
113 W. 8th St. Muenster, TX 79252
940-768-8766
coachjmp@gmail.com

Honorable Jesse M. Furman,

I am writing in reference to Joshua Schulte who is appearing before your court for sentencing in February. I am Joshua's uncle by marriage, and I have known Joshua since he was born.

I didn't spend a lot of time with Joshua as he was growing up since my job as a high school coach kept me busy and away from many family get-togethers. However, I was present enough through the years to see what kind of adolescent and later a young man he became. There were times he was sitting at a table, helping his younger brother with his math homework. Other times I witnessed Josh teaching his cousins a new skill in whatever game or sport they were playing at the time. He showed patience and compassion and I was impressed with him.

Josh spent some time with my family during a Christmas break from the University of Texas since we lived close to Dallas where he could get a bus ride back to campus. In that time he spent in our house, I watched Josh help my wife get dinners together and help clean up afterward without being told to. I watched him spend time with my kids even though he was older. Joshua also took time to sit down and ask me about how my job was going and all the ins and outs of school computer issues, even though he was much more adept at technological issues than a small school tech director. I was impressed he showed the character at that time to be in the moment with his uncle. He was a joy to be around and we really enjoyed having him.

Joshua also was the only family member, along with his mother, to show up at our oldest son's graduation from high school. We live 5 hours away from family and graduation was on a Friday night so it was impossible for anyone to get off work and travel in time to be here. Josh was moving across the country to start a job, and he made sure he stopped to help us celebrate an accomplishment. We were so thankful.

Joshua seems very family oriented and was always there for funerals, baptisms, birthdays, and weddings when he could have given any excuse to be absent, living across the country as he was. He always showed up and sometimes with friends in tow, to be present for the important times our huge family celebrated or suffered.

His mother told us that before Joshua was placed in solitary confinement, he was helping other inmates study for their GED. This does not surprise me in the least. Josh is very intelligent and has never shied away from using that intelligence to help others who need help.

I am asking you for leniency when deciding Joshua's sentencing. He has a huge support system at home wanting to welcome him back in the fold and help him get started anew. I truly believe that we can once again see Joshua's good works bringing fruitful results to our society again.

Sincerely,
Jeff Presnall

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Honorable Jesse Mr. Furman,

I am Jason Schulte, Josh's brother closest in age to him. I want to share some of my memories of Josh with you in hopes that you get a clearer picture of my big brother. I remember always playing video games together and playing sports outside together. Sports would usually end with our younger brother crying because we forgot how small he was and were a bit too rough. I wasn't the closest to Josh growing up only because he enjoyed more of the video games whereas I enjoyed being outside more. And Josh and I got into fights sometimes like all brothers do but we always kissed and made up and got over it. I would say all us brothers got along just as you would expect any brothers to get along.

Josh is a great man and cares about other people. You can tell when he thinks he has upset someone. He will go up to them later and apologize and make sure everything is good. He and I are alike in that we can be stubborn and argue our points about whatever matter we are talking about, but that just shows how excited we were about the things that were important to us. But he would listen to my argument at least and at times he would just give up on the argument and let it be. Maybe he was tired of arguing or maybe he knew I was right, I don't know. But I just want you to know, even though we argued some, we could listen also. And I could always catch Josh in a lie when he was trying to get out of something or trick me. He wasn't good at it. I never told him how I knew but he would always start laughing or get quiet or

just look down when he started to lie. I caught him every time. I feel like I knew him well and I miss him terrible.

When we both graduated college, we started getting closer and we actually started checking in more with each other making sure everything was good. Anytime I had any issues, I would talk to him about it and he would always help me out and vice a versa. Josh is a great human being and a great brother who loved what he did at the CIA. I could easily tell this by our conversations. He would always talk about how he loves catching the bad guys (i.e. terrorists).

I have known Josh all my life and although he is not perfect,  like all people, are, he has a good heart. He has spent his upper 20s and lower 30s in prison. I haven't been able to get advice or just talk to him. I would love to be able to get my brother back and hangout with him and get to spend time with him again. Even though I believe he didn't do what he is accused of doing, I do believe in a second chance for everyone. I don't want to see him waste all his 30s in prison. I pray pray that he has served his time and will get to come home soon to his family.


Sincerely,

Jason Schulte

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Honorable Jesse M. Furman,

My name is Derek Schulte and Joshua Schulte is my oldest brother. I would first like to thank you
for taking the time to read my letter. Joshua is one of 3 brothers I have and is a little under 5 years older
than me. With the age difference being just that, Joshua was in my life and lived in the same household as
me in Lubbock, Texas up until he left for college at the University of Texas at Austin. Joshua and I did
share a lot of interests so we spent time together outside of school watching and playing sports, playing
video games late into the night, and supporting each other and our brothers in their own extracurricular
activities. Having 4 children in our family there was a lot of time we all spent as a family going to those
activities whether it be a football, basketball, baseball, soccer game or band event. As a family we have
gone on several trips to San Diego, New York, Washington DC, ski trips and even a cruise. I have to kind
of laugh at typing ski trip as I remember the first time we skied when we went with a church group which
included my dad, Joshua, my other older brother and me. I will not claim to be a good skier but Joshua
had a very hard time learning how to stop with the "pie" technique. I still remember how he would have
to wipe out at the bottom of slopes to stop or grab my dad if he was there.

Even when Joshua went off to college we stayed in touch over the phone and he or we would
regularly visit each other during the holidays. As I got into my junior/senior year of high school I
remember relying on him to really teach me some of the main concepts of Calculus. He was always
helpful and would make time for things like that. Just like when we would go and visit our grandparents
he would spend time helping my grandmother with her computer making sure it was working and had
everything up-to-date.

When I graduated high school I too was able to attend the University of Texas at Austin and
actually had the luxury of spending the first semester there with Joshua while he was completing his last
semester due to him taking internships and jobs throughout college. With those memories being more
recent, they are the ones I cherish the most. We went to the very first revealing of Longhorn Network, had
tickets to every Texas Longhorn football home game, went to the Red River Rivalry game (Oklahoma vs.
Texas), played intramural football, and had lunch every Tuesday/Thursday together at a Double Dave's
stand on campus (4 pizza rolls and a Dr. Pepper for $5). Being in the same major as Joshua, I really
benefitted from his intelligence and compassion as he would help me with the classes I had during that
first semester and throughout college even when he left to work for the NSA and CIA.

During that period when he was working for the NSA and CIA, we still were able to keep in
touch regularly over the phone and was still able to visit each other over the holidays despite the distance.
And so recalling from early childhood up until the arrest, I would characterize Joshua as playful with
being able to keep things light, kind and caring with helping me at my moments of need to keeping in
touch and engaged to what I was going through whether it be playing basketball in high school or how
school was going in college, intelligent, generous with the way he carried the monetary burden when
getting gifts for our parents for Christmas when my other brothers and me weren't quite out of college to
even buying me some things when we had visited him during Thanksgiving, and ambitious with wanting
to eventually get back to Texas to start a family business.

Fast forward to today and honestly I have not been as close to Joshua as we had been given the circumstances but I know he has been able to regularly talk to my parents and occasionally I will get to talk to him over some video chats. I was able to meet with him a couple of times when going up to the prison and I completely broke down the first time I saw him after he was imprisoned but after we were able to talk and it didn't seem like anything was any different. He has read a lot of books (he loves to read) and has tried to stay knowledgeable within his own field. I know he has a strong support group with us in the immediate family but also with aunts and grandparents and so I kindly ask if you could give lenient treatment in sentencing Joshua. I seriously believe Joshua would benefit from being back home and surrounded more closely by family. I believe being so far from family and not having a more consistent presence really affected Joshua. I know it had affected me from finishing at the University of Texas at Austin and I was only 350 miles from home. Whatever leniency can be given I know it would have a profound effect on our family and Joshua as we will be getting back a brother and son and will be able to grow again as a family and get back to a normal life.

Thank you again for the time,


Derek Schulte

December 28, 2023

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

As you deliberate the sentencing of Joshua Schulte, we would like for you to consider this character letter before passing any judgement. Joshua is a person of good moral character. We have known Joshua for most of his life. His mom, Deanna, kept our daughter in her in-home daycare for several years before she went back to teaching. All of the Schulte boys were such good kids. We think highly of Joshua, his parents and his brothers.

We had the opportunity to watch the Schulte family be involved in our church family. Roger and Deanna led their children by example. All of the boys were involved in youth groups and any activities within the church. I remember how younger kids looked up to Joshua and his brothers.

Once the boys got to junior high and high school, they built a house in the same housing addition that we live in. Several things happened in the construction of their house, which ended up in them firing their builder. My husband and I helped the Schulte family complete several unfinished projects in their new home, one of which was laying hard wood flooring. These projects required several long days and late nights. We were amazed that the entire family put their own agendas on hold to help get the house projects complete so they could move into their new home. Joshua, as well as his brothers, did this without any complaints.

Writing this letter has really brought back many good memories we have had with the Schulte family. I know this whole ordeal has really been difficult and has tested every aspect of their faith, but we see the love and support that Joshua has received and will continue to receive.

It is our sincere hope that the court takes this letter into consideration at the time of sentencing. We believe that Joshua is a good human being, and we pray that you consider a lenient sentence. We know what kind of person Joshua is and we believe as he moves forward, he will emerge an even better person.

Sincerely,

Denise & Dennis Kirby

*The Honorable Jesse M. Furman*
*United States District Judge*
*Southern District of New York*
*40 Foley Square*
*New York, New York 10007*

*My name is Ladawn Schulte and Joshua Schulte is my nephew by marriage. My husband Doyle and I are Joshua's Godparents. We have known Josh from birth. We have spent many holidays, birthdays and family gatherings with him and his family. We have a son that is one year younger than Josh so the two of them spent many hours in my in-laws basement playing football on the PlayStation, playing pool and wrestling with all the boy cousins. I remember all the grown men in the front yard throwing a football and shooting hoops on the garage basketball goal with all of them. Josh was easy to get along with and never caused any trouble. He is respected and loved by us all. I have always known Josh as an honest, fun, loving and caring human.*

*Joshua was raised in a good, loving catholic home. He is missed by all of us and there is an emptiness in our family at every holiday, birthday and family gathering.*

*Josh is a fighter, and he does not quit. It has been a very dark time for him, but he has held on to his faith and with lots of prayers from his family and friends he has managed to survive.*

*My husband and I are asking you to be lenient during sentencing. I know he is a good person and will be a benefit to our society. He has a great support system/family that will be there for him when he gets out.*

*Thank you,*
*Doyle and LaDawn Schulte*

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007


Dear Honorable Jesse M. Furman,

My name is Dana Johnston. Joshua Schulte is my nephew. I have known Joshua all his life and have watched him grow into a fine young man. Joshua is pretty special to me and my family. Joshua was the first grandchild of my parents, and he made me an aunt for the first time! I am writing this letter to show my support and love for my nephew Joshua Schulte.

When I was in college, I had the privilege of babysitting Joshua and his brothers. I am still amazed at Josh's love for reading. Joshua is proof that reading makes you smart! I am also thankful for his love of reading because I am sure it has helped give him strength during these last few years of his incarceration, especially being in solitary confinement for almost 5 1/2 years.

I loved spending time with Joshua and his brothers and supporting them in all their sporting events. We have enjoyed many cookouts, birthdays, graduations, Easter, Thanksgivings, and Christmas' together. When Josh was younger, he was an alter server at church, involved in boy scouts, NJHS, NHS, attended magnet school and graduated with honors. I remember even as a young adult being so impressed with how smart, independent, knowledgeable, and self– disciplined Josh was with his work and responsibilities. Josh knows his history and cares about his country. Josh is a true Patriot.

I remember our last holiday together was Thanksgiving of 2016. We knew we were not going to spend Christmas with Josh that year because of starting a new job and moving to New York. I am thankful for the few pictures I took with him and most of his cousins. I wished I had taken more! I treasure these pictures and the pictures I took of Joshua playing board games with my daughters Christmas of 2015, the last Christmas we got to spend with Josh. Josh taking time to play board games with his little cousins which made their day. Little did we know we would spend the next 8 years without Joshua in our pictures. We all miss Joshua. We all feel like we have been living in a nightmare.

There are nights I cannot sleep worrying about Josh's safety and his health. Josh learned of a heart condition he had shortly before being incarcerated. I pray he will receive the care and medication he needs. I can' t imagine how Josh's parents are coping with his absence and being so many miles away. My poor parents are also longing for the day to see their oldest grandson again.

Josh has been so supportive of my parents. As a young adult he was so thoughtful, caring and selfless to sit with my dad in the burn unit to give my mom a break. My parents miss their frequent phone calls with Josh. Josh really is a good person with a good heart.

Joshua has missed so many of our memories and it is not the same without him. I sure wished he could watch my girls compete in their activities. We are a close-knit family and we support each other. We need Joshua home! Joshua has a big support system waiting for him. Joshua is over 1,830 miles from us. That is why you have not seen all 28 of us in that court room and that is only counting his aunts, uncles, cousins and grandparents on his dad's (my brother) side of the family. There are so many other family, friends, and even strangers to Josh that support him and who want to be in that court room to show their love and support.

Josh is a young man of integrity and has high standards. I know that the media has not portrayed the Joshua we know and love. I hope you truly take the time to read all our letters so you can get to know our Joshua better. Josh is a young man of great character. Joshua is confident, responsible, honest, and positive. You can see Joshua's confidence in the way he treats and talks with people. Joshua is also sensitive to other people's needs and feelings. One of my parents' favorite memories with Joshua is when they stayed with Joshua in Virginia. Joshua made it a priority to take them to see many monuments and historical places.

My parents (Joshua's grandparents) are 78 and 88. The greatest blessing would be for all to be reunited again soon. The last professional family picture with Joshua in it was my parents' 50th anniversary that we celebrated in July of 2014. This June they will celebrate their 60th. Joshua surprised his grandparents with his attendance at their 50th. We are all awaiting and praying for the day we get to see Joshua in person again.

Joshua was even supportive of his siblings when he came home from college. On my desk is a picture of my girls and Joshua sitting in the stands watching Josh's youngest brother and my son at their basketball game in December of 2015. Those little girls are waiting for Josh to be sitting in the stands at their basketball and volleyball games. Joshua is a positive and loving person.

Joshua is also very passionate about sticking up for what is right, and Joshua knows his rights. Joshua is a good person. He demonstrated his honesty and integrity in every interaction I have ever witnessed. I have known Joshua forever and I know Joshua stood up for what was right and noble for his country. My constant prayer for Joshua is for protection physically, mentally, emotionally, and spiritually. I pray against any evil spirits especially in that court room. I pray for freedom, mercy, peace, comfort and guidance. My ask is that you give Joshua mercy and grace. 5 1/2 years in solitary confinement has been torture for Josh's family, I can only imagine what it has been like for Josh.

Sincerely,


Dana Johnston
5307 County Road 7560
Lubbock, Texas 79424
806-787-7326
djohnstonfamily22@gmail.com

*Jeremiah 29:11*

*Joshua 1:9*

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007


Dear Honorable Jesse M. Furman,

My name is Kade Johnston, and Joshua Schulte is my first cousin. I am 24 years old and the last time I saw my oldest cousin Josh was at Christmas in 2015. It's really hard to believe that was 8 years ago.

Growing up as a kid around Josh and his family was very special to me. Every time I got to hang with Josh and his brothers will always be a part of my childhood memories. Joshua's love for reading and expanding knowledge inspired me, as well as his love for his country. When Joshua went to The University of Texas, I was very proud of him knowing that is a very tough feat to just get accepted to that college. Then when I found out he got a job with the CIA, I thought it was amazing for him because of his love for the land of the brave. He really did care about the well-being of the USA and it was evident when being around him before Christmas of 2016. So, this all was very exciting for the family.

But since then, it has been very hard on my aunt and uncle. I pray for leniency, truth, and an honest outcome. I miss my cousin Josh dearly. I pray that the 5 1⁄2 years of solitary confinement is recognized as time served.


Sincerely,



Kade Johnston

Cheryl Presnall
Aunt of Joshua Schulte
113 W. 8th St. Muenster, TX 79252
940-768-8866
crpresnall@gmail.com

Honorable Jesse M. Furman,

I am writing this letter on behalf of Joshua Schulte, who is set to appear in your court in February 2024 for his sentencing. I am his aunt and I have known Josh his whole life.

I understand that Joshua was found guilty of his crimes and must serve time as the law intends. He did not always show great character in his time in the Correctional Center, oftentimes lashing out at the people trying to help him.

The Joshua I know as an aunt is a different person than that. He shows compassion for others, always listening and giving hugs and advice when needed. He gets excited for others' accomplishments, like when my son got his first job. He was there to help him celebrate. Joshua stayed with us for a while during the holidays back in college. While he stayed with us, he was very respectful, helping out around the house cleaning up after himself and others. He was fun to be around and we were happy to have him. Later in life, he made sure he was here for my mother's funeral in Texas as well as my niece's wedding while some nieces and nephews didn't make the trip because they were too busy. He allowed my son to live with him for free while he was interning with no pay. He was very generous to him and me as well when I came to visit. He loves being together with his family, playing cards and other games, and delights in get-togethers with the whole clan.

I think the Joshua you may have seen was a broken man, who after spending many months in solitary, scared out of his mind, without family and friends around to comfort and help him, just broke. People whose spirit is broken often change.

I'm asking you for leniency when you decide Josh's fate. He needs someone to see beyond the tough exterior he hides behind and sees a scared individual who needs family around him. He has a huge support group at home, a large, close-knit family who loves him and will help him. We get together many times a year, helping each other, and going to church together. If given a chance, we can help Josh turn this into a learning experience and help him use his gifts for the greater good.

Sincerely,
Cheryl Presnall