

THE DEPUTY DIRECTOR
CENTRAL INTELLIGENCE AGENCY
WASHINGTON, D.C. 20505

18 January 2024

**_By Hand Delivery through the Court Information Security Officer_**

Hon. Jesse Furman
District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Joshua Adam Schulte*, No. 17-cr-548

Judge Furman:

I am writing to offer the views of the Central Intelligence Agency (CIA) regarding the impact of Joshua Schulte's crimes on the Agency, including the damage to the Agency's work, its workforce, and U.S. national security. Because significant aspects of the harm Mr. Schulte caused cannot be captured in an unclassified submission, I am appending to this letter a classified statement from Peter T. Ranks, Director of CIA's Center for Cyber Intelligence.

At an unclassified level, I can confirm that the crimes committed by Mr. Schulte caused exceptionally grave harm to U.S. national security and the CIA. As the criminal trial established, Mr. Schulte is directly responsible for the largest data breach in CIA history, and one of the largest unauthorized disclosures of classified information in the history of the United States. His actions cost the Agency hundreds of millions of dollars; degraded its ability to collect foreign intelligence against America's adversaries; placed directly at risk CIA personnel, programs, and assets; and jeopardized U.S. national security by degrading the CIA's ability to conduct its mission. In short, Mr. Schulte's actions inflicted heavy costs on the United States.

Thank you for considering this information as you determine a just and appropriate sentence for the crimes Mr. Schulte committed against the United States.

Sincerely,

David S. Cohen