# **EXHIBIT B**

# CCI Letter

(filed under seal with the
Classified Information Security Officer)