# **EXHIBIT C**

# CSAM Victim Letters

(filed under seal)