**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2024

Caption:

United States of America

v.

Joshua Adam Schulte

Docket No.: 17 Cr. 548

Jesse M. Furman
(District Court Judge)

Notice is hereby given that Joshua Adam Schulte appeals to the United States Court of Appeals for the Second Circuit from the judgment [✔], other [ ] _____ (specify)

entered in this action on 02/05/2024 (date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✔]   Other [ ]

Defendant found guilty by plea [ ]   trial [✔]   N/A [ ]

Offense occurred after November 1, 1987? Yes [✔]   No [ ]   N/A [ ]

Date of sentence: February 1, 2024   N/A [ ]

Bail/Jail Disposition: Committed [✔]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✔]   No [ ]   If yes, provide the following information:

Defendant's Counsel: Cesar de Castro
Counsel's Address: 111 Fulton Street - 602
New York, New York 10038
Counsel's Phone: (631) 460-3951

Assistant U.S. Attorney: Michael Lockard/Nicholas Bradley
AUSA's Address: One St. Andrews Plaza
New York, New York 10007
AUSA's Phone: (212) 637-2193 /-1581

_____
Signature