**EXHIBIT A**

FD-302 (Rev. 5-8-10)                    - 1 of 7 -                    

~~SECRET//NOFORN~~

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    08/17/2017

(S//NF) KINETIC PIRANHA (KP) was interviewed at 1 St. Andrew's Plaza (SOUTHERN DISTRICT OF NEW YORK) by FBI Special Agents (SA) Jeff D. DONALDSON, Richard John EVANCHEC, and Assistant United States Attorneys (AUSA) Nick LEWIN and Shane STANSBURY ("DOJ team"). KP was present and represented by two Attorneys, Taylor KOSS and Kenneth SMITH. The interview began at approximately 11:30 A.M., and it concluded at approximately 2:00 P.M. KP's attorneys initialed previously signed non-disclosure agreements (NDA). At the outset, AUSA LEWIN provided an admonishment, reminding KP of federal statute 18 U.S.C. 1001 and the importance of being truthful during the interview. AUSA LEWIN reminded KP that his presence at the interview was voluntary and that he was not compelled to answer any questions. AUSA LEWIN further stated that if KP wished to speak to his attorneys privately, then the DOJ team would leave the room so KP could speak privately to his attorneys. Moreover, AUSA LEWIN told KP that he was the subject of an ongoing investigation. After being advised the nature of the interview, KP provided the following information:

(S//NF) KP asked the DOJ team if he was allowed to freely discuss classified material at the SDNY interview space, which was not in a SCIF. AUSA LEWIN responded that the intention of the interviewers was not to discuss highly classified information, such as in-depth explanations as to the capabilities of tools KP developed at the CIA. KP was reminded that his attorneys had signed NDAs. Additionally, KP was told that if he ever felt the content of what was discussed was inappropriate outside a SCIF, then KP could raise that concern, although it was not his burden or responsibility.

(S//NF) KP was asked by the DOJ team if he aware of the most recent Wikileaks release, which published details on the CIA tool, Brutal Kangaroo (BK). KP advised that he was aware of the publication because he

**Reason: 1.4(b)**
**Derived From: FBI NSISC-20090615**
**Declassify On: 20421231**

~~SECRET//NOFORN~~

Investigation on    06/29/2017    at    New York City, New York, United States (In Person)

File #    65C-NY-2142433, 65C-WF-2141870                                    Date drafted    06/29/2017

by    DONALDSON JEFF D, Richard John Evanchec

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

SECRET//NOFORN

65C-NY-2142433

Continuation of FD-302 of (S//NF) Interview of KINETIC PIRANHA - June 29, 2017 , On 06/29/2017 , Page 4 of 7

(U) **1B55**. KP stated either 1B55 or 1B20 was used to watch television. The other, either 1B55 or 1B20, was in a closet and not really used. KP believed that 1B55 was older than 1B20.

(U) **1B20**. KP advised that 1B20 had been giving him problems for a long time, certainly prior to KP's move to NYC. KP explained that he built 1B20 while he was employed at the CIA and that he could search his New Egg history to find the exact dates he purchased the parts to build 1B20. KP advised that his old roommate, "Shavani," also used 1B20, as they "played around with virtualization." KP stated that 1B20 was used as a server at one point and he did not believe there was encryption on it.

(U) **1B9**. KP stated 1B9 was his main desktop computer since residing in New York City. KP built the computer a few years ago, while he was employed at the CIA. KP did not share 1B9 with anyone. No others had access to 1B9. KP used 1B9 for gaming, web browsing, and coding. KP stated that there was encryption on 1B9, to include Microsoft Bitlocker and Truecrypt, which was later renamed to Veracrypt. KP does not think he ever shared his encryption passwords with anyone. KP stated he bought the pieces to 1B9 from New Egg and Amazon. KP recalled that Truecrypt changed names to Veracrypt some time after he started working at the CIA. KP stated he used Veracrypt on 1B9 while he was living in D.C. KP stated again that no one else possessed the password for the encryption. The DOJ team asked KP what he stored inside the encrypted portions of 1B9.

(U) At this point, KP's attorneys asked for a break, and the DOJ team left the interview room. After a few minutes, KP's attorney, Taylor KOSS, came out to the hall where the DOJ team waited. KOSS advised that he had discussed the "encryption issue" with KP and understood the DOJ team's questioning as it pertained to encryption on two devices: 1B9 and the plex server. KOSS stated that one of the devices contained pornography while the other stored movies/intellectual property. AUSA LEWIN advised KOSS that the DOJ was not willing to grant KP immunity for any condcut at this point, as they had previously discussed this matter at a prior interview. AUSA LEWIN further stated that KP was free to answer or decline to answer any questions.

(U) After resuming the interview, KP was asked what he encrypted on 1B9. KP stated: "It's just porn. I encrypt my porn." KP stated he encrypted his porn because "God forbid my mom sees it." KP was asked if he was willing to provide his password to the DOJ team. KP said he was not willing to give his password.

SECRET//NOFORN

3501-823
Page 4 of 7