```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
                                                                     :      17-CR-548 (JMF)
            -v-                                                      :
                                                                     :           ORDER
JOSHUA ADAM SCHULTE,                                                 :
                                                                     :
                        Defendant.                                   :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

The Court has received a letter from Deanna Schulte, the mother of Defendant Joshua Schulte. Because the case is closed, Ms. Schulte is a non-party, and the letter does not ask the Court for any relief, the Court concludes that the letter is not a "judicial document" to which the presumption of public access applies. Accordingly, the Court is not docketing the letter. Out of an abundance of caution, however, the Court has provided a copy of the letter to counsel. If either party believes that the Court should docket the letter, or take any other action in connection with the letter, that party should file a letter motion to that effect.

SO ORDERED.

Dated: March 29, 2024
       New York, New York

                                                    _____
                                                    JESSE M. FURMAN
                                                    United States District Judge