

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

June 6, 2024

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Street
New York, New York 10007

    Re:   *United States v. Joshua Adam Schulte*,
              **17 Cr. 548 (JMF)**

Dear Judge Furman:

    The Government respectfully submits this letter in opposition to the motion filed by emptywheel LLC for an order to show cause. (D.E. 1145.) emptywheel has already obtained the relief it seeks (D.E. 1146) and the motion is moot. Accordingly, it should be denied. *See, e.g., Video Tutorial Servs., Inc. v. MCI Telecommunications Corp.*, 79 F.3d 3, 5-6 (2d Cir. 1996) (challenge to temporary stay order mooted by expiration of stay).

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

                 by:     */s/*
                       Michael D. Lockard
                       Assistant United States Attorney
                       (212) 637-2193

cc:    Counsel of record (by ECF)