

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

June 18, 2025

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

        Re: *United States v. Joshua Adam Schulte*
            S2 17 Cr. 548 (JMF)

Dear Judge Furman:

     The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, Joshua Adam Schulte, in the Specific Property was ordered forfeited pursuant to a Preliminary Order of Forfeiture as to Specific Property (Docket Entry 1135) and no third-party claims have been filed within the statutory period. Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

                                          Respectfully submitted,

                                          JAY CLAYTON
                                          United States Attorney
                                          Southern District of New York

                               By:_____/s/_____
                                          Michael D. Lockard
                                          Assistant United States Attorney
                                          Tel. (212) 637-2193

*Enclosure*