UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                            :
UNITED STATES OF AMERICA                                     :
                                                            :        DECLARATION IN SUPPORT
            -v.-                                             :        OF FINAL ORDER OF
                                                            :        FORFEITURE
JOSHUA ADAM SCHULTE,                                         :
                                                            :        S2 17 Cr. 548 (JMF)
                                                            :
            Defendant.                                       :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Michael D. Lockard, pursuant to Title 28, United States Code, Section 1746, declares under penalty of perjury as follows:

1.      I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York, and attorney for the Government herein. I am responsible for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission for the entry of a Final Order of Forfeiture in the above-captioned case.

2.      On or about March 5, 2024, the Court entered a Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 1135) with respect to JOSHUA ADAM SCHULTE (the "Defendant"), forfeiting to the United States all right, title and interest of the Defendant in the following specific property:

   a.   One (1) Black Tower;

   b.   One (1) Western Digital 1 TB HDD S/N: WCAU45355046;

   c.   One (1) Western Digital 1 TB HDD S/N: WCAW32328401;

   d.   One (1) Western Digital 1 TB HDD S/N: WCAU42139599;

   e.   One (1) Western Digital 1 TB HDD S/N: WCAU45276871;

     f.   One (1) Samsung 1 TB HDD S/N: S2AEJ18Z4408961;

     g.   One (1) 160 GB Western Digital HDD S/N: WMAU2U189169;

     h.   One (1) 640 GB Western Digital HDD S/N: WCASY0416918; and

     i.   One (1) Western Digital 1 TB HDD S/N: WCAW32653861;

recovered from a search of the Defendant's residence in New York, New York on or about March 15, 2017 (items a through i, collectively, the "Specific Property").

3.     The Notice of Forfeiture and the intent of the Government to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on September 11, 2024 for thirty (30) consecutive days, through October 10, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court June 18, 2025  (D.E. 1151).

4.     Since final publication of the Notice of Forfeiture, thirty (30) days have expired and no petitions or claims to contest the forfeiture of the Specific Property have been filed.

5.     The Defendant is the only person and/or entity known by the Government to have a potential interest in the Specific Property.

6.     Accordingly, the Government requests that the Court enter the proposed Final Order of Forfeiture.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

7.      No previous application for the relief requested herein has been sought.

Dated: New York, New York
            June 18, 2025

                              JAY CLAYTON
                              United States Attorney for the
                              Southern District of New York


            By:      _____/s/_____
                              Michael D. Lockard
                              Assistant United States Attorney
                              26 Federal Plaza, 38th Floor
                              New York, New York 10278
                              (212) 637-2193