Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

_Southern_ District of _New York_

U.S. DISTRICT COURT
FILED
JUL 2 8 2025
S.D. OF N.Y.

Caption:

United States of America v.

Joshua Adam Schulte

Docket No.: 17-cr-548-JMF

Jesse M. Furman
(District Court Judge)

Notice is hereby given that _Joshua Adam Schulte_ appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other [ ✔ ] _Order_
(specify)

entered in this action on _July 18, 2025_ .
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other [ ✔ ]

Defendant found guilty by plea | | trial [ ✔ ] | N/A | .

Offense occurred after November 1, 1987? Yes [ ✔ ] | No [ | N/A [

Date of sentence: _February 1, 2024_ N/A |___|

Bail/Jail Disposition: Committed [ ✔ ] Not committed | | N/A |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2025

Appellant is represented by counsel? Yes | No | | If yes, provide the following information:

Defendant's Counsel: Megan W. Benett

Counsel's Address: 485 Lexington Avenue, 28th Floor

New York, NY 10017

Counsel's Phone: 212-973-3406

Assistant U.S. Attorney: Michael Lockard/Nicholas Bradley

AUSA's Address: 26 Federal Plaza, 37th Floor

New York, NY 10007

AUSA's Phone: 212-637-2193 / 212-637-1581

_Signature_

**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

Application DENIED substantially for the reasons set forth in
the Government's opposition at ECF No. 1157. The Clerk of
Court is directed to terminate ECF No. 1155.

July 14, 2025

SO ORDERED.

July 18, 2025

**By ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Street
New York, New York 10007

Re:    *United States v. Joshua Adam Schulte*, 17-cr-548 (JMF)

Dear Judge Furman,

We write concerning the Final Order of Forfeiture the Court issued in the above-caption case as to *pro se* defendant Joshua A. Schulte on June 18, 2025. ECF 1154. Sabrina Shroff was appointed to represent Mr. Schulte in the Southern District of New York and has been appointed co-counsel, along with Megan Benett, in the Second Circuit Court of Appeals for purposes of Mr. Schulte's appeal.

Upon Mr. Schulte's receipt of the Final Order from the Clerk of the Court, we expect that he may move for reconsideration, and we further anticipate that the forfeiture issues will be a subject of the pending appeal. It is our understanding that some of the items that are listed on the Court's Final Order of Forfeiture may contain data or information relevant to Mr. Schulte's appeal, as well as being the topic of any appeal of the forfeiture proceedings generally.

We therefore respectfully ask the Court to issue a stay of the Final Order pending appeal pursuant to Fed.R.Crim.P. 32.2(d), which is necessary to ensure that the property remains available pending appellate review. Given that no third-party has asserted an interest in the subject property and there are no ancillary proceedings concerning that property, a stay will not prejudice anyone.

Respectfully submitted,

/s/ Sabrina P. Shroff

/s/ Megan W. Benett