KREINDLER LLP

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

September 16, 2026

BY ECF
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Street
New York, New York 10007

The Court previously provided counsel with these documents (to the extent that it was able to locate them). Accordingly, the Clerk of Court is directed to terminate ECF No. 1165. SO ORDERED.

October 6, 2026

Re: *United States v. Joshua Adam Schulte*, 17-cr-548 (JMF)

Dear Judge Furman:

Pursuant to an order of the United States Court of Appeals for the Second Circuit, I was appointed under the Criminal Justice Act to represent Joshua Adam Schulte in his direct appeal. Attached please find a copy of my order of appointment.

In order to analyze certain issues and to understand fully the proceedings below, and to effectively represent Mr. Schulte on appeal, I need access to the certain documents that were filed under seal in the district court, available to counsel there. Specifically, I have identified the following documents that remain under seal and that may be relevant to issues on appeal:

- Dkt. 218 (unredacted)
- Dkt. 772-Exhibit A
- Dkt. 1069-1
- Dkt. 1042 Exhibit A

While Dkt. 772-Exhibit A is not referred to on the docket itself, the main document cites to an Exhibit A and the CISO has advised that he does not believe Exhibit A was classified, so it would most likely have been filed simply under seal.

Given my representation of Mr. Schulte on appeal and my need to review those documents, I respectfully request that this Court so-order this letter-motion for access to the presently sealed ECF documents listed above.

Respectfully submitted,
/s/
MEGAN WOLFE BENETT, Esq.
Attorney for defendant
485 Lexington Avenue, 28th Floor
New York, New York 10017
Tel.: (212) 973-3406
Fax: (212) 972-9432
Email: mbenett@kreindler.com